# CERTIFICATION AND AUTHORIZATION

I, Christine P. Costa, on behalf of Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund ("Local 60"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint prepared against Shoals Technologies Group, Inc. ("Shoals") alleging violations of the federal securities laws and authorized its filing. I am authorized in my capacity as Fund Manager to initiate litigation and to execute this Certification on behalf of Local 60.

2. Local 60 did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. Local 60 is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Local 60's transactions in Shoals common stock during the Class Period are set forth in the attached Schedule A.

5. Local 60 has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification: *None*.

6. Local 60 has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff appointment, was not appointed lead plaintiff, or the lead plaintiff decision is still pending:

    *Peneycad v. RTX Corp.*, No. 3:23-cv-1035 (D. Conn.).

7. Local 60 will not accept any payment for serving as a representative party on behalf of the Class beyond Local 60's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of March, 2024.

                                              *Westchester Putnam Counties Heavy &*
                                              *Highway Laborers Local 60 Benefits Fund*

                                              Christine P. Costa, Fund Manager

# SCHEDULE A
## Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund
## Transactions in Shoals Technologies Group, Inc.

| Common Stock Purchases | | |
|---|---|---|
| Date | Shares | Price |
| 01/12/23 | 3,000 | $26.5668 |
| 01/13/23 | 3,000 | $27.7205 |
| 01/18/23 | 1,300 | $28.6950 |
| 01/30/23 | 150 | $26.2727 |

| Common Stock Sales | | |
|---|---|---|
| Date | Shares | Price |
| 04/26/23 | 800 | $20.7213 |
| 05/04/23 | 1,800 | $18.0317 |
| 05/22/23 | 2,500 | $23.9805 |
| 05/22/23 | 2,350 | $24.1816 |