# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| WESTCHESTER PUTNAM COUNTIES HEAVY & HIGHWAY LABORERS LOCAL 60 BENEFITS FUND, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Civil Action No. 3:24-cv-00334 <br><br> Judge Aleta A. Trauger <br><br> CLASS ACTION |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| SHOALS TECHNOLOGIES GROUP, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |
| OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 3:24-cv-00580 <br><br> Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Jeffery S. Frensley |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) | |
| SHOALS TECHNOLOGIES GROUP, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |
| KISSIMMEE UTILITY AUTHORITY EMPLOYEES' RETIREMENT PLAN, on Behalf of Itself and All Others Similarly Situated | ) ) ) ) | Civil Action No. 3:24-cv-00598 <br><br> Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Jeffery S. Frensley |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) | |
| SHOALS TECHNOLOGIES GROUP, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

### DECLARATION OF CHRISTOPHER M. WOOD IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

I, Christopher M. Wood, declare as follows:

1.  I am an attorney duly licensed to practice before all of the courts of the State of Tennessee and this Court.  I am a partner of Robbins Geller Rudman & Dowd LLP, proposed lead counsel for proposed lead plaintiff Erste Asset Management GmbH ("Erste AM") in the above-captioned related securities class actions.  This declaration is made in support of Erste AM's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.  Attached are true and correct copies of the following exhibits:

Exhibit A:   Notice of pendency of first-filed class action published in *Globe Newswire* on March 22, 2024;

Exhibit B:   Notice of pendency of *Oklahoma Police* action published in *Globe Newswire* on May 8, 2024;

Exhibit C:   Notice of pendency of *Kissimmee* action published in *Globe Newswire* on May 15, 2024;

Exhibit D:   Erste AM's Certification;

Exhibit E:   Erste AM funds' estimated losses, prepared by counsel;

Exhibit F:   Declaration of Dr. Leopold Specht in Support of Lead Plaintiff's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel;

Exhibit G:   Motley Rice LLC securities resume; and

Exhibit H:   Robbins Geller Rudman & Dowd LLP firm resume.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 21st day of May, 2024.

_____
CHRISTOPHER M. WOOD

- 1 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on May 21, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
   & DOWD LLP
200 31st Avenue North
Nashville, TN  37203
Telephone:  615/244-2203
615/252-3798 (fax)
Email:  cwood@rgrdlaw.com

# Mailing Information for a Case 3:24-cv-00334 Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund v. Shoals Technologies Group, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Rachel A. Avan**
  ravan@labaton.com

- **Margaret V. Dodson**
  margaret.dodson@bassberry.com

- **Marco A. Dueas**
  mduenas@saxenawhite.com

- **Renatta A. Gorski**
  renatta.gorski@lw.com

- **Lester R. Hooker**
  lhooker@saxenawhite.com

- **Michele D. Johnson**
  michele.johnson@lw.com

- **Britt K. Latham**
  blatham@bassberry.com,renatta.gorski@lw.com,lauren.fane@lw.com,heather.waller@lw.com,llewis@bassberry.com,lbilbrey@bassberry.com,christian.beveridge@lw.

- **James Gerard Stranch , IV**
  gstranch@stranchlaw.com,complexlit@stranchlaw.com

- **Heather A. Waller**
  heather.waller@lw.com,chefiling@lw.com,heather-waller-8915@ecf.pacerpro.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

Case 3:24-cv-00334    Document 23    Filed 05/21/24    Page 4 of 6 PageID #: 137

# Mailing Information for a Case 3:24-cv-00580 Oklahoma Police Pension and Retirement System v. Shoals Technologies Group, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Rachel A. Avan**
  ravan@labaton.com

- **Marco A. Dueas**
  mduenas@saxenawhite.com

- **Lester R. Hooker**
  lhooker@saxenawhite.com

- **James Gerard Stranch , IV**
  gstranch@stranchlaw.com,complexlit@stranchlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing. You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:24-cv-00598 Kissimmee Utility Authority Employees' Retirement Plan v. Shoals Technologies Group, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Scott R. Christiansen**
  scott@cdpension.com

- **Brian E. Cochran**
  bcochran@rgrdlaw.com

- **Francisco J. Mejia**
  fmejia@rgrdlaw.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,CWood@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)