# EXHIBIT D

## PLAINTIFF'S CERTIFICATION
## PURSUANT TO FEDERAL SECURITIES LAWS

The undersigned, Winfried Buchbauer and Magdalena Reischl, on behalf of Erste Asset Management GmbH ("Erste AM"), on account of its funds listed in Schedule A (the "Funds"), declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. We have reviewed a complaint against Shoals Technologies Group, Inc. ("Shoals").

2. We are duly authorized to institute legal action on behalf of Erste AM and the Funds, including litigation against Shoals and any other defendants.

3. Erste AM and the Funds did not purchase or sell the security that is the subject of this litigation at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4. Erste AM is willing to serve as lead plaintiff and understands that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial. Erste AM also understands that it is subject to the jurisdiction of the Court and will be bound by all rulings of the Court, including rulings regarding any judgments.

5. Erste AM will not accept any payment for serving as a representative party beyond the Funds' *pro rata* share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court.

6. Erste AM has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification, except as detailed below:

> *Theodore v. PureCycle Technologies, Inc. et al.*, No. 6:21-cv-00809 (M.D. Fla. July 12, 2021); and

> *Plymouth County Retirement Association v. Array Technologies, Inc. et al.*, No. 1:21-cv-04390 (S.D.N.Y. July 13, 2021).

7. Erste AM understands that this is not a claim form, and that the Funds' ability to share in any recovery as a member of the class is unaffected by Erste AM's decision to serve as a representative party.

8. Attached hereto as Schedule A is a complete listing of all transactions the Funds made during the Class Period in the security that is the subject of this litigation. Erste AM will provide records of those transactions upon request.

9. Erste AM is also represented and counseled in this matter by its attorney, Deborah M. Sturman of Sturman LLC.

We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of our knowledge, information and belief.

Executed this 14th day of May, 2024.

For Erste Asset Management GmbH:


_____
Winfried Buchbauer
Managing Director

_____
Magdalena Reischl
Head of Legal

# Schedule A

## Erste Asset Management GmbH
## Shoals Technologies Group, Inc. (SHLS)

Class Period: 01/27/2021 - 05/07/2024

| | | Date | Shares | Price |
|---|---|---|---|---|
| **ERSTE GREEN INVEST** | | | | |
| | Purchases: | 5/21/2021 | 100,000.00 | 24.45 |
| | | 5/28/2021 | 9,600.00 | 27.60 |
| | | 6/10/2021 | 55,000.00 | 29.99 |
| | | 7/8/2021 | 3,270.00 | 35.66 |
| | | 7/13/2021 | 3,900.00 | 32.00 |
| | | 7/23/2021 | 3,990.00 | 27.46 |
| | | 9/13/2021 | 8,000.00 | 31.48 |
| | | 9/28/2021 | 17,380.00 | 28.68 |
| | | 10/11/2021 | 10,800.00 | 28.90 |
| | | 11/4/2021 | 8,140.00 | 32.41 |
| | | 11/30/2021 | 8,620.00 | 29.23 |
| | | 12/17/2021 | 41,230.00 | 26.17 |
| | | 12/20/2021 | 2,610.00 | 24.39 |
| | | 12/20/2021 | 19,400.00 | 24.44 |
| | | 12/29/2021 | 2,610.00 | 24.17 |
| | | 2/3/2022 | 30,000.00 | 15.96 |
| | | 3/11/2022 | 95,000.00 | 17.96 |
| | | 4/20/2022 | 38,500.00 | 12.91 |
| | | 5/8/2023 | 60,689.00 | 20.04 |
| | | 10/3/2023 | 8,801.00 | 16.51 |
| | | 10/4/2023 | 5,307.00 | 15.71 |
| | | 10/9/2023 | 38,337.00 | 15.27 |
| | | 1/2/2024 | 50,803.00 | 15.86 |
| | | 1/10/2024 | 65,002.00 | 13.88 |
| | | 1/17/2024 | 36,177.00 | 13.25 |
| | | 3/26/2024 | 61,664.00 | 11.71 |
| | | 4/2/2024 | 26,604.00 | 10.87 |
| | | 4/16/2024 | 74,659.00 | 8.56 |
| | Sales: | 8/20/2021 | -30,000.00 | 30.19 |

|  |  | Date | Shares | Price |
|---|---|---|---|---|
|  |  | 8/1/2022 | -60,637.00 | 21.22 |
|  |  | 1/22/2024 | -13,641.00 | 14.20 |
|  |  | 2/15/2024 | -6,200.00 | 16.55 |
|  |  | 3/4/2024 | -10,540.00 | 12.89 |

**ERSTE GREEN INVEST MIX**

|  |  | Date | Shares | Price |
|---|---|---|---|---|
|  | Purchases: | 5/21/2021 | 26,600.00 | 24.39 |
|  |  | 6/10/2021 | 18,500.00 | 30.02 |
|  |  | 7/14/2021 | 4,000.00 | 28.41 |
|  |  | 7/16/2021 | 5,000.00 | 27.11 |
|  |  | 9/28/2021 | 5,200.00 | 28.19 |
|  |  | 10/5/2021 | 5,400.00 | 27.67 |
|  |  | 10/28/2021 | 12,000.00 | 29.40 |
|  |  | 1/18/2022 | 23,000.00 | 18.83 |
|  |  | 1/19/2022 | 32,000.00 | 17.52 |
|  |  | 10/9/2023 | 42,000.00 | 15.24 |
|  | Sales: | 8/7/2023 | -37,000.00 | 21.99 |

**ERSTE RESPONSIBLE STOCK AMERICA**

|  |  | Date | Shares | Price |
|---|---|---|---|---|
|  | Purchases: | 6/18/2021 | 20,000.00 | 30.97 |
|  |  | 10/22/2021 | 12,000.00 | 25.93 |
|  |  | 3/16/2022 | 20,000.00 | 19.24 |
|  |  | 6/29/2022 | 3,600.00 | 15.12 |
|  |  | 7/20/2022 | 1,949.00 | 18.66 |
|  |  | 7/21/2022 | 6,681.00 | 18.54 |
|  |  | 8/10/2022 | 2,200.00 | 26.62 |
|  |  | 10/11/2022 | 3,400.00 | 22.15 |
|  |  | 6/13/2023 | 3,000.00 | 25.50 |
|  | Sales: | 8/25/2022 | -10,000.00 | 25.84 |

**ERSTE RESPONSIBLE STOCK GLOBAL**

|  |  | Date | Shares | Price |
|---|---|---|---|---|
|  | Purchases: | 6/18/2021 | 40,000.00 | 30.98 |
|  |  | 11/4/2021 | 12,000.00 | 32.75 |

|  | Date | Shares | Price |
|---|---|---|---|
|  | 1/25/2022 | 35,000.00 | 14.90 |
|  | 5/11/2022 | 45,000.00 | 10.74 |
|  | 7/21/2022 | 5,199.00 | 18.55 |
|  | 8/10/2022 | 4,600.00 | 26.62 |
|  | 10/11/2023 | 50,000.00 | 17.60 |
| Sales: | 9/13/2021 | -4,800.00 | 32.05 |
|  | 9/22/2022 | -20,000.00 | 21.18 |

**ERSTE WWF STOCK ENVIRONMENT**

| | Date | Shares | Price |
|---|---|---|---|
| Purchases: | 5/24/2021 | 250,000.00 | 24.88 |
|  | 6/10/2021 | 25,000.00 | 30.03 |
|  | 6/16/2021 | 25,000.00 | 30.00 |
|  | 6/18/2021 | 55,200.00 | 31.18 |
|  | 6/25/2021 | 40,000.00 | 32.32 |
|  | 7/14/2021 | 40,000.00 | 28.91 |
|  | 9/13/2021 | 50,000.00 | 32.07 |
|  | 11/10/2021 | 35,000.00 | 28.71 |
|  | 12/16/2021 | 54,300.00 | 26.22 |
|  | 12/20/2021 | 3,300.00 | 23.91 |
|  | 12/29/2021 | 17,019.00 | 23.91 |
|  | 1/3/2022 | 14,981.00 | 23.91 |
|  | 1/14/2022 | 20,000.00 | 21.17 |
|  | 1/21/2022 | 50,000.00 | 16.28 |
|  | 1/24/2022 | 30,000.00 | 14.21 |
|  | 1/26/2022 | 14,020.00 | 15.37 |
|  | 1/26/2022 | 14,020.00 | 15.81 |
|  | 1/27/2022 | 30,000.00 | 13.60 |
|  | 2/3/2022 | 25,000.00 | 15.98 |
|  | 3/11/2022 | 160,000.00 | 17.96 |
|  | 3/15/2022 | 50,000.00 | 17.53 |
|  | 12/16/2022 | 120,692.00 | 26.55 |
|  | 12/29/2022 | 47,576.00 | 24.87 |
|  | 1/25/2023 | 49,894.00 | 27.97 |
|  | 5/8/2023 | 59,027.00 | 20.03 |

| | Date | Shares | Price |
|---|---|---|---|
| | 8/24/2023 | 35,967.00 | 20.53 |
| | 10/3/2023 | 17,803.00 | 16.43 |
| | 10/3/2023 | 13,456.00 | 16.46 |
| | 10/4/2023 | 10,261.00 | 15.84 |
| | 10/5/2023 | 18,870.00 | 15.66 |
| | 10/6/2023 | 14,878.00 | 15.02 |
| | 10/12/2023 | 33,255.00 | 17.11 |
| | 10/23/2023 | 27,251.00 | 15.42 |
| | 11/8/2023 | 18,203.00 | 14.78 |
| | 11/9/2023 | 18,512.00 | 13.18 |
| | 1/3/2024 | 80,532.00 | 14.57 |
| | 1/17/2024 | 32,722.00 | 13.22 |
| | 1/19/2024 | 45,496.00 | 13.19 |
| | 3/1/2024 | 54,503.00 | 13.44 |
| | 3/19/2024 | 45,177.00 | 11.77 |
| | 4/2/2024 | 41,200.00 | 10.85 |
| Sales: | 8/20/2021 | -82,311.00 | 30.70 |
| | 8/23/2021 | -17,689.00 | 31.35 |
| | 11/26/2021 | -4,850.00 | 29.33 |
| | 12/15/2021 | -9,880.00 | 25.84 |
| | 8/1/2022 | -154,931.00 | 21.77 |
| | 6/16/2023 | -15,715.00 | 26.11 |
| | 1/12/2024 | -11,610.00 | 13.87 |
| | 2/15/2024 | -5,000.00 | 16.54 |
| | 2/29/2024 | -13,560.00 | 13.00 |
| | 3/13/2024 | -10,250.00 | 12.16 |
| | 4/18/2024 | -11,120.00 | 8.14 |