# EXHIBIT E

# Shoals Technologies Group, Inc. (SHLS)
## Erste Asset Management GmbH

Class Period: 1/27/2021 - 5/7/2024                    Hold Price: $ 6.9917

| ERSTE GREEN INVEST | | | | |
|---|---|---|---|---|
| Transaction Type | Date | Quantity | Price[a] | Amount |
| Purchase | 5/21/2021 | 100,000 | $ 24.4450 | ($ 2,444,504.60) |
| Purchase | 5/28/2021 | 9,600 | $ 27.6027 | ($ 264,986.22) |
| Purchase | 6/10/2021 | 55,000 | $ 29.9861 | ($ 1,649,237.59) |
| Purchase | 7/8/2021 | 3,270 | $ 35.6609 | ($ 116,611.00) |
| Purchase | 7/13/2021 | 3,900 | $ 32.0038 | ($ 124,815.00) |
| Purchase | 7/23/2021 | 3,990 | $ 27.4606 | ($ 109,567.84) |
| Sale | 8/20/2021 | (30,000) | $ 30.1895 | $ 905,684.64 |
| Purchase | 9/13/2021 | 8,000 | $ 31.4766 | ($ 251,813.15) |
| Purchase | 9/28/2021 | 17,380 | $ 28.6832 | ($ 498,513.91) |
| Purchase | 10/11/2021 | 10,800 | $ 28.8976 | ($ 312,094.02) |
| Purchase | 11/4/2021 | 8,140 | $ 32.4056 | ($ 263,781.39) |
| Purchase | 11/30/2021 | 8,620 | $ 29.2310 | ($ 251,970.90) |
| Purchase | 12/17/2021 | 41,230 | $ 26.1655 | ($ 1,078,803.57) |
| Purchase | 12/20/2021 | 19,400 | $ 24.4405 | ($ 474,145.70) |
| Purchase | 12/20/2021 | 2,610 | $ 24.3944 | ($ 63,669.32) |
| Purchase | 12/29/2021 | 2,610 | $ 24.1695 | ($ 63,082.30) |
| Purchase | 2/3/2022 | 30,000 | $ 15.9615 | ($ 478,844.70) |
| Purchase | 3/11/2022 | 95,000 | $ 17.9556 | ($ 1,705,782.00) |
| Purchase | 4/20/2022 | 38,500 | $ 12.9068 | ($ 496,911.80) |
| Sale | 8/1/2022 | (60,637) | $ 21.2151 | $ 1,286,420.02 |
| Purchase | 5/8/2023 | 60,689 | $ 20.0360 | ($ 1,215,964.80) |
| Purchase | 10/3/2023 | 8,801 | $ 16.5147 | ($ 145,345.52) |
| Purchase | 10/4/2023 | 5,307 | $ 15.7137 | ($ 83,392.73) |
| Purchase | 10/9/2023 | 38,337 | $ 15.2698 | ($ 585,398.32) |
| Purchase | 1/2/2024 | 50,803 | $ 15.8638 | ($ 805,930.97) |
| Purchase | 1/10/2024 | 65,002 | $ 13.8765 | ($ 902,000.25) |
| Purchase | 1/17/2024 | 36,177 | $ 13.2498 | ($ 479,338.77) |
| Sale | 1/22/2024 | (13,641) | $ 14.1967 | $ 193,656.99 |

| Transaction Type | Date | Quantity | Price[a] | Amount |
|---|---|---|---|---|
| Sale | 2/15/2024 | (6,200) | $ 16.5507 | $ 102,614.39 |
| Sale | 3/4/2024 | (10,540) | $ 12.8874 | $ 135,833.01 |
| Purchase | 3/26/2024 | 61,664 | $ 11.7084 | ($ 721,986.78) |
| Purchase | 4/2/2024 | 26,604 | $ 10.8714 | ($ 289,222.27) |
| Purchase | 4/16/2024 | 74,659 | $ 8.5628 | ($ 639,290.09) |
| Net Proceeds of Transactions | | | | ($ 13,892,796.47) |
| Value of 765,075 retained shares @ $ 6.9917 per share | | | | $ 5,349,149.38 |
| (Loss)/Gain for ERSTE GREEN INVEST[b] | | | | ($ 8,543,647.09) |

| ERSTE GREEN INVEST MIX | | | | |
|---|---|---|---|---|
| Transaction Type | Date | Quantity | Price[a] | Amount |
| Purchase | 5/21/2021 | 26,600 | $ 24.3900 | ($ 648,774.00) |
| Purchase | 6/10/2021 | 18,500 | $ 30.0200 | ($ 555,370.00) |
| Purchase | 7/14/2021 | 4,000 | $ 28.4100 | ($ 113,640.00) |
| Purchase | 7/16/2021 | 5,000 | $ 27.1100 | ($ 135,550.00) |
| Purchase | 9/28/2021 | 5,200 | $ 28.1900 | ($ 146,588.00) |
| Purchase | 10/5/2021 | 5,400 | $ 27.6700 | ($ 149,418.00) |
| Purchase | 10/28/2021 | 12,000 | $ 29.4000 | ($ 352,800.00) |
| Purchase | 1/18/2022 | 23,000 | $ 18.8300 | ($ 433,090.00) |
| Purchase | 1/19/2022 | 32,000 | $ 17.5200 | ($ 560,640.00) |
| Sale | 8/7/2023 | (37,000) | $ 21.9863 | $ 813,493.10 |
| Purchase | 10/9/2023 | 42,000 | $ 15.2395 | ($ 640,059.00) |
| Net Proceeds of Transactions | | | | ($ 2,922,435.90) |
| Value of 136,700 retained shares @ $ 6.9917 per share | | | | $ 955,760.83 |
| (Loss)/Gain for ERSTE GREEN INVEST MIX[b] | | | | ($ 1,966,675.07) |

| ERSTE RESPONSIBLE STOCK AMERICA | | | | |
|---|---|---|---|---|
| Transaction Type | Date | Quantity | Price[a] | Amount |
| Purchase | 6/18/2021 | 20,000 | $ 30.9734 | ($ 619,468.92) |
| Purchase | 10/22/2021 | 12,000 | $ 25.9300 | ($ 311,160.00) |
| Purchase | 3/16/2022 | 20,000 | $ 19.2400 | ($ 384,800.00) |
| Purchase | 6/29/2022 | 3,600 | $ 15.1200 | ($ 54,432.00) |
| Purchase | 7/20/2022 | 1,949 | $ 18.6605 | ($ 36,369.31) |

| Purchase | 7/21/2022 | 6,681 | $ 18.5420 | ($ 123,879.03) |
|---|---|---|---|---|
| Purchase | 8/10/2022 | 2,200 | $ 26.6200 | ($ 58,564.00) |
| Sale | 8/25/2022 | (10,000) | $ 25.8386 | $ 258,385.76 |
| Purchase | 10/11/2022 | 3,400 | $ 22.1500 | ($ 75,310.00) |
| Purchase | 6/13/2023 | 3,000 | $ 25.5000 | ($ 76,500.00) |
| Net Proceeds of Transactions | | | | ($ 1,482,097.50) |
| Value of 62,830 retained shares @ $ 6.9917  per share | | | | $ 439,286.42 |
| (Loss)/Gain for ERSTE RESPONSIBLE STOCK AMERICA[b] | | | | ($ 1,042,811.09) |

| ERSTE RESPONSIBLE STOCK GLOBAL | | | | |
|---|---|---|---|---|
| Transaction Type | Date | Quantity | Price[a] | Amount |
| Purchase | 6/18/2021 | 40,000 | $ 30.9842 | ($ 1,239,368.00) |
| Sale | 9/13/2021 | (4,800) | $ 32.0500 | $ 153,840.00 |
| Purchase | 11/4/2021 | 12,000 | $ 32.7500 | ($ 393,000.00) |
| Purchase | 1/25/2022 | 35,000 | $ 14.9013 | ($ 521,545.50) |
| Purchase | 5/11/2022 | 45,000 | $ 10.7357 | ($ 483,106.50) |
| Purchase | 7/21/2022 | 5,199 | $ 18.5512 | ($ 96,447.50) |
| Purchase | 8/10/2022 | 4,600 | $ 26.6200 | ($ 122,452.00) |
| Sale | 9/22/2022 | (20,000) | $ 21.1818 | $ 423,636.74 |
| Purchase | 10/11/2023 | 50,000 | $ 17.5992 | ($ 879,960.00) |
| Net Proceeds of Transactions | | | | ($ 3,158,402.76) |
| Value of 166,999 retained shares @ $ 6.9917  per share | | | | $ 1,167,601.34 |
| (Loss)/Gain for ERSTE RESPONSIBLE STOCK GLOBAL[b] | | | | ($ 1,990,801.42) |

| ERSTE WWF STOCK ENVIRONMENT | | | | |
|---|---|---|---|---|
| Transaction Type | Date | Quantity | Price[a] | Amount |
| Purchase | 5/24/2021 | 250,000 | $ 24.8793 | ($ 6,219,837.00) |
| Purchase | 6/10/2021 | 25,000 | $ 30.0310 | ($ 750,774.68) |
| Purchase | 6/16/2021 | 25,000 | $ 29.9995 | ($ 749,987.90) |
| Purchase | 6/18/2021 | 55,200 | $ 31.1784 | ($ 1,721,045.86) |
| Purchase | 6/25/2021 | 40,000 | $ 32.3239 | ($ 1,292,954.20) |
| Purchase | 7/14/2021 | 40,000 | $ 28.9086 | ($ 1,156,345.84) |
| Sale | 8/20/2021 | (82,311) | $ 30.7040 | $ 2,527,273.73 |

| | | | | |
|---|---|---|---|---|
| Sale | 8/23/2021 | (17,689) | $ 31.3523 | $ 554,591.65 |
| Purchase | 9/13/2021 | 50,000 | $ 32.0655 | ($ 1,603,275.80) |
| Purchase | 11/10/2021 | 35,000 | $ 28.7121 | ($ 1,004,923.50) |
| Sale | 11/26/2021 | (4,850) | $ 29.3277 | $ 142,239.43 |
| Sale | 12/15/2021 | (9,880) | $ 25.8351 | $ 255,250.46 |
| Purchase | 12/16/2021 | 54,300 | $ 26.2157 | ($ 1,423,512.51) |
| Purchase | 12/20/2021 | 3,300 | $ 23.9100 | ($ 78,903.00) |
| Purchase | 12/29/2021 | 17,019 | $ 23.9100 | ($ 406,924.29) |
| Purchase | 1/3/2022 | 14,981 | $ 23.9093 | ($ 358,184.61) |
| Purchase | 1/14/2022 | 20,000 | $ 21.1676 | ($ 423,352.00) |
| Purchase | 1/21/2022 | 50,000 | $ 16.2818 | ($ 814,089.20) |
| Purchase | 1/24/2022 | 30,000 | $ 14.2126 | ($ 426,376.98) |
| Purchase | 1/26/2022 | 14,020 | $ 15.3660 | ($ 215,432.01) |
| Purchase | 1/26/2022 | 14,020 | $ 15.8125 | ($ 221,690.83) |
| Purchase | 1/27/2022 | 30,000 | $ 13.6029 | ($ 408,087.00) |
| Purchase | 2/3/2022 | 25,000 | $ 15.9771 | ($ 399,427.50) |
| Purchase | 3/11/2022 | 160,000 | $ 17.9556 | ($ 2,872,896.00) |
| Purchase | 3/15/2022 | 50,000 | $ 17.5329 | ($ 876,645.00) |
| Sale | 8/1/2022 | (154,931) | $ 21.7703 | $ 3,372,894.35 |
| Purchase | 12/16/2022 | 120,692 | $ 26.5543 | ($ 3,204,891.58) |
| Purchase | 12/29/2022 | 47,576 | $ 24.8674 | ($ 1,183,091.42) |
| Purchase | 1/25/2023 | 49,894 | $ 27.9676 | ($ 1,395,415.43) |
| Purchase | 5/8/2023 | 59,027 | $ 20.0285 | ($ 1,182,222.27) |
| Sale | 6/16/2023 | (15,715) | $ 26.1100 | $ 410,318.65 |
| Purchase | 8/24/2023 | 35,967 | $ 20.5346 | ($ 738,567.96) |
| Purchase | 10/3/2023 | 13,456 | $ 16.4559 | ($ 221,430.12) |
| Purchase | 10/3/2023 | 17,803 | $ 16.4265 | ($ 292,441.41) |
| Purchase | 10/4/2023 | 10,261 | $ 15.8377 | ($ 162,510.91) |
| Purchase | 10/5/2023 | 18,870 | $ 15.6573 | ($ 295,453.59) |
| Purchase | 10/6/2023 | 14,878 | $ 15.0177 | ($ 223,433.55) |
| Purchase | 10/12/2023 | 33,255 | $ 17.1078 | ($ 568,919.89) |
| Purchase | 10/23/2023 | 27,251 | $ 15.4189 | ($ 420,180.85) |
| Purchase | 11/8/2023 | 18,203 | $ 14.7765 | ($ 268,975.96) |

| | | | | |
|---|---|---|---|---|
| Purchase | 11/9/2023 | 18,512 | $ 13.1783 | ($ 243,956.15) |
| Purchase | 1/3/2024 | 80,532 | $ 14.5746 | ($ 1,173,721.69) |
| Sale | 1/12/2024 | (11,610) | $ 13.8678 | $ 161,005.10 |
| Purchase | 1/17/2024 | 32,722 | $ 13.2216 | ($ 432,637.29) |
| Purchase | 1/19/2024 | 45,496 | $ 13.1886 | ($ 600,027.82) |
| Sale | 2/15/2024 | (5,000) | $ 16.5425 | $ 82,712.51 |
| Sale | 2/29/2024 | (13,560) | $ 13.0000 | $ 176,280.00 |
| Purchase | 3/1/2024 | 54,503 | $ 13.4399 | ($ 732,514.87) |
| Sale | 3/13/2024 | (10,250) | $ 12.1589 | $ 124,628.54 |
| Purchase | 3/19/2024 | 45,177 | $ 11.7716 | ($ 531,805.57) |
| Purchase | 4/2/2024 | 41,200 | $ 10.8516 | ($ 447,087.57) |
| Sale | 4/18/2024 | (11,120) | $ 8.1395 | $ 90,511.18 |
| Net Proceeds of Transactions | | | | ($ 29,846,245.98) |
| Value of 1,451,199 retained shares @ $ 6.9917  per share | | | | $ 10,146,299.68 |
| (Loss)/Gain for ERSTE WWF STOCK ENVIRONMENT[b] | | | | ($ 19,699,946.31) |

| Grand Total for 5 Funds | |
|---|---|
| (Loss)/Gain[b] | ($ 33,243,880.97) |

[a] Any shares sold within 90 days after the end of the class period have been valued at the higher price between the actual sale price and the average closing price from the end of the class period to the date of the sale.

[b] Losses calculated on a last-in first-out (LIFO) basis.