UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WESTCHESTER PUTNAM COUNTIES HEAVY & HIGHWAY LABORERS LOCAL 60 BENEFITS FUND, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) | Civil Action No. 3:24-cv-00334 Judge Aleta A. Trauger |

WESTCHESTER PUTNAM COUNTIES HEAVY & HIGHWAY LABORERS LOCAL 60 BENEFITS FUND, Individually and on Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

SHOALS TECHNOLOGIES GROUP, INC., et al.,

                Defendants.

Civil Action No. 3:24-cv-00334

Judge Aleta A. Trauger

<u>CLASS ACTION</u>

OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

SHOALS TECHNOLOGIES GROUP, INC., et al.,

                Defendants.

Civil Action No. 3:24-cv-00580

Judge Waverly D. Crenshaw, Jr.
Magistrate Judge Jeffery S. Frensley

<u>CLASS ACTION</u>

KISSIMMEE UTILITY AUTHORITY EMPLOYEES' RETIREMENT PLAN, on Behalf of Itself and All Others Similarly Situated

                Plaintiff,

vs.

SHOALS TECHNOLOGIES GROUP, INC., et al.,

                Defendants.

Civil Action No. 3:24-cv-00598

Judge Waverly D. Crenshaw, Jr.
Magistrate Judge Jeffery S. Frensley

<u>CLASS ACTION</u>

ORDER GRANTING MOTION FOR CONSOLIDATION OF RELATED ACTIONS

- 1 -

Having considered Erste Management GmbH's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED as to consolidation only at this time.

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Westchester Putnam Cntys. Heavy & Highway Laborers Local 60 Benefits Fund v. Shoals Techs. Grp., Inc.*, No. 3:24-cv-00334 (M.D. Tenn.); *Okla. Police Pension and Ret. Sys. v. Shoals Techs. Grp., Inc.*, No. 3:24-cv-00580 (M.D. Tenn.); and *Kissimmee Utility Auth. Emps. Ret. Plan v. Shoals Techs. Grp., Inc.*, No. 3:24-cv-00598 (M.D. Tenn.) are hereby consolidated for all purposes as:

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| In re SHOALS TECHNOLOGIES GROUP, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) | No. 3:24-cv-00334 <br><br> CLASS ACTION |
| This Document Relates To: | | |

(a) The file in Case No. 3:24-cv-00334 shall be the master file for every action in the consolidated action. The Clerk shall administratively close the other actions. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action.

(b) All related securities class actions against any or all of the defendants subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order

- 2 -

shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action; and

        (c)    This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown;

  IT IS SO ORDERED.

 

THE HONORABLE ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

- 3 -