UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In re SHOALS TECHNOLOGIES GROUP, INC. SECURITIES LITIGATION | Case No. 3:24-cv-00334-AAT<br><br>CLASS ACTION |
| This Document Relates To: All Actions | |

**NOTICE OF INTENT TO OPPOSE THE MOTION OF ERSTE ASSET MANAGEMENT GMBH, JOINED BY KISSIMMEE UTILITY AUTHORITY EMPLOYEES' RETIREMENT PLAN, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Oklahoma Police Pension and Retirement System ("Oklahoma Police") respectfully submits this notice of intent to oppose the motion of Erste Asset Management GmbH ("Erste AM"), joined by Kissimmee Utility Authority Employees' Retirement Plan ("Kissimmee"), for appointment as lead plaintiff and approval of selection of lead counsel (the "Motion").[1]  *See* ECF Nos. 21-23.  Accordingly, Oklahoma Police respectfully requests that the Court defer taking action on the Motion until after Oklahoma Police has filed its response and reply to any opposition(s).

As counsel for Oklahoma Police noted in its May 23, 2024 correspondence with the Court and counsel for Erste AM and Kissimmee regarding consolidation of the related cases, by filing the first complaint against Shoals Technologies Group, Inc. ("Shoals" or the "Company") and related defendants that asserts claims under the Securities Act of 1933 (the "Securities Act"), Oklahoma Police reserved its right under the Private Securities Litigation Reform Act of 1995 ("PSLRA") to be considered for appointment as lead plaintiff and to respond to the Motion not later than the deadline for responses established by L.R. 7.01(a)(3), *i.e.*, by June 4, 2024.[2] Following the initial filing of a complaint for violations of Section 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Securities and Exchange Commission ("SEC") Rule 10b-5 promulgated thereunder,[3] on May 8, 2024, Oklahoma Police filed a complaint for

---

[1] The Motion also included a request for consolidation of the three related actions, which Oklahoma Police did not oppose and has since been granted by the Court.  ECF No. 24.

[2] *See* Declaration of J. Gerard Stranch, IV in Support of the Notice of Intent of Oklahoma Police to Oppose the Motion of Erste AM, Joined by Kissimmee, for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel ("Stranch Decl."), Ex. A (email correspondence).

[3] *See* Complaint, *Westchester Putnam Cntys. Heavy & Highway Laborers Local 60 Benefits Fund v. Shoals Techs. Grp., Inc.*, No. 3:24-cv-00334 (M.D. Tenn.), ECF No. 1, ¶¶ 1, 45 (defining the class as all persons and entities that purchased Shoals common stock between May

violations of both the Securities Act and the Exchange Act. *See* Complaint, *Okla. Police Pension & Ret. Sys. v. Shoals Techs. Grp., Inc.*, No. 3:24-cv-00580 (M.D. Tenn.), ECF No. 1, ¶¶ 2, 140.

Specifically, Oklahoma Police alleged violations of the federal securities laws on behalf of a "Class" of (a) all persons and entities that purchased Shoals common stock pursuant, or traceable, or both, to the SPO Materials (as defined therein) issued in connection with Shoals' December 2022 secondary public offering (the "SPO") against Shoals and the Securities Act Defendants (as defined therein) for violations of Sections 11, 12(a)(2), and 15 of the Securities Act; and (b) all persons and entities that purchased Shoals common stock between May 17, 2022 and November 7, 2023, inclusive, against Shoals and the Exchange Act Individual Defendants (as defined therein) for violations of Sections 10(b) and 20(a) of the Exchange Act and SEC Rule 10b-5 promulgated thereunder. *Id.* On May 8, 2024, Oklahoma Police published a notice of pendency pursuant to the PSLRA on *GlobeNewswire*. *See* Stranch Decl., Ex. C (notice of pendency of action titled "Saxena White P.A. Files New Securities Class Action Lawsuit Against Shoals Technologies Group, Inc. and Related Parties Expanding the Claims Asserted").[4]

---

17, 2022 and November 7, 2023, inclusive against Shoals and certain of its officers seeking to pursue remedies under Sections 10(b) and 20(a) of the Exchange Act and SEC Rule 10b-5 promulgated thereunder). On March 22, 2024, this plaintiff published a notice of pendency pursuant to the PSLRA on *GlobeNewswire*. *See* Stranch Decl., Ex. B (notice of pendency of action).

[4] Thereafter, on May 13, 2024, Kissimmee filed a complaint for violations of the federal securities laws on behalf of all purchasers of Shoals Class A common stock between January 27, 2021 and May 7, 2024 inclusive, including purchases directly in Shoals' December 2022 SPO of Class A common stock, seeking to pursue remedies under §§ 10(b) and 20(a) of the Exchange Act and §§ 11, 12(a)(2), and 15 of the Securities Act, against Shoals, certain of the Company's senior officers and directors, and the underwriters for the SPO. *See* Complaint, *Kissimmee Util. Auth. Emps. Ret. Plan v. Shoals Techs. Grp., Inc.*, No. 3:24-cv-00598 (M.D. Tenn.) (the "*Kissimmee* Complaint"), ECF No. 1, ¶¶ 1, 114. On May 15, 2024, Kissimmee published a notice of pendency pursuant to the PSLRA on *GlobeNewswire*. *See* Stranch Decl., Ex. D (notice of pendency of action).

On May 24, 2024, the Court granted the Motion "as to consolidation only at this time," consolidating the three related actions as *In re Shoals Technologies Group, Inc. Securities Litigation*, designating Case No. 3:24-cv-00334 as the master file for every action in the consolidated action, and ordering that all related securities class actions against any or all of the defendants subsequently filed in, or transferred to, this District be consolidated into this action. ECF No. 24.

Having evaluated the Motion, Oklahoma Police hereby provides notice that it intends to respond to the Motion not later than the time by which any party opposing the Motion must serve and file a memorandum of law in response pursuant to L.R. 7.01(a)(3), *i.e.*, by June 4, 2024. Oklahoma Police is the "most adequate plaintiff" under the PSLRA because it: (1) filed the first complaint that asserts Securities Act claims; (2) holds the largest financial interest of any qualified plaintiff or movant; and (3) satisfies Rule 23's typicality and adequacy requirements.[5] In addition, as a sophisticated institutional investor with a substantial financial stake in the claims asserted in this action, Oklahoma Police is precisely the type of Lead Plaintiff that Congress envisioned when enacting the PSLRA. Oklahoma Police has selected and retained Saxena White P.A. to serve as Lead Counsel for the Class and Stranch, Jennings & Garvey PLLC to serve as Local Counsel for the Class.[6]

Accordingly, Oklahoma Police respectfully requests that the Court defer taking action on the Motion until after Oklahoma Police has filed its response and reply to any opposition(s).

---

[5] *See* Stranch Decl., Ex. E (Oklahoma Police's sworn certification pursuant to the PSLRA reflecting transactions in the *Kissimmee* Complaint class period), Ex. F (chart reflecting the calculation of Oklahoma Police's estimated loss).

[6] *See* Stranch Decl., Exs. G, H (firm resumes of Saxena White P.A. and Stranch, Jennings & Garvey PLLC).

DATED:  May 29, 2024    Respectfully submitted,

**STRANCH, JENNINGS & GARVEY PLLC**

By: */s/ J. Gerard Stranch IV*

J. Gerard Stranch IV
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
Tel.: (615) 254-8801
gstranch@stranchlaw.com

*Local Counsel for Proposed Lead Plaintiff
Oklahoma Police Pension and Retirement System,
and Proposed Local Counsel for the Class*

**SAXENA WHITE P.A.**

Lester Hooker (*pro hac vice*)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382
lhooker@saxenawhite.com

-and-

Rachel Avan (*pro hac vice*)
Marco A. Dueñas (*pro hac vice*)
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 216-2220
ravan@saxenawhite.com
mduenas@saxenawhite.com

*Counsel for Proposed Lead Plaintiff Oklahoma
Police Pension and Retirement System, and
Proposed Lead Counsel for the Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 29, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users, as follows:

**Britt K. Latham**
Bass, Berry & Sims (Nashville Office)
150 Third Avenue South
Suite 2800
Nashville, TN 37201
Email: blatham@bassberry.com

**Heather A. Waller**
Latham & Watkins LLP (Chicago Office)
330 N Wabash Avenue
Suite 2800
Chicago, IL 60611
Email: heather.waller@lw.com

**Margaret V. Dodson**
Bass, Berry & Sims (Nashville Office)
150 Third Avenue South
Suite 2800
Nashville, TN 37201
Email: margaret.dodson@bassberry.com

**Michele D. Johnson**
Latham & Watkins
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Email: michele.johnson@lw.com

**Renatta A. Gorski**
Latham & Watkins LLP (Chicago Office)
330 N Wabash Avenue
Suite 2800
Chicago, IL 60611
Email: renatta.gorski@lw.com

**Jerry E. Martin**
Barrett Johnston Martin & Garrison, LLC
200 31st Avenue North
Nashville, TN 37203
Email: jmartin@barrettjohnson.com

*/s/ J. Gerard Stranch IV*