# EXHIBIT A

# Marco Dueñas

| | |
|---|---|
| **From:** | Marco Dueñas |
| **Sent:** | Thursday, May 23, 2024 6:56 PM |
| **To:** | Katheryn Beasley; Gerard Stranch; Lester Hooker; Rachel Avan |
| **Cc:** | jmartin@barrettjohnston.com |
| **Subject:** | Re: 3:24-cv-580 Oklahoma Police Pension and Retirement System v. Shoals Technologies Group, Inc., et al. |

Thank you, Katheryn. Both Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund ("Local 60") and Oklahoma Police Pension and Retirement System ("Oklahoma Police") support consolidation.

However, Oklahoma Police is evaluating the motion for appointment as lead plaintiff and approval of selection of lead counsel filed by Erste Asset Management GmbH ("Erste AM"). No. 3:24-cv-00334, ECF Nos. 21-23. As the plaintiff that filed the first complaint asserting claims pursuant to the Securities Act of 1933, and pursuant to L.R. 7.01(a)(3), Oklahoma Police has reserved its right to be considered for appointment as lead plaintiff and respond to Erste AM's motion not later than the June 4, 2024 deadline for responses.

## Marco A. Dueñas
Senior Attorney

 SAXENA WHITE

Saxena White P.A.
10 Bank Street
Suite 882
White Plains, NY 10606
Direct Dial: 914-200-3263
Office: 914-437-8551
mduenas@saxenawhite.com
www.saxenawhite.com



 Please consider the environment before printing this email.

---

**From:** Katheryn Beasley <Katheryn_Beasley@tnmd.uscourts.gov>
**Sent:** Thursday, May 23, 2024 5:47 PM
**To:** Gerard Stranch <gstranch@stranchlaw.com>; Lester Hooker <lhooker@saxenawhite.com>; Marco Dueñas <mduenas@saxenawhite.com>; ravan@labaton.com <ravan@labaton.com>
**Cc:** jmartin@barrettjohnston.com <jmartin@barrettjohnston.com>
**Subject:** 3:24-cv-580 Oklahoma Police Pension and Retirement System v. Shoals Technologies Group, Inc., et al.

Judge wants to know your position on consolidating Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund with the above case against Shoals?

Thanks.

Katheryn Beasley
Courtroom Deputy for
Judge Aleta A. Trauger
United States District Court
Middle District of Tennessee
(615) 736-7157