# EXHIBIT F

Case 3:24-cv-00334     Document 26-6     Filed 05/29/24     Page 1 of 2 PageID #: 364

**Shoals Technologies Group, Inc.**
**Oklahoma Police Pension and Retirement System**
Class Period: 01/27/2021 to 05/07/2024

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| Purchase | 10/26/22 | 5,447 | $22.8555 | $124,493.91 | | | | | |
| Purchase | 10/26/22 | 11,981 | $23.7500 | $284,548.75 | | | | | |
| Purchase | 10/27/22 | 7,666 | $23.0636 | $176,805.56 | | | | | |
| Purchase | 11/01/22 | 5,685 | $23.5643 | $133,963.05 | | | | | |
| Purchase | 11/09/22 | 14,403 | $21.6064 | $311,196.98 | | | | | |
| Purchase | 12/02/22 | 2,202 | $22.2500 | $48,994.50 | Sale | 01/24/23 | 12,432 | $28.9420 | $359,806.93 |
| Purchase | 12/02/22 | 3,304 | $22.9000 | $75,661.60 | Sale | 11/08/23 | 24,634 | $14.6000 | $359,656.40 |
| Purchase | 12/02/22 | 9,910 | $22.5194 | $223,167.24 | Sale | 11/08/23 | 20,598 | $14.6460 | $301,678.31 |
| Purchase | 05/09/23 | 3,961 | $22.8356 | $90,451.81 | Sale | 11/08/23 | 18,904 | $14.6000 | $275,998.40 |
| Purchase | 06/12/23 | 8,063 | $26.0481 | $210,025.82 | Sale | 11/08/23 | 15,449 | $14.6193 | $225,853.57 |
| Purchase | 09/14/23 | 9,232 | $21.7991 | $201,249.28 | | | | | |
| Purchase | 10/10/23 | 10,163 | $16.7169 | $169,893.84 | Retained | | 0 | | $0.00 |
| | | **92,017** | | **$2,050,452.34** | | | **92,017** | | **$1,522,993.61** |

**LIFO Gain/(Loss) for Oklahoma Police Pension and Retirement System** <span style="color:red">**($527,458.74)**</span>