| | |
|---|---|
| In re SHOALS TECHNOLOGIES GROUP, INC. SECURITIES LITIGATION | Case No. 3:24-cv-00334-AAT <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: All Actions | |

**DECLARATION OF J. GERARD STRANCH IV IN SUPPORT OF THE
MEMORANDUM OF LAW IN SUPPORT OF OKLAHOMA POLICE PENSION AND
RETIREMENT SYSTEM'S APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF SELECTION OF COUNSEL, AND
<u>IN OPPOSITION TO THE COMPETING MOTION</u>**

I, J. Gerard Stranch IV, declare as follows:

1.    I am a Founder and Managing Member of the law firm of Stranch, Jennings & Garvey PLLC ("SJ&G"), a member in good standing of the Bar of the State of Tennessee, and admitted to practice before this Court.  I submit this declaration in support of the Memorandum of Law in Support of Oklahoma Police Pension and Retirement System's Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel, and in Opposition to the Competing Motion.

2.    Attached as Exhibits A through M hereto are true and correct copies of the following documents:

| | |
|---|---|
| EXHIBIT A: | A true and correct copy of the notice of pendency of *Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund v. Shoals Technologies Group, Inc.*, No. 3:24-cv-00334 (M.D. Tenn.), published on *GlobeNewswire* on March 22, 2024; |
| EXHIBIT B: | A true and correct copy of the notice of pendency of *Oklahoma Police Pension and Retirement System v. Shoals Technologies Group, Inc.*, No. 3:24-cv-00580 (M.D. Tenn.), published on *GlobeNewswire* on May 8, 2024; |
| EXHIBIT C: | A true and correct copy of the notice of pendency of Kissimmee Utility Authority Employees' Retirement Plan v. Shoals Technologies Group, Inc., No. 3:24-cv-00598 (M.D. Tenn.), published on *GlobeNewswire* on May 15, 2024; |
| EXHIBIT D: | A true and correct copy of Oklahoma Police's sworn certification, reflecting transactions between January 27, 2021 and May 7, 2024, inclusive; |
| EXHIBIT E: | A true and correct copy of a chart reflecting Oklahoma Police's estimated loss; |
| EXHIBIT F: | Declaration of Professor Chris Thomale; |
| EXHIBIT G: | Motion, *Steinberg v. OPKO Health, Inc.*, No. 18-cv-23786 (S.D. Fla. Nov. 13, 2018), ECF No. 24; |
| EXHIBIT H: | Notice, *Steinberg v. OPKO Health, Inc.*, No. 18-cv-23786 (S.D. Fla. Nov. 27, 2018), ECF No. 43; |
| EXHIBIT I: | Reply, *Plymouth Cnty. Ret. Assoc. v. Array Techs., Inc.*, No. 1:21-cv-04390 (S.D.N.Y. Aug. 3, 2021), ECF No. 88; |
| EXHIBIT J: | Memorandum, *Boston Ret. Sys. v. Alexion Pharms., Inc.*, No. 3:16-cv-02127 (D. Conn. Jan. 17, 2017), ECF No. 12; |

EXHIBIT K:   Declaration, *Boston Ret. Sys. v. Alexion Pharms., Inc.*, No. 3:16-cv-02127 (D. Conn. Jan. 17, 2017), ECF No. 13-1;

EXHIBIT L:   A true and correct copy of the firm resume of proposed Lead Counsel, Saxena White P.A.; and

EXHIBIT M:   A true and correct copy of the firm resume of proposed Local Counsel, SJ&G.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Executed this 4th day of June, 2024.

*/s/ J. Gerard Stranch IV*
J. Gerard Stranch IV

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users, as follows:

**Britt K. Latham**
Bass, Berry & Sims (Nashville Office)
150 Third Avenue South
Suite 2800
Nashville, TN 37201
Email: blatham@bassberry.com

**Heather A. Waller**
Latham & Watkins LLP (Chicago Office)
330 N Wabash Avenue
Suite 2800
Chicago, IL 60611
Email: heather.waller@lw.com

**Margaret V. Dodson**
Bass, Berry & Sims (Nashville Office)
150 Third Avenue South
Suite 2800
Nashville, TN 37201
Email: jmartin@barrettjohnson.com

Email: margaret.dodson@bassberry.com

**Michele D. Johnson**
Latham & Watkins
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Email: michele.johnson@lw.com

**Renatta A. Gorski**
Latham & Watkins LLP (Chicago Office)
330 N Wabash Avenue
Suite 2800
Chicago, IL 60611
Email: renatta.gorski@lw.com

**Jerry E. Martin**
Barrett Johnston Martin & Garrison, LLC
200 31st Avenue North
Nashville, TN 37203

*/s/ J. Gerard Stranch IV*
J. Gerard Stranch IV