# EXHIBIT D

## CERTIFICATION AND AUTHORIZATION

I, Ginger Sigler, on behalf of Oklahoma Police Pension and Retirement System ("Oklahoma Police"), hereby certify, as to the claims asserted under the federal securities laws, that:

1.  I have reviewed a complaint filed against Shoals Technologies Group, Inc. ("Shoals") alleging violations of the federal securities laws. I am authorized in my capacity as Executive Director to initiate litigation and to execute this Certification on behalf of Oklahoma Police.

2.  Oklahoma Police did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3.  Oklahoma Police is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4.  Oklahoma Police's transactions in Shoals common stock during the Class Period are set forth in the attached Schedule A.

5.  Oklahoma Police has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

    *In re Inotiv, Inc. Sec. Litig.*, No. 4:22-cv-00045 (N.D. Ind.); and

    *Plumbers & Pipefitters Local Union #295 Pension Fund v. CareDx, Inc.*, No. 3:22-cv-03023 (N.D. Cal.).

6.  Oklahoma Police has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff appointment, was not appointed lead plaintiff, or the lead plaintiff decision is still pending:

    *Raby v. Evolv Techs. Holdings, Inc.*, No. 1:24-cv-10761 (D. Mass.); and

    *Marquez v. Bright Health Grp., Inc.*, No. 1:22-cv-00101 (E.D.N.Y.).

7.  Oklahoma Police will not accept any payment for serving as a representative party on behalf of the Class beyond Oklahoma Police's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _Nov_ day of _31_ , 2024.

*Oklahoma Police Pension and Retirement System*

Ginger Sigler, Executive Director

## SCHEDULE A
### Oklahoma Police Pension and Retirement System
### Transactions in Shoals Technologies Group, Inc.

| Common Stock Purchases | | |
|---|---|---|
| Date | Shares | Price |
| 10/26/22 | 5,447 | $22.8555 |
| 10/26/22 | 11,981 | $23.7500 |
| 10/27/22 | 7,666 | $23.0636 |
| 11/01/22 | 5,685 | $23.5643 |
| 11/09/22 | 14,403 | $21.6064 |
| 12/02/22 | 2,202 | $22.2500 [1] |
| 12/02/22 | 3,304 | $22.9000 |
| 12/02/22 | 9,910 | $22.5194 |
| 05/09/23 | 3,961 | $22.8356 |
| 06/12/23 | 8,063 | $26.0481 |
| 09/14/23 | 9,232 | $21.7991 |
| 10/10/23 | 10,163 | $16.7169 |

| Common Stock Sales | | |
|---|---|---|
| Date | Shares | Price |
| 01/24/23 | 12,432 | $28.9420 |
| 11/08/23 | 24,634 | $14.6000 |
| 11/08/23 | 20,598 | $14.6460 |
| 11/08/23 | 18,904 | $14.6000 |
| 11/08/23 | 15,449 | $14.6193 |

[1] Purchased from J.P. Morgan Securities LLC