# EXHIBIT G

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

------------------------------------------------------------ x
CHARLES STEINBERG, Individually and on  :  No. 1:18-cv-23786
Behalf of All Others Similarly Situated,  :
                                :  **<u>CLASS ACTION</u>**
       Plaintiff,            :
                                  :
       vs.                :
                                  :
OPKO HEALTH, INC., PHILLIP FROST,  :
ADAM LOGAL, and JUAN RODRIGUEZ  :
                                  :
       Defendants.       :
------------------------------------------------------------ x
MICHAEL BRENNAN, Individually and on  :  No. 1:18-cv-23924
Behalf of All Others Similarly Situated,  :
                                :  **<u>CLASS ACTION</u>**
       Plaintiff,            :
                                  :
       vs.                :
                                  :
OPKO HEALTH, INC., PHILLIP FROST,  :
ADAM LOGAL, and JUAN RODRIGUEZ  :
                                  :
       Defendants.       :
------------------------------------------------------------ x

**NOTICE OF MOTION OF ERSTE ASSET MANAGEMENT GMBH FOR
CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD
PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that proposed Lead Plaintiff Erste Asset Management GmbH ("Erste"), will move this Court pursuant to § 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), on a date and at such time as may be designated by the Court, at 400 North Miami Avenue, Miami, FL 33128, for an order:  (1)  consolidating the above-captioned actions, (2)  appointing Erste as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 and (3)  approving Erste's selection of Motley Rice LLC as Lead Counsel for the proposed class.  In support of this Motion, Erste submits the accompanying Memorandum of Law, Declaration of T. David Hoyle and exhibits attached thereto, and [Proposed] Order.

DATED:  November 13, 2018                    Respectfully submitted,

**MOTLEY RICE LLC**

_____ *s/ T. David Hoyle*

T. David Hoyle (FL Bar #55006)
James M. Hughes
Gregg S. Levin
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone:  (843) 216-9000
Facsimile:  (843) 216-9450
dhoyle@motleyrice.com
jhughes@motleyrice.com
glevin@motleyrice.com

*Counsel for Erste Asset Management GmbH and*
*Proposed Lead Counsel for the Class*

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 13, 2018.

*s/ T. David Hoyle*_____
T. David Hoyle

**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone:  (843) 216-9000
Facsimile:  (843) 216-9450
dhoyle@motleyrice.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

-------------------------------------------------------------- x

CHARLES STEINBERG, Individually and on
Behalf of All Others Similarly Situated,
: No. 1:18-cv-23786

**CLASS ACTION**

Plaintiff,

vs.

OPKO HEALTH, INC., PHILLIP FROST,
ADAM LOGAL, and JUAN RODRIGUEZ

Defendants.

-------------------------------------------------------------- x

MICHAEL BRENNAN, Individually and on
Behalf of All Others Similarly Situated,
: No. 1:18-cv-23924

**CLASS ACTION**

Plaintiff,

vs.

OPKO HEALTH, INC., PHILLIP FROST,
ADAM LOGAL, and JUAN RODRIGUEZ

Defendants.

-------------------------------------------------------------- x

## [PROPOSED] ORDER GRANTING MOTION OF ERSTE ASSET MANAGEMENT GMBH FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL

Having read and considered all motions for appointment as Lead Plaintiff in the above-captioned actions and all supporting documents submitted to this Court, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1.      The motion of Erste Asset Management GmbH ("Erste") is **GRANTED**.

2.      The above-captioned actions are **CONSOLIDATED** for all purposes under the caption for the first-filed action.

3.      Erste is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995.

4.      Erste's selection of Lead Counsel is **APPROVED**, and Motley Rice LLC is **APPOINTED** to serve as Lead Counsel for the class.

**IT IS SO ORDERED.**

Dated: _____, 2018          _____
                                                The Honorable Jose E. Martinez
                                                United States District Judge
                                                Southern District of Florida

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

--------------------------------------------------------- x

CHARLES STEINBERG, Individually and on :   No. 1:18-cv-23786
Behalf of All Others Similarly Situated,   :

  :   **<u>CLASS ACTION</u>**

          Plaintiff,   :

  :

      vs.   :

  :

OPKO HEALTH, INC., PHILLIP FROST,   :
ADAM LOGAL, and JUAN RODRIGUEZ   :

  :

          Defendants.   :

--------------------------------------------------------- x

MICHAEL BRENNAN, Individually and on :   No. 1:18-cv-23924
Behalf of All Others Similarly Situated,   :

  :   **<u>CLASS ACTION</u>**

          Plaintiff,   :

  :

      vs.   :

  :

OPKO HEALTH, INC., PHILLIP FROST,   :
ADAM LOGAL, and JUAN RODRIGUEZ   :

  :

          Defendants.   :

--------------------------------------------------------- x

**MEMORANDUM OF LAW IN SUPPORT OF MOTION OF ERSTE ASSET
MANAGEMENT GMBH FOR CONSOLIDATION OF THE RELATED ACTIONS,
APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF
COUNSEL**

**TABLE OF CONTENTS**

INTRODUCTION ................................................................................................................... 1

FACTUAL BACKGROUND................................................................................................. 2

ARGUMENT......................................................................................................................... 3

I.     The Related Actions Should Be Consolidated.................................................. 3

II.    Erste Should Be Appointed Lead Plaintiff....................................................... 4

       A.     Erste's Motion is Timely ....................................................................... 4

       B.     Erste Has the Largest Financial Interest of Any Known Movant.......... 5

       C.     Erste Satisfies the Requirements of Rule 23......................................... 5

              1.     Erste satisfies the typicality requirement .................................... 6

              2.     Erste satisfies the adequacy requirement .................................... 6

III.   The Court Should Approve Erste's Selection of Counsel ................................. 7

CONCLUSION..................................................................................................................... 8

## TABLE OF AUTHORITIES

### CASES

*In re Cendant Corp. Litigation*
264 F.3d 201 (3d Cir. 2001) ................................................................................ 6

*In re MIVA, Inc.*
No. 2:05-cv-201-FtM-29DNF, 2008 U.S. Dist. LEXIS 21108 (M.D. Fla. Mar. 12,
2008) ..................................................................................................................... 5

*Miller v. Dyadic International, Inc.*
No. 07-80948-CIV-DIMITROULEAS 2008, U.S. Dist. LEXIS 32271 (S.D. Fla. Apr.
18, 2008) .......................................................................................................... 5, 6

*Morrison v. National Australia Bank Ltd.*
561 U.S. 247 (2010) ........................................................................................... 6

*Sheet Metal Workers Local 28 Pension Fund v. Office Depot, Inc.*
No. 07–81038–CIV, 2008 WL 1943955 (S.D. Fla. May 2, 2008) ...................... 5

### STATUTES

15 U.S.C. § 78u-4(a)(1) ......................................................................................... 4
15 U.S.C. § 78u-4(a)(3) ...................................................................................... 3, 4

### OTHER AUTHORITIES

1995 U.S.C.C.A.N. 679 ......................................................................................... 7
1995 U.S.C.C.A.N. 730 ......................................................................................... 7
H.R. Conf. Rep. No. 104-369 (1995) .................................................................... 7
S. Rep. No. 104-98 (1995) ..................................................................................... 7

Erste Asset Management GmbH ("Erste") respectfully submits this Memorandum of Law in support of its Motion, pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an order:  (i)  consolidating the above-captioned actions (the "Related Actions") pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; (ii)  appointing Erste as Lead Plaintiff for a proposed class consisting of all persons and entities, other than Defendants (defined below) and their affiliates, who purchased or otherwise acquired the publicly traded securities of OPKO Health, Inc. ("OPKO" or the "Company") between September 26, 2013, and September 7, 2018, both dates inclusive (the "Class Period"); and (iii) approving Erste's selection of Motley Rice LLC ("Motley Rice") to serve as Lead Counsel.

## INTRODUCTION

Pending before the Court are two securities fraud class action lawsuits (the "Related Actions") filed against OPKO; Phillip Frost ("Frost"), the Chief Executive Officer and a Director of the Company at all relevant times; Adam Logal, the Company's Chief Accounting Officer from July 2012 to April 2014, and its Chief Financial Officer ("CFO") from April 2014 to the present; and Juan F. Rodriguez, the Company's Senior Vice President and CFO from July 2012 to April 2014 (collectively, "Defendants").  The complaints on file in the Related Actions allege that, during the Class Period, Defendants repeatedly made materially misleading statements and/or failed to disclose information necessary to make various statements not materially misleading related to OPKO's and Frost's alleged involvement in a pump-and-dump scheme, thus artificially inflating the price of OPKO securities.  According to the complaints, when the misrepresentations were revealed to the public, the market value of OPKO securities declined, causing the proposed class to suffer significant losses and damages.

The PSLRA directs courts to appoint as lead plaintiff the movant with the largest financial interest in the relief sought by the class who also meets the requirements of Rule 23 of the Federal

1

Rules of Civil Procedure ("Rule 23") at this stage in the litigation.  Erste respectfully submits that, pursuant to the PSLRA, it should be appointed to serve as Lead Plaintiff on behalf of the putative class.  Erste has the largest financial interest of any movant it knows to be before the Court, its funds having suffered significant loses.  *See* Certification and Loss Chart, Decl. of T. David Hoyle ("Hoyle Decl."), Exs. B, C.  Erste also meets the typicality and adequacy requirements of Rule 23 because, like all members of the putative class, it seeks recovery of losses incurred as a result of Defendants' allegedly false and misleading statements and/or omissions; it is motivated by its funds' large financial losses to vigorously prosecute the Related Actions; and it has committed to fairly and adequately represent the interests of the putative class.

Finally, the Court should approve Erste's selection of Motley Rice as Lead Counsel for the proposed class.  The claims of the proposed class will be well protected by Motley Rice, which has the experience, expertise, and resources necessary to handle securities litigation of this scale.

## FACTUAL BACKGROUND

OPKO purports to be a diversified healthcare company, which, according to the Company's website, operates a diagnostics business, a pharmaceutical business, and a biologics business, and has "production and distribution assets worldwide, multiple strategic investments and an active business development strategy."  OPKO is headquartered in Miami, Florida, and its common stock trades on NASDAQ under the ticker symbol "OPK."

Throughout the Class Period, Defendants allegedly made false and/or misleading statements and/or failed to disclose that:  (i) OPKO and Frost were engaged in a pump-and-dump scheme designed, in part, to artificially inflate the price of various stocks, allowing Frost, among others, to reap millions of dollars in unlawful profits; and (ii) as a result, Defendants' statements about OPKO's business, operations and prospects were materially false and misleading at all relevant

2

times.  As a result of the foregoing, OPKO shares allegedly traded at artificially inflated prices during the Class Period.

On September 7, 2018, the SEC issued a press release titled "SEC Charges Microcap Fraudsters for Roles in Lucrative Market Manipulation Schemes."  The press release stated, in part, that the SEC had "charged a group of 10 individuals and 10 associated entities for their participation in long-running fraudulent schemes that generated over $27 million from unlawful stock sales and caused significant harm to retail investors who were left holding virtually worthless stock."  The press release identified both OPKO and Frost as defendants.

Following this news, shares of OPKO fell $1.01 or more than 18%, before NASDAQ halted the trading of OPKO on September 7, 2018, at 2:34 p.m. EDT at $4.58.  As of November 9, 2018, the stock traded at $2.56, a decline of nearly 55% from its closing price on September 6, 2018.

As a result of Defendants' alleged wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Erste and other class members have suffered significant losses and damages.

**ARGUMENT**

**I.      The Related Actions Should Be Consolidated**

The PSLRA provides that "if more than one action on behalf of a class asserting substantially the same claim or claims arising under this chapter has been filed," the Court shall not make the determination of the most adequate plaintiff until "after the decision on the motion to consolidate is rendered."  15 U.S.C. § 78u-4(a)(3)(B)(ii).  Consolidation is appropriate where actions involve common questions of law or fact.  *See* Fed. R. Civ. P. 42(a).  Here, the Related Actions assert virtually identical claims against the same Defendants and rely on the same facts. Consolidation would preserve judicial resources and promote efficient prosecution of the litigation.  Accordingly, the Court should consolidate the Related Actions.

3

## II.      Erste Should Be Appointed Lead Plaintiff

The PSLRA establishes the procedure for the appointment of a lead plaintiff in "each private action arising under [the Act] that is brought as a plaintiff class action pursuant to the Federal Rules of Civil Procedure."   15 U.S.C. § 78u-4(a)(1); *see also* 15 U.S.C. § 78u-4(a)(3)(B)(i).  First, the pendency of the action must be publicized in a widely circulated national business-oriented publication or wire service not later than 20 days after filing of the first complaint.  15 U.S.C. § 78u-4(a)(3)(A)(i).  Next, the PSLRA provides that the Court shall adopt a presumption that the most adequate plaintiff is the person or group of persons that:

(aa) has either filed the complaint or made a motion in response to a notice . . . ;

(bb) in the determination of the court, has the largest financial interest in the relief sought by the class; and

(cc) otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure.

15 U.S.C. § 78u-4(a)(3)(B)(iii).  Erste meets these requirements and should therefore be appointed Lead Plaintiff.

### A.      Erste's Motion is Timely

The notice published on *BusinessWire*, a widely-circulated, national, business-oriented news reporting wire service, on September 13, 2018, advised class members of (i) the pendency of the action; (ii) the claims asserted therein; (iii) the proposed class period; and (iv) the right to move the Court to be appointed lead plaintiff within the 60-day period prescribed by statute.  *See* Hoyle Decl., Ex. A.  Because Erste's motion is timely filed, it is entitled to be considered for appointment as Lead Plaintiff.

4

**B.      Erste Has the Largest Financial Interest of Any Known Movant**

Erste's funds suffered losses of $1,671,126.26 on their purchases of OPKO common shares during the Class Period.  Erste is unware of any other movant with a larger financial interest in the relief sought by the class.  *See* Certification and Loss Chart, Hoyle Decl., Exs. B, C.

**C.      Erste Satisfies the Requirements of Rule 23**

In addition to possessing the largest financial interest, to benefit from a presumption that it is the most adequate lead plaintiff, a movant must "satisf[y] the requirements of Rule 23 . . . ."  15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(cc).  Of the four prerequisites to class certification, only two – typicality and adequacy – directly address the personal characteristics of the class representative. Consequently, in deciding a motion to serve as lead plaintiff, the Court should limit its inquiry to the typicality and adequacy prongs of Rule 23(a), and defer examination of the remaining requirements until the motion for class certification.  *Miller v. Dyadic Int'l, Inc.*, No. 07-80948-CIV-DIMITROULEAS 2008, U.S. Dist. LEXIS 32271, at *18 (S.D. Fla. Apr. 18, 2008). Typicality exists where the movant's claims "share the same 'essential characteristics as the class at large.'" *Dyadic*, 2008 U.S. Dist. LEXIS 32271, at *19; *see also Sheet Metal Workers Local 28 Pension Fund v. Office Depot, Inc.*, No. 07–81038–CIV, 2008 WL 1943955, at *2 (S.D. Fla. May 2, 2008) ("With regard to typicality, the proposed Lead Plaintiff should have suffered the same injuries as the absent class members as a result of the same course of conduct by the defendants and maintain claims based on the same legal issues as the absent class members.").  "[T]ypicality [does not] require that all putative class members share identical claims, and [it] may be satisfied even if some factual differences exist between the claims of the named representatives and the claims of the class at large." *In re MIVA, Inc.*, No. 2:05-cv-201-FtM-29DNF, 2008 U.S. Dist. LEXIS 21108, at *10 (M.D. Fla. Mar. 12, 2008).  "The adequacy requirement is satisfied where, as here: (1) class counsel is qualified, experienced, and generally able to conduct the litigation; (2)

5

the class members' interests are not antagonistic to one another; and (3) the class has sufficient interest in the outcome of the case to ensure vigorous advocacy." *Dyadic*, 2008 U.S. Dist. LEXIS 32271, at \*19.  Erste satisfies both the typicality and adequacy requirements.

### 1.     Erste satisfies the typicality requirement

During the Class Period, Erste's funds purchased or otherwise acquired a substantial amount of OPKO common stock at prices artificially inflated by Defendants' alleged materially false and/or misleading statements and omissions, and suffered damages when the truth was revealed to the market.  *See Morrison v. Nat'l Austl. Bank Ltd.*, 561 U.S. 247, 266-69 (2010) (holding that Section 10(b) applies to any transaction in securities listed on a U.S. stock exchange, without regard for the nationality of the shareholder).  Because Erste's legal claims are substantially identical to and arise from the same factual predicate as those alleged in the complaints in the Related Actions, Erste satisfies the typicality requirement.

### 2.     Erste satisfies the adequacy requirement

As noted above, Erste seeks to recover for substantially the same course of conduct by Defendants and injuries for which the rest of the proposed Class seeks recovery.  Erste's interests are thus aligned with the interests of the other members of the class.  Moreover, the large financial loss suffered by its funds ensures that Erste will vigorously prosecute the litigation.  In a case of this magnitude, it is essential that any court-appointed lead plaintiff have sufficient resources and experience to play a meaningful role in managing the litigation.  Based in Vienna, Austria, Erste is a sophisticated institutional investor that manages assets worth EUR 61.4 billion as of September 2018 (more than $69 billion equivalent).  Indeed, Erste is precisely the type of investor whose participation in securities class actions the PSLRA was meant to foster.  *See In re Cendant Corp. Litig.*, 264 F.3d 201, 244 (3d Cir. 2001) (finding that the PSLRA was designed "to increase the likelihood that institutional investors will serve as lead plaintiff") (quoting H.R. Conf. Rep. No.

6

104-369, at 34 (1995), *reprinted in* 1995 U.S.C.C.A.N. 730, 733); *see also* S. Rep. No. 104-98 at 6 (1995), *reprinted in* 1995 U.S.C.C.A.N. 679, 685.

Erste also has demonstrated its adequacy by selecting a highly qualified firm with significant experience and success prosecuting federal securities class actions to serve as Lead Counsel for the class.  *See infra* Section III; *see also* Motley Rice Firm Resume, Hoyle Decl., Ex. D.

Thus, Erste satisfies the requirements of Rule 23 at this stage.

### III.    The Court Should Approve Erste's Selection of Counsel

The PSLRA vests authority in the lead plaintiff to select and retain lead counsel, subject to court approval.  *See* 15 U.S.C. § 78u-4(a)(3)(B)(v).  Courts should not disturb a lead plaintiff's choice of counsel unless necessary to "protect the interests of the class."  15 U.S.C. § 78u-4(a)(3)(B)(iii)(II)(aa).

Erste has selected as Lead Counsel for the class Motley Rice, a firm with substantial experience representing defrauded investors and a demonstrated history of success serving as lead counsel in numerous securities fraud class actions.  Motley Rice's experience in the prosecution of securities class actions is derived from, among other things, its service as co-lead counsel in *Bennett v. Sprint Nextel Corp.*, No. 2:09-cv-02122-EFM-KMH, ECF No. 23 (D. Kan. June 5, 2009).  On August 12, 2015, the *Sprint* court approved a settlement of $131 million for the class. Motley Rice also served as sole lead counsel in *In re Barrick Gold Securities Litigation*, No. 1:13-cv-03851-RPP, ECF No. 26 (S.D.N.Y. Aug. 9, 2013).  The court in that case approved a settlement of $140 million for the class on December 2, 2016.  *See* Hoyle Decl., Ex. D.

Accordingly, the Court should approve Erste's selection of Motley Rice as Lead Counsel for the putative class.

## CONCLUSION

For the foregoing reasons, Erste respectfully requests that the Court:  (i) consolidate the Related Actions, (ii) appoint Erste as Lead Plaintiff for the Class, and (iii) approve Erste's selection of Motley Rice as Lead Counsel for the putative class.

DATED:  November 13, 2018                          Respectfully submitted,

**MOTLEY RICE LLC**

_s/ T. David Hoyle_

T. David Hoyle (FL Bar #55006)
James M. Hughes
Gregg S. Levin
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone:  (843) 216-9000
Facsimile:  (843) 216-9450
dhoyle@motleyrice.com
jhughes@motleyrice.com
glevin@motleyrice.com

_Counsel for Erste Asset Management GmbH and
Proposed Lead Counsel for the Class_

8

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 13, 2018.

*s/ T. David Hoyle*_____
T. David Hoyle

**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone:  (843) 216-9000
Facsimile:  (843) 216-9450
dhoyle@motleyrice.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

```
---------------------------------------------------------- x
CHARLES STEINBERG, Individually and on  :    No. 1:18-cv-23786
Behalf of All Others Similarly Situated,        :
                                                :
                                                :    CLASS ACTION
           Plaintiff,                           :
                                                :
                                                :
     vs.                                        :
                                                :
OPKO HEALTH, INC., PHILLIP FROST,   :
ADAM LOGAL, and JUAN RODRIGUEZ  :
                                                :
           Defendants.                          :
---------------------------------------------------------- x
MICHAEL BRENNAN, Individually and on :    No. 1:18-cv-23924
Behalf of All Others Similarly Situated,        :
                                                :    CLASS ACTION
           Plaintiff,                           :
                                                :
                                                :
     vs.                                        :
                                                :
OPKO HEALTH, INC., PHILLIP FROST,   :
ADAM LOGAL, and JUAN RODRIGUEZ  :
                                                :
           Defendants.                          :
---------------------------------------------------------- x
```

**DECLARATION OF T. DAVID HOYLE IN SUPPORT OF THE MOTION OF
ERSTE ASSET MANAGEMENT GMBH FOR CONSOLIDATION OF THE ACTIONS,
APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF
COUNSEL**

I, T. David Hoyle, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of Florida and this Court.  I am an attorney with the law firm of Motley Rice LLC, counsel for proposed Lead Plaintiff Erste Asset Management GmbH ("Erste"), and proposed Lead Counsel for the class in the above-captioned action.  I make this declaration in support of Erste's Motion for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Erste's sworn Certification;

Exhibit B:    Chart of Erste's Estimated Losses;

Exhibit C:    Notice of pendency of class action published in *Business Wire*, a national business-oriented wire service, on September 13, 2018; and

Exhibit D:    Motley Rice's firm resume.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 13th day of November, 2018, at Mt. Pleasant, South Carolina.

*s/ T. David Hoyle*
T. David Hoyle

1

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 13, 2018.

*s/ T. David Hoyle_____*
T. David Hoyle

**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone:  (843) 216-9000
Facsimile:  (843) 216-9450
dhoyle@motleyrice.com

# Exhibit A

40.140.144.4



## OPK LOSS NOTICE: Rosen Law Firm Reminds OPKO Health, Inc. Investors of Important Deadline in First Filed Case by Firm

September 13, 2018 07:42 PM Eastern Daylight Time

NEW YORK--(BUSINESS WIRE)--Rosen Law Firm, a global investor rights law firm, reminds purchasers of the securities of OPKO Health, Inc. (NASDAQ: OPK) from September 26, 2013 through September 7, 2018, inclusive (the "Class Period") of the important November 13, 2018 lead plaintiff deadline in the first filed case commenced by the Rosen Firm. The lawsuit seeks to recover damages for OPKO investors under the federal securities laws.

To join the OPKO class action, go to http://www.rosenlegal.com/cases-1412.html or call Phillip Kim, Esq. or Zachary Halper, Esq. toll-free at 866-767-3653 or email pkim@rosenlegal.com or zhalper@rosenlegal.com for information on the class action.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY RETAIN COUNSEL OF YOUR CHOICE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. AN INVESTOR'S ABILITY TO SHARE IN ANY POTENTIAL FUTURE RECOVERY IS NOT DEPENDENT UPON SERVING AS LEAD PLAINTIFF.

According to the lawsuit, defendants made false and/or misleading statements and/or failed to disclose that: (1) OPKO and its Chairman and Chief Executive Officer, Phillip Frost, were engaged in a pump-and-dump scheme with several other individuals and companies in their investments in several penny stocks; (2) this illicit scheme would result in governmental scrutiny including from the SEC; and (3) as a result, defendants' statements about OPKO's business, operations and prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court no later than November 13, 2018. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, go to http://www.rosenlegal.com/cases-1412.html or to discuss your rights or interests regarding this class action, please contact Phillip Kim or Zachary Halper of Rosen Law Firm toll free at 866-767-3653 or via email at pkim@rosenlegal.com or zhalper@rosenlegal.com.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm or on Twitter: https://twitter.com/rosen_firm.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 3 each year since 2013. Attorney Advertising. Prior results do not guarantee a similar outcome.

## Contacts

The Rosen Law Firm, P.A.

Laurence Rosen, Esq.
Phillip Kim, Esq.

# Exhibit B

## PLAINTIFF'S CERTIFICATION
## PURSUANT TO FEDERAL SECURITIES LAWS

The undersigned, Gerold Permoser and Manfred Lentner, on behalf of Erste Asset Management GmbH ("Erste Asset Management"), for account of the fund listed in Schedule A (the "Fund"), declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1.      We have reviewed a complaint against OPKO Health, Inc. ("OPKO") and designate Motley Rice LLC as proposed lead counsel for Erste Asset Management in this action for all purposes.

2.      We are duly authorized to institute legal action on behalf of Erste Asset Management and the Fund's behalf, including litigation against OPKO and any other defendants.

3.      Erste Asset Management did not purchase or sell the security that is the subject of this litigation at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4.      Erste Asset Management is willing to serve as a lead plaintiff and understands that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial. Erste Asset Management also understands that, if appointed Lead Plaintiff in this action, it will be subject to the jurisdiction of the Court and will be bound by all rulings by the Court, including rulings regarding any judgments.

5.      Erste Asset Management will not accept any payment for serving as a representative party beyond its *pro rata* share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court.

6.      Erste Asset Management has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

7.      Erste Asset Management understands that this is not a claim form, and that its ability to share in any recovery as a member of the class is unaffected by its decision to serve as a representative party.

8.      Attached hereto as Schedule A is a complete listing of all transactions the Fund made during the Class Period that are subject of this litigation. Erste Asset Management will provide records of those transactions upon request.

9.      Erste Asset Management is also represented and counseled in this matter by its attorney, Deborah M. Sturman of Sturman LLC.

We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 8th day of November 2018.

For Erste Asset Management GmbH:


_____                    _____
Gerold Permoser                               Manfred Lentner
CIO                                           Fully Proxy

## Schedule A
### OPKO Health, Inc. (US68375N1037)
Class Period:  September 26, 2013 – September 7, 2018

| **Erste Asset Management GmbH** | | **Date** | **Shares** | **Price** |
|---|---|---|---|---|
| **ESPA STOCK BIOTEC** | | | | |
| | Purchases: | 12/21/2016 | 208,000.00 | 11.78 |

# Exhibit C

**OPKO Health Inc. (OPK)**
**Erste Asset Management GmbH**

**Class Period: 9/26/2013 - 9/7/2018**                                                                 **Hold Price: $3.7467**

| ESPA STOCK BIOTEC | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Date** | **Quantity** | **Price*** | **Amount** |
| Purchase | 12/21/2016 | 208,000 | $11.7810 | ($2,450,448.00) |
| **Net Proceeds of Transactions** | | | | **($2,450,448.00)** |
| **Value of 208,000 retained shares @ $3.7467 per share** | | | | **$779,321.74** |
| **(Loss)/Gain for ESPA STOCK BIOTEC** | | | | **($1,671,126.26)** |

\* Any shares sold within 90 days after the end of the class period have been valued at the higher price between the actual sale price and the average closing price from the end of the class period to the date of the sale.

\*\* Losses calculated on a last-in first-out (LIFO) basis.

# Exhibit D

# FIRM RESUME



# FIRM OVERVIEW



Founded on April 28, 2003, by Ronald L. Motley (1944–2013) and Joseph F. Rice, Motley Rice LLC is one of the nation's largest plaintiffs' law firms. Our attorneys, assisted by more than 200 support personnel, possess extensive experience in a wide variety of civil litigation.

Motley Rice lawyers initially gained national recognition for their work representing asbestos victims in the 1970s and 1980s, conducting some of the first successful representations of injured persons against the asbestos industry. Motley Rice remains deeply involved in asbestos litigation in various jurisdictions across the country. The firm continues to represent clients through involvement on numerous asbestos bankruptcy trust committees and is active in other workers' rights and toxic tort cases.

In the 1990s, Motley Rice attorneys took on the tobacco industry. Armed with evidence acquired from whistleblowers, individual smokers' cases, and tobacco liability class actions, the attorneys led the campaign of 26 states' Attorneys General and several municipalities to recoup state healthcare funds and exact marketing restrictions from cigarette manufacturers. Through the litigation, "a powerful industry was forced by U.S. courts to reveal its internal documents that explain what nine tobacco companies knew, when they knew it and what they concealed from the public about their dangerous product."* The effort restricted cigarette marketing to children and culminated in the $246 billion Master Settlement Agreement, the largest civil settlement in U.S. history.

Following the Sept. 11, 2001 terrorist attacks, Motley Rice lawyers brought a landmark lawsuit against the alleged private and state sponsors of al Qaeda and Osama bin Laden. Motley Rice has undertaken a global investigation into terrorism financing. In the course of this investigation, Motley Rice created an entire anti-terrorism and human rights practice which includes cases against defendants involved in terrorist acts by Libya, Hamas suicide bombers in Israel, and other corrupt regimes' human rights abuses. Motley Rice attorneys also held a crucial role in executing the strategic mediations and/or settlements in 56 aviation liability and damages cases against multiple defendants on behalf of families of the victims of the 9/11 attacks who opted out of the VCF.

Our lawyers continue to be selected to lead federal and state medical device and drug litigation brought by injured people alleging medical manufacturers put profits before safety. Our catastrophic injury lawyers fight for adults and children seriously injured or killed by defective products such as dangerous toys or in tragic events such as devastating fires.

In 2010, our environmental team began representing people and businesses harmed by the Deepwater Horizon oil spill in the Gulf of Mexico and our attorneys had a central role in negotiating the two class action settlements reached between BP and the litigation Plaintiffs' Steering Committee, one of which is the largest civil class action settlement in U.S. history.

We continue our efforts to hold responsible national and international corporations and organizations that willfully and knowingly harm people and have expanded our other practice areas to seek protections for shareholders, seek change in corporate cultures and bring to light issues that affect safety, security and rights of consumers, investors and the public.

The firm's lawyers regularly litigate complex cases involving multiple parties in state and federal jurisdictions throughout the United States, either as sole counsel for the plaintiffs or in association with local counsel and other firms. Additionally, Motley Rice lawyers maximize the use of alternative dispute resolution where appropriate, such as negotiation, mediation and arbitration, making it possible to avoid protracted litigation in some cases. Motley Rice employs state-of-the-art technology by using video conferencing, extranet access, and a document management system that enables the firm to process and enter into the database thousands of articles, liability documents and all other information and documents used in litigation proceedings.

The firm has offices in Mt. Pleasant, SC; Providence, RI; Hartford, CT; New York, NY; Morgantown, WV; Charleston, WV; Washington, D.C.; New Orleans, LA; and Kansas City, Missouri.

*World Health Org., *The Tobacco Industry Documents: What They Are, What They Tell Us, and How to Search Them* (July 2004), *available at* www.who.int/tobacco/communications/TI_manual_content.pdf.

## LITIGATION PROFILES   *Motley Rice has held leadership roles in numerous cases. Highlights include:*

### DEFECTIVE DRUGS AND DEVICES

Plaintiffs' Steering Committee of *In re Power Morcellator Products Liability Litigation,* MDL No. 2652

Co-lead counsel *In re Zofran (Ondansetron) Products Liability Litigation,* MDL No. 2657

Plaintiffs' Executive Committee of *In re Viagra Products Liability Litigation,* MDL 1724

Plaintiffs' Leadership Counsel of *In re Bard IVC Filters Products Liability Litigation*, MDL 2641

Plaintiffs' Steering Committee of *In re Lipitor® (Atorvastatin Calcium) Marketing, Sales Practices and Products Liability Litigation*, MDL 2502.

Co-lead plaintiffs' counsel and liaison counsel *In re Kugel Mesh Hernia Patch Products Liability Litigation,* MDL No. 07-1842 (D.R.I.), Rhode Island federal court's first consolidated MDL, on behalf of thousands of people alleging injury by the hernia repair patch manufactured by Davol, Inc., as well as liaison counsel for the nearly 2,000 lawsuits consolidated in Rhode Island state court.

Co-lead coordinating counsel of *In re Ethicon, Inc., Pelvic Repair Systems Products Liability Litigation*, MDL 2327 (S.D.W.Va.)

Co-lead counsel in the *In re American Medical Systems, Inc., Pelvic Repair Systems Products Liability Litigation,* MDL 2325 (S.D.W.Va.)

Co-liaison counsel *In re C.R. Bard, Inc., Pelvic Repair Systems Products Liability Litigation,* MDL 2187 (S.D.W.Va.)

Co-lead counsel *In re Boston Scientific Corp., Pelvic Repair Systems Products Liability Litigation,* MDL 2326, (S.D.W.Va.)

Co-liaison counsel *In re Pelvic Mesh Litigation/Bard,* No. L-6339-10 in New Jersey state court.

State court liaison counsel of *In re Bard Litigation* in Massachusetts and Delaware

Co-lead counsel of the **Mirena MDL** (S.D.N.Y.)

Co-lead counsel in the *In re Mirena Product Liability* state court consolidation in New Jersey

Plaintiffs' Steering Committee of *In re Zoloft (Sertraline Hydrochloride) Products Liability Litigation*, MDL 2342

Plaintiffs' Steering Committee of *In re NuvaRing Products Liability Litigation,* MDL 1964

Plaintiffs' Steering Committee of *In re DePuy Orthopaedics, Inc. ASR Hip Implant Products Liability Litigation,* MDL 2197

Plaintiffs' Steering Committee of *In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, MDL 2244

*In re A.H. Robins Co., Inc., "Dalkon Shield" IUD Products Liability Litigation* (No. II), MDL 631

Plaintiffs' Steering Committee of *In re Medtronic, inc., Sprint Fidelis Leads Products Liability Litigation,* MDL 1905

Plaintiffs' Steering Committee of *In re Trasylol Products Liability Litigation,* MDL 1928

Plaintiffs' Steering Committee of *In re Levaquin Products Liability Litigation*, MDL 1943

Plaintiffs' Steering Committee and co-lead counsel of *In re Digitek Products Liability Litigation,* MDL 1968

Plaintiffs' Steering Committee of *In re Avandia Marketing, Sales Practices and Products Liability Litigation,* MDL 1871

Plaintiffs' Steering Committee of *In re Hydroxycut Marketing and Sales Practice Litigation,* MDL 2087

Plaintiffs' Steering Committee of *In re Zicam Cold Remedy Marketing, Sales Practices and Products Liability Litigation,* MDL 2096

Plaintiffs' Steering Committee and co-lead counsel of *In re Human Tissue Products Liability Litigation,* MDL 1763

*In re Temporomandibular Joint (TMJ) Implants Products Liability Litigation,* MDL 1001

*In re Abbott Laboratories Omniflox Products Liability Litigation,* MDL 1004

Plaintiffs' Steering Committee and liaison counsel of *In re Showa Denko K.K. L-tryptophan Products Liability Action*, MDL No. 865

### TOXIC TORTS AND OCCUPATIONAL DISEASE

*Bongani Nkala & Others v. Harmony Gold Mining Company Limited & Others,* No. 48226/12 (South Gauteng High Court, Johannesburg). Motley Rice has been retained as a consultant by South African human rights lawyer Richard Spoor in his effort to take on leading global gold producers and seek justice for tens of thousands of exploited gold mine workers suffering from silicosis.

*Travelers Statutory Direct Action Settlement* (Bankr. Court, S.D.N.Y.), an eleven-state asbestos settlement with Travelers Insurance.

Chair, Plaintiffs' Steering Committee and liaison counsel for plaintiffs, *In re Asbestos Products Liability Litigation,* MDL 875 (E.D. Pa.).

Plaintiffs' Steering Committee and coordinating counsel, *Linscomb v. Pittsburgh Corning Corporation,* No. 1:90cv-05000 (E.D. Tex.), a national class action on behalf of asbestos victims nationwide.

Executive committee member in *In re Asbestos School Litigation,* No. 94-1494 (E.D. Pa.), a national school asbestos class action.

Lead plaintiffs' counsel in *Central Wesleyan College v. W.R. Grace & Co.,* No. 2:87-1860-8 (D.S.C.), a national asbestos property damage class action.

Lead plaintiffs' counsel in *In re Raymark Asbestos Exposure Cases,* No. 87-1016-K (D. Kan.), a national asbestos personal injury class action in which 19,684 claims were resolved.

Co-lead plaintiffs' counsel in *Cimino v. Pittsburgh Corning Corporation,* No. 1:85-CV-00676 (E.D. Tex.), an asbestos personal injury class action on behalf of approximately 2,300 plaintiffs.

Prior results do not guarantee a similar outcome.



Co-lead plaintiffs' counsel in **Chatham v. AC&S, et al.,** a consolidated asbestos personal injury action involving 300 plaintiffs in the Circuit Court of Harris County, Texas.

Co-lead plaintiffs' counsel in **Abrams v. GAF Corporation,** No. 88-5422(1) (Jackson Cty., Miss.), a consolidated asbestos personal action involving more than 6,000 plaintiffs.

Co-liaison plaintiffs' counsel in 3,000 asbestos personal injury cases in the Third Judicial Circuit of Illinois, Madison County, Illinois.

Co-lead plaintiffs' counsel in a consolidated asbestos personal injury action involving 540 plaintiffs pending in the Superior Court of Alameda County, California.

Counsel in numerous consolidated asbestos trials including 87 consolidated cases in Danville, Illinois; 300 consolidated cases in U.S. District Court, Western District of New York, Rochester, New York; 42 consolidated cases in State Court in Mississippi; and 315 consolidated cases in the Circuit Court of Kanawha County, West Virginia.

Plaintiffs' lead counsel in **In re Kansas Asbestos Cases** in U.S. District Court for the District of Kansas, **In re Madison County Illinois Asbestos Litigation**

Plaintiffs' lead counsel in **In re Wayne County Michigan Asbestos Cases**.

**John Schumacher v. Amtico, et al.,** No. 2:10-1627 (E.D.Pa.), the first federal court mesothelioma case to go to trial before Eduardo C. Robreno, the judge who oversees the entire Federal Asbestos MDL, In re Asbestos Products Liability Litigation, MDL 875.

Plaintiffs' Steering Committee of **In re Welding Fume Products Liability Litigation,** MDL 1535

## ENVIRONMENTAL CONTAMINATION

Plaintiffs' Steering Committee of **In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010,** MDL 2179, (E.D.La.), and lead settlement negotiators of the two class action settlements reached with BP, one of which is the largest civil class action settlement in U.S. history.

Lead trial counsel in **The People of the State of California v. Atlantic Richfield Company, et al.** No. 1-00-CV-788657 (Santa Clara Cnty. Super. Ct.) Resulting in 2014 verdict holding Sherwin-Williams Company, ConAgra Grocery Products and NL Industries Inc. liable for creating a public nuisance and ordered abatement of lead paint from homes within 10 California cities and counties.

**Michelle McMunn, et al. vs. Babcock & Wilcox Power Generation Group, Inc., et al.,** Civil Action No. 10-143 2:10-cv-00143-DSC-RCM

Lead plaintiffs' counsel in **Bates v. Tenco Services Inc.,** 132 F.R.D. 160 (D.S.C. 1990), a jet fuel pollution case involving the consolidated property damage and personal injury claims of multiple plaintiffs in the Gold Cup Springs subdivision.

## ANTI-TERRORISM AND HUMAN RIGHTS

Lead counsel in *In re Thomas E. Burnett, Sr., et al. v. Al Baraka Investment & Development Corp., et al.,* Case No. 03-CV-9849 (GBD); **In re Terrorist Attacks on September 11, 2001,** 03 MDL 1570 (S.D.N.Y), a landmark lawsuit against the alleged sponsors of al Qaeda and Osama bin Laden in an action filed on behalf of more than 6,500 family members, survivors, and those killed on 9/11.

**Linde et al. v. Arab Bank PLC,** No. 1:04-cv-02799 (E.D.N.Y.) and **Almog v. Arab Bank, PLC,** No. 1:04-cv-05564-NG-VVP (E.D.N.Y.), one of the first lawsuits brought against an international bank for its alleged role in financing terrorism.

**Mark McDonald, et al. vs. The Socialist People's Libyan Arab Jamahiriya, et al.;** No. 06-CV-0729-JR (DC 04/21/06), a high-profile case involving Libya's longtime alleged sponsorship of IRA acts of terror.

**Cummock, et al. v. Socialist People's Libyan Arab Jamahiriya, et al.,** No. 96-CV-1029 (D.D.C.). Victoria Cummock, Motley Rice's client, sought full accountability and a public trial as the only opt-out of the no-fault Pan Am 103/Lockerbie settlement.

**Krishanthi, et al. vs. Rajaratnam, et al.;** No. 09-CV-5395(D.N.J.), terrorist financing litigation against alleged financiers of the Tamil Tigers terrorist organization in Sri Lanka.

Plaintiffs' Steering Committee and lead counsel for Verizon plaintiffs in **In re National Security Agency Telecommunications Records Litigation,** MDL 1791

**Ng v. Central Falls Detention Facility Corporation, et al.,** No. 09-53 (D. R.I.), a human rights case that alleged the defendants subjected a Chinese immigration detainee to extreme physical and mental abuse and torture while in U.S. custody.

**Harris, et al. v. Socialist People's Libyan Arab Jamahiriya, et al.,** No. 1:06-cv-00732-RWR (D.D.C.), a case filed against Libya involving the 1986 bombing of Berlin's LaBelle Discotheque.

## ANTITRUST/COMPETITION LAW

Plaintiffs' Steering Committee of **In re Digoxin & Doxycycline Antitrust Litigation,** 16 md 2724 (E.D. Pa.)

Interim Co-Lead Counsel of **In re Solodyn Antitrust Litigation**, 14 cv 2503 (D. Mass.)

Interim Co-Lead Counsel in antitrust class action **In re Keurig Green Mountain Single-Serve Coffee Antitrust Litigation,** MDL No. 2542 (S.D.N.Y.).

Appointed to the Executive Committee in antitrust class action **In re Lidoderm Antitrust Litigation**, MDL No. 2521 (N.D.Cal.).

Interim Liaison Counsel **In Re Aggrenox Antitrust Litigation**, MDL No. 2516 (D.Conn.).

Co-lead counsel in antitrust class action **In re Loestrin 24 Fe Antitrust Litigation**, MDL 2472 (D.R.I.).

Co-lead counsel in antitrust class action **In re Suboxone (Bupreorphine Hydrochloride and Naloxone) Antitrust Litigation**, MDL 2445 (E.D. Pa.).

Prior results do not guarantee a similar outcome.

Motley Rice LLC • Attorneys at Law     **5**

Co-lead counsel in antitrust class action *In re Niaspan Antitrust Litigation, MDL 2460* (E.D. Pa.).

Co-lead counsel in antitrust class action *In re Effexor XR Antitrust Litigation,* No. 11-cv-05590 (D.N.J.).

Co-lead counsel for the end-payor antitrust class action *In re Actos Antitrust Litigation,* (S.D.N.Y.).

Co-lead counsel in antitrust class action *In re Lipitor Antitrust Litigation,* MDL 2332 (D.N.J.).

## CONSUMER PROTECTION, CATASTROPHIC INJURY AND WRONGFUL DEATH

Plaintiffs' Steering Committee of *In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation,* MDL No. 2672 CRB (JSC)

Plaintiffs' Executive Committee of *In re General Motors LLC Ignition Switch Litigation,* MDL 2543

*Hoover, et al. v. NFL, et al.,* MDL #2:12-cv-05209-AB (E.D. Pa.).

Lead counsel in *Charleston Firefighter Litigation v. Sofa Super Store, Inc., et.al.,* No. 07-CP-10-3186 (Ct. of Common Pleas, Ninth Jud. Cir.), consolidated complex litigation involving the families of nine firefighters who died in a furniture store disaster.

*Clifton Chesnut, a minor v. Waupaca Elevator Company, Inc., et al.,* No. 2013-CP-10-2060 (Ct. of Common Pleas, Ninth Jud. Cir.).

*Veronica Lynne Tario v. SOCO, Holding, LLC et al.,* No. 2013-cp-26-2499 (Ct. of Common Pleas, Fifteenth Jud. Cir.).

*Satterfield et al. v. Napa Home & Garden Inc., et al.,* No. 7:11-1514-JMC (D.S.C.).

Plaintiffs' Steering Committee and multiple plaintiffs' counsel, *In re San Juan DuPont Plaza Hotel Fire Litigation,* MDL 721 (D.P.R.).

*Strother v. John Wieland Homes and Neighborhoods of the Carolinas, et al.,* No. 09-CO-29-1783 (Ct. of Common Pleas, Sixth Jud. Cir.), an individual catastrophic personal injury/premise liability case involving life-altering brain injury.

Plaintiffs' Steering Committee and Discovery Committee in *In re Bridgestone/Firestone, Inc. Tires Products Liability Litigation,* MDL 1373

*In re Ford Motor Co. E-350 Van Products Liability Litigation* (No. II), MDL 1687

Class counsel in *Carol Lee Whitfield, et al., v. Sangamo Weston,* No. 6:84-3184 (D.S.C.), a PCB personal injury and property damage class action settled while pending before U.S. District Court for the District of South Carolina, Greenville Division.

*In re Graniteville Train Derailment,* No. 2006-CP-02-1032 (Ct. of Common Pleas, Second Jud. Cir.). served in a leadership role for both individual and class action cases in connection with the January 2005 railroad derailment and chemical spill in Graniteville, S.C.

## AVIATION DISASTERS AND PASSENGER RIGHTS

Plaintiffs' liaison counsel in *In re September 11 Litigation,* No. 21-MC-97-AKH (S.D.N.Y), representing 56 of the 96 families that opted out of the no-fault federal September 11 Victim Compensation Fund in liability and damages cases claims against the airlines and aviation security companies for their alleged failure to implement basic security measures.

*Amanda Tuxworth v. Delta Air Lines, Inc.,* No. 2:10-cv-03212-RMG (D.S.C), an aviation passenger rights case involving a Delta passenger.

*Chris Turner, Individually and as Personal Representative of The Estate of Tracy Turner v. Ramo LLC, a Florida Limited Liability Company,* No. 11-14066 (Ct. of Appeals, 11th Cir.), an aviation case involving fraudulent transfer allegations in connection with a fatal plane crash.

Counsel for victims of **Asiana Airlines Flight 214**

Counsel for families of victims of **Malaysia Airlines Flight MH370**

## SECURITIES FRAUD

Co-lead counsel in class action *Bennett v. Sprint Nextel Corporation,* No. 2:09-cv-02122-EFM-KMH (D. Kan.), representing the PACE Industry Union-Management Pension Fund (PIUMPF) and several other institutional investors.

Co-class counsel in *Alaska Electrical Pension Fund v. Pharmacia Corp.,* **No. 03-1519 (D.N.J.).** federal securities fraud litigation alleging that the defendants misrepresented clinical trial results of Celebrex® to make its safety profile appear better than rival drugs.

*In re Barrick Gold Securities Litigation,* No. 1:13-cv-03851 (RPP) (S.D.N.Y.)

*Hefler v. Wells Fargo & Co.*, No. 16-cv-05479-JST (N.D. Cal.)

Co-lead counsel in *Ross v. Career Education Corp.* No. 1:12-cv-00276 (N.D. Ill.).

Co-lead counsel representing a group of institutional shareholders *In re Allion Healthcare, Inc. Shareholders Litigation,* No. 5022-cc (Del. Ch.).

Co-lead counsel representing investors in *Robert Freedman v. St. Jude Medical, Inc.,* No. 0:2012cv03070 (D. Minn.).

Co-lead counsel representing investors in *In re Hewlett-Packard Co. Securities Litigation,* No. SACV 11-1404 AG (RNBx) (C.D. Cal.).

Co-lead counsel in *In re UBS AG Securities Litigation,* No.07 Cov. 11225 (RJS) (S.D.N.Y.).

Co-lead counsel representing institutional investors in *Hill v. State Street Corporation,* No. 09-cv-12146-NG (D. Mass.).

Sole lead counsel representing lead plaintiffs in *City of Brockton Retirement System v. Avon Products, Inc.,* No. 11 Civ. 4665 (PGG) (S.D.N.Y.).

Prior results do not guarantee a similar outcome.



Co-lead counsel on behalf of stockholders in *Marsden v. Select Medical Corporation,* No. 04-cv-4020 (E.D. Pa.).

Co-lead counsel on behalf of a class of investors in *South Ferry LP #2 v. Killinger,* No. C04-1599C-(W.D. Wash.) (regarding Washington Mutual).

Sole lead counsel representing the lead plaintiff in class action, *In re NPS Pharmaceuticals, Inc. Securities Litigation,* No. 2:06-cv-00570-PGC-PMW (D. Utah*)*, concerning the drug PREOS.

Co-lead counsel for co-lead plaintiffs Drywall Acoustic Lathing and Insulation Local 675 Pension Fund and Metzler Investment GmbH in *In re Molson Coors Brewing Co. Securities Litigation,* No. 1:05-cv-00294 (D. Del.).

Co-lead plaintiffs' counsel in shareholder class action *In re The DirecTV Group, Inc. Shareholder Litigation,* No. 4581-VCP (Del. Ch.).

Sole lead counsel in *Manville Personal Injury Settlement Trust v. Gemunder,* No. 10-CI-01212 (Ky. Cir. Ct.) (regarding Omnicare, Inc.), a shareholder derivative complaint stemming from federal investigations into three kickback schemes.

Co-lead plaintiffs' counsel in *City of Sterling Heights General Employees' Retirement System v. Hospira, Inc., No. 11 C 8332 (N.D. Ill.),* a securities fraud class action.

Co-lead counsel in *In re Rehabcare Group, Inc. Shareholders Litigation,* No. 6197-VCL (Del. Ch.), merger litigation involving the acquisition of healthcare provider RehabCare Group, Inc., by Kindred Healthcare, Inc.

Class counsel in *Brown v. Charles Schwab & Co.,* No. 2:07-cv-03852-DCN (D.S.C.), one of the first cases to interpret the civil liabilities provision of the Uniform Securities Act of 2002.

Co-lead counsel in securities class action settlement *In re MBNA Corporation Securities Litigation,* No. 05-CV-00272-GMS (D.Del.).

Lead counsel for lead plaintiffs in a securities class action involving a group of shareholders who purchased publicly-traded Dell securities in *In re Dell, Inc. Securities Litigation,* No. A-06-CA-726-SS (W.D. Tex.).

Co-lead counsel in *Minneapolis Firefighters' Relief Association v. Medtronic, Inc.,* No. 08-6324 (PAM/AJB) (D. Minn.), representing a class of investors who purchased Medtronic common stock.

Co-lead counsel in *In re Synovus Financial Corporation,* No. 1:09-cv-01811 (N.D. Ga.), for co-lead plaintiff Sheet Metal Workers' National Pension Fund, investors in Georgia bank Synovus Financial Corp.

Plaintiffs' Steering Committee and plaintiffs' liaison counsel, *In re Policy Management Systems Corporation,* No. 3:93-0807-JFA (D.S.C.).

Sole lead counsel, *In re Coventry Health Care, Inc. Securities Litigation,* No. 7905-CS (Del. Ch. ), a shareholder class action challenging the $7.2 billion acquisition of Coventry Health Care, Inc., by Aetna, Inc.

Co-lead counsel in Louisiana class action *In re The Shaw Group, Inc. Shareholders Litigation,* No. 614399 (19th Jud. Dist. La.).

Co-lead counsel, *In re Atheros Communications Inc. Shareholder Litigation,* No. 6124-VCN (Del. Ch.), merger litigation involving Qualcomm Incorporated's proposed acquisition of Atheros Communications, Inc.

### BANKRUPTCIES

Claimants' committee in *In re A.H. Robins,* a Chapter 11 Reorganization involving Dalkon Shield victims nationwide

Claimants Committee in the *Camall Chapter 11,* the first bankruptcy associated with the Fen-Phen litigation

**Motley Rice attorneys currently serve as a member of the trust advisory committee for several of the asbestos bankruptcy trusts formed under 524(g) of the federal bankruptcy code:**

*AC&S , Inc. Bankr.,* No. 02-12687 (D. Del.)

*Armstrong World Industries, Inc., Bankr.* No. 00-4471 (D. Del.)

*Babcock & Wilcox Co. Bankr.,* No. 00-10992 (E.D. La.)

*Celotex Corp. Bankr.,* Nos. 90-10016-8B1, 90-10017-8B1 (M.D. Fla.)

*Dresser II Bankr.,* No. 03-35592 (W.D. PA.)

*Federal Mogul Bankr.,* No. 01-10578 (D. Del)

*G-I Holdings Bankr.,* Nos. 01-30135 and 01-38790 (D.N.J.)

*Johns-Manville Corp.,* No.82-B11656 through 82 B 11676 (S.D.N.Y., E.D.N.Y.)

*Kaiser Aluminum Corp. Bankr.,* No.02-10429 (D. Del.)

*Keene Bankr.,* No. 93B 46090,96 CV 3492 (S.D.N.Y.)

*MH Detrick Bankr.,* No. 98 B 01004 (N.D. Ill.)

*Owens Corning Corp. Bankr.,* No. 00-03837 (D. Del.)

*Rock Wool Bankr.,* Nos. CV-99-J-I589-S.BK -96-08295-TBB-11 (N.D. Ala.)

*Rutland Fire Clay Bankr.,* No. 99-11390 (D. Vt.)

*Shook & Fletcher Bankr.,* No. 02-02771-BGc-11 (N.D. Ala.)

*United States Gypsum Corp. Bankr.,* No. 01-2094 (D. Del.)

*W.R. Grace Co. Bankr.,* No.s 01-1139, 01-1140 (D. Del.)

**Motley Rice attorneys have served as lead or co-lead trial counsel on behalf of The Asbestos Claims Committee:**

*Armstrong World Industries, Inc., Bankr.* No. 00-4471 (D. Del.) (estimation trial and plan confirmation trial)

*Federal Mogul Bankr.,* No. 01-10578 (D. Del.) (estimation trial and plan confirmation trial)

*Owens Corning Corp. Bankr.,* No. 00-03837 (D. Del.) (estimation trial and substantive consolidation trial)

*Pittsburgh Corning Corp. Bankr.,* No. 00-22876 (W.D. Pa.) (plan confirmation trial)

*W.R. Grace Co. Bankr.,* Nos. 01-1139, 01-1140 (D. Del.) (estimation trial and plan confirmation trial)

Prior results do not guarantee a similar outcome.   Motley Rice LLC • Attorneys at Law

**Motley Rice attorneys have served on The Asbestos Claims Committee involved in the formation and confirmation of various asbestos bankruptcy trusts.**

*AC&S Bankr.,* No. 02-12687 (D. Del)

*Babcock & Wilcox Bankr.,* No. 00-10992 (E.D. La.)

*Celotex Bankr.,* Nos. 90-10016-8B1, 90-10017-8B1 (M.D. Fla.)

*Combustion Engineering Bankr.*, D. Del. No. 03-10495 (D. Del.)

*Congoleum Corp. Bankr.*, No.03-51524 (D.N.J.)

*Durabla Corp. Bankr.,* No. 09-14415 (D. Del)

*Federal Mogul Bankr.*, No. 01-10578 (D. Del.)

*G-I Holdings Bankr.,* Nos. 01-30135 and 01-38790 (D. N.J.)

*Johns-Manville Corp.,* No.82-B11656 through 82 B 11676 (E.D.N.Y.)

*Keene Bankr.*, No. 93B 46090,96 CV 3492 (S.D.N.Y.)

*MH Detrick Bankr.,* No. 98 B 01004 (N.D. Ill.)

*North American Refractories Corp. Bankr.,* No. 02-20198 (W.D. Pa.)

*Owens Corning Corp. Bankr.*, No. 00-03837 (D. Del.)

*Pittsburgh Corning Corp. Bankr.,* No. 00-22876 (W.D. Pa.)

*Rock Wool Bankr.,* Nos. CV-99-J-I589-S.BK-96-08295-TBB-11 (N.D. Ala.)

*Rutland Fire Clay Bankr.,* No. 99-11390 (D. Vt.)

*Shook and Fletcher Bankr.,* No. 02-02771-BGc-11 (N.D. Ala.)

*United States Gypsum Corp. Bankr.*, No. 01-2094 (D. Del.)

*W.R. Grace Co. Bankr.,* No.s 01-1139, 01-1140 (D. Del.)

Prior results do not guarantee a similar outcome.

## ACCOLADES FOR THE FIRM



### The Plaintiffs' Hot List
*The National Law Journal*
2006 • 2012 • 2013 • 2014 • 2015 • 2016

### "Best Law Firm"
*U.S. News – Best Lawyers*®
*mass tort litigation/class actions-plaintiffs*
2010 • 2011 • 2012 • 2013 • 2014 • 2015 • 2016 • 2017

### *The Legal 500 United States* Litigation editions
*mass tort and class action: plaintiff representation–toxic tort*
2007 • 2009 • 2011 • 2012 • 2013 • 2014 • 2015 • 2016

### "Elite Trial Lawyers"
*The National Law Journal*
2014 • 2015

### "Most Feared Plaintiffs Firm"
*Law360*
2013 • 2015

*For full methodologies and selection criteria, visit www.motleyrice.com/award-methodology*

Please remember that every case is different. Although they endorse certain lawyers, *The Legal 500 United States* and *Chambers USA* and other similar organizations listed above are not Motley Rice clients. Any result we achieve for one client in one matter does not necessarily indicate similar results can be obtained for other clients.

Prior results do not guarantee a similar outcome.

## OUR LEGACY

### Ronald L. Motley (1944–2013)

EDUCATION:

J.D., University of South Carolina School of Law, 1971

B.A., University of South Carolina, 1966

Ron Motley fought for greater justice, accountability and recourse, and has been widely recognized as one of the most accomplished and skilled trial lawyers in the U.S. During a career that spanned more than four decades, his persuasiveness before a jury and ability to break new legal and evidentiary ground brought to justice two once-invincible giant industries whose malfeasance took the lives of millions of Americans— asbestos and tobacco. Armed with a combination of legal and trial skills, personal charisma, nose-to-the-grindstone hard work and record of success, Ron built Motley Rice into one of the nation's largest plaintiffs' law firms.

Noted for his role in spearheading the historic litigation against the tobacco industry, Ron served as lead trial counsel for 26 State Attorneys General in the lawsuits. His efforts to uncover corporate and scientific wrongdoing resulted in the Master Settlement Agreement, the largest civil settlement in U.S. history and in which the tobacco industry agreed to reimburse states for smoking-related health care costs.

Through his pioneering discovery and collaboration, Ron revealed asbestos manufacturers and the harmful and disabling effects of occupational, environmental and household asbestos exposure. He represented thousands of asbestos victims and achieved numerous trial breakthroughs, including the class actions and mass consolidations of *Cimino, et al. v. Raymark, et al.* (U.S.D.C. TX); *Abate, et al. v. ACandS, et al.* (Baltimore); and *In re Asbestos Personal Injury Cases* (Mississippi).

In 2002, Ron once again advanced cutting-edge litigation as lead counsel for the 9/11 Families United to Bankrupt Terrorism with a lawsuit filed by more than 6,500 family members, survivors and those who lost their lives in the Sept. 11, 2001, terrorist attacks. The suit seeks justice and ultimately bankruptcy for al Qaeda's financiers, including many individuals, banks, corporations and charities that provided resources and monetary aid. He also served as lead counsel in numerous individual aviation security liability and damages cases under the *In re September 11 Litigation* filed against the aviation and aviation security industries by victims' families devastated by the security failures of 9/11.

Ron brought the landmark case of *Oran Almog v. Arab Bank* against the alleged financial sponsors of Hamas and other terrorist organizations in Israel and was a firm leader in the BP Deepwater Horizon litigation and claims efforts involving people and businesses in Gulf Coast communities suffering as a result of the oil spill. Two settlements were reached with BP, one of which is the largest civil class action settlement in U.S. history.

Recognized as an AV®-rated attorney by Martindale-Hubbell®, Ron served on the AAJ Board of Governors from 1977 to 2012 and was chair of its Asbestos Litigation Group from 1978 to 2012. In 2002, Ron founded the Mark Elliott Motley Foundation, Inc., in loving memory of his son to help meet the health, education and welfare needs of children and young adults in the Charleston, S.C. community.

PUBLICATIONS:

- Ron authored or co-authored more than two dozen publications, including:
- "Decades of Deception: Secrets of Lead, Asbestos and Tobacco" (*Trial Magazine*, October 1999)
- "Asbestos Disease Among Railroad Workers: 'Legacy of the Laggin' Wagon'" (*Trial Magazine*, December 1981)
- "Asbestos and Lung Cancer" (*New York State Journal of Medicine*, June 1980; Volume 80: No.7, New York State Medical Association, New York)
- "Occupational Disease and Products Liability Claims" (*South Carolina Trial Lawyers Bulletin*, September and October 1976)

FEATURED IN:

- Shackelford, Susan. "Major Leaguer" *(South Carolina Super Lawyers*, April 2008)
- Senior, Jennifer. "A Nation Unto Himself" (*The New York Times*, March 2004)
- Freedman, Michael. "Turning Lead into Gold," (*Forbes*, May 2001)
- Zegart, Dan. *Civil Warriors: The Legal Siege on the Tobacco Industry* (Delacorte Press, 2000)
- Ansen, David. "Smoke Gets in Your Eyes" (*Newsweek*, 1999)
- Mann, Michael & Roth, Eric. "The Insider" (Blue Lion Entertainment, November 5, 1999)
- Brenner, Marie. "The Man Who Knew Too Much" (*Vanity Fair*, May 1996)
- Reisig, Robin. "The Man Who Took on Manville" (*The American Lawyer*, January 1983)

AWARDS AND ACCOLADES:

Ron won widespread honors for his ability to win justice for his clients and for his seminal impact on the course of civil litigation. For his trial achievements, *BusinessWeek* characterized Ron's courtroom skills as "dazzling" and *The National Law Journal* ranked him, "One of the most influential lawyers in America."

**South Carolina Association for Justice**

**2013** Founders' Award

**American Association for Justice**

**2010** Lifetime Achievement Award

**2007** David S. Shrager President's Award

**1998** Harry M. Philo Trial Lawyer of the Year

Prior results do not guarantee a similar outcome.

***The Trial Lawyer Magazine***
**2012**  inducted into Trial Lawyer Hall of Fame
**2011**  *The Roundtable: America's 100 Most Influential Trial Lawyers*

***The Best Lawyers in America®***
**1993**–**2013**  mass tort litigation/class actions – plaintiffs, personal injury litigation – plaintiffs product liability litigation – plaintiffs

***Best Lawyers®***
**2012**  Charleston, SC "Lawyer of the Year" mass tort litigation/class actions – plaintiffs
**2010**  Charleston, SC "Lawyer of the Year" personal injury

***Benchmark Plaintiff***
**2012**–**2013**  National "Litigation Star": civil rights/human rights, mass tort/product liability, securities
**2012**–**2013**  South Carolina "Litigation Star": human rights, product liability, securities, toxic tort

***SC Lawyers Weekly***
**2011**  Leadership in Law Award

***The Legal 500 United States***
**2011**–**2013**  Mass tort and class action: plaintiff representation – toxic tort

***Chambers USA***
**2007, 2010**–**2012**  Product liability and mass torts: plaintiffs. "...An accomplished trial lawyer and a formidable opponent."

**2008**–**2013**  *South Carolina Super Lawyers®* list
**2008**  *Top 10 South Carolina Super Lawyers* list
**2008, 2009, 2011, 2012**  *Top 25 South Carolina Super Lawyers* list

***The Lawdragon™ 500***
**2005**–**2012**  *Leading Lawyers in America* list – plaintiffs'

**National Association of Attorneys General**
**1998**  President's Award—for his "courage, legal skills and dedication to our children and the public health of our nation."

**The Campaign for Tobacco-Free Kids**
**1999**  Youth Advocates of the Year Award

## ASSOCIATIONS:
**American Association for Justice**
**South Carolina Association for Justice**
**American Bar Association**
**South Carolina Bar Association**
**Civil Justice Foundation**
**Inner Circle of Advocates**
**International Academy of Trial Lawyers**

*Although it endorses this lawyer, The Legal 500 United States is not a Motley Rice client.

## TEAM BIOGRAPHIES

## THE FIRM'S MEMBERS
### *Joseph F. Rice*

LICENSED IN: DC, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court
U.S. Court of Appeals for the Second, Third, Fourth and Fifth Circuits
U.S. District Court for the District of Nebraska and the District of South Carolina
EDUCATION:
J.D., University of South Carolina School of Law, 1979
B.S., University of South Carolina, 1976

Motley Rice co-founder Joe Rice is recognized as a skillful and innovative negotiator of complex litigation settlements, having served as the lead negotiator in some of the largest civil actions our courts have seen in the last 20 years. *Corporate Legal Times* reported that national defense counsel and legal scholars described Joe as one of the nation's "five most feared and respected plaintiffs' lawyers in corporate America." As the article notes, "For all his talents as a shrewd negotiator ... Rice has earned most of his respect from playing fair and remaining humble."

Joe was recognized by some of the nation's best-regarded defense lawyers as being "the smartest dealmaker they ever sat across the table from," *Thomson Reuters* has reported. Professor Samuel Issacharoff of the New York University School of Law, a well-known professor and expert in class actions and complex litigation, has commented that he is "the best strategic thinker on the end stages of litigation that I've ever seen."

Since beginning to practice law in 1979, Joe has continued to reinforce his reputation as a skillful negotiator, including through his involvement structuring some of the most significant resolutions of asbestos liabilities on behalf of those injured by asbestos-related products. He negotiates for the firm's clients at all levels, including securities and consumer fraud, anti-terrorism, human rights, environmental, medical drugs and devices, as well as catastrophic injury and wrongful death cases

Most recently, Joe served as one of the lead negotiators in the $15 billion Volkswagen Diesel Emissions Fraud class action settlement for 2.0-liter vehicles, the largest auto-related consumer class action settlement in U.S. history, as well as the 3.0-liter settlement. He also has led negotiations on behalf of thousands of women in the transvaginal mesh litigation that has five MDLs pending in the state of West Virginia. Joe is a member of the Plaintiffs' Steering Committee for the Lipitor® multidistrict litigation and the Plaintiffs' Executive Committee for *In re General Motors LLC Ignition Switch Litigation*.

Other notable litigation and cases that have benefited from Joe's involvement include:

### BP OIL SPILL:
Joe served as a co-lead negotiator for the Plaintiffs' Steering Committee in reaching the two settlements with BP, one of which is the largest civil class action settlement in U.S. history. The Economic and Property Damages Rule 23 Class Action Settlement

is estimated to make payments totaling between $7.8 billion and $18 billion to class members. Joe was also one of the lead negotiators of the $1.028 billion settlement reached between the Plaintiffs' Steering Committee and Halliburton Energy Services, Inc., for Halliburton's role in the disaster.

## 9/11:

Joe held a crucial role in executing strategic mediations and/or resolutions on behalf of 56 families of 9/11 victims who opted out of the government-created September 11 Victim Compensation Fund. In addition to providing answers, accountability and recourse to victims' families, the resulting settlements with multiple defendants shattered a settlement matrix developed and utilized for decades. The litigation also helped provide public access to evidence uncovered for the trial.

## TOBACCO:

As lead private counsel for 26 jurisdictions, including numerous State Attorneys General, Joe was integral to the crafting and negotiating of the landmark Master Settlement Agreement, in which the tobacco industry agreed to reimburse states for smoking-related health costs. This remains the largest civil settlement in U.S. history.

## ASBESTOS:

Joe held leadership and negotiating roles involving the bankruptcies of several large organizations, including AWI, Federal Mogul, Johns Manville, Celotex, Garlock, W.R. Grace, Babcock & Wilcox, U.S. Gypsum, Owens Corning and Pittsburgh Corning. He has also worked on numerous Trust Advisory Committees. Today, he maintains a critical role in settlements involving asbestos manufacturers emerging from bankruptcy and has been recognized for his work in structuring significant resolutions in complex personal injury litigation for asbestos liabilities on behalf of victims injured by asbestos-related products. Joe has served as co-chair of Perrin Conferences' Asbestos Litigation Conference, the largest national asbestos-focused conference.

Joe is often sought by investment funds for guidance on litigation strategies to increase shareholder value, enhance corporate governance reforms and recover assets. He was an integral part of the shareholder derivative action against Omnicare, Inc., *Manville Personal Injury Settlement Trust v. Gemunder*, which resulted in a significant settlement for shareholders as well as new corporate governance policies for the corporation.

Joe serves on the Board of Advisors for Emory University's Institute for Complex Litigation and Mass Claims, which facilitates bipartisan discussion of ways to improve the civil justice system through the hosting of judicial seminars, bar conferences, academic programs, and research. In 1999 and 2000, he served on the faculty at Duke University School of Law as a Senior Lecturing Fellow, and taught classes on the art of negotiating at the University of South Carolina School of Law, Duke University School of Law and Charleston School of Law.

In 2013, he and the firm created the Ronald L. Motley Scholarship Fund at The University of South Carolina School of Law in memory and honor of co-founding member and friend, Ron Motley.

## AWARDS AND ACCOLADES:

**The Lawdragon™**
**2016** *500 Leading Lawyers in America:* Plaintiffs' litigation

**Chambers USA**
**2016** Product Liability: Plaintiffs –Nationwide, Band 2

**Law360**
**2015** "Product Liability MVP"

**Best Lawyers®**
**2013** "Lawyer of the Year" Charleston, SC: mass tort litigation/class actions – plaintiffs
**2007–2017** Mass tort litigation/class actions plaintiffs

**Benchmark Litigation**
**2012–2013** National "Litigation Star": mass tort/product liability
**2012–2016** South Carolina "Litigation Star": environmental, mass tort/product liability

**South Carolina Super Lawyers®** list
**2008–2016** Class action/mass torts; Securities litigation; General litigation

**SC Lawyers Weekly**
**2012** Leadership in Law Award

**University of South Carolina School of Law Alumni Association**
**2011** Platinum Compleat Lawyer Award

**The Legal 500 United States**, Litigation edition
**2011, 2012, 2014, 2015, 2016** Mass tort and class action: plaintiff representation – toxic tort

**The National Trial Lawyers**
**2010** Top 100 Trial Lawyers™ – South Carolina

**National Association of Attorneys General**
**1998** President's Award

**MUSC Children's Hospital**
**2010** Johnnie Dodds Award: in honor of his longtime support of the annual Bulls Bay Golf Challenge Fundraiser and continued work on behalf of our community's children

**University of South Carolina**
**2011** Garnet Award: in recognition of Joe and his family for their passion for and devotion to Gamecock athletics

**SC Junior Golf Association Programs**
**2011** Tom Fazio Service to Golf Award: in recognition of promotional efforts

## COMMUNITY INVOLVEMENT:

**Dee Norton Lowcountry Children's Center**, Co-chair for inaugural Campaign for the Next Child
**First Tee of Greater Charleston**, Board of Advisors

## ASSOCIATIONS:

**American Association for Justice**
**American Bar Association**
**American Inns of Court**
**American Constitution Society for Law and Policy**
**South Carolina Association for Justice**

\* Although they endorse this lawyer, neither *The Legal 500* United States nor Professor Samuel Issacharoff are Motley Rice clients.



### John A. Baden IV

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Second and Fifth Circuits, U.S. Bankruptcy Court for the Southern District of New York and Western District of North Carolina
EDUCATION:
J.D., University of South Carolina School of Law, 2002
B.A., College of Charleston, 1996

John Baden represents clients harmed by asbestos exposure in individual and mass tort forums, as well as in complex asbestos bankruptcies, handling complete case management and settlement negotiations for individuals and families suffering from mesothelioma and other asbestos-related diseases.

Working closely with Joe Rice, John also handles the negotiation and complex case resolution of asbestos bankruptcies, including development of structured settlements with viable asbestos manufacturers and those emerging from bankruptcy. His work with the bankruptcy courts and settlement trusts aims to hold asbestos companies accountable and provide due compensation to asbestos victims. John has lectured on asbestos bankruptcy issues at a number of legal seminars.

John is involved in the settlement negotiations of medical drug and device MDLs, including the transvaginal mesh litigation *In re American Medical Systems, Inc., Pelvic Repair Systems Products Liability Litigation,* MDL 2325. He continues to be involved in negotiations related to additional TVM manufacturers. John also played a role in settlement negotiations for *In re Avandia Marketing, Sales Practices and Products Liability Litigation,* MDL 1871.

John has additionally been actively involved with the firm's representation of people and businesses in Gulf Coast communities suffering as a result of the BP Deepwater Horizon oil spill. He held a central role in the negotiation process involving the two settlements reached with BP, one of which is the largest civil class action settlement in U.S. history.

John began his legal career as a litigation trial paralegal for Ron Motley in 1997, working with the State Attorneys General on the landmark tobacco litigation primarily in Florida, Mississippi and Texas. He also supported occupational litigation in several states, including the exigent trial dockets of Georgia and West Virginia. John served as a judicial intern for Judge Sol Blatt, Jr., of the U.S. District Court of South Carolina and Judge Jasper M. Cureton of the South Carolina Court of Appeals.

### ASSOCIATIONS:
**American Association for Justice**
**South Carolina Association for Justice**

### Kimberly Barone Baden

LICENSED IN: CA, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Third Circuit
U.S. District Court for the Central, Northern and Southern Districts of California and District of South Carolina
EDUCATION:
J.D., California Western School of Law, 1999
B.A. *cum laude*, Clemson University, 1996

As a strong advocate for the most defenseless members of society, Kimberly Barone Baden seeks accountability and compensation for victims of corporate misconduct, medical negligence and harmful medical drugs. She manages mass tort pharmaceutical litigation through complex personal injury and economic damages cases.

Kimberly represents children with birth defects allegedly caused by antidepressants, including Zoloft®, Effexor® and Wellbutrin®; as well as Zofran® which is used to prevent pregnancy-related nausea and vomiting. She previously litigated against GlaxoSmithKline in the Paxil® birth defect litigation. She serves as co-lead counsel for *In re Zofran (Ondansetron) Products Liability Litigation* MDL 2657 and is on the Plaintiffs' Executive Committee for *In re Viagra (Sildenafil Citrate) Products Liability Litigation* MDL 2691 and on the Plaintiffs' Steering Committee *In re Zoloft (sertraline hydrochloride) Products Liability Litigation* MDL 2342. She also manages the firm's pharmaceutical litigation regarding Crestor®, Lipitor®, Actos®, Risperdal®, incretin mimetics, and dialysis products GranuFlo® Powder and NaturaLyte® Liquid acid concentrates.

Kimberly also represents elderly victims of abuse and neglect, litigating cases for nursing home and assisted living facility residents.

Kimberly has spoken at numerous seminars, legal gatherings, CLEs and conferences across the U.S., including the American Association for Justice, Mass Torts Made Perfect and the National Business Institute. She has addressed a broad range of topics related to pharmaceutical drugs and elder law litigation, focusing on MDL procedures, birth defects, nursing home litigation, discovery, trial strategy and mediation. Kimberly is currently the Treasurer of the American Association for Justice's Section on Toxic, Environmental and Pharmaceutical Torts.

Prior to joining Motley Rice, Kimberly worked on the Fen-Phen diet drug litigation and served as an attorney with the California District Attorney's Office in San Diego. Kimberly is recognized as an AV® rated attorney by Martindale-Hubbell®.

### AWARDS AND ACCOLADES:
***South Carolina Super Lawyers® Rising Stars* list**
**2013–2014**  Personal injury plaintiff: products; elder law

### ASSOCIATIONS:
**American Association for Justice**, Treasurer – Section on Toxic, Environmental and Pharmaceutical torts
**American Bar Association**
**South Carolina Association for Justice**

Prior results do not guarantee a similar outcome.

## Frederick C. Baker

LICENSED IN: NY, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the First, Second, Third, Fourth, Fifth, Tenth and Eleventh Circuits
U.S. District Court for the Southern District of New York and the District of South Carolina
EDUCATION:
J.D. / LL.M., Duke University School of Law, 1993
B.A., University of North Carolina at Chapel Hill, 1985

A veteran litigator with strong roots in complex litigation, Fred Baker has worked on a broad range of environmental, medical costs recovery, consumer and products liability cases and holds numerous leadership roles within the firm. He represents individuals, institutional investors, and governmental entities in a wide variety of cases.

After representing a state government in a case against poultry integrators alleging that poultry waste polluted natural resources, Fred was involved with the firm's representation of people and businesses in Gulf Coast communities suffering as a result of the BP Deepwater Horizon oil spill. He held a central role in the negotiation process involving the two settlements reached with BP, one of which is the largest civil class action settlement in U.S. history.

A member of the legal team that litigated the groundbreaking tobacco litigation on behalf of several State Attorneys General, Fred has also participated in the litigation of individual tobacco cases, entity tobacco cases and a tobacco class action. Fred currently heads the firm's tobacco litigation team.

Fred has served as counsel in a number of class actions, including the two class action settlements arising out of the 2005 Graniteville train derailment chlorine spill. He has also been closely involved in the on-going litigation surrounding the statutory direct action settlement reached in the Manville bankruptcy court and a related West Virginia unfair trade practices insurance class action.

Fred began practicing with Motley Rice attorneys in 1994 and chairs the firm's attorney hiring committee.

### AWARDS AND ACCOLADES:
**South Carolina Lawyers Weekly**
**2016** Leadership in Law Award

## Louis M. Bograd

LICENSED IN: DC, KY
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court; U.S. Court of Appeals for the First, Third, Fourth, Fifth, Sixth, Eighth, Ninth, Tenth, and D.C. Circuits; U.S. District Court for the District of Columbia
EDUCATION:
J.D., Yale Law School, 1984
A.B., Princeton University, 1981

Louis Bograd is a nationally recognized authority on issues of federal preemption, drug and device litigation, and jurisdiction. He has devoted much of his professional career to litigating appeals on complex issues involving products liability, Medicaid lien reimbursements, constitutional rights, and civil liberties. At Motley Rice, Lou continues his focus on appellate issues and mass torts, further enhancing the firm's active and growing complex litigation practice.

Prior to joining Motley Rice, Lou served as an appellate advocate and Chief Litigation Counsel for the Center for Constitutional Litigation where he led work in mass torts, the Class Action Fairness Act, and dispositive motions concerning consumer protection and products liability. Lou argued for plaintiffs before the U.S. Supreme Court regarding federal preemption of claims against generic drug manufacturers in *Pliva, Inc. v. Mensing* and has also participated in numerous other Supreme Court cases as counsel for petitioners, respondents, and amici curiae.

Lou has spoken on various legal topics at many seminars, CLE programs, and legal conferences across the country sponsored by, among others, the American Association for Justice, state trial lawyers associations, and Mass Torts Made Perfect. Lou has also presented at judicial education programs sponsored by the Pound Institute, the Brookings Institution, the American Enterprise Institute, the Northwestern University School of Law, and the George Mason University School of Law.

Lou's legal career began at Arnold & Porter LLP in Washington, D.C., where he managed and directed work on transfusion-associated HIV/AIDS cases on behalf of the American Red Cross. He subsequently served on the American Civil Liberties Union Foundation's national legal staff and as the legal director of the Alliance for Justice. Lou has also taught advanced torts and products liability law as an Adjunct Professor at the University of Kentucky College of Law.

### SELECTED PUBLICATIONS:
- Louis M. Bograd & Andre M. Mura, *Buckman Stops Here! Limits on Preemption of State Tort Claims Involving Allegations of Fraud on the PTO or the FDA*, 41 Rutgers L. J. 309 (2009)
- Louis M. Bograd, *Be Careful What You Wish For: Drugmakers, the First Amendment, and Preemption*, 51 TRIAL 24 (Nov. 2015)
- Louis M. Bograd, *Preemption's Uncertain Path*, 47 TRIAL 20 (Nov. 2011)
- Louis M. Bograd, *W(h)ither Preemption?*, 45 TRIAL 24 (Nov. 2009)
- Louis M. Bograd, *Taking on Big Pharma- and the FDA*, 43 TRIAL 30 (Mar. 2007)

### ASSOCIATIONS:
**American Association for Justice** Chair, Preemption Litigation Group; Member, Legal Affairs Committee

Prior results do not guarantee a similar outcome.



## Michael M. Buchman

LICENSED IN: CT, NY
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court
U.S. Court of Appeals for the Second Circuit
U.S. District Court for the Districts of Connecticut and
Southern and Eastern Districts of New York
U.S. Court of International Trade
EDUCATION:
LL.M., International Antitrust and Trade Law, Fordham
University School of Law, 1993
J.D., The John Marshall Law School, 1992
B.A. *cum laude*, Alfred University, 1988

Michael Buchman has more than 20 years of experience, primarily litigating antitrust, consumer protection and privacy class actions in trial and appellate courts. Michael has a diverse antitrust background, having represented as lead or co-lead counsel a variety of plaintiff clients, from Fortune 500 companies to individual consumers, in complex cases covering matters such as restraint of trade, price-fixing, generic drug antitrust issues and anticompetitive "reverse payment" agreements between brand name pharmaceutical companies and generic companies. Michael leads Motley Rice's antitrust team.

Michael served as an Assistant Attorney General in the New York State Attorney General's Office, Antitrust Bureau, after receiving his LL.M. degree in International Antitrust and Trade Law. Also prior to joining Motley Rice, he was a managing partner of the antitrust department at a New York-based class action law firm. He played an active role in resolving two of the largest U.S. multi-billion dollar antitrust settlements since the Sherman Act was enacted, *In re NASDAQ Market-Makers Antitrust Litigation* and *In re Visa Check/Mastermoney Antitrust Litigation,* as well as litigated numerous multi-million dollar antitrust cases. Today, he represents the largest retailer class representative in the $7.2 billion case *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation,* MDL 1720.*

Michael has more than thirteen years of experience representing consumers, union health and welfare plans, and health insurers in "generic drug" litigation such as *In re Augmentin Antitrust Litigation, In re Buspirone Antitrust Litigation, In re Ciprofloxacin Antitrust Litigation, In re Flonase Antitrust Litigation, In re K-Dur Antitrust Litigation, In re Relafen Antitrust Litigation, In re Tamoxifen Antitrust Litigation, In re Toprol XL Antitrust Litigation* and *In re Wellbutrin SR Antitrust Litigation.* He also has experience litigating a large aviation antitrust matter, as well as aviation crash, emergency evacuation and other aviation cases in federal and state court.

Michael completed the intensive two-week National Institute for Trial Advocacy National Trial Training program in Boulder, Colo., in 2002. An avid writer, he has authored and co-authored articles on procedure and competition law, including a *Task Force on Dealer Terminations* for The Association of the Bar of the City of New York, Committee on Antitrust and Trade Regulation, entitled *Dealer Termination in New York dated June 1,1998 and What's in a Name - the Diversity Death-Knell for Underwriters*

of *Lloyd's of London and their Names; Humm v. Lombard World Trade, Inc.,* Vol. 4, Issue 10 *International Insurance Law Review* 314 (1996).

Michael is active in his community, serving as a member of the Flood and Erosion Committee for the Town of Westport, Ct., and as *pro bono* counsel in actions involving the misappropriation of perpetual care monies. He has also coached youth ice hockey teams at Chelsea Piers in New York City.

### AWARDS AND ACCOLADES:
**New York Metro Super Lawyers®** list
**2014–2016**  Antitrust litigation

**Best Lawyers®**
**2017** Mass tort litigation/class actions – plaintiffs

## Samuel B. Cothran Jr.
## General Counsel

LICENSED IN: NC, SC
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the Western District of North Carolina
and District of South Carolina
EDUCATION:
J.D., *cum laude*, University of South Carolina School of Law, 1998
M.B.A., Duke University, 1994
B.S., *summa cum laude,* University of South Carolina, 1981

Sam Cothran creatively addresses the many challenges and opportunities inherent in the cutting-edge practice of a dynamic, multi-jurisdictional law firm. As leader of Motley Rice's legal department, Sam directs and advises the firm's management on diverse in-house legal matters regarding governmental compliance, contracts and legal defense, as well as labor and employment, marketing, financial and operational issues.

After working for an international accounting firm as a certified public accountant and for several Fortune 1,000 companies as a financial manager, Sam attended law school to complement his background in business management and finance and joined Motley Rice attorneys shortly after graduation.

Recognized as a BV® rated attorney by Martindale-Hubbell®, Sam is the author of *Dischargeability of Consumer Credit Card Debt in Bankruptcy After Anastas v. American Savings Bank,* 48 S.C.L. Rev. 915 (1997). As a law student, Sam served as Managing Editor of the *South Carolina Law Review.* He was named a Carolina Legal Scholar and awarded both the Order of the Coif and Order of the Wig and Robe.

Sam is active in his community, serving on the board of Directors for the Dee Norton Lowcountry Children's Center.

### ASSOCIATIONS:
**American Bar Association**
**Association of Professional Responsibility Lawyers**
**American Institute of Certified Public Accountants**
**South Carolina Association of Certified Public Accountants**

Prior results do not guarantee a similar outcome.

## Kevin R. Dean

LICENSED IN: GA, MS, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Third, Fourth, Fifth and Eleventh Circuits, U.S District Court for the Middle, Northern and Southern Districts of Georgia, Central District of Illinois, Northern and Southern Districts of Mississippi and District of South Carolina
EDUCATION:
J.D., Cumberland School of Law, 1991
B.A., Valdosta State University, 1989

Focusing his litigation efforts on catastrophic injury, products liability, and wrongful death cases, Kevin Dean represents victims and families affected by hazardous consumer products, occupational and industrial accidents, fires, premise injuries and other incidents of negligence.

Kevin currently represents people allegedly harmed by defective Takata airbags, Volkswagen's diesel emissions fraud, and GM's misconduct regarding its defective vehicles in *In re General Motors LLC Ignition Switch Litigation*. He has litigated numerous vehicle defect cases, including against "the Big Three" automotive manufacturers in cases involving defective brakes, door locks, door latches, seat belts and roll overs. He served as trial co-counsel in *Guzman v. Ford* (2001), the first case brought to trial regarding a defective outside door latch handle, as well as in the vehicle rollover case *Hayward v. Ford* (2005). He was also a member of the plaintiffs' litigation team in the defective seat belt case, *Malone v. General Motors Corporation* (1998) prior to joining Motley Rice.

He served as lead plaintiffs' counsel in *In re Charleston Firefighter Litigation*, a wrongful death and negligence case against Sofa Super Store, contractors and multiple furniture manufacturers on behalf of the families of the nine firefighters lost in the June 2007 warehouse fire in Charleston, S.C.

Since the 2010 explosion of the Deepwater Horizon, Kevin has been helping people and businesses pursuing litigation, as well as those needing help filing and negotiating their claims. He served as a member of the oil spill MDL's GCCF Jurisdiction & Court Oversight Workgroup and works with victims on claims through the programs established by the two settlements reached with BP.

Kevin's experience also includes the health insurance fraud and post-claims underwriting case *Clark v. Security Life Insurance Company*, the largest civil RICO case in Georgia history, and *Wiggins v. Parsons Nursery*, one of the largest environmental and health contamination cases in South Carolina. Kevin also served as a County Commissioner on the Early County Georgia Board of Commissioners and still holds the honor of having been the youngest elected commissioner in county history.

Kevin frequently appears in local and national broadcast and print media discussing legal matters of workplace safety, fire prevention and other products liability, as well as specific casework and efforts for changes and improvements in various industries. Recognized as an AV® rated attorney Martindale-Hubbell®, Kevin co-authored "Dangerous Doors and Loose

Latches," published in *Trial Magazine* (2004) for the American Association for Justice, and authored "The Right to Jury Trial in ERISA Civil Enforcement Actions" published in *The American Journal of Trial Advocacy* (1989).

### AWARDS AND ACCOLADES:
**Best Lawyers®**
**2017** Charleston, S.C. Personal injury litigation – plaintiffs

**South Carolina Super Lawyers® list**
**2015–2016** Personal injury – general: plaintiff; Personal injury – products: plaintiff; Personal injury – medical malpractice: plaintiff

**Benchmark Plaintiff**
**2012–2013** National "Litigation Star": mass torts/product liability
**2012–2013** South Carolina "Litigation Star": product liability

### ASSOCIATIONS:
**American Association for Justice**
**Georgia Trial Lawyers Association**
**South Carolina Association for Justice, Tort & Negligence Chair**
**Southern Trial Lawyers Association**
**Attorneys Information Exchange Group, Board of Directors**

## Michael E. Elsner

LICENSED IN: NY, SC, VA
ADMITTED TO PRACTICE BEFORE:
U.S District Court for the Eastern and Southern Districts of New York
EDUCATION:
J.D., University of Memphis Cecil C. Humphreys School of Law, 1997
B.A., John Carroll University, 1993

Michael Elsner uses the U.S. civil justice system to seek social change and improved protection of Americans at home and abroad. He litigates complex civil matters on behalf of people and businesses victimized by commercial malfeasance, violations of human rights, inadequate security measures and state-sponsored terrorism, managing cross-border litigation and intricate investigations of infringement and abuse of human rights, multi-layered financial transactions and due diligence.

Michael's understanding of the complex legal challenges of international matters is critical to litigating cases involving human rights and financial dealings. He uses legal mechanisms to track illicit finances, and his investigations through the maze of international banking and financial regulations continue to uncover violations that have allowed money laundering and terrorist financing. Michael is building upon legal theories and case precedents to represent plaintiffs harmed by financial crimes and actions and hold the global institutions and organizations accountable.

Michael was a lead plaintiffs' counsel in *Linde et al. v. Arab Bank*, a suit brought on behalf of victims of terrorist attacks in Israel. In September 2014, a jury found Jordan-based Arab Bank plc liable for financing terrorist activity, including

Prior results do not guarantee a similar outcome.



funneling financial support to top Hamas leaders and to the families of suicide bombers. Michael also leads the worldwide investigation for liability evidence in the 9/11 Families United to Bankrupt Terrorism civil action against al Qaeda's alleged financiers and supporters. In this capacity, Michael meets with U.S. and foreign intelligence officers, witnesses, and informants, who have already helped him gather more than two million pages of documents in numerous languages identifying the activities of al Qaeda and its financiers. He is a member of the Plaintiffs' Steering Committee for this multidistrict litigation filed on behalf of more than 6,500 families and survivors of the 9/11 attacks. He also served as a member of the Plaintiffs' Committee in *In re September 11th Litigation*, a suit brought against the airline industry alleging that it failed to detect and prevent the attacks.

Michael's work with financial transaction litigation includes commercial, securities fraud and shareholder derivative cases such as his extensive work on behalf of domestic and foreign investors in I*n re Vivendi Universal, S.A. Securities Litigation*.

Michael is also leading the firm in its role as consultants to South African human rights lawyer Richard Spoor in his effort to take on leading global gold producers and seek justice for tens of thousands of exploited gold mine workers who are suffering from silicosis. Few class actions have been brought in South Africa, and none have been filed for sick workers. If approved as a class, the suit would generate an unprecedented means of recovery for the country and ensure meaningful access to justice for the indigent and rural workers who are dying from this entirely preventable yet incurable disease.

Michael began his career with the Manville Personal Injury Trust and then practiced complex civil litigation in New York in the areas of toxic torts, security, personal injury, bankruptcy, and whistleblower protections prior to joining Motley Rice attorneys in 2002.

Sharing his experience and insight as a lecturer and consultant, Michael has discussed anti-terrorism and human rights litigation on several national and international news outlets, including CNN, MSNBC, NPR and the BBC, as well as international anti-money laundering and anti-terrorism industry conferences.

## AWARDS AND ACCOLADES:
**Public Justice Foundation**
**2016** Trial Lawyers of the Year

**Benchmark Litigation**
**2016–2017** South Carolina "Litigation Star": personal Injury, product Liability, general commercial, professional liability

***South Carolina Lawyers Weekly***
**2014**  Leadership in Law Award

***The Lawdragon***
**2014–2015**  Lawdragon 500 Leading Lawyers in America
**2010**  *Lawdragon™ 3,000*

## ASSOCIATIONS:
**American Association for Justice**
**American Bar Association**
**New York Bar Association**
**South Carolina Bar Association,** International Law Committee
**Virginia Bar Association**
**National Crime Victims Bar Association**
**Public Justice Foundation**

## *Nathan D. Finch*
LICENSED IN: DC, VA
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Third, Fourth, Fifth, Sixth, Tenth and Eleventh Circuits, U.S. District Court for the District of Columbia, the Eastern District of Virginia, and the Western District of Wisconsin
EDUCATION:
J.D., University of Virginia School of Law, 1992
B.A., University of Virginia, 1989

With a diverse background in complex civil litigation, Nate Finch brings almost twenty years of trial experience and strong negotiation skills to Motley Rice. He represents clients in various asbestos, toxic tort, commercial, securities fraud and other complex cases.

Nate has served as the lead trial attorney for his clients in many federal and state courts and is sought after by co-counsel for advice on challenging cases and complex legal matters. His thorough knowledge of asbestos and medical issues is an asset to the firm's occupational disease and toxic tort clients. He has obtained plaintiffs' verdicts in cases against asbestos product manufacturer defendants and cigarette makers. He has extensive experience trying cases involving a wide variety of asbestos-containing products, including gaskets, automotive brakes, floor tiles, joint compounds, and various forms of insulation. He also has years of experience representing individuals, companies and creditors' committees in personal injury litigation, mass torts products liability litigation, securities and financial fraud litigation and an array of other complex litigation cases ranging from single plaintiffs' products liability cases to high-stakes business disputes.

Prior to joining Motley Rice, Nate was a partner for more than ten years in a Washington, D.C.-based law firm and frequently collaborated with Motley Rice attorneys in trials and negotiations to resolve large asbestos product manufacturers' bankruptcies. He tried numerous cases in federal district courts focusing on the medical and scientific factors associated with asbestos-related diseases and asbestos exposure. During this time, he also tried and helped to resolve in favor of his clients five asbestos bankruptcy cases, each having more than $1 billion at stake. In addition, Nate worked closely with Motley Rice attorneys on behalf of investors in *In re MBNA Securities Litigation* and *In re Vivendi Universal, S.A. Securities Litigation*.

Nate's understanding of the factual and legal challenges inherent in complex cases, combined with his trial experience, has positioned him as a considerable resource within many

Prior results do not guarantee a similar outcome.

practice areas. A frequently invited speaker regarding a variety of legal matters, he has spoken at many asbestos litigation and bankruptcy conferences and has been a guest lecturer at the Georgetown University, George Washington University, George Mason University and the University of Baltimore law schools on topics relating to civil procedure, mass tort litigation and the differences between litigating in Article III and Article I courts. He has been an invited speaker at several judicial conferences on the topic of asbestos litigation.

Recognized as a Martindale Hubbell® AV® rated attorney, Nate has served his community for many years through volunteer activities coordinated by Greater D.C. Cares, an organization committed to connecting volunteers with community service groups. Nate was a member of the *Virginia Law Review* and the Order of the Coif, and is a former scholarship track and cross country athlete at UVA.

## AWARDS AND ACCOLADES:
**American Association for Justice**
**2013**  Wiedemann & Wysocki Award

*Benchmark Litigation*
**2013–2017**  Washington, D.C. "Litigation Star": bankruptcy, general commercial, product liability, securities, white collar crime

*Washington, D.C., Super Lawyers*® list
**2012–2015**  Personal injury – products: plaintiff; Personal injury – general: plaintiff; Securities litigation

*Chambers USA*
**2009–2010** "Top Lawyer": bankruptcy and restructuring

## ASSOCIATIONS:
**American Association for Justice**
**The Barristers**

## Fidelma L. Fitzpatrick

LICENSED IN: DC, MA, NY, RI
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the First, Seventh and Eleventh Circuits, U.S. District Court for the District of Columbia, District of Massachusetts, District of Rhode Island and Eastern District of Wisconsin
EDUCATION:
J.D., *cum laude,* American University, 1994
B.A., Canisius College, 1991
Fidelma Fitzpatrick represents people and communities in toxic tort and environmental matters, including property damage and personal injury claims. Her experience with complex civil litigation has led her to represent other victims of corporate malfeasance, including hundreds of women allegedly injured by medical devices such as Essure® and pelvic mesh/sling products.

Fidelma was co-lead trial counsel in the billion dollar lead paint pigment case, *The People of California v. Atlantic Richfield Company et al.,* in which Motley Rice represented cities and counties, including San Francisco, Santa Clara, Los Angeles and San Diego, in litigation against national lead paint pigment manufacturers. In January 2014, the court ruled that three lead paint pigment companies had created a public nuisance by concealing the dangers of lead when they campaigned against its regulation and actively promoted lead for use in homes despite knowing that it was highly toxic. The $1.15 billion* verdict will be paid to the state's abatement fund for the removal of lead paint pigment from homes throughout California, particularly those occupied by lower-income families in inner-city and community housing. This will help protect the health and safety of thousands of children.

Fidelma held a central role in the state of Rhode Island's trial against former corporate manufacturers of lead paint pigment. She continues to manage cases seeking to hold the lead paint pigment industry accountable for the childhood lead poisoning crisis and provide restitution and compensation to affected children and families. As a result of her work for lead poisoning victims, the Wisconsin State Supreme Court became the first to recognize the legal rights of poisoned children to sue lead paint pigment manufacturers.

She also played a lead role in representing the community of Tallevast, Florida, in a lawsuit against Lockheed Martin Corporation involving the pollution of the community's groundwater with PCE and TCE. Fidelma is litigating nuclear contamination cases on behalf of Pennsylvania residents who allege that local nuclear facilities exposed them to hazardous levels of toxic or radioactive material in the surrounding air, soil and water. Those cases, involving both personal injuries and property damage, are pending in federal court.

Fidelma also represents hundreds of women allegedly harmed by pelvic mesh/sling products in filed cases against defendants that include American Medical Systems, Boston Scientific, C.R. Bard, Inc., and Ethicon. In 2012, Fidelma was appointed co-lead counsel of the pelvic mesh MDL *In re American Medical Systems, Inc., Pelvic Repair Systems Products Liability Litigation* pending in the Southern District of West Virginia. She also holds leadership roles in pelvic mesh state court litigations, including serving as liaison counsel in the American Medical Systems cases consolidated in Delaware and the Boston Scientific cases consolidated in Massachusetts.

Fidelma began working with Motley Rice attorneys in 1997 on the Massachusetts, New York and Rhode Island lawsuits against the tobacco industry. She serves on the Board of Regents at Canisius College and frequently speaks on environmental and mass tort topics at conferences for federal and state court judges, attorneys, academic professionals and law students.

## PUBLISHED WORKS:
"Painting Over Long-Standing Precedent: How the Rhode island Supreme Court Misapplied Public Nuisance Law in *State v. Lead Industries Association*" *Roger Williams University Law Review* (Summer 2010)

"Access to Justice: The Use of Contingent Fee Arrangements by Public Officials to Vindicate Public Rights" *Cardozo J.L. & Gender* (Spring 2008)

Prior results do not guarantee a similar outcome.



"Negligence in the Paint: The Case for Applying the Risk Contribution Doctrine to Lead Litigation" in *Pace Environmental Law Review* (Fall 2008)

## AWARDS AND ACCOLADES:

**National Law Journal**
**2015** Outstanding Women Lawyers

**The Lawdragon**
**2014–2016** Lawdragon 500 Leading Lawyers in America

**The Legal 500 United States**
**2013, 2014** Mass tort and class action: plaintiff representation – toxic tort

**The National Trial Lawyers**
**2010–2013** Top 100 Trial Lawyers™ – Rhode Island

*Rhode Island Super Lawyers®* list
**2008, 2010–2016** Environmental litigation; Personal injury – products: plaintiff; Class action/mass torts

**Best Lawyers®**
**2008–2017** Mass tort litigation/class actions – plaintiffs

*Rhode Island Lawyers Weekly*
**2006** Rhode Island Lawyer of the Year

**Public Justice Foundation**
**2014** Trial Lawyers of the Year
**2006** Finalist: Trial Lawyers of the Year award

## ASSOCIATIONS:
**American Association for Justice**
**American Bar Association**
**American Civil Liberties Union**, Volunteer attorney
**Public Justice Foundation,** Rhode Island State Coordinator
**Rhode Island Association for Justice**
**Rhode Island Women's Bar Association**

* Please remember that every case is different. Although it endorses this lawyer, *The Legal 500 United States* is not a Motley Rice client. Any result we achieve for one client in one matter does not necessarily indicate similar results can be obtained for other clients.

## *Jodi Westbrook Flowers*

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court; U.S. Court of Appeals for the Second, Fourth, and District of Columbia Circuits; U.S. District Court for the District of South Carolina
EDUCATION:
J.D., University of South Carolina School of Law, Carolina Legal Scholar, 1993
B.A. *magna cum laude*, College of Charleston, 1989

A veteran of the courtroom, Jodi Westbrook Flowers seeks to protect the health, safety and rights of consumers, families, investors, workers, and victims of crime and terrorism. Jodi has litigated a wide range of cases involving tobacco, asbestos, lead pigment, aviation disasters and vehicle defects, as well as

terrorist financing and human rights violations. In the vehicle defect multidistrict litigation, *In re General Motors LLC Ignition Switch Litigation*, Jodi works on cases related to economic loss due to faulty ignition switches installed in more than 14 million recalled GM vehicles. Previously, she worked to demonstrate the necessary minimum contacts within the U.S. for the exercise of personal jurisdiction over Bridgestone Corporation in the class action for damages allegedly caused by vehicle and tire defects, *In re Bridgestone/Firestone, Inc., ATX, ATX II and Wilderness Tire Products Liability Litigation,* Case No. 00-MDL-1373-SEB (S.D.Ind.). She also led a team at Motley Rice in the Volkswagen Diesel Emissions Fraud class action litigation, working on behalf of defrauded consumers in the $15 billion settlement deal for 2.0-liter vehicles. The settlement was the largest auto-related consumer class action in U.S. history, and among the fastest reached of its kind.

Jodi serves as co-liaison counsel and represents victims in the 21st Century Oncology data breach multidistrict litigation.

Jodi handles a variety of cases regarding the state-sponsorship of international terrorism, as well as human rights litigation involving violations of international law and human rights abuses. Jodi now leads the legal team founded by Ron Motley that brought the groundbreaking litigation against the financiers and material supporters of al Qaeda. Representing thousands of family members and survivors of Sept. 11, 2001, in a pioneering civil action to hold al Qaeda's sponsors accountable and cut off the terror support pipeline, she serves on the Plaintiffs' Executive Committee for the *In re Terrorist Attacks on September 11, 2001* litigation consolidated by the Multidistrict Litigation Panel. She aided 9/11 victims and families in their years-long push to pass the Justice Against Sponsors of Terrorism Act, which became law in 2016.

Jodi is currently involved in processing claims for the new Victims' Compensation Fund for first responders, area residents, and anyone whose health may have been affected by exposure to environmental toxins released in the terrorist attacks. She was also an integral member of the Motley Rice aviation security litigation team seeking accountability and change in aviation security following the 9/11 attacks.

Jodi also played a key role in *Linde et al. v. Arab Bank PLC*, in which a jury found Jordan-based Arab Bank liable for financing terrorist activity, including funneling financial support to top Hamas leaders and to the families of suicide bombers. This case marked the first time that a financial institution has been brought to trial under the Anti-Terrorism Act.

She served as the lead negotiator in the last hold-out of the individual cases against Libya for the Lockerbie bombing of Pan Am Flight 103, and continues to seek justice for victims of Libyan sponsored terrorism during Qadhafi's reign. Jodi also authored an *amicus* brief, supporting section 1502 of the Dodd-Frank Act, regarding the trade regulation of conflict minerals in the Democratic Republic of the Congo.

Jodi has worked on environmental contamination cases in the Virgin Islands involving leaking gas tanks, and she is currently representing clients in advancing their Deepwater Horizon

oil spill claims through the programs established by the two settlements reached with BP. Jodi has served on numerous MDL Executive Committees and subcommittees, and holds several leadership positions within the firm.

Jodi began her career applying restitution and fraud theories to the litigation against the tobacco industry which resulted in the historic Master Settlement Agreement between the state attorneys general and the tobacco industry. She developed expert and whistleblower testimony and synthesized millions of pages of documents for trial. She prepared the false-marketing and child targeting case against the tobacco industry which resulted in restrictions on cartoon ads and the retirement of Joe Camel.

Jodi has been interviewed by various media outlets, including U.S. and foreign television, radio and print media. She provides pro bono work on a variety of global, national and community issues and helped establish the firm's Charitable Contributions Committee.

## PUBLISHED WORKS:

"Remarks on the GJIL Symposium on Corporate Responsibility and the Alien Tort Statute," *Georgetown Journal of International Law,* Volume 43–Issue 4, Summer 2012. (43 Geo. J. Int'l. L. 1601)

## AWARDS AND ACCOLADES:

**Public Justice Foundation**
**2016** Trial Lawyers of the Year

*The Legal 500 United States*, Litigation edition
**2016** Mass tort and class action: plaintiff representation – toxic tort

**The Best Lawyers in America®**
**2015–2017** Mass tort litigation/class actions – plaintiff

*Benchmark Plaintiff*
**2014** Top 150 Plaintiff Women in Litigation: South Carolina
**2012–2013** National "Litigation Star": civil rights/human rights and mass tort/product liability
**2012–2014** South Carolina "Litigation Star": environmental, human rights, mass tort and securities

*The Lawdragon™*
**2010–2016** *500 Leading Lawyers in America:* Plaintiffs' litigation

## ASSOCIATIONS:

**American Association for Justice**
**South Carolina Association for Justice**
**American Bar Association,** Center for Human Rights Advisory Council
**South Carolina Bar Association,** International Law Committee
**Charleston Bar Association**
**Daughters of the American Revolution**
**The Fellows of the American Bar Foundation**

*Although it endorses this lawyer, The Legal 500 United States is not a Motley Rice client.

## Vincent L. Greene IV

LICENSED IN: RI
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the District of Rhode Island
EDUCATION:
J.D., George Washington University, 1998
B.A., College of the Holy Cross, 1995

Vin Greene works on behalf of victims of lead poisoning and asbestos-related diseases. He represents children and families poisoned by exposure to lead paint and pigments in trials, negotiations and settlements. Vin's legal efforts led to his critical role in defeating tort reform legislation in Rhode Island, utilizing testimony, analysis and grassroots outreach to push passage of a bill that helped prevent childhood lead poisoning without infringing on victims' rights. For his numerous efforts and accomplishments, the Childhood Lead Action Project honored him with its Beyond the Call of Duty Award in 2001.

Currently, Vin represents workers and families suffering from mesothelioma and other asbestos-related diseases as a result of occupational, environmental or household exposure to asbestos. He has managed asbestos cases and negotiations on behalf of hundreds of individuals, including arguing before the Supreme Courts of Ohio and Rhode Island.

Vin began working with Motley Rice attorneys in 1997 on the landmark litigation against the tobacco industry and medical malpractice cases. Named a Motley Rice member in 2008, Vin is recognized as an AV® rated attorney by Martindale-Hubbell®.

## AWARDS AND ACCOLADES:

*Best Lawyers®*
**2017** Product liability litigation – plaintiffs

*Rhode Island Super Lawyers® lists*
**2014–2016** Personal injury – products: plaintiff; Class action/mass torts; Environmental litigation

**Benchmark Plaintiff**
**2012–2014** Rhode Island "Litigation Star": environmental, medical malpractice, toxic tort

*The Legal 500 United States,* Litigation edition
**2010** Mass tort and class action: plaintiff representation – toxic tort

## ASSOCIATIONS:

**American Association for Justice**
**American Civil Liberties Union**
**Rhode Island Association for Justice,** Past President

*Although it endorses this lawyer, *The Legal 500 United States* is not a Motley Rice client.

Prior results do not guarantee a similar outcome.



## John E. Herrick

LICENSED IN: MD, SC
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the Central District of Illinois, District of Maryland, District of South Carolina, Eastern and Western Districts of Wisconsin
EDUCATION:
J.D., University of South Carolina School of Law, 1988
B.A., University of South Carolina, 1983

John Herrick has spent more than 20 years representing victims of asbestos exposure suffering from mesothelioma and other asbestos-related diseases. As a leader of the firm's occupational disease practice, John continues to fight for the rights of those harmed by asbestos and other occupational diseases and assists in managing the firm's asbestos litigation teams. A senior trial lawyer with years of courtroom experience, John represents individuals and families against defendants which manufactured and sold defective and unreasonably dangerous asbestos-containing products and equipment, as well as premise owners and contractors who specified and installed those products.

John has litigated asbestos cases resulting from occupational, environmental and household exposure, receiving verdicts in hundreds of matters. Most recently, John was lead trial counsel in a welding fume verdict for the plaintiff on behalf of a welder who developed manganism from exposure to welding fumes. He won the first affirmed jury verdict in the United States for a domestic, asbestos- exposed mesothelioma victim in the Marie Granski case and achieved the first verdict in the United States against SCAPA US, the former manufacturer of asbestos-containing dryer felts. John also worked as lead trial counsel in the Harlow trial group, cited as a top 100 case of the year by *The National Law Journal*, and litigated a personal injury case against a tobacco company for a plaintiff harmed by the use of asbestos in cigarette filters.

John is recognized as an AV® rated attorney by Martindale-Hubbell® and frequently serves as a guest speaker at asbestos litigation-related seminars.

### AWARDS AND ACCOLADES:
**The Best Lawyers in America®**
**2015–2017** Product liability litigation – plaintiffs

***The Legal 500 United States***
**2007, 2009, 2010, 2011, 2012, 2015** Mass tort and class action: plaintiff representation – toxic tort

### ASSOCIATIONS:
**American Association for Justice**
**American Bar Association**
**American Board of Trial Advocates**
**South Carolina Association for Justice**

*Although it endorses this lawyer, The Legal 500 United States is not a Motley Rice client.

## T. David Hoyle

LICENSED IN: DC, FL, GA, SC
ADMITTED TO PRACTICE BEFORE:
Georgia Supreme Court; U.S. Court of Appeals for the Fourth and Eleventh Circuits; Georgia Court of Appeals; U.S. District Court for the Middle, Northern and Southern Districts of Florida, Middle and Northern Districts of Georgia, District of South Carolina, and the Western District of Wisconsin
EDUCATION:
J.D., *cum laude,* University of South Carolina School of Law, 2005
B.A., Wofford College, 2002

David Hoyle works to change corporate conduct through the civil justice system, representing victims of corporate wrongdoing and negligence in litigation ranging from catastrophic incidents to asbestos exposure and environmental contamination. He focuses on complex personal injury cases involving catastrophic burns, brain injury, loss of limb and paralysis, as well as wrongful death cases resulting from negligence, industrial accidents and defective products.

David represents victims suffering from mesothelioma and other asbestos-related diseases as well as Canadian provincial workers' compensation boards bringing U.S. civil actions. He also represents people and businesses in Gulf Coast communities that suffered economic loss, property damage and physical injuries due to the Deepwater Horizon oil spill.

Following the conviction of a South Carolina child predator, David litigated the claims of victims against the predator's former employer, Pinewood Preparatory School, negotiating a resolution that includes the implementation of a new Child Protection Policy that includes the enforcement of stricter procedures and a decade of outside monitoring. David also litigated the claims of a rape victim against the owner of a self storage facility and negotiated a resolution that included the business changing its security practices.

An AV® rated attorney in Martindale-Hubbell®, David has handled all aspects of litigation, from initial client meetings to jury trials and appellate oral arguments. David has presented at seminars on a diverse range of topics, such as NFL concussion litigation, the economic loss rule in environmental cases, ethical issues involving social media and asbestos disease awareness. He is the author of "Seal of Disapproval: International Implications of South Carolina's Notary Statute," 3 S.C.J.Int'l. L. & Bus. 1 (2006).

David is active in the community, serving as a member of the Board of Directors for the Lowcountry Autism Foundation, volunteering with the Lowcountry AIDS Legal Clinic and providing pro bono legal services to the Magdalene House of Charleston. He is a member of the Ecclesiastical Court of The Episcopal Church in South Carolina, and has also been appointed to The Episcopal Church Province IV Court of Review. In 2007, David helped lead the efforts of young alumni to establish the Elizabeth B. and Larry T. McGehee Endowed Scholarship Fund at Wofford College in honor of a former professor and his wife. The annual earnings are awarded for the purchase of textbooks and other course-related materials.

**AWARDS AND ACCOLADES:**
*South Carolina Super Lawyers® Rising Stars* list
**2012–2016**  Personal injury plaintiff: general; Civil rights; Environmental litigation

**The National Trial Lawyers**
**2012**  Top 100 Trial Lawyers™– South Carolina

**ASSOCIATIONS:**
**American Association for Justice**
**American Bar Association**
**South Carolina Association for Justice**

## James M. Hughes, Ph.D.

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court, U.S. Court of Appeals for the First, Fourth, and Eighth Circuits, U.S. District Court for the District of South Carolina
EDUCATION:
J.D., University of South Carolina School of Law, 1993
Ph.D., University of Illinois, Chicago, 1983
M.A., University of Illinois, Chicago, 1976
B.A., University of Minnesota, 1975

Jim Hughes develops strategic legal arguments, drafts and argues motions, and litigates cases involving securities fraud.

Jim has also represented industrial workers exposed to silica and asbestos in the workplace, arguing before appellate courts in Illinois and Minnesota on behalf of occupational disease victims. He has shared his experience with silica litigation and product identification at several national conferences, addressing the plaintiff's perspective and other pertinent issues.

A published author on several legal and academic themes, Jim's law review article, "Informing South Carolina Capital Juries About Parole" (44 *S.C. Law Review 38*3, 1993) was cited in 2000 by U.S. Supreme Court Justice John Paul Stevens in his dissenting opinion in *Ramdass v. Angelone*. His reported opinions include *Ison v. E.I. DuPont de Nemours & Co.* (Del. 1999), *In re Minnesota Asbestos Litigation* (Minn., 1996), *W.R. Grace & Co. v. CSR Ltd.,* (Ill. App. Ct. 1996) and *In re Tutu Wells Contamination Litigation* (D.V.I. 1995).

A former professor of philosophy, Jim began his legal career with the plaintiffs' bar after clerkships with the South Carolina Office of Appellate Defense and a business, employment and intellectual property defense firm. He is recognized as an AV® rated attorney by Martindale-Hubbell®.

**ASSOCIATIONS:**
**American Association for Justice**
**South Carolina Association for Justice**

## Anne McGinness Kearse

LICENSED IN: DC, SC, WV
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the Eastern District of New York, Eastern and Western Districts of Pennsylvania, District of South Carolina and the Southern District of West Virginia
EDUCATION:
J.D. *cum laude,* University of South Carolina School of Law, 1998
B.S., Syracuse University, 1983

With a passion for justice, Anne McGinness Kearse seeks to hold accountable numerous corporations that put profits before safety. Through litigation, Anne pursues the implementation of better safety practices and corporate governance measures for those corporations, as well as just compensation for victims of toxic exposure, extreme and life-altering injuries, workplace injuries, severe burns, brain damage, loss of limb and paralysis, and wrongful death resulting from negligence and defective products.

Anne works closely with victims and their families, often meeting with them in their homes for consultations. She strives to provide each client with personalized attention and individual justice, whether the case is part of a class action or stands alone. Anne believes in building relationships with co-counsel and often collaborates with other attorneys, including estate and probate counsel, in order to approach each case from a team perspective.

Anne represents workers diagnosed with the devastating disease mesothelioma caused by asbestos exposure in the chemical, electric power generation, steel or construction industries. She also represents victims of household exposure—children and spouses who developed mesothelioma or other asbestos-related diseases after being exposed to asbestos fibers that a family member unwittingly brought home from work on clothes or belongings. Anne has tried several noteworthy asbestos cases, including *Cox vs. A&I Company,* West Virginia's first household asbestos exposure case, and the 2002 West Virginia Consolidated Asbestos Trial against Union Carbide in which unsafe working conditions were found at its plants throughout the state. In addition to maintaining an active trial schedule, Anne represents Canadian Workers' Compensation Boards in U.S. courts to recoup benefits they paid Canadian asbestos victims.

While in law school, Anne supported the team representing the State Attorneys General in the historic lawsuit against Big Tobacco, which resulted in the largest civil settlement in U.S. history. After graduation, she was a member of the trial team that litigated *Falise v. American Tobacco Company*.

Well-versed in navigating complex litigation, Anne holds several leadership positions within the firm, managing legal teams associated with occupational disease, toxic exposure and severe personal injury. Anne has written several articles of interest to the plaintiffs' bar and frequently speaks on asbestos litigation, general product liability, legal ethics and tort reform at seminars across the country. She has been published

Prior results do not guarantee a similar outcome.



on major legal issues, including *forum non conveniens* and defective products abroad, corporate misconduct, medicolegal aspects of asbestos litigation and mass tort litigation. Anne co-authored the 12th chapter of the book, "Pathology of Asbestos-Associated Diseases" (*Medicolegal Aspects of Asbestos-Related Diseases: A Plaintiff's Attorney's Perspective,* 3rd ed., 2014). Edited by Victor L. Roggli, MD; Tim D. Oury, MD, PhD; and Thomas A. Sporn, MD, this publication is a comprehensive asbestos reference book used by both physicians and attorneys.

Anne currently serves as the President Elect of the Public Justice Foundation, a charitable organization focused on protecting people and the environment and increasing access to justice. In 2011, Anne served on the Executive Board for a local chapter of Safe Kids USA, advocating for childhood injury prevention. Anne was a University of South Carolina School of Law bronze Compleat Award recipient in 1998 and is recognized as a BV® rated attorney by Martindale-Hubbell®.

## AWARDS AND ACCOLADES:
### Benchmark Plaintiff
**2013**  National "Litigation Star": mass tort/product liability – plaintiffs
**2012–2014**  South Carolina "Litigation Star": mass tort/product liability – plaintiffs
**2014** *Top 150 Women in Litigation* list: South Carolina: mass tort/product liability – plaintiffs

### The Best Lawyers in America®
**2016**  Charleston, S.C. "Lawyer of the Year": Mass tort litigation/class actions – plaintiffs
**2011–2017**  Mass tort litigation/class actions – plaintiffs

### The National Trial Lawyers
**2010** *Top 100 Trial Lawyers*™: South Carolina

### The Legal 500 United States
**2007, 2009, 2010, 2011, 2012, 2016**  Mass tort and class action: plaintiff representation – toxic tort

### South Carolina Super Lawyers® list
**2013–2016**  Class action/mass torts; Personal injury – products: plaintiff; Personal injury – general: plaintiff

## ASSOCIATIONS:
**Public Justice Foundation,** President – Board of Directors
**American Association for Justice,** Chair – Committee on Asbestos Education
**American Bar Association**
**South Carolina Association for Justice**, Board of Governors; Chair – Women's Caucus
**Litigation Counsel of America Trial Lawyer Honorary Society**
**Order of the Coif**
**Order of the Wig and Robe**
**John Belton O'Neal Inn of Court**
**American Inns of Court, James L. Petigru Chapter**

*Although it endorses this lawyer, The Legal 500 United States is not a Motley Rice client.

## Marlon E. Kimpson
LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the District of South Carolina, Eastern District of Michigan
EDUCATION:
J.D., University of South Carolina School of Law, 1999
B.A., Morehouse College, 1991

Marlon Kimpson represents victims of corporate malfeasance, from investors in securities fraud cases to people injured or killed in catastrophic incidents. Building upon the firm's relationships with unions and governmental entities, Marlon represents individuals, state and municipality pension funds, multi-employer plans, unions and other institutional investors in securities fraud class actions and mergers and acquisition cases to help recover assets and improve corporate governance.

Marlon has worked on shareholder derivative litigation and on mergers and acquisitions cases that include: *In re Atheros Communications, Inc., Shareholder Litigation; In re Celera Corporation Shareholder Litigation; In re RehabCare Group, Inc. Shareholders Litigation* and *In re Coventry Healthcare, Inc., Shareholder Litigation*.

In addition to securities fraud litigation, Marlon has also represented victims of catastrophic personal injury, asbestos exposure, and aviation disasters. He has litigated commercial and charter aviation cases with clients, defendants and accidents involving multiple countries. He has also represented people and businesses that need help filing their claims under the new claims programs established by the two Deepwater Horizon BP oil spill settlements.

Marlon currently serves as South Carolina State Senator of District 42, representing citizens of Charleston and Dorchester Counties. A frequent speaker, Marlon has presented at seminars and conferences across the country, including the Public Funds Summit, the National Association of State Treasurers, the South Carolina Black Lawyers' Association, the National Conference on Public Employee Retirement Systems (NCPERS) and the National Association of Securities Professionals (NASP).

After five years in commercial banking, Marlon entered the field of law and served as a law clerk to Judge Matthew J. Perry of the U.S. District Court of South Carolina. His legal work and volunteer service also earned him the University of South Carolina School of Law bronze Compleat Award. Martindale-Hubbell® recognizes Marlon as a BV® rated attorney.

Marlon is active in his community and formerly served on the Board of Directors for the Peggy Browning Fund. He has also held leadership roles with the University of South Carolina Board of Visitors, the Charleston Black Lawyers Association and the South Carolina Election Commission.  He is a lifetime member of the NAACP and a member of Sigma Pi Phi Boulé and Omega Psi Phi fraternity.

## AWARDS AND ACCOLADES:
**The Best Lawyers in America®**
**2015–2017**  Mass tort litigation/class actions – plaintiffs

Prior results do not guarantee a similar outcome.          Motley Rice LLC • Attorneys at Law     **23**

**Benchmark Plaintiff**
**2012** National "Litigation Star": mass tort/product liability
**2012–2014** South Carolina "Litigation Star": environmental, mass tort, securities

**Coastal Conservation League**
**2016** Coastal Stewardship Award

## ASSOCIATIONS:
**American Association for Justice**
**South Carolina Association for Justice**
**National Association of Public Pension Attorneys**
**American Bar Association**
**National Bar Association**

## James W. Ledlie

LICENSED IN: DC, SC, WV
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Fourth and Eleventh Circuits, U.S. District Court for the District of South Carolina
EDUCATION:
J.D., University of South Carolina School of Law, 2000
B.A., Wofford College, 1996
Recognized for his litigation skills and client advocacy, James Ledlie focuses his practice on occupational disease, worker safety, products liability, consumer fraud and complex litigation matters. He has represented clients in jury trials and hearings across the country and takes pride in his work advocating for compensation for people who have suffered serious injury or wrongful death as the result of corporate misconduct, negligence and defective product design.

James fights for clients suffering from mesothelioma and other asbestos-related diseases caused by occupational or household asbestos exposure. He also played a key role in the firm's efforts to hold the tobacco industry responsible for intentionally creating addictive products that can later cause lung cancer, COPD, and other fatal diseases. James has obtained sizable plaintiff verdicts and settlements in both state and federal courts on behalf of smokers killed or severely injured by the actions of the cigarette industry.*

In addition, he has represented whistleblowers in *qui tam* actions alleging fraud against the federal government. James is currently representing businesses, citizens and municipal entities that suffered loss as a result of the Deepwater Horizon oil spill in the Gulf of Mexico. He has spent many years representing numerous provincial workers' compensation boards and private Canadian citizens in U.S. civil actions brought against U.S. manufacturers of dangerous products sold in Canada. He is also a vocal advocate for safe products and for holding corporations accountable for negligent or intentional misconduct.

Prior to joining Motley Rice, James served as a Law Clerk to the Honorable John C. Few, then a South Carolina Circuit Court Judge. He later served as Law Clerk to the Honorable G. Ross Anderson, Jr., of the U.S. District Court for the District of South

Carolina. James is proud of his service in the U.S. Army Judge Advocate General Corps (JAG) Reserve and has represented injured veterans in wrongful death and serious personal injury cases.

James has spoken at numerous legal conferences, medical conferences and continuing education seminars on asbestos litigation, trial advocacy, jury selection and professionalism. He is recognized as an AV® rated attorney by Martindale-Hubbell®.

## AWARDS AND ACCOLADES:
**American Association for Justice**
**2010** F. Scott Baldwin Award: in honor of his significant contribution to the New Lawyers Division and the attainment of outstanding trial verdicts

**The National Trial Lawyers**
**2016** Top 100 Trial Lawyers™– South Carolina

**2012–2013** *South Carolina Super Lawyers® Rising Stars* list

## ASSOCIATIONS:
**American Association for Justice,** former New Lawyers Division Board of Governors member
**South Carolina Association for Justice,** former Board of Governors member
**South Carolina Bar Association,** Past Chairman – Torts and Insurance Practice Section
**Charleston Bar Association**
**Public Justice Foundation**

## Gregg S. Levin

LICENSED IN: DC, MA, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the First, Second, Third, Fifth, Ninth and Eleventh Circuits
U.S. District Court for the District of Colorado
EDUCATION:
J.D., Vanderbilt University School of Law, 1987
B.A., University of Rochester, 1984
With more than two decades of legal experience, Gregg Levin represents domestic and foreign institutional investors and union pension funds in corporate governance, directorial misconduct and securities fraud matters. His investigative, research and writing skills have supported Motley Rice as lead or co-lead counsel in numerous securities and shareholder derivative cases against Dell, Inc., UBS AG and Cintas Corporation. Gregg manages complaint and brief writing for class action deal cases, shareholder derivative suits and securities fraud class actions.

Prior to joining Motley Rice, Gregg was an associate with Grant & Eisenhofer in Delaware, where he represented institutional investors in securities fraud actions and shareholder derivative actions in federal and state courts across the country, including the WorldCom, Telxon and Global Crossing cases. He also served as corporate counsel to a Delaware Valley-based retail corporation from 1996-2003, where he handled corporate compliance matters and internal investigations.

Prior results do not guarantee a similar outcome.



Appearing in the media to discuss a variety of securities matters, Gregg has also presented in educational forums, including at the Ethics and Transparency in Corporate America Webinar held by the National Association of State Treasurers.

### PUBLISHED WORKS:

Gregg is a published author on corporate governance and accountability issues, having written significant portions of the treatise *Shareholder Activism Handbook* (Aspen Publishers, November 2005), as well as several other articles of interest to institutional investors, including:

- "*In re Cox Communications:* A Suggested Step in the Wrong Direction" (*Bank and Corporate Governance Law Reporter,* September 2005)
- "Does Corporate Governance Matter to Investment Returns?" (*Corporate Accountability Report*, September 23, 2005)
- "*In re Walt Disney Co. Deriv. Litig.* and the Duty of Good Faith under Delaware Corporate Law" (*Bank and Corporate Governance Law Reporter*, September 2006)
- "Proxy Access Takes Center Stage: The Second Circuit's Decision in American Federation of State County and Municipal Employees, Employees Pension Plan v. American International Group, Inc." (*Bloomberg Law Reports*, February 5, 2007)
- "Investor Litigation in the U.S. -- The System is Working" (*Securities Reform Act Litigation Reporter*, February 2007)

### *Mimi Y. Liu*

LICENSED IN: DC, NY
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court; U.S. Court of Appeals for the Sixth, Eighth and Ninth Circuits; U.S. District Court for the District of Columbia
EDUCATION:
J.D. cum laude, Harvard Law School, 1999
B.Com. with honors, University of Alberta, 1996

Mimi Liu protects public resources and interests through investigations and litigation filed for state attorneys general, governments, and other public entities.

Prior to joining Motley Rice, Mimi represented public clients in consumer protection and civil enforcement matters at a law firm in D.C. In litigation filed for the Mississippi Attorney General, she investigated national credit bureaus accused of violating state and federal laws by failing to maintain accurate credit files, ultimately recovering more than $7 million* in relief and other consumer benefits.

She litigated claims of deceptive collection practices regarding consumer credit, auto loan and student loan debt, resulting in $9 million in relief and statewide injunctive relief in Mississippi. Mimi represented the New Hampshire Attorney General in litigation alleging deceptive marketing of highly addictive opioid drugs, and recovered millions of dollars in relief for New Hampshire.

She also represents a state attorney general litigating for consumers alleging harm or economic loss due to deceptive

marketing of defective Takata airbags, which was the largest auto-related recall in U.S. history.

In addition, Mimi advocated for constitutional civil rights as a senior lawyer for Planned Parenthood Federation of America from 2004 to 2012, arguing cases before numerous state and federal trial and appeals courts.

During her studies at Harvard Law School, Mimi served as executive editor of the Human Rights Journal and co-authored the treatise Gender Asylum Law. Following law school, Mimi clerked for the Court of Appeals of Alberta and for the Honorable Justice Claire L'Heureux-Dubé of the Supreme Court of Canada.

*Please remember that every case is different. Any result we achieve for one client in one matter does not necessarily indicate similar results can be obtained for other clients.

### *Robert J. McConnell*

LICENSED IN: MA, RI
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the District of Massachusetts, District of Rhode Island
EDUCATION:
J.D., Suffolk University School of Law, 1987
A.B., Brown University, 1979

Bob McConnell's practice concentrates on lead pigment litigation, childhood lead poisoning cases, groundwater and soil contamination cases and other toxic environmental litigation. He represents victims seeking corporate accountability as a result of personal injury, property damage and economic loss as a result of negligent environmental practices.

Bob was a member of the trial team in the landmark trial on behalf of the state of Rhode Island against corporate defendants from the lead paint industry. He secured the largest lead paint poisoning settlement in Rhode Island on behalf of a child and continues to represent children injured by lead poisoning against property owners, governmental agencies and lead pigment companies. He also played a leading role in a statewide lobbying effort to defeat legislation that would have denied lead-poisoned children and their families the right to seek justice. Through testimony, analysis and grassroots outreach, he helped the Rhode Island legislature pass a bill helping to prevent childhood lead poisoning without infringing on victims' rights.

In 2005, he successfully argued the precedent-setting case *Thomas v. Mallett* 285 Wis 2d 236 as part of the Motley Rice trial team applying risk contribution theory to the lead paint industry before the Wisconsin Supreme Court. More recently, Bob represented more than 100 residents of Tiverton, R.I., in an environmental contamination lawsuit against a major New England utility company.

With more than two decades of experience in asbestos litigation, Bob also represents victims of asbestos exposure suffering from mesothelioma and other asbestos-related diseases. He has managed large consolidation trials in several states including Maryland, Mississippi and West Virginia.

Prior results do not guarantee a similar outcome.

Motley Rice LLC • Attorneys at Law   **25**

After beginning his career as a teacher, Bob earned a law degree and clerked for the Honorable Donald F. Shea of the Rhode Island Supreme Court. He joined Motley Rice attorneys on the tobacco litigation team representing multiple state attorneys general, which resulted in the historic Master Settlement Agreement between the states and the tobacco industry.

Highly active in the Rhode Island community, Bob serves as board vice chairman of The Institute for the Study and Practice of Nonviolence, an organization that seeks to promote nonviolence among young people in Rhode Island's inner cities. He is also a board member for the George Wiley Center, which advocates for the rights of low income Rhode Island citizens, and the Fund for Community Progress, an organization that supports 26 grassroots organizations working for long-term community change.

Bob frequently speaks about lead paint litigation to local and regional groups such as the Rhode Island Bar Association and the Northeast Conference of Attorneys General. He is recognized as an AV® rated attorney by Martindale-Hubbell®.

### AWARDS AND ACCOLADES:
**Best Lawyers®**
**2009**–**2017** Mass tort litigation/class actions – plaintiffs

**Rhode Island Super Lawyers®** lists
**2008**–**2016**  Plaintiff: Class action/mass torts; Environmental litigation; Personal injury: general

**Benchmark Plaintiff**
**2012**–**2014**  Rhode Island "Litigation Star": environmental and toxic tort

**The Legal 500 United States**
**2015**  Mass tort and class action: plaintiff representation – toxic tort

### ASSOCIATIONS:
**American Association for Justice**
**American Bar Association**

*Although it endorses this lawyer, The Legal 500 United States is not a Motley Rice client.

## Donald A. Migliori

LICENSED IN: MA, MN, NY, RI, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the First and Fourth Circuits, U.S. District Court for the District of Rhode Island, District of Massachusetts and Northern, Southern and Eastern Districts of New York
EDUCATION:
M.A./J.D., Syracuse University, 1993
A.B., Brown University, 1988
Building upon his experience in complex asbestos cases, the historic tobacco lawsuits and 9/11 litigation, Don Migliori is a multifaceted litigator who can navigate both the courtroom and the negotiating table. He represents victims of defective medical devices and drugs, occupational diseases, terrorism, aviation disasters, antitrust, and securities and consumer fraud in mass torts and other cutting-edge litigation that spans the country.

Don serves in leadership roles for a number of multi-district litigations, including playing a key role in negotiations on behalf of tens of thousands of women allegedly harmed by pelvic mesh/sling products and serving as co-liaison counsel in the N.J. Bard pelvic mesh litigation in Atlantic County. .Hundreds of cases have been filed in federal and states courts against multiple defendants.

He is also a member of the Plaintiffs' Steering Committee for *In re Bard IVC Filters Products Liability Litigation*, as well as the Depuy® Orthopaedics, Inc. ASR™ and Pinnacle® Hip Implant MDLs. Don has litigated against C.R. Bard previously in the pelvic mesh litigation as well as in the Composix® Kugel® Mesh multidistrict litigation, *In re Kugel Mesh Hernia Patch Products Liability Litigation*, the first MDL before the federal court of Rhode Island. Don also serves as co-lead plaintiffs' counsel and liaison counsel in the federal MDL, and as liaison counsel for the Composix® Kugel® Mesh lawsuits consolidated in Rhode Island state court on behalf of thousands of individuals alleging injury by the hernia repair patch.

Don played a central role in the extensive discovery, mediations and settlements of more than 50 cases of 9/11 aviation liability and damages against numerous defendants.  He represented families of the victims of the September 11, 2001, attacks who opted out of the Victim Compensation Fund to seek greater answers, accountability and recourse, and served as liaison counsel for all wrongful death and personal injury cases in the 9/11 aviation security litigation. Additionally, he manages anti-terrorism litigation associated with the 9/11 terrorist attacks as a lead attorney of the 9/11 Families United to Bankrupt Terrorism, a groundbreaking case designed to bankrupt the financiers of al Qaeda.

Don contributed his experience in connection with the commencement of and strategy for shareholder derivative litigation brought on behalf Chiquita Brands International, Inc., alleging the defendants breached their fiduciary duties by paying bribes to terrorist organizations in violation of U.S. and Columbian law. He also served as trial counsel for PACE Industry Union-Management Pension Fund in a securities case against Forest Laboratories, Inc., and was involved in the initial liability discovery and trial strategy in an ongoing securities fraud class action involving Household International, Inc.

Don began working with Motley Rice attorneys in 1997 on behalf of the State Attorneys General in the historic lawsuit against Big Tobacco, resulting in the largest civil settlement in U.S. history. He tried several noteworthy asbestos cases on behalf of mesothelioma victims, including the state of Indiana's first contractor liability verdict and first premises liability verdict for wrongful exposure to asbestos. He continues to manage asbestos cases and actively litigates mesothelioma lawsuits and individual tobacco cases in the courtroom.

Prior results do not guarantee a similar outcome.



Don is a frequent speaker at legal seminars across the country and has appeared on numerous television and radio programs, as well as in print media to address legal issues related to terrorist financing, aviation security, class action litigation, premises liability and defective medical devices. A "Distinguished Practitioner in Residence" at Roger Williams University School of Law for the 2010-2011 academic year, Don taught mass torts as an adjunct professor for more than 10 years. Don is an AV® rated attorney by Martindale-Hubbell®.

## AWARDS AND ACCOLADES:

**Best Lawyers®**
**2011–2017**  Mass tort litigation/class actions – plaintiffs

**Rhode Island Super Lawyers®** lists
**2012–2013**  Top 10 "Best of the Best"
**2009–2016**  Class action/mass torts; Personal Injury – products: plaintiff; Aviation and aerospace

**The National Trial Lawyers**
**2010–present**  Top 100 Trial Lawyers™: Rhode Island

**Rhode Island Lawyers Weekly**
**2011**  Lawyers of the Year

**Massachusetts Lawyers Weekly**
**2011**  Lawyers of the Year

**Benchmark Plaintiff**
**2012–2014**  Rhode Island "Litigation Star": human rights and product liability

**2010**  **Lawdragon™ 3,000**

**Providence Business News**
**2005**  Forty Under 40

## ASSOCIATIONS:

**American Association for Justice,** Board of Governors; former Executive Committee member
**American Bar Association**
**Rhode Island Association for Justice,** former President
**The Fellows of the American Bar Foundation**

## William H. Narwold

LICENSED IN: CT, DC, NY, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court, U.S. Court of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Eighth, Ninth, Tenth, Eleventh, D.C., and Federal Circuits, U.S. District Court for the District of Colorado, District of Connecticut, Eastern and Southern Districts of New York, District of South Carolina
EDUCATION:
J.D. cum laude, University of Connecticut School of Law, 1979
B.A., Colby College, 1974
Bill Narwold has advocated for corporate accountability and fiduciary responsibility for nearly 40 years, representing consumers, governmental entities, unions and institutional investors. He litigates complex securities fraud, shareholder rights and consumer fraud lawsuits, as well as matters involving unfair trade practices, antitrust violations and whistleblower/qui tam claims.

Bill leads Motley Rice's securities and consumer fraud litigation teams and False Claim Act practice. He is also active in the firm's appellate practice. His experience includes being involved in more than 200 appeals before the U.S. Supreme Court, U.S. Courts of Appeal and multiple state courts.

Prior to joining Motley Rice in 2004, Bill directed corporate, securities, financial, and other complex litigation on behalf of private and commercial clients for 25 years at Cummings & Lockwood in Hartford, Connecticut, including 10 years as managing partner. Prior to his work in private practice, he served as a law clerk for the Honorable Warren W. Eginton of the U.S. District Court, District of Connecticut from 1979-1981.

Bill often acts as an arbitrator and mediator both privately and through the American Arbitration Association. He is a frequent speaker on legal matters, including class actions. Named one of 11 lawyers "who made a difference" by *The Connecticut Law Tribune*, Bill is recognized as an AV® rated attorney by Martindale-Hubbell®.

Bill has served the Hartford community with past involvements including the Greater Hartford Legal Assistance Foundation, Lawyers for Children America, and as President of the Connecticut Bar Foundation. For more than twenty years, Bill served as a Director and Chairman of Protein Sciences Corporation, a biopharmaceutical company in Meriden, Connecticut.

## AWARDS AND ACCOLADES:

**The Best Lawyers in America®**
**2017**  Hartford, Conn. "Lawyer of the Year": Banking and Finance
**2013**  Hartford, Conn. "Lawyer of the Year": litigation – banking & finance
**2005–2016**  Banking and finance, mergers and acquisitions, securities

**Connecticut Super Lawyers®** and **New England Super Lawyers®** lists
**2009–2016**  Securities litigation; Class action/mass torts

**2008**  **The Best of the U.S.** list

**Connecticut Bar Foundation**
**2008**  Legal Services Leadership Award

## ASSOCIATIONS:

**American Bar Association**
**Connecticut Bar Foundation,** Past President
**Taxpayers Against Fraud**
**University of Connecticut Law School Foundation,** past Board of Trustees member

## Lance Oliver

LICENSED IN: AL, DC, FL, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the District of Columbia, Second, Fifth and the Eleventh Circuits; U.S. District Court for the District of Columbia, and the Middle and Southern Districts of Florida
EDUCATION:
J.D., Duke University School of Law, 2004
B.A., Samford University, 2001

Lance Oliver focuses his practice on class actions, mass torts and other complex litigation. He represents institutional investors in securities fraud class actions and merger and acquisition litigation, and has experience in trial and appellate courts, as well as arbitration and mediation. His recent experience includes:

- Serving as trial counsel representing individual smokers and families of deceased smokers against tobacco manufacturers in the Engle-progeny litigation pending in Florida
- Litigating and resolving shareholders' breach of fiduciary duty claims in *In re Coventry Health Care, Inc. Shareholder Litigation*
- Serving as co-class counsel in *Alaska Electrical Pension Fund, et al. v. Pharmacia Corp., et al.,* a securities fraud class action that settled for $164 million dollars*
- Litigating and resolving shareholders' breach of fiduciary duty claims in *In re Rehabcare Group, Inc. Shareholder Litigation,* which resulted in creating a $2.5 million settlement fund for Rehabcare shareholders*

Lance has devoted a substantial amount of time to litigating securities fraud class actions and played a key role in documenting and administering the following class action settlements: *In re Select Medical Corp. Sec. Litig.* (settled for $5 million*); *In re NPS Pharm., Inc. Sec. Litig.* (settled for $15 million*); *In re MBNA Sec. Litig.* (settled for $25 million*); *In re Dell Sec. Litig.* (settled for $40 million*).

Prior to joining Motley Rice in 2007, Lance served as an associate in the Washington, D.C., office of a national law firm, where he worked on complex products liability litigation at both the trial and appellate levels. Lance also has experience in SEC whistleblower actions.

Lance is an active member of the National Conference on Public Employee Retirement Systems (NCPERS) and the International Foundation of Employee Benefit Plans (IFEBP). After graduating from Duke Law School, he served as a law clerk to the Honorable James Hughes Hancock of the U.S. District Court, Northern District of Alabama. He is recognized as an AV® rated attorney by Martindale-Hubbell®.

### AWARDS AND ACCOLADES:
***South Carolina Super Lawyers® Rising Stars*** list
**2013–2016**  Securities litigation; Class action/mass torts

**The National Trial Lawyers**
**2016** Top 100 Trial Lawyers™ South Carolina

### ASSOCIATIONS:
**American Bar Association**

## Mary F. Schiavo

LICENSED IN: DC, FL, MD, MO, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court
EDUCATION:
J.D., New York University School of Law, 1980 (Root-Tilden Scholar)
M.A., The Ohio State University, 1977 (University Fellow)
B.A. *cum laude*, Harvard University, 1976

A CNN Analyst and former U.S. Department of Transportation Inspector General, Mary Schiavo seeks accountability and industry change from corporations, institutions and the government so that they may meet their obligation to protect the safety and security of the traveling public. With years of experience in transportation litigation, Mary represents victims and their families suffering from negligence of airline, automotive, commercial trucking, motorcoach and rail companies.

A leader of the firm's aviation team, Mary has represented passengers and crew of most major U.S. air crashes, as well as pilots and passengers on private or charter planes. She represents passengers, pilots, flight attendants and select owners and operators. Her experience with major, complex aviation litigation includes more than 50 cases on behalf of the family members of the passengers and crew of all the planes hijacked on Sept. 11, 2001.

Mary has held numerous government appointments under three U.S. Presidents, including that of Inspector General of the U.S. Department of Transportation from 1990 to 1996. Under Mary's direction, the agency investigated air safety, crimes and disasters; secured more than 1,000 criminal convictions; and exposed billions of dollars of fraud, waste and abuse of taxpayer money. She testified before Congress multiple times on transportation safety, security, budgeting and infrastructure. In recognition of her work combating the use of bogus aircraft parts worldwide, Mary was honored by *Aviation Week* with its Aviation Laurel Award in 1992 and 1995 and was inducted into the Aviation Laurel Hall of Fame in 1997.

As an Assistant U.S. Attorney early in her career, Mary litigated civil cases and prosecuted federal white-collar crimes, bank and securities fraud, mail and wire fraud, drug trafficking and counterfeiting. During her appointment, she also served on the U.S. Department of Justice's Organized Crime and Racketeering Strike Force, prosecuting high-profile criminal cases of bank and securities fraud and related mail and wire fraud, including a large investigation of a bank and securities fraud scheme that resulted in the federal takeover of banks, savings and loans throughout the Midwest.

In 1987, Mary was selected as a White House Fellow and assigned to the U.S. Attorney General, where she worked as the Special Assistant for Criminal Affairs. In this role, she reviewed high security prosecutions, prepared Foreign Intelligence Surveillance Act Requests, attended foreign legal summits with the Attorney General and worked on international prisoner and evidence exchanges. During this time, she also taught trial technique at the U.S. Attorney General's Advocacy Institute and the Federal Bureau of Investigation Academy. Her work earned

Prior results do not guarantee a similar outcome.



her an appointment as the Assistant U.S. Secretary of Labor in 1989, where she led the Office of Labor Management Standards, supervising union elections and investigations on election and financial irregularities.

A frequent on-air contributor or consultant for several networks, Mary has appeared on CNN, ABC, CBS, Fox News, NBC, BBC, the History Channel and Discovery Channel. Named by *Glamour* magazine as a 1997 Woman of the Year, 1987 Working Woman of the Year and a Top Ten College Student in 1975, she has spoken about aviation safety on 20/20, *60 Minutes, Good Morning America, Larry King Live, Nancy Grace, Nightline, Oprah, The O'Reilly Factor, Today,* and *Your World with Neil Cavuto*, among others. Mary is the author of *Flying Blind, Flying Safe,* a *New York Times* bestseller, and was featured in *Time* magazine for exposing the poor safety and security practices of the airlines and the failures of the federal government to properly regulate the aviation industry. She contributed to *Aviation Security Management* (Volume One, 2008) and *Supply Chain Security* (Volumes One and Two, 2010).

Mary received her pilot's license soon after her driver's license, and later completed private and commercial flight training at The Ohio State University. She returned to The Ohio State University as the McConnell Aviation Chair and professor from 1998-2002 and as the Enarson Professor of Public Policy from 1997-1998. She has also served as a practitioner in residence at the New York University School of Law, and is currently a member of the Board of Directors for the Lowcountry SC chapter of the American Red Cross.

## AWARDS AND ACCOLADES:
**Best Lawyers®**
**2017** Charleston, S.C. "Lawyer of the Year": Mass tort litigation/class actions – plaintiffs
**2010–2016** Mass tort litigation/class actions – plaintiffs

**National Law Journal**
**2015** Outstanding Women Lawyers

**Aviation Week**
**1997** Inducted to the Aviation Laureates Hall of Fame
**1992, 1995** Aviation Laurel Award in recognition of her work combating the use of bogus aircraft parts

**Benchmark Plaintiff**
**2014** *Top 150 Women in Litigation* list: South Carolina – mass tort, securities, aviation
**2012–2014** South Carolina "Litigation Star": mass tort, securities, aviation
**2012–2013** National "Litigation Star": mass tort/product liability

## ASSOCIATIONS:
**American Association for Justice**
**American Bar Association,** First Female Assembly Delegate, House of Delegates *1986–1989*
**International Society of Air Safety Investigators,** affiliate member
**International Air and Transportation Safety Bar**
**Association of Plaintiff Interstate Trucking Lawyers of America,** Chair of Legislation

## Carmen S. Scott
LICENSED IN: SC
EDUCATION:
J.D., University of South Carolina School of Law, 1999
B.A., College of Charleston, 1996

With a focus on women's products, Carmen Scott represents victims of harmful medical drugs and devices, medical negligence, and corporate misconduct.

Carmen helps lead Motley Rice's mass tort pharmaceutical litigation by managing complex personal injury and economic recovery damages cases. She has been on the forefront of national contraceptive litigation involving products such as Xarelto® and Essure®, and previously litigated Nuvaring®, Yaz® and Yasmin®. She served on the Plaintiffs' Steering Committee in *In re NuvaRing Products Liability Litigation,* serves as co-lead counsel in *In re Mirena Product Liability* state court consolidation in New Jersey, and is co-chair of the AAJ Mirena® IUD Litigation Group. She was also appointed to the Plaintiffs' Steering Committee for the multidistrict litigation *In re Power Morcellator Products Liability Litigation* and *In re Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation*. Carmen currently represents clients in a variety of drug product matters in state and federal courts, including talcum powder.

Prior to joining Motley Rice in 2005 and concentrating her efforts on the medical practice area, Carmen represented numerous clients in jury trials, working on products liability, personal injury and business cases for both plaintiffs and defendants.

Carmen is a frequent speaker on medical litigation and topics involving women's products, regularly lecturing at both legal seminars and public advocacy events on such issues as plaintiffs' rights in medical negligence and dangerous drug cases. She has been quoted in numerous national media outlets and publications, including The Associated Press, NBC News New York, *Marie Claire* and *MotherJones*.

A South Carolina native and active in the community, Carmen is currently a College of Charleston alumni board member. She also proudly served on the Board of the South Carolina chapter of Make-A-Wish for many years, fundraising and promoting the organization's mission, as well as serving as a "wish-granter" for selected families and has served as a board member for the nonprofit organization Charleston County Friends of the Library.

## AWARDS AND ACCOLADES:
**South Carolina Super Lawyers®** list
**2015–2016** Personal injury plaintiff: products; Class action/mass torts

**South Carolina Super Lawyers® Rising Stars** list
**2013–2014** Personal injury plaintiff: products; Class action/mass torts

**Charleston Regional Business Journal**
**2013** Forty Under 40

**ASSOCIATIONS:**
**American Association for Justice,** Exchange Advisory Committee
**American Bar Association**
**South Carolina Association for Justice**
**South Carolina Women Lawyers Association**

## Linda Singer

LICENSED IN: DC, NY
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court, U.S. Court of Appeals for the Ninth and D.C. Circuits, U.S. District Court for the District of Columbia
EDUCATION:
J.D. *magna cum laude*, Harvard Law School, 1991
B.A. *magna cum laude*, Harvard University, 1988

Linda Singer represents governments, attorneys general and other public entities in high-impact, high-stakes litigation and investigations as head of the firm's Public Client practice area. The former Attorney General of the District of Columbia, Linda's knowledge and experience includes serving in the public, not-for-profit and private sectors.

As AG, Linda gained invaluable insight into the duties of attorneys general and how law firms with the right resources and experience can aid in supporting enforcement efforts. During her tenure in the District of Columbia, she developed and expanded litigation aimed at protecting children, consumers, tenants and victims of domestic violence and gun violence while overseeing a staff of more than 350 lawyers in one of the nation's largest AG offices.

In private practice, Linda has represented clients in numerous consumer protection and financial and health care fraud lawsuits that have resulted in significant settlements and injunctive relief, including mortgage relief settlements for the states of Arizona and Nevada worth more than $1 billion.*

At the forefront of healthcare fraud litigation alleging deceptive marketing practices of highly addictive opioid prescription painkillers, Linda represents the City of Chicago, the Santa Clara County Counsel, and the New Hampshire Attorney General. The opioid epidemic has resulted in tens of thousands of deaths and imposed billions of dollars of costs on public entities that must address the drug addiction, overdose, trafficking, and other related costs. She also represents Hawaii and the U.S. Virgin Islands in litigation alleging harm or economic loss due to deceptive marketing of Takata airbags, the largest auto-related recall in U.S. history.

She has investigated major national credit bureaus accused of violating state and federal law by failing to maintain accurate consumer credit files, and nursing homes accused of defrauding public payors and consumers by failing to maintain enough staff to ensure the health and safety of elderly residents. She has also represented the U.S. Virgin Islands in enforcement litigation against an oil company that abruptly shut down, alleging it failed to fulfill its obligation to operate a refinery in St. Croix as promised in exchange for significant tax breaks. The settlement in that case is valued at more than $750 million in revenue and environmental cleanup.

Linda helped secure more than $60 million in relief for consumers whose subprime mortgages were securitized by major Wall Street banks, and repayment for students who alleged they were defrauded by a chain of for-profit colleges. She fought for workers allegedly misclassified as independent contractors by a Fortune 100 company, a move that allegedly deprived workers of legal protections and helped the company avoid contributing to state unemployment and workers' compensation programs.

*Pro bono* work has also been a major part of Linda's practice. She has represented individuals and public clients in cases aimed at preventing gun violence, protecting consumers, and safeguarding the rights of immigrants.

Linda served from 1994 through 2006 as Executive Director of the Appleseed Foundation, a network of public interest law centers in the U.S. and Mexico.

### AWARDS AND ACCOLADES:
***The National Law Journal***
**2010** "Washington's Most Influential Women Lawyers"

***Washington D.C. Super Lawyers***® list
**2014–2017** State, local & municipal; Consumer law

## Fred Thompson III

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court, U.S. Court of Appeals for the Fourth Circuit, U.S. District Court for the District of South Carolina
EDUCATION:
J.D. *with distinction*, Duke University School of Law, 1979
B.A. *cum laude*, Yale University, 1973

With decades of diverse experience in personal injury, commercial and toxic tort law, Fred Thompson represents people harmed by negligence, product defects or misconduct. As a leader of the medical litigation team, Fred manages cases related to defective medical devices, harmful pharmaceutical drugs, medical malpractice, and nursing home abuse.

His work has led to his appointment to numerous leadership positions, including:

- Co-lead coordinating counsel for the pelvic mesh lawsuits consolidated in the U.S. District Court for the Southern District of West Virginia
- Plaintiffs' co-lead counsel for the Mirena® IUD multidistrict litigation in the U.S. District Court for the Southern District of New York
- Plaintiffs' co-lead counsel for the federal Digitek® consolidation
- Plaintiffs' Steering Committee member for the Medtronic Sprint Fidelis® defibrillator lead
- Plaintiffs' Steering Committee member for the Avandia® federal multidistrict litigation

Prior results do not guarantee a similar outcome.



- Plaintiffs' Steering Committee member for the Trasylol® federal multidistrict litigation
- Chairman of the American Association for Justice's Digitek® Litigation Group
- Co-chairman of the AAJ Kugel® Mesh Litigation Group

Fred is also active with the firm's consumer fraud, commercial and economic damage litigation. He has represented clients in litigation involving bond issues and securities fraud in federal, state and bankruptcy forums as well as through alternative dispute resolution. Additionally, Fred has practiced commercial transaction work, including contracting, corporate, partnership and limited liability company formation, and capital acquisitions.

Recognized as an AV® rated attorney by Martindale-Hubbell®, Fred frequently speaks on medical litigation topics at legal seminars throughout the country. He co-authored "Composix® Kugel® Mesh: A Primer" for the Spring 2008 AAJ Section on Toxic, Environmental & Pharmaceutical Torts newsletter. Fred serves his local community as a Board Member for the East Cooper Community Outreach organization.

**ASSOCIATIONS:**
**American Association for Justice**

# ASSOCIATES AND COUNSEL

### *Sara D. Aguiñiga*

LICENSED IN: DC
ADMITTED TO PRACTICE BEFORE: Superior Court of the District of Columbia, U.S. Court of Appeals for the District of Columbia
EDUCATION:
J.D. American University Washington College of Law, 2013
B.A. *cum laude*, University of Maryland, Baltimore County, 2006
Sara Aguiñiga protects public funds and interests, including health and consumer rights, through representation of public entities.

Sara's practice includes litigating complex cases in state and federal courts involving alleged health care fraud, deceptive marketing practices associated with highly addictive opioid painkillers, and other issues. She currently represents the Cherokee Nation in litigation filed against the U.S. Department of Health and Human Services and other federal agencies related to the False Claims Act. She is also pursuing litigation against an auto-loan company alleged to have engaged in unfair lending practices, and a pro bono immigration case involving an unaccompanied minor.

Prior to joining Motley Rice, Sara served as a bilingual witness specialist at a Washington, D.C. law firm, where she maintained compliance enforcement for confidential cases involving nursing homes, interviewed and prepared potential witnesses for trial in Spanish and English, and represented pro bono clients in state courts.

While pursuing her law degree, Sara helped represent asylum-seekers and advocated for labor rights for migrant workers as a student attorney for the Washington, D.C. Immigration Justice Clinic. She clerked for a Maryland law firm, completing research on immigration law, deportation, asylum and human trafficking, and writing briefs submitted to immigration court and U.S. Citizenship and Immigration Services. She also clerked for the Maryland Office of the Public Defender, interviewing and preparing jailed clients for direct and cross-examinations.

Sara was an avid figure skater and previously competed on the Mexican National Figure Skating Team.

### *Andrew P. Arnold*

LICENSED IN: NY, SC
EDUCATION:
J.D., with honors, University of North Carolina School of Law, 2013
B.A., with highest honors, University of North Carolina at Chapel Hill, 2002
Andrew Arnold represents institutional investors and individuals in complex securities, corporate governance and shareholder litigation.

He concentrates his practice on investigating and developing securities fraud class actions, shareholder derivative lawsuits, merger and acquisition litigation, and consumer fraud. He joined Motley Rice co-founder Joe Rice in negotiations in the Volkswagen Diesel Emissions Fraud class action for consumers whose vehicles were allegedly designed to bypass regulations. The $15 billion settlement for 2.0-liter vehicles is the largest consumer auto-related consumer class action in U.S. history, and among the fastest reached of its kind.

Prior to joining Motley Rice, Andrew practiced commercial litigation and investor-state dispute settlement in the Washington, D.C. office of a large international law firm. He was recognized on the 2014 Capital *Pro Bono* High Honor Roll for serving 100 *pro bono* hours in the D.C. area. While attending the University of North Carolina School of Law, Andrew was a member of the *North Carolina Law Review* and served as a judicial intern for the North Carolina Court of Appeals and as a research assistant for Professor Thomas Lee Hazen, a prominent securities regulation scholar.

Andrew also has an extensive background in software development, primarily in the healthcare industry, where he designed and developed software to ensure compliance with government regulations.

## David A. Benner

LICENSED IN: DC, NY
ADMITTED TO PRACTICE BEFORE: U.S. Court of Appeals for the Second and Federal Circuits, U.S. District Court for the Southern and Eastern Districts of New York
EDUCATION:
J.D., University of Chicago Law School, 2005
B.A., Haverford College, 2001

David Benner advocates for public clients and is an integral part of a team that has represented city, state and territorial governments in proceedings relating to public health and consumer protection.

Notable current representations include the City of Chicago and the Santa Clara County Counsel in lawsuits against drug manufacturers alleging misrepresentations of the safety and efficacy of harmful and addictive opioid painkillers.

Prior to joining Motley Rice, David practiced in New York and Washington, D.C., on both the plaintiff and defense side, gaining substantive experience in consumer protection litigation; false claims act litigation; and cases involving intellectual property, securities, and antitrust law. In his public client work, David helped the Attorney General of New Hampshire obtain financial and injunctive relief from the maker of a fentanyl-based opioid for alleged unfair marketing practices; and he helped the Attorney General of Mississippi obtain a settlement over allegedly false statements made by a credit rating agency about its independence and objectivity ahead of the financial crisis of 2008.

Other public service includes voter protection and mobilization efforts as Deputy Voter Protection Director for Organizing for America—Iowa in 2012, in connection with that year's presidential election.

## James R. Brauchle

LICENSED IN: SC
EDUCATION:
J.D., Rutgers University School of Law, 2001
B.S., Lemoyne College, 1990

A former U.S. Air Force navigator, Jim Brauchle brings years of flying experience, leadership skills and knowledge of the aviation industry to his litigation work. Jim represents victims of aviation disasters and passenger rights violations in cases against the airline industry. With more than a decade of courtroom experience that includes both bench and jury trials, Jim has handled civil, domestic, and criminal defense cases from pre-trial practice through trial, post-trial motions and appeals. He not only works closely with clients and co-counsel but also with pilots, engineers and experts in such areas as wreckage inspection and flight reconstruction.

Jim had the honor of supporting the firm's work in *Bavis v. United Airlines Corporation et al.,* the last aviation security case to be resolved in the nearly decade-long consolidated litigation, *In re September 11 Litigation,* involving 56 of the 96 families who opted out of the Victim Compensation Fund in an effort to force accountability and generate answers related

to the 9/11 terrorist attacks. He is an integral member of the aviation team representing the families of the five Italian tourists who lost their lives when a helicopter tour and small private plane collided in mid-air over the Hudson River on Aug. 8, 2009. Litigating multiple crash cases involving small private planes, he also represents the family of a pilot who was one of six people killed when a Cessna Citation 550 aircraft on a life-saving transplant mission crashed into Lake Michigan shortly after takeoff. He also represents the families of passengers who were killed in the July 7, 2013 DeHavilland DHC-3 Otter charter plane crash in Soldotna, Alaska.

An advocate for the rights of the traveling public, Jim took passenger rights case, *Amanda Tuxworth v. Delta Air Lines, Inc.,* to trial and, after a hung jury that was nine to one in his client's favor, used his negotiation skills to resolve the case in mediation prior to a re-trial. In another passenger rights case alleging negligence, breach of contract and negligent misrepresentation, *Sandie Mallard v. Airtran Airways, Inc.,* he played a central role in achieving a confidential settlement. The U.S. District Court for the Southern District of Florida ruled in favor of his client in *Chris Turner v. Ramo, LLC,* a case involving the crash of an international charter flight. This ruling was upheld by the U.S. Eleventh Circuit Court of Appeals in February 2012. Jim also represented numerous families of those who lost their lives in the 2009 Continental Airlines/Colgan Air Flight 3407 crash, which took the lives of all 49 passengers and crew, as well as one person on the ground.

Prior to joining Motley Rice, Jim worked for nearly a decade as a trial attorney representing clients injured or killed in vehicle collisions. His ability to present complex matters to a jury has served him in previous transportation cases.

Jim served as a navigator in the United States Air Force from 1991 to 2001. He was one of only five people in the entire Air Force simultaneously qualified as a C-141 Special Operations navigator, flight instructor and examiner, and was often selected to fly high visibility missions, both in the United States and abroad. Additionally, he was hand-selected to brief and demonstrate special operations capabilities to the Air Mobility Command's Director of Operations and represented the 437th Air Wing at RODEO 1996, the United States Air Force's airlift flying competition.

Jim is recognized as an AV® rated attorney by Martindale-Hubbell®.

ASSOCIATIONS:
**American Association for Justice**
**South Carolina Association for Justice**
**International Society of Air Safety Investigators,** affiliate member

Prior results do not guarantee a similar outcome.



## Matthew D. Camm

LICENSED IN: LA
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the Eastern District of Louisiana
EDUCATION:
J.D., Louisiana State University Paul M. Herbert Law Center, 2014
B.A. *cum laude*, Carleton College, 2004

Matthew Camm represents individuals, small businesses, and public pension funds and other institutional investors harmed by securities and consumer fraud, environmental disasters, toxic exposure, and dangerous or defective products.

Matthew has assisted working people along the Gulf Coast seeking compensation for economic losses suffered in the wake of the BP oil spill. He has also contributed to discovery and motion practice in securities fraud litigation against St. Jude Medical, Inc.; Barrick Gold Corporation; and Aegerion Pharmaceuticals, Inc.; and in product liability litigation involving Takata airbags and the blood thinner Xarelto®, among other matters.

While in law school, Matthew founded and served as president of the LSU Law Association for Justice, completed externships with the Louisiana Attorney General and the Honorable Trudy M. White of the Nineteenth Judicial District Court, and clerked for three Baton Rouge law firms. He was also a three-year Chancellor's Scholarship recipient and a graduate editor of the Journal of Civil Law Studies.

Prior to law school, Matthew worked for a state-funded organization in New Orleans that represents indigent criminal defendants in state post-conviction and federal habeas corpus proceedings. He also worked in the Washington, D.C. office of a global law firm and as a contract reporter for a Pulitzer Prize-winning newspaper.

### ASSOCIATIONS:
**American Association for Justice**
**Louisiana Association for Justice**
**South Carolina Association for Justice**

## Elizabeth A. Camputaro

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Federal and Fourth Circuits; U.S. Court of Appeals for Veterans Claims; U.S. District Court for the District of South Carolina
EDUCATION:
J.D. *magna cum laude*, Charleston School of Law, 2008
B.A., Columbia College, 2004

Elizabeth Camputaro focuses her practice on securities fraud class actions and shareholder derivative suits. Elizabeth has been working with Motley Rice since 2013, overseeing teams that assist the firm's securities practice group through the discovery and trial phases of class action litigation. She is currently a member of the litigation team representing institutional investors as lead counsel in a securities fraud

class action filed against Advanced Micro Devices. Elizabeth has worked on several litigation teams including: State Street Corporation; Sprint Nextel Corp.; Barrick Gold; St. Jude Medical, Inc.; SAC Capital and numerous shareholder derivative matters.

Prior to joining Motley Rice, Elizabeth served as a judicial law clerk for the Honorable Deadra L. Jefferson, Ninth Judicial Circuit. While in law school, Elizabeth was a member of the *Federal Courts Law Review*, contributed over 100 hours of *pro bono* service, and served as a judicial extern for the Honorable Thomas L. Hughston, Ninth Judicial Circuit.

Elizabeth is an active community member, having served as an Election Commissioner for Beaufort and Summerville municipalities, Trident Technical College Paralegal Advisory Committee, Beaufort County Council Library Board Trustee, MUSC Hollings Cancer Center, Children's Hospital and ER volunteer, and participant in several charity marathons for the Leukemia and Lymphoma Society.

### ASSOCIATIONS:
**South Carolina Bar Association**
**Charleston Bar Association**

## Meghan Johnson Carter

LICENSED IN: SC
EDUCATION:
J.D., University of South Carolina School of Law, 2007
B.S., University of North Carolina at Chapel Hill, 2003

Meghan Johnson Carter litigates cases on behalf of victims of allegedly dangerous pharmaceutical drugs and defective medical devices. Meghan has been involved in a variety of cases related to negligence, corporate misconduct and defective products, including cases involving Accutane®, Advair®/Serevent®, Avandia®, Fosamax®, Paxil® and Zicam®. She was appointed Negotiating Plaintiffs' Counsel in the Southern District of West Virginia by the Honorable Joseph R. Goodwin for purposes of settlement coordination and administration in *In re Digitek Products Liability Litigation,* a federal MDL involving people who suffered from digoxin toxicity allegedly caused by recalled Digitek®.

Meghan currently represents clients who have suffered from osteonecrosis and femur fracture cases allegedly related to the osteoporosis drug Fosamax®. Meghan currently represents clients who have been harmed by pelvic mesh/sling products. She has also represented women in national contraceptive litigation involving Mirena®, NuvaRing®, Yaz® and Yasmin®. Other cases she is involved in include Pradaxa®, Talcum Powder and Tylenol® litigation and laparoscopic power morcellation.

Meghan has experience in various other product liability actions. Early in her career, she represented victims and families affected by tragic events caused by hazardous consumer products, premise injuries and other incidents of negligence, including working on *In re Graniteville Train Derailment*.

At the University of South Carolina School of Law, Meghan was a research editor for the *South Carolina Law Review*, the chief justice of the University of South Carolina Moot Court Bar, and

a member of the John Belton O'Neill Inns of Court. She was also appointed to the Order of the Wig and Robe and the Order of the Barristers. She received the Sherod H. Eadon Scholarship Award which is awarded to a student who exhibits outstanding ability in trial advocacy.

ASSOCIATIONS:
**American Association for Justice**
**American Bar Association**
**South Carolina Association for Justice**
**South Carolina Bar Association**
**Charleston County Bar Association**

## Meredith Kay Clark

LICENSED IN: DC, SC
EDUCATION:
J.D., Elon University School of Law, 2011
B.A., Elon University, 2008

Meredith Clark litigates for people suffering from mesothelioma and other asbestos-related diseases resulting from exposure in the workplace and secondhand exposure at home.

Meredith brings a solid understanding of the legal and factual issues critical to asbestos cases. She has coordinated the drafting and filing of hundreds of motions and responses related to the maritime docket (MARDOC) in *In re Asbestos Products Liability Litigation* (MDL 875), and has assisted on numerous other matters involving toxic exposure.

While attending the Elon University School of Law, Meredith volunteered as a student attorney with the Elon Humanitarian Immigration Law Clinic, where she represented refugees and asylum-seekers in citizenship and immigration hearings before the United States Customs and Immigration Services. She also gained experience as a law clerk for a North Carolina firm where she prepared documentation for social security disability insurance hearings before the Employment Security Commission.

Active in student organizations, Meredith was a Moot Court Board Member, a semi-finalist in the Intramural Moot Court Competition and recipient of the Best Team Brief award. She served as a member of the *Elon Law Review*, President of the Women's Law Association, and Founding Executive Vice President of the Family Law Society. In 2011, Meredith was the recipient of the National Association of Women Lawyers Outstanding Law Student Award.

ASSOCIATIONS:
**American Association for Justice**
**American Bar Association**
**South Carolina Association for Justice**
**South Carolina Women Lawyers Association**

## Breanne Vandermeer Cope

LICENSED IN: CA, MN, TX
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court; U.S. District Court for the Central, Northern, Eastern and Southern Districts of California; District of Colorado; District of Minnesota; and the Western District of Wisconsin
EDUCATION:
LL.M., University of Texas, 2011
J.D., Loyola Law School, 2008
B.A., Wellesley College, 2003

Breanne Cope seeks justice for the thousands of women allegedly harmed by medical devices such as Essure® and pelvic mesh. She handles several aspects of medical drug and device litigation as part of the Motley Rice medical team including trial, expert witness interviews and medical document reviews. She was part of the trial team for *Barba v. Boston Scientific Corp.*, a transvaginal mesh case that resulted in a $10M award.*

Breanne also works on environmental contamination claims on behalf of various states, cities, counties and individuals.

Prior to joining Motley Rice, Breanne worked on complex litigation, class actions and medical litigation, managing dockets of more than 1,400 consolidated transvaginal mesh cases and 22 individual personal injury cases concerning pelvic mesh. From 2010 to 2011, she served as a policy intern for Texas State Senator Wendy Davis.

She has authored several articles including "Finding Meaning Outside of the Courtroom," published in the American Association for Justice's Women Trial Lawyers Caucus newsletter in summer 2015, and "Finding the Foreign Defendant," published in Trial Magazine, May 2015.

Apart from her litigation work, Breanne volunteers for many organizations and is active in her community. In 2015, she served on the Planning and Marketing Committee for the National Association of Women Lawyers' mid-year meeting, and is on the Global Education Fund committee for Ms. JD, supporting a scholarship fund for Ugandan women in law school. She also serves on the board of directors for Trial Lawyers Care and actively volunteers with the Silicon Valley Pet Project and Austin Pets Alive!

ASSOCIATIONS:
**American Association for Justice**, Co-chair – Women Trial Caucus Publications and Scholarship Committees
**National Association of Women Lawyers**

Prior results do not guarantee a similar outcome.



## Dennis A. Costigan

LICENSED IN: MA, RI
EDUCATION:
J.D., Roger Williams University School of Law, 2013
B.A. *cum laude*, University of Rhode Island, 2009

Dennis Costigan litigates for patients suffering from the painful, life-altering injuries associated with allegedly faulty medical devices and works to hold accountable those responsible for inadequate product testing, research and warning.

While in law school, Dennis served as a legal intern with the Rhode Island Department of Health and Human Services performing detailed discovery and research into departmental legislation, including Medicare bankruptcy claims research. He also acquired research and writing experience as an intern at a Rhode Island law firm and as a law clerk for Motley Rice.

Dennis draws from a history of involvement in federal, state and local election campaigns, and was acknowledged with a CALI Excellence for the Future award in Judicial Behavior and Social Change during law school.

## Sara O. Couch

LICENSED IN: FL, SC
EDUCATION:
J.D., University of North Carolina School of Law, 2013
A.B., Duke University, 2009

Sara Couch represents institutional investors, government entities and consumers in securities and consumer fraud litigation. Sara also assists in the litigation of individual tobacco cases.

Prior to joining Motley Rice, Sara served as a law clerk with the North Carolina Department of Justice, where she researched and drafted briefs and memoranda regarding the False Claims Act and Stark Law for the North Carolina Medicaid Civil Enforcement Division. She also investigated allegations of healthcare fraud and presented findings to the division.

During law school Sara was a certified student practitioner with the University of North Carolina Civil Litigation Clinic. As a student practitioner, Sara represented clients in administrative hearings, obtaining successful outcomes and needed relief. She also represented several inmates in an action against the North Carolina prison system, conducting depositions and assisting in obtaining a preliminary injunction against the prison.

While attending the University of North Carolina School of Law, Sara competed in the Kilpatrick Townsend 1L Mock Trial Competition and was awarded best oral advocate during the preliminary round. She was a staff member of the *First Amendment Law Review* and was a member of the Carolina Law Ambassadors.

Sara also volunteered with Legal Aid of North Carolina, assisting advocates for Children's Services with a school-to-prison pipeline project by researching education policy issues, North Carolina case law and education data to be used in education litigation. Sara completed a total of 50 hours of pro bono service while a student at UNC School of Law.

An avid rower, Sara was a varsity member of the NCCA Division-I Duke University's rowing team and is a classically-trained pianist.

## John C. Duane

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Fourth Circuit, U.S. District Court for the District of South Carolina
EDUCATION:
J.D., University of South Carolina School of Law, 1998
B.A., College of Charleston, 1994

Former federal prosecutor John Duane applies his experience prosecuting criminal matters to his work representing clients harmed by defective medical devices, implants and drugs, as well as a variety of cases related to negligence, defective products and vehicle incidents.

John works with co-counsel to represent clients in national litigation who have been injured after receiving allegedly defective hip replacement devices, including DePuy® ASR™, DePuy® Pinnacle®, Biomet M2a-Magnum™, Stryker® Rejuvenate, Wright Medical Conserve® and Zimmer Durom®. He was actively involved in the *In re Medtronic, Inc. Sprint Fidelis Leads Products Liability Litigation,* a federal MDL involving people who suffered from injuries allegedly caused by heart defibrillator lead wires. He was also an integral part of the litigation involving the drugs Advair®/Serevent®, Trasylol®, Zicam® and Fen Phen®.

As an Assistant U.S. Attorney for the District of South Carolina, John prosecuted cases in a variety of areas, including financial crimes, wire and mail fraud, corporate fraud and violent crimes. In this role, he also served as the lead trial attorney on several jury trials and trained new prosecutors in caseload management, procedures and trial technique.

Previuosly, John served as a law clerk to Senior United States District Judge C. Weston Houck, assisting with all phases of civil and criminal trials, including pre-trial and post-trial motions, evidentiary rulings and research in class actions, transportation and design defect cases, shareholder derivative actions and whistleblower actions.

Active in his community, John volunteers as a children's soccer coach and contributes his time to various youth programs at his church.

### AWARDS AND ACCOLADES:
**2004  Assistant U.S. Attorney of the Year**, Charleston Division

### ASSOCIATIONS:
**American Association for Justice**
**American Bar Association**
**South Carolina Association for Justice**
**South Carolina Bar Association**
**Charleston County Bar Association**

## Natalie Deyneka

LICENSED IN: SC, WV
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the Southern District of West Virginia
EDUCATION:
J.D. with honors, University of North Carolina School of Law, Chapel Hill, 2015
B.A., University of North Carolina, Chapel Hill, 2010

Through her efforts to help workers and workers' families suffering from asbestos-related diseases, Natalie Deyneka works to hold industries and corporations accountable through the civil justice system while also advocating for health and safety improvements in the workplace.

Natalie is involved in a number of asbestos-related cases, assisting in drafting motions and responses and conducting extensive research.

Before joining Motley Rice, Natalie interned with the Human Rights First Refugee Protection Program in New York and served as a regular volunteer at the Durham Crisis Response Center, focusing on assisting victims of domestic violence and sexual assault.

While at the University of North Carolina School of Law, Natalie served as president of the school's Immigration Law Association and served on the Carolina Student Legal Services' Board of Directors. She also volunteered as co-chair and logistics coordinator with the UNC Law student organization "The Conference on Race, Class, Gender and Ethnicity," where she helped organize a large-scale public conference to address social justice issues. She also served as a research assistant to UNC Law Professors Maxine Eichner and Deborah Weissman.

Natalie is fluent in her native Russian and speaks advanced French.

### ASSOCIATIONS:
Charleston County Bar Association

## Erin C. Durba

LICENSED IN: NY
ADMITTED TO PRACTICE BEFORE:
U.S. District Courts for the Southern and Eastern Districts of New York
EDUCATION:
J.D., Columbia University School of Law, 2005
B.A., summa cum laude, Loyola University, 2001

Erin Durba represents clients in antitrust litigation cases and actively works to enhance laws that protect and defend rights of business owners, insurers, consumers and others harmed by violations of federal and state antitrust and competition law.

Erin has experience litigating commercial disputes in federal and state courts and in arbitrations, including insurance coverage matters, contract disputes, bankruptcy claims and broker-dealer arbitrations.

Prior to joining Motley Rice, Erin worked as an associate in the Litigation and Dispute Resolution Department of Proskauer Rose LLP in New York, where she litigated numerous complex business disputes. Her cases included novel insurance coverage claims relating to Superstorm Sandy, a series of arbitrations before the Financial Industry Regulatory Authority arising out of an allegedly fraudulent investment scheme, and several litigations in bankruptcy courts across the country.

While at Columbia University School of Law, Erin was named a James Kent Scholar and a Harlan Fiske Stone Scholar, and earned the Hays Prize in Civil Procedure.

## Elizabeth Cooke Elsner
## Counsel

LICENSED IN: NC, SC
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the Middle, Eastern and Western Districts of North Carolina and District of South Carolina
EDUCATION:
J.D. *cum laude*, University of South Carolina School of Law, 1999
B.A., University of North Carolina at Chapel Hill, 1995

Liza Elsner's practice ranges from helping clients injured by acts of corporate negligence to seeking improvements in worker and environmental health and safety. She is heavily involved in the firm's consultation work for South African human rights lawyer Richard Spoor in the effort to take on leading global gold producers, seeking justice for tens of thousands of exploited gold mine workers suffering from silicosis. Few class actions have been brought in South Africa, and none have been filed for sick workers. If approved as a class, the suit would generate an unprecedented means of recovery for the country and ensure meaningful access to justice for the indigent and rural workers who are dying from this entirely preventable yet incurable disease.

Liza is also part of the team representing individual smokers and families of deceased smokers against tobacco manufacturers in the Engle-progeny litigation pending in Florida.

Liza redirected her career to plaintiffs' law after working several years with large defense firms. At Motley Rice, she has represented welders harmed as a result of corporate malfeasance and conducted client relations and trial preparation for welding rod cases. In 2008, Liza was a member of the trial team that obtained the first welding fume plaintiff verdict in Mississippi state court since 2003.

Liza has advocated for domestic violence victims' rights by participating in training programs and *pro bono* litigation. She served as articles editor for the *South Carolina Law Review* while a law student at the University of South Carolina School of Law and is a member of the Order of the Wig and Robe.

### AWARDS AND ACCOLADES:
**Public Justice Foundation**
**2016** Trial Lawyers of the Year

Prior results do not guarantee a similar outcome.



## Ann E. Rice Ervin

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the District of South Carolina
EDUCATION:
M.A., New York University, 2012
J.D., University of South Carolina School of Law, 2009
B.A., University of South Carolina, 2006

Ann E. Rice Ervin represents victims injured by harmful pharmaceutical drugs and defective medical devices, working to hold accountable those responsible for corporate wrongdoing and inadequate product warning, research and testing.

Ann joined Motley Rice as an associate after first serving for two years as a law clerk for a New York plaintiffs' law firm while simultaneously earning a Master of Arts degree in Bioethics from New York University. As a law clerk, she gained experience conducting legal research and analysis for complex environmental litigation involving landfills, toxic spills, vapor intrusion and water contamination. The combination of her legal skill and knowledge of the bioethics field, specifically as it relates to the world of medicine, makes her an asset to Motley Rice's efforts on behalf of its medical clients.

While earning her bioethics degree, Ann interned with the Medical University of South Carolina's Ethics Committee and Ethics Consultation Service, which she joined in 2012 as a Community Representative to help facilitate discussions among patients, families and hospital staff in an effort to resolve ethical conflicts. In 2011, Ann began working as a research assistant on an experimental philosophy study determining the role of bioethics in clinicians' moral reasoning, specifically examining clinicians at three Charleston hospitals. This project was ultimately chosen to be part of Yale University's Experiment Month contest. She continues to hold each of these positions as a complement to her work in the legal field.

During law school, Ann worked as an intern for Washington Governor, Christine O. Gregoire. She also served as a summer special project research assistant with Duke University School of Law and focused her research on exploring whether the law imposes barriers or obligations to medical providers who wish to treat illegal immigrants for ethical reasons.

Ann has volunteered for organizations that include the Palmetto Health Richland Memorial Hospital, Relay-for-Life, Meals on Wheels, The Angel Tree and Project Clean Carolina. She also actively supports the Dee Norton Lowcountry Children's Center. An equestrian since 1988 and national level competitor in the hunters/jumpers division since 1994, she has been ranked in the national top 50 of her division for the past 15 years.

### ASSOCIATIONS:
**American Bar Association**
**American Association for Justice**
**South Carolina Association for Justice**
**Charleston County Bar Association**
**South Carolina Bar Association**

## John M. Eubanks

LICENSED IN: MD, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court, U.S. Court of Appeals for the Second, Third, Fourth, Fifth and Eleventh Circuits
EDUCATION:
J.D., Georgetown University Law Center, 2003
B.S., Georgetown University, 1996

With extensive experience investigating terrorist organizations and terrorist financing in the Middle East, John Eubanks represents victims, survivors and their families in litigation designed to bankrupt the financiers of terror, crippling their ability to recruit, train, supply and dispatch terrorist operatives.

John is substantially involved in the firm's litigation on behalf of foreign terror victims and victims of international human rights abuses. He was a key member of the litigation team prosecuting *Linde et al. v. Arab Bank Plc*, the first litigation against a financial institution brought to trial under the Anti-Terrorism Act. In September 2014, a jury found Jordan-based Arab Bank Plc liable for financing terrorist activity, including funneling financial support to top Hamas leaders and to the families of Hamas suicide bombers. John is also pursuing Alien Tort Statute claims against Arab Bank for a separate class of plaintiffs.

John is also a member of the team pursuing a civil action against al Qaeda's alleged financiers and supporters arising out of the 9/11 terrorist attacks. He has pursued litigation against Libya for allegedly providing material resources to the Provisional Irish Republican Army, resulting in the death and injury of citizens of the United States and United Kingdom. John plays a key role in *Krishanthi, et al. v. Rajaratnam*, a case brought under the Alien Tort Statute involving allegations of American-sourced financing for dozens of terrorist attacks in Sri Lanka carried out by the Liberation Tigers of Tamil Eelam. He was also extensively involved in an Alien Tort Statute case on behalf of young boys allegedly kidnapped for enslavement as camel jockeys in the United Arab Emirates.

Prior to joining Motley Rice in 2004, John served as counsel in a case brought under the Anti-Terrorism Act against various charitable organizations and political groups in the U.S. for supplying Hamas with material support and financial resources in the groundbreaking *Boim v. Quranic Literacy Institute*.

John has drafted various "friend of the court" briefs to the Supreme Court on issues related to anti-terrorism and customary international law on behalf of a broad range of individuals and organizations.

John has also handled multiple personal injury and wrongful death cases involving tour bus and commercial truck crashes, both domestic and international. In 2010, a tour bus operated by Boston-based Grand Circle Travel crashed near Aswan, Egypt, killing eight passengers and injuring numerous others. John and the Motley Rice litigation team filed suit on behalf of seven of the victims of the crash against the tour operator and negotiated a settlement for our clients in 2015.*

Prior results do not guarantee a similar outcome.                    Motley Rice LLC • Attorneys at Law      **37**

A former independent terrorism consultant for the Washington, D.C.-based think tank, The Investigative Project on Terrorism, John served as a liaison and researcher working with the FBI, INS, and U.S. Customs on terrorism financing investigations related to Hamas and the Palestinian Islamic Jihad terrorist organizations.

John is a published author on counterterrorism and security and was a central contributor to the non-fiction work *American Jihad: The Terrorists Living Among Us* (Free Press 2002), which details the activities of organizations and individuals within the U.S. who provide material support and/or resources to Middle Eastern and Islamic terrorist organizations abroad.

John lives in Mount Pleasant, S.C., with his wife and two children, and serves as a deacon in his church.

### AWARDS AND ACCOLADES:
**Public Justice Foundation**
**2016** *Trial Lawyers of the Year*

### ASSOCIATIONS:
**American Association for Justice**
**American Bar Association**, Section of International Law
**South Carolina Association for Justice**
**Charleston County Bar Association**

### Jeanette M. Gilbert

LICENSED IN: NY, SC
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the Eastern and Southern Districts of New York
EDUCATION:
J.D., Pace University School of Law, 1984
B.A., Hofstra University, 1979

Jan Gilbert has spent her legal career assisting those who cannot speak for themselves due to age or illness. Since joining Motley Rice in 2006, she continues that advocacy through asbestos bankruptcy litigation and management of claims processing. Jan is one of the attorneys responsible for analyzing complex bankruptcy documents and advising clients and co-counsel lawyers on the claims facilities and asbestos personal injury trusts established by the bankruptcy courts for the benefit of asbestos victims.

Prior to her work at Motley Rice, Jan directed the estate department at a New-York based law firm, where she was responsible for the finance management and administration of multi-million dollar estates and trusts. She provided investment and tax analysis to ensure compliance with federal regulations and reviewed documentation for proper bank and accounting statements. Jan currently utilizes this background to provide legal research for complex securities fraud and shareholder derivative cases with the Motley Rice securities litigation team.

Jan served on the Ethics Committee of the South Carolina Bar from 2010–2013 and has also served a two-year term as the Continuing Legal Education Seminar Committee Chair for the South Carolina Bar. She has also served on several educational

and ethics committees with the Nassau County Bar Association of New York, serving as a dean and board member developing programming when Mandatory Continuing Legal Education was instituted in New York. Jan taught courses on legal ethics, legal research and real estate as an adjunct professor at Long Island University. She sat on the executive council of the New York State Conference of Bar Leaders and served as a delegate to New York State Chief Judge Judith Kaye's Institute of Professionalism in the Law.

### ASSOCIATIONS:
**American Association for Justice**
**New York State Bar Association**
**South Carolina Bar Association**
**Charleston County Bar Association**
**Nassau County Bar Association**

### Max N. Gruetzmacher

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the District of South Carolina
EDUCATION:
J.D., Marquette University Law School, 2008
B.A., University of Wisconsin-Madison, 2004

Max Gruetzmacher focuses his practice on securities and consumer fraud, representing large public pension funds, unions and other institutional investors in securities and consumer fraud class actions and shareholder derivative suits.

Max has represented clients in a variety of complex litigation cases, including the following: *City Of Sterling Heights Retirement System v. Hospira, Inc.; In re Coventry Health Care, Inc. Shareholders Litigation; In re Force Protection, Inc. Litigation; Minneapolis Firefighter's Relief Association v. Medtronic, Inc.; In re NYSE EURONEXT Shareholder Litigation; In re Par Pharmaceutical Companies, Inc. Shareholders Litigation; In re Synovus Financial Corp.; In re The Shaw Group Shareholders Litigation;* and *In re Winn-Dixie Stores, Inc. Shareholders Litigation.*

Prior to joining Motley Rice, Max gained experience working on a variety of complex discovery matters as a project attorney. He served as a legal intern during law school for the Wisconsin State Public Defender, Appellate Division, where he aided assistant public defenders in appellate criminal defense and handled legal research and appellate brief writing projects. Max was also a member of the *Pro Bono* Society and conducted research for the Legal Aid Society of Milwaukee.

### ASSOCIATIONS:
**South Carolina Bar Association**
**Charleston County Bar Association**

Prior results do not guarantee a similar outcome.



## John (Rett) E. Guerry III

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the District of South Carolina
EDUCATION:
J.D., University of South Carolina School of Law, 1993
B.A., College of Charleston, 1990

Charleston native Rett Guerry represents railroad and other industrial workers in personal injury, products liability and Federal Employers Liability Act (FELA) litigation. He currently manages the firm's FELA cases, representing workers in occupational injury lawsuits, including cases of exposure to asbestos, silica and chemical solvents. He is on the forefront of second injury FELA litigation, addressing the development of a second injury or disease in former FELA plaintiffs.

Rett litigates asbestos occupational exposure cases on behalf of individuals suffering from mesothelioma and other asbestos-related diseases. As Plaintiffs' Liaison Counsel for the Fulton County State Court Asbestos Consolidation in Georgia, Rett remains involved with the Fulton County asbestos docket, filing new cases, and working through the consolidation to trial. With more than 12 years of experience in asbestos litigation, his role as a trial lawyer and negotiator emphasizes the product identification aspect of occupational disease law and demonstrates an in-depth knowledge of the medical and scientific aspects of occupational disease.

Familiar with the life of an industrial worker, Rett served as a United States Coast Guard licensed tugboat captain prior to his law career, earning a commendation from the Department of the Navy for Meritorious Service to the Charleston Naval Shipyard during Hurricane Hugo. He is a published writer on maritime law and the author of *Maritime Wrongful Death: A Primer,* a piece published in The University of South Carolina School of Law's *South Carolina Journal of International Law and Business* that explores the potential legal options available to those injured in a maritime setting with specific reference to the High Seas Act, Jones Act, Longshoreman and Harbor Workers' Compensation Act and General Maritime Law.

Recognized as an AV® rated attorney in Martindale-Hubbell®, Rett is active in the local Charleston community as a member of the Hibernian Society and St. Paul's Lutheran Church. He served as a member of the Board of Directors for the Cougar Club at the College of Charleston from 2000 to 2006.

### ASSOCIATIONS:
**American Association for Justice**
**American Bar Association**
**Charleston County Bar Association**
**South Carolina Association for Justice**

## Robert T. Haefele

LICENSED IN: DC, NJ, NY, PA, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Second, Third, Fourth and Eleventh Circuits, U.S. District Court for the District of Columbia, District of New Jersey and Southern District of New York
EDUCATION:
J.D., Rutgers University School of Law – Camden, 1989
B.A., Rutgers College, 1986

Robert Haefele has spent more than twenty years practicing in complex civil litigation, including asbestos, tobacco and other mass tort and product liability litigation. His area of primary emphasis involves anti-terrorism and human rights, analyzing and litigating complex, domestic and international matters to meet clients' goals of justice and accountability while simultaneously achieving positive social change.

Robert's current focus is on aiding the more than 6,500 family members and survivors of the 9/11 terrorist attacks Motley Rice represents. He is an active member of the Personal Injury and Wrongful Death Plaintiffs' Steering Committee in *In re Terrorist Attacks on September 11, 2001,* U.S.D.C., S.D.N.Y., MDL 1570, lawsuits filed by Motley Rice's clients and others seeking to expose and bankrupt the alleged financiers and other supporters of al Qaeda terrorist activity.

Robert also played a central role in *In re September 11th Litigation*, Case No. 21-MC-97-AKH (S.D.N.Y.), involving more than 50 personal injury and wrongful death clients against the aviation and aviation security industries for their alleged failure to detect and prevent the 9/11 terrorist attacks. For both the 9/11 multidistrict terrorist financing litigation and 9/11 mass consolidations of the aviation security liability cases, Robert has appeared before the court for multiple hearings and oral arguments, directed and engaged in complex formal discovery, and managed informal investigative efforts involving, among other things, aviation security, designation of foreign terrorist individuals and entities, and elaborate webs of financial transactions.

In addition to traditional litigation efforts, Robert has provided substantial *pro bono* and other support to the survivors and families of those killed in the 9/11 attacks. From 2001-2004, he provided *pro bono* representation for more than 30 individuals, preparing and presenting their claims to the September 11th Victim Compensation Fund. Working with Motley Rice clients, legislators and leading experts in various industries, Robert also works to encourage legislative changes to help meet clients' goals of justice, accountability and positive social change. He has represented victims of other terrorist attacks and human rights violations in litigation including *Oran Almog v. Arab Bank,* a landmark lawsuit filed by victims of terrorist bombings in Israel against Arab Bank for its alleged role in financing Hamas and other Israeli terrorist organizations and *Krishanti v. Rajaratnum et al.,* 09-cv-5395 (D. N.J.), litigation against alleged financiers of the Tamil Tigers terrorist organization in Sri Lanka.

Representing Motley Rice clients in an array of other complex litigation matters, Robert worked on *World Holdings LLC, v. The Federal Republic of Germany,* a suit filed to collect unpaid pre-WWII German bonds. He has collaborated with members of the firm's securities team, litigating such cases as *In re MBNA Corp. Sec. Litig.,* No. 05-272 (D. Del.), and with the toxic exposure team to litigate cases brought by individuals and businesses suffering as a result of the BP oil spill in *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*.

Prior to joining Motley Rice in 2003, Robert developed a strong co-counsel relationship with Motley Rice attorneys through complex litigation involving corporate wrongdoing, including the State of New Jersey's tobacco lawsuit and other tobacco, asbestos and occupational disease and injury cases. Practicing product liability, toxic and mass tort, and occupational injury law, he represented individuals and union members injured by defective products or toxic substances and authored "The Hidden Truth About Asbestos Disease" in the *New Jersey Law Journal* (December 2002). He clerked with Judge Neil F. Deighan of the Appellate Division of the Superior Court of New Jersey in 1990.

### ASSOCIATIONS:
**American Association for Justice**
**American Bar Association**
**New Jersey State Bar Association,** Past Chairman – Product Liability and Toxic Tort Section
**Public Justice Foundation**

## Scott B. Hall

LICENSED IN: MO, WV
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court; U.S. Court of Appeals for the Eighth, Ninth and Tenth Circuits; U.S. District Courts for the District of Colorado and District of Kansas
EDUCATION:
J.D., University of Texas at Austin, 1998
L.L.M. with Distinction, University of Nottingham, 1998
B.S.J., University of Kansas, 1993
An advocate for people harmed by toxic exposure, chemical-related cancers and other occupational diseases and smoking-related illnesses, Scott Hall has spent more than 15 years working to hold accountable corporations that put profits before people.

Today, he continues to represent people suffering from work-related illnesses such as lung diseases in cases against the companies that allegedly harmed them.

Scott advocates for workers and consumers harmed by inhaling flavoring chemicals such as diacetyl and acetyl propionyl, which have been associated with severe lung diseases often collectively referred to as "Popcorn Workers' Lung," even though many workers, not just those in microwave popcorn manufacturing, have been affected.

In the early 2000s, Scott successfully represented workers who had developed serious lung diseases after exposure to airborne flavoring chemicals in some of the first cases of their kind.* Since then, he has tried more than a dozen lawsuits against the flavoring industry that resulted in plaintiffs' verdicts. Additionally, Scott participated in the resolution of more than 100 cases for people who alleged wrongful death or injuries as a result of exposure to dangerous chemical flavorings.*

His early work in toxic exposure included taking cases to trial as well as settling tobacco cases. His work led to multi-million dollar verdicts in tobacco-related personal injury and wrongful death cases.* He was also contracted by the Canadian government to represent the Provinces of Newfoundland and Labrador in a cost-recovery action against the tobacco industry. Scott has also taken cases to trial and settled environmental contamination cases, including cases involving air pollution and groundwater pollution by industrial chemicals.

In 1997, Scott wrote one of the first peer-reviewed articles on the regulation of genetically modified organisms (GMO) and their impact on the environment. The article, titled "The Genie in the Bottle: The International Regulation of Genetically Modified Organisms," was published in the Journal of International Wildlife Law & Policy.

*Prior results do not guarantee future results. Every case is different and must be judged on its own merits. The choice of a lawyer is an important decision and should not be based solely upon advertisements.

### AWARDS AND ACCOLADES:
***Missouri Super Lawyers® Rising Star* list**
**2009** Personal injury – products: plaintiff; Environmental litigation
*Selection criteria: www.superlawyers.com/about/selection_process.html*

### ASSOCIATIONS:
**American Bar Association**
**Missouri Bar Association**
**Kansas City Metropolitan Bar Association**

## Kristen M. Hermiz

LICENSED IN: MA, RI, SC
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the Northern District of Ohio, District of Rhode Island, District of South Carolina
EDUCATION:
J.D., *magna cum laude,* Roger Williams University School of Law, 2010
B.A., *magna cum laude,* University of Connecticut, 2007
Kristen Hermiz represents individuals and families suffering from mesothelioma and other asbestos-related diseases caused by occupational, environmental and household asbestos exposure. On behalf of asbestos victims, she handles complex litigation against manufacturers, property owners and contractors who sold or installed defective or hazardous asbestos-containing products.

Prior results do not guarantee a similar outcome.



Prior to joining Motley Rice, Kristen gained courtroom experience as an associate for a Rhode Island-based firm, arguing motions in various civil actions on behalf of the city of Providence and handling housing, zoning, employment and civil rights litigation. She gained additional experience as a law clerk at Brown University, where she prepared memoranda for counsel regarding legal and administrative issues affecting the University.

A Roger Williams Scholarship recipient and CALI Award winner, Kristen served as a member of *The Roger Williams University Law Review* and was a legal intern for the Honorable Daniel A. Procaccini of the Rhode Island Superior Court. Also a judicial extern for the Honorable Jacob Hagopian of the U.S. District Court for the District of Rhode Island, Kristen drafted judicial reports and made recommendations for *pro se* prisoner petitions. She additionally served as a research assistant to law professor Edward Eberle before serving in the same capacity to retired Rhode Island Superior Court Justice Stephen Fortunato, conducting statutory and case law research for a constitutional law manuscript involving race, poverty, gender discrimination and civil rights reform efforts.

### ASSOCIATIONS:
**Rhode Island Bar Association**

## *Ashley J. Hornstein*

LICENSED IN: RI
EDUCATION:
J.D., Roger Williams University School of Law, 2012
B.A., University of Kansas, 2008

Ashley Hornstein represents people and families suffering from mesothelioma and other asbestos-related diseases caused by occupational, environmental and household asbestos exposure, as well as victims of lead poisoning and other toxic environmental exposures.

Ashley began working with Motley Rice as a law clerk in 2010, supporting various trial teams in their efforts to hold major corporations accountable. She contributed legal research and case preparation for litigation against C.R. Bard claiming defective medical devices, and Georgia-Pacific for claims of asbestos-related diseases caused by asbestos exposure.

In 2013, Ashley joined the firm as an attorney focusing on illnesses and injuries caused by toxic exposure.

### ASSOCIATIONS:
**American Association for Justice**
**Rhode Island Association for Justice**
**Rhode Island Bar Association**
**Rhode Island Women's Bar Association**

## *John D. Hurst*

LICENSED IN: NC, PA, SC, WV
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the Eastern, Middle and Western Districts of North Carolina, Northern District of Ohio, District of South Carolina, and the Northern and Southern Districts of West Virginia
EDUCATION:
J.D., University of North Carolina, School of Law, 2006
B.A. *highest distinction*, University of North Carolina, Chapel Hill, 2002

John Hurst works to hold corporations accountable for the harm they do to individuals and society, developing and executing case strategies in toxic tort, occupational disease, catastrophic injury, and product liability cases.

John represents workers and their family members injured by occupational, environmental or household exposure to asbestos, including numerous mesothelioma victims. A central member of the West Virginia team, he also manages large, complex multi-party litigation and works extensively in federal, state, and bankruptcy court at both trial and appellate levels. John litigates legal issues under product, premises, and employer liability theories.

John represents merchant mariners with Jones Act claims against their shipowner employers in the federal asbestos MDL-875 and in the Northern District of Ohio and has presented on this topic. In 2014, John was a key member of a trial team that obtained a compensatory and punitive damages verdict in Massachusetts federal court against a manufacturer of asbestos-containing fireproofing.

John's experience goes beyond occupational disease litigation. He represented victims of a 2009 explosion at the ConAgra facility in Garner, N.C., and negotiated the resolution of those claims against industrial contractors.

John published the first academic analysis of credit counseling agencies, "Protecting Consumers from Consumer Credit Counseling," 9 N.C. Banking Inst. 159 (2005), and co-authored "Premises Liability Update: Employee Cases," for Emerging Trends in Asbestos Litigation, (March 9-11, 2009), and "The Changing Landscape of Single Sex Education," *School Law Bulletin* (2006).

### AWARDS AND ACCOLADES:
***West Virginia Super Lawyers® Rising Stars*** list
**2014–2016** Personal injury – general: plaintiff; Personal injury – products: plaintiff; Class action/mass torts

### ASSOCIATIONS:
**American Association for Justice**
**American Bar Association**
**Charleston County Bar Association**
**South Carolina Association for Justice**

## Rebecca E. Jacobs

LICENSED IN: SC
EDUCATION:
J.D. with honors, Charleston School of Law, 2014
B.A., Furman University, 2010

Rebecca Jacobs focuses her practice on securities and consumer fraud litigation.

Rebecca has been working with Motley Rice since 2015, managing teams that help further complex securities litigation through discovery and research. Rebecca was a member of the team that represented institutional investors as lead counsel in *In re Barrick Gold Securities Litigation*, which reached a $140 million settlement for shareholders*. She has also contributed to discovery in securities fraud litigation against St. Jude Medical, Inc., and is currently a member of the team representing investors in *In re Conn's, Inc. Securities Litigation*.

Rebecca worked as a legal assistant and paralegal in Charleston while pursuing a law degree. She has also completed numerous *pro bono* hours with programs including Volunteer Income Tax Assistance as well as Adult Guardianship Assistance and Monitoring.

### ASSOCIATIONS:
**South Carolina Women Lawyers Association**
**South Carolina Bar Association**
**Charleston County Bar Association**

## Mathew P. Jasinski

LICENSED IN: CT, NY
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court, U.S. Court of Appeals for the First and Second Circuits, U.S. District Court for the District of Connecticut and Southern District of New York
EDUCATION:
J.D. *with high honors*, University of Connecticut School of Law, 2006
B.A. *summa cum laude*, University of Connecticut, 2003

Mathew Jasinski represents consumers, businesses, and governmental entities in class action and complex cases involving consumer protection, unfair trade practices, commercial, environmental and securities litigation.

Mathew currently represents the plaintiffs in several putative and certified class actions involving such claims as breach of contract and unfair trade practices. He has experience in complex commercial cases regarding claims of fraud and breach of fiduciary duty and has represented an institutional investor in its efforts to satisfy a judgment obtained against the operator of a Ponzi scheme. Mathew recently obtained a seven-figure arbitration award in a case involving secondary liability for an investment advisor's conduct under the Uniform Securities Act. *Please remember that every case is different. Any result we achieve for one client in one matter does not necessarily indicate similar results can be obtained for other clients.*

Mathew additionally serves the firm's appellate group. He has worked on numerous appeals before several state and federal appellate courts throughout the country.

Prior to joining Motley Rice in 2009, Mathew practiced complex commercial and business litigation at a large defense firm. He began his legal career as a law clerk for Justice David M. Borden (ret.) of the Connecticut Supreme Court. During law school, Mathew served as executive editor of the Connecticut Law Review and judging director of the Connecticut Moot Court Board. He placed first in various moot court and mock court competitions, including the Boston region mock trial competition of the American Association for Justice. As an undergraduate, Mathew served on the board of associate directors for the University of Connecticut's honors program and was recognized with the Donald L. McCullough Award for his student leadership.

Mathew continues to demonstrate civic leadership in the local Hartford community. He is a member of the board of directors for the Hartford Symphony Orchestra and is a commissioner of the Hartford Parking Authority. Previously, Mathew served on the city's Charter Revision Commission and its Young Professionals Task Force, an organization focused on engaging young professionals and positioning them for future business and community leadership.

### PUBLISHED WORKS:
"On the Causes and Consequences of and Remedies for Interstate Malapportionment of the U.S. House of Representatives" (Jasinski and Ladewig, *Perspectives on Politics,* Vol. 6, Issue 1, March 2008)

"Hybrid Class Actions:  Bridging the Gap Between the Process Due and the Process that Functions" (Jasinski and Narwold), *The Brief,* Fall 2009

### AWARDS AND ACCOLADES:
***Connecticut Super Lawyers® Rising Stars* list**
**2013–2016**  Business litigation; Class action/mass torts; Appellate

***Hartford Business Journal***
**2009**  "Forty Under 40"

### ASSOCIATIONS:
**American Association for Justice**
**American Bar Association**
**Connecticut Bar Association**
**Oliver Ellsworth Inn of Court**
**Phi Beta Kappa**

*\* For full Super Lawyers selection methodology visit: www.superlawyers.com/about/selection_process.html*
*For current year CT data visit: www.superlawyers.com/connecticut/selection_details.html*

* For results you did not guarantee a similar outcome.   Prior results do not guarantee a similar outcome.



### Laura N. Khare
### Associate General Counsel

LICENSED IN: SC
EDUCATION:
J.D., University of South Carolina School of Law, 1996
M.A., University of Virginia, 1993
B.A., Agnes Scott College, 1992

As Associate General Counsel at Motley Rice, Laura Khare manages the firm's legal matters, including employment issues, ethics, marketing, commercial contracts and legal defense. She advises the firm's nearly 65 attorneys on ethical matters, as well as develops appropriate compliance and risk management measures for the firm.  In addition, Laura represents a diverse client base, including victims of sexual abuse and environmental contamination.

Laura joined Motley Rice in 2004 after several years as a civil rights attorney for the U.S. Equal Employment Opportunity Commission in Washington, D.C. She began her tenure as a political appointee for President William J. Clinton. In addition, Laura served as Deputy Director of Research at the State Affairs Company, a consulting firm in Arlington, Virginia, and as a legal fellow for the U.S. House of Representatives Judiciary Committee. She began her career as a staff attorney at the South Carolina Court of Appeals.

Laura has served on the Board of Directors for the Dee Norton Lowcountry Children's Center, the Board of Directors for the Next Child Fund and the Charleston County Board of Zoning Appeals. In her spare time, she enjoys participating on local and national political campaigns, including as a volunteer for multiple national Democratic conventions, most recently in 2012 as a member of the convention's script writing team.

AWARDS AND ACCOLADES:
**Charleston Regional Business Journal**
**2008**  Forty Under 40

ASSOCIATIONS:
**American Association for Justice**
**Association of Professional Responsibility Lawyers**
**South Carolina Association for Justice**
**South Carolina Women Lawyers' Association**

### Annie E. Kouba

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the District of South Carolina
EDUCATION:
J.D., University of North Carolina School of Law, 2016
M.S.W., University of North Carolina School of Social Work, 2016
B.A., magna cum laude, Lenoir-Rhyne University, 2012

Annie Kouba represents institutional investors in securities and shareholder litigation.

Prior to joining Motley Rice, Annie interned with the North Carolina Department of Justice in the Health and Human Services Division where she drafted criminal briefs for the N.C. Court of Appeals and N.C. Supreme Court, and assisted the president of the American Association of Public Welfare Attorneys. She also interned with the EMILY's List Political Opportunity Program and has worked as a *voir dire* consultant.

Annie concentrated in Community, Management, and Policy Practice at the University of North Carolina's School of Social Work Master's program where she specialized in the intersection of public policy and the law. Through a practicum with the program, Annie interned with the Compass Center for Women and Families in the Financial Literacy Education Program, where she served as a certified counselor with The Benefit Bank.

While pursuing her studies at the University of North Carolina School of Law, Annie served as a published staff member on the *First Amendment Law Review* and as vice president of the Carolina Public Interest Law Organization. She also participated in the Pro Bono Program there, through which she prepared tax returns for low-income citizens and researched and provided social work policy and legal perspective related to minors' rights after sexual assault for a guidebook from the NC Coalition Against Sexual Assault.

### W. Taylor Lacy

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Second Circuit, U.S. District Court for the Western District of Arkansas and the District of South Carolina
EDUCATION:
J.D., University of South Carolina School of Law, 2006
B.A., University of Virginia, 2003

Taylor Lacy focuses his practice on catastrophic injury, products liability and securities litigation against diverse corporate defendants. His primary responsibilities include developing legal theories, conducting legal research, and drafting discovery, pleadings and motions.

Taylor has been representing Deepwater Horizon oil spill victims since shortly after the disaster occurred in 2010 and is now helping victims file claims through the new claims programs established by the two settlements reached with BP.

Taylor also litigates on behalf of victims hurt by defective consumer products, fires and premises liability incidents, as well as catastrophic motorcycle, automotive and trucking collisions. He additionally works with the firm's securities and consumer fraud team to represent individual and institutional investor clients in complex securities fraud and shareholder claims.

As a law student, Taylor served as student research editor of the *A.B.A. Real Property, Trust & Probate Journal,* received multiple CALI awards and was inducted into the Order of the Wig and Robe. He studied comparative law and history at University College, Oxford, and The University of Virginia, and transnational dispute resolution at Gray's Inn in London. Taylor was a research assistant and student editor for Carolina

Distinguished Professor of Law David G. Owen, assisting with the final preparations of Professor Owen's *Products Liability Law* treatise.

**ASSOCIATIONS:**
**American Association for Justice**
**American Bar Association**
**Charleston County Bar Association**
**South Carolina Association for Justice**

## *Patricia J. Lawson*

LICENSED IN: KY, WV
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the Northern and Southern Districts of West Virginia
EDUCATION:
J.D., West Virginia University College of Law and West Virginia Graduate School of Business & Economics, 1991
M.A., Clarion University of Pennsylvania, 1982

Patti Lawson seeks to protect the safety, health and rights of people suffering from mesothelioma and other asbestos-related diseases, and brings more than a decade of experience in West Virginia government to Motley Rice. Additionally, she strives to protect the rights of those suffering from catastrophic, permanent injuries due to negligence, and works on their behalf to pursue justice and just compensation.

For nearly 15 years, Patti served as a trial attorney for the West Virginia Division of Highways, representing the Division in state and federal court as well as handling complex litigation involving issues such as employment, contracts and financial matters.

Following her service with the WV Division of Highways, Patti presided over appellate hearings as an Administrative Law Judge for the West Virginia Department of Health and Human Resources before opening a sole practice focusing on personal injury, family law and animal law. She was also previously a staff attorney for West Virginia Legislative Services' Committee on Finance and Government.

Patti completed the Department of Justice's National Advocacy Center's Trial Advocacy, The Jury and Prosecutor Boot Camp programs. She has also participated in West Virginia's Settlement Week Alternative Resolution by Mediation (S.W.A.R.M.) program; an organization consisting of lawyers who volunteer their time on a bi-annual basis to serve as mediators in an effort to settle circuit court cases before they go in front of a judge or jury.

An award-winning author, Patti has written two books, *The Dog Diet: A Memoir, What My Dog Taught Me About Shedding Pounds, Licking Stress and Getting a New Leash on Life* and *What Happens to Rover When the Marriage is Over and Other Doggone Legal Dilemmas*. The anticipated release date of her second book is early 2016. She has been a columnist for the *Charleston Gazette*, a blogger for the *Charleston Daily Mail* and has written articles for the *Huffington Post*.

Patti served as an Assistant Special Prosecutor for the Fraud Prosecution Unit of the West Virginia Insurance Commission, as a circuit court mediator and as a Supreme Court-approved mediator for family court. She is also a writing award recipient from the National College Showcase and placed in the 1991 National Appellate Advocacy Competition.

**ASSOCIATIONS:**
**West Virginia Association for Justice**

## *Temitope O. Leyimu*

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the District of South Carolina
EDUCATION:
J.D., University of Virginia School of Law, 2013
B.A. *with honors*, University of Central Florida, 2009

Tope Leyimu focuses her practice on people and families whose lives have been affected by catastrophic injuries or death as a result of corporate wrongdoing, occupational hazards and environmental negligence. She is also actively involved in the firm's asbestos litigation involving victims of mesothelioma and other asbestos-related diseases.

While a law student at the University of Virginia School of Law, Tope interned with the Legal Aid Justice Center of Charlottesville, Va., and participated in the family mediation clinic mediating disputes between parties. Tope worked as a law clerk at a firm in the Jacksonville, Fla., area, where she gained experience drafting legal memoranda, complaints and pre-trial motions on evidentiary issues. She also helped prepare for mediations involving probate and products liability issues stemming from wrongful death cases.

Tope served as a Lile Moot Court Competitor at the University of Virginia School of Law, and also served on the board of the *Virginia Sports and Entertainment Law Journal,* as the President of Phi Alpha Delta, the Vice President of Communications of ABLE (Action for a Better Living Environment), and on the Policy Council for the Black Law Student Association.

Active in her community, Tope serves on the Board of Directors for HALOS, an organization which provides support and advocacy to abused and neglected children and kinship caregivers. Previously, she volunteered with the Virginia Innocence Project Student Group, a student legal research group that assists with the investigation and screening of cases involving prisoners convicted of serious crimes where cognizable claims of actual innocence exist.

**ASSOCIATIONS:**
**American Association for Justice**
**American Bar Association**
**South Carolina Association for Justice**
**South Carolina Bar Association**

Prior results do not guarantee a similar outcome.



## Joshua Littlejohn

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Third Circuit; U.S. District Court for the District of Colorado, District of South Carolina
EDUCATION:
J.D., Charleston School of Law, 2007
B.A., University of North Carolina at Asheville, 1999

With a broad base of experience in complex litigation—including securities fraud, corporate governance, SEC whistleblower, medical malpractice, and catastrophic injury—Josh Littlejohn plays a key role on the Motley Rice securities litigation team, particularly cases involving healthcare.

Josh represents public pension funds, unions and institutional investors in both federal and state courts. He also represents people with catastrophic injuries, victims of medical malpractice and corporate whistleblowers. Josh works directly with clients and has been involved in all aspects of the litigation process, including case evaluation, fact and expert discovery, resolution and trial.

Among other complex securities matters, Josh has been involved in litigation against Wells Fargo, 3D Systems Corporation, St. Jude Medical; Pharmacia Corporation and NPS Pharmaceuticals. Josh has also been involved in the groundbreaking securities fraud litigation against NASDAQ and the New York Stock Exchange, among other defendants, related to high frequency trading or "HFT."

Early in his career at Motley Rice, Josh worked on discovery in mass tort litigation involving Merck & Co., Inc.'s drug Vioxx.

More recently, aside from representing clients in several federal securities fraud class actions, Josh has helped Motley Rice expand its shareholder derivative practice, litigating corporate governance cases against boards of directors of Lululemon, Inc.; Omnicare, Inc.; Chemed Corporation; Walgreen Co.; Cintas Corporation; and The South Financial Group, Inc. Josh also has experience related to corporate governance in corporate takeover cases litigated up to and beyond the injunction phase, and Delaware Section 220 actions litigated through trial.

### AWARDS AND ACCOLADES:
***South Carolina Super Lawyers® Rising Stars* list**
**2013–2016**  Securities litigation; Class action/mass torts; General litigation

### ASSOCIATIONS:
**American Bar Association**
**South Carolina Association for Justice**

## Miles Loadholt
## Of Counsel

LICENSED IN: SC
EDUCATION:
J.D., *cum laude*, University of South Carolina School of Law, 1968
B.S., University of South Carolina, 1965

Miles Loadholt has practiced law for over four decades in the areas of occupational disease, worker safety and business litigation. He has worked with Motley Rice attorneys on occupational injury and asbestos litigation since the early 1970s, representing victims of asbestos, radiation and beryllium exposure. He has also represented workers suffering from hearing loss caused by exposure to loud machinery on the job and managed hundreds of workers' compensation cases. Additionally, Miles has practiced business litigation including contract disputes and business torts.

A longtime advocate of higher education, Miles was elected chairman of the University of South Carolina Board of Trustees in January 2009. With more than 12 years of service on the Board, Miles is planning for the institution's future capital campaign and building endowments. His involvement with the University of South Carolina and higher education programs includes his appointment to the South Carolina Commission on Higher Education by Governor Jim Hodges, serving as a member of the Western Carolina Higher Education Commission and more than 20 years on the Executive Committee of the Gamecock Club.

For his contributions to education in South Carolina, Miles received the Order of the Palmetto in 2002, the highest civilian honor in the state. His portrait can be found in the law library of the University of South Carolina's School of Law as recognition for his generosity and service.

Miles earned a Bachelor of Science and Juris Doctor from the University of South Carolina. As a law student, he was on the editorial board of the *South Carolina Law Review* and was a member of Phi Delta Phi and the Society of Wig and Robe.

Miles is recognized as an AV® rated attorney by Martindale-Hubbell®.

### ASSOCIATIONS:
**American Association for Justice**
**American Bar Association**
**Barnwell County Bar Association**
**South Carolina Association for Justice**

Prior results do not guarantee a similar outcome.          Motley Rice LLC • Attorneys at Law   **45**

## P. Graham Maiden

LICENSED IN: SC
EDUCATION:
J.D., Charleston School of Law, 2011
B.S., College of Charleston, 2007

Graham Maiden represents victims and family members who have suffered due to negligence, dangerous products, and corporate misconduct in domestic and international cases ranging from product liability and vehicle defects to anti-terrorism and occupational disease.

Graham is part of the litigation and trial team representing individual smokers and families of deceased smokers against tobacco manufacturers in the Engle-progeny litigation pending in Florida. In addition, he represents workers and families suffering from mesothelioma and other asbestos-related diseases as a result of occupational, environmental or household exposure to asbestos. Graham has also assisted the team consulting with South African human rights lawyer Richard Spoor in his efforts to seek justice for exploited gold mine workers suffering from silicosis.

In addition to working on several catastrophic personal injury cases involving premises liability and negligence, Graham has contributed to cases filed on behalf of clients injured by Takata airbags.

Graham previously supported the firm's work in *Linde v. Arab Bank*, a landmark case filed by victims of terrorist bombings in Israel against Arab Bank for its alleged role in financing Hamas and other Israeli terrorist organizations. In the first case that brought a financial institution to trial under the Anti-Terrorism Act, a Brooklyn, N.Y. jury found Arab Bank liable for financing terrorism through Hamas in 2014.

Graham joined Motley Rice as an associate after first serving as a summer law clerk for the firm, during which time he supported litigation on behalf of people and businesses seeking to hold BP and other corporate defendants accountable for the BP oil spill.

While in law school, Graham held an internship with the Beverly Hills Sports Council, a California-based Major League Baseball player agency, where he handled research and writing projects, as well as salary arbitration preparation. Graham also brings valuable business experience to Motley Rice, having previously worked for a large real estate and development company assisting with the development and management of hotels and restaurants across the country.

A former collegiate athlete at the College of Charleston, Graham played Division I baseball and proudly represented his school as a member of the All-Southern Conference Team in 2007.

### ASSOCIATIONS:
**American Association for Justice**
**South Carolina Association for Justice**
**South Carolina Bar Association**
**Charleston Bar Association**

## Michaela Shea McInnis

LICENSED IN: MA, NY, RI
EDUCATION:
L.L.M., Boston University School of Law, 1985
J.D., Suffolk University Law School, 1980
B.A., Providence College, 1977

Michaela McInnis represents individuals, states, cities and other municipalities in environmental litigation involving harmful exposure to lead paint or other sources of environmental contamination.

She was a member of the trial team in the State of Rhode Island's landmark lead paint suit against the lead pigment industry, conducting discovery and overseeing the case management order. Her role with the Environmental practice group also includes toxic tort work, including cases of personal injury, property damage or economic loss as a result of water or land contamination. Michaela also represented more than 100 residents of Tiverton, Rhode Island, against a major utility company for environmental contamination of residential property.

Michaela began her legal career as an attorney with the appellate staff of the Rhode Island Supreme Court, later transitioning to a diverse tax practice in New York. Her legal work extended outside of the office as a volunteer to the IRS Volunteer Income Tax Assistance and Tax Counseling for the Elderly programs in Rhode Island. Additionally, Michaela volunteered for several years with the Ethics Committee of the Visiting Nurse Association of Newport County, where she offered case reviews and guidance to the staff of the VNA regarding ethical issues.

A former adjunct professor at the University of Rhode Island, Michaela has taught both undergraduate and graduate level courses on the American legal system and constitutional law. She is a former law clerk for the Honorable Joseph R. Weisberger of the Rhode Island Supreme Court.

## Kate E. Menard

LICENSED IN: MA, NY, RI
EDUCATION:
J.D. *magna cum laude*, Roger Williams University School of Law, 2011
B.A. *magna cum laude*, Quinnipiac University, 2008

Katie Menard is committed to helping people harmed by allegedly defective medical devices, including women suffering from painful and serious injuries caused transvaginal mesh and pelvic mesh devices.

Katie initially joined Motley Rice as a law clerk in 2013, providing support to the medical device litigation team, including preparing motions, evaluating client records, and preparing for trials and settlements.

As a law student at Roger Williams University School of Law, Katie was a research assistant to Professor Kathleen Miller, a judicial extern for the Honorable Chief Justice Paul A. Suttell and an intern in the Special Prosecutions Division of the Westchester County

Prior results do not guarantee a similar outcome.



District Attorney's Office in New York. After graduation, she worked for the Rhode Island Supreme Court Law Clerk Department, where she served as the sole law clerk to the Honorable Stephen P. Nugent of the Rhode Island Superior Court. She was also a research assistant to Chief Justice Frank J. Williams (Ret.).

A *magna cum laude* graduate and scholarship recipient, Katie was recognized with the CALI Excellence award as the highest scoring student in Legal Methods I, Advanced Criminal Procedure and Private International Law. Additionally, she served as a member of the *Roger Williams University Law Review* and published two papers, "The Impact of Pretrial Publicity on an Indigent Capital Defendant's Due Process Right to a Jury Consultant" and a survey of Rhode Island Law concerning *City of East Providence v. Int'l Ass'n of Firefighters Local*.

### ASSOCIATIONS:
**Rhode Island Bar Association**

## Meredith B. Miller

LICENSED IN: SC, TX
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the Northern, Southern, Eastern and Western Districts of Texas
EDUCATION:
J.D., University of Texas School of Law, 2011
B.A., *with distinction*, University of North Carolina, Chapel Hill, 2008

Meredith Miller represents public pension funds, unions and other institutional investors in both federal and state courts. She also represents victims of medical malpractice. Meredith works directly with clients and is typically involved in the initial case evaluation, discovery, and various motions.

Meredith is a member of the team representing investors in securities fraud class actions filed against Advanced Micro Devices, Barrick Gold and SAC Capital. She is also part of the team bringing claims for breach of fiduciary duty against current and former directors of Lululemon for failing to investigate potential insider trades allegedly made by the company's founder and former chairman.

Prior to joining Motley Rice, Meredith gained trial and settlement experience as an associate at a Dallas, Texas, law firm working in business and construction litigation. While attending the University of Texas School of Law, she clerked for an Austin firm, represented victims in court as a student attorney in the UT Law Domestic Violence Clinic and was a Staff Editor of the *Review of Litigation* journal. During her undergraduate and law school career, Meredith studied abroad in Paris, France, Geneva, Switzerland and Puebla, Mexico.

### ASSOCIATIONS:
**Charleston County Bar Association**

## Christopher F. Moriarty

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the District of Colorado, the Northern District of Illinois and the District of South Carolina
EDUCATION:
J.D., Duke University School of Law, 2011
M.A., Trinity College, University of Cambridge, 2007
B.A., Trinity College, University of Cambridge, 2003

Christopher Moriarty litigates securities fraud, corporate governance, and other complex class action litigation in the U.S. and counsels institutional investors on opportunities to seek recovery in securities-related actions in both the U.S. and internationally.

Christopher was a member of the litigation teams representing investors as lead counsel in the following notable actions:

- *In re Barrick Gold Securities Litigation*, No. 13-cv-03851 (S.D.N.Y.) ($140 million recovery*) (sole lead counsel);
- *City of Brockton Retirement System v. Avon Products, Inc.,* 11 Civ. 4655 (PGG) (S.D.N.Y.) ($62 million recovery*) (sole lead counsel);
- *Hill v. State Street Corp.,* No. 09-cv-12136-GAO (D. Mass.) ($60 million recovery*) (co-lead counsel);
- *In re Hewlett-Packard Co. Securities Litigation,* No. 11-cv-1404 (RNBx) (C.D. Cal.) ($57 million recovery*) (co-lead counsel);
- *Första AP-Fonden and Danske Invest Management A/S v. St. Jude Medical, Inc.,* No. Civil No. 12-3070 (JNE/HB) (D. Minn.) ($39.25 million recovery*) (co-lead counsel);
- *Ross v. Career Education Corp.,* No. 12-cv-00276 (N.D. Ill.) ($27.5 million recovery*) (co-lead counsel).

Christopher currently represents investors in the following actions: *KBC Asset Management NV v. 3D Systems Corp.,* No. 15-cv-02393-MGL (D.S.C.); *KBC Asset Management NV v. Aegerion Pharmaceuticals, Inc.,* 14-cv-10105-MLW (D. Mass.); *In re Conn's, Inc. Securities Litigation,* No. 14-cv-00548 (KPE) (S.D. Tex.); and *Martin v. GNC Holdings, Inc.,* No. 15-cv-01522-NBF (W.D. Pa.).

Christopher also represents investors in shareholder derivative litigation, including in *In re Walgreen Co. Derivative Litigation,* No. 13-cv-05471 (N.D. Ill.) (seeking corporate governance reforms to ensure compliance with the Controlled Substances Act*), and whistleblowers in proceedings before the U.S. Securities and Exchange Commission.

While in law school, Christopher was a member of the Moot Court Board, served as an Executive Editor of the *Duke Journal of Constitutional Law and Public Policy*, and taught a course on constitutional law to LL.M. students. Christopher has also drafted *amicus curiae* briefs in numerous constitutional law cases before the U.S. Supreme Court (which has cited his work) and the federal courts of appeal.

Christopher was called to the Bar in England and Wales by the Honourable Society of the Middle Temple.

## AWARDS AND ACCOLADES:

*South Carolina Super Lawyers® Rising Stars* list
**2016**  Securities litigation

## ASSOCIATIONS:

**South Carolina Association for Justice**
**American Bar Association**
**South Carolina Bar Association**
**Charleston County Bar Association**

## Jeffrey C. Nelson

LICENSED IN: DC, MD
ADMITTED TO PRACTICE BEFORE: U.S. Court of Appeals for the D.C. Circuit, U.S. District Court for the District of Columbia
EDUCATION:
L.L.M., Georgetown University Law Center, 1999
J.D. *cum laude*, University of Michigan Law School, 1997
B.S. with honors, University of Michigan, School of Natural Resources and Environment, 1994

Jeffrey Nelson works on complex litigation to protect public health and consumer rights on behalf of state and local governments. Jeffrey is part of a team litigating a lawsuit against the Takata Corporation and its U.S. subsidiary on behalf of the State of Hawaii for allegedly using deceptive practices to put dangerous and defective airbags into millions of vehicles in the U.S. He also works on a team representing the City of Chicago in seeking remedies against a group of pharmaceutical companies for alleged deceptive marketing and the overselling of addictive opioid painkillers.

Prior to joining Motley Rice, Jeffrey was with a Washington D.C. law firm, where he practiced consumer protection and false claims litigation involving Unfair and Deceptive Acts and Practices statutes, the Federal Trade Commission Act, the False Claims Act, the Racketeer Influenced and Corrupt Organizations Act, the Fair Crediting Reporting Act and other state and federal laws. Among other matters, he was part of a team that represented the State of Mississippi in litigation against multiple credit reporting agencies regarding alleged violations of the Fair Credit Reporting Act.

Jeffrey's knowledge of the challenges faced by public clients is strengthened by his experience practicing in the public sector as an Assistant Solicitor in the Indian Affairs division of the U.S. Department of the Interior. He also served as a Senior Attorney for the National Indian Gaming Commission.

## William S. Norton

LICENSED IN: MA, NY, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Supreme Court; U.S. Court of Appeals for the First and Second Circuits; U.S. District Court for the District of Colorado, Northern District of Illinois, District of Massachusetts, Eastern and Southern Districts of New York, and District of South Carolina
EDUCATION:
J.D., Boston University School of Law, 2004
B.A./B.S. *magna cum laude*, University of South Carolina, 2001

Bill Norton litigates securities fraud, corporate governance, and other complex class-action and commercial litigation. Bill has represented public retirement systems, union pension funds, investment companies, banks, and other institutional and individual investors before federal, state, and appellate courts throughout the country. He also has experience representing whistleblowers who report violations of the law to the U.S. Securities and Exchange Commission under the Dodd-Frank Whistleblower Program.

## FEDERAL SECURITIES FRAUD LITIGATION

Bill is a member of the litigation teams representing institutional investors as lead counsel in litigation involving Advanced Micro Devices, Inc.; Investment Technology Group, Inc.; and GNC Holdings, Inc. He also played a key role in the following cases:

- *Bennett v. Sprint Nextel Corp.* ($131 million recovery*)
- *City of Brockton Retirement System v. Avon Products, Inc.* ($62 million recovery*)
- *Hill v. State Street Corporation* ($60 million recovery*)
- *City of Sterling Heights General Employees' Retirement System v. Hospira, Inc.* ($60 million recovery*)
- *In re Hewlett-Packard Company Securities Litigation* ($57 million recovery*)
- *Ross v. Career Education Corporation* ($27.5 million recovery*)

## SHAREHOLDER DERIVATIVE LITIGATION

Bill is a member of the teams representing institutional investors in shareholder derivative litigation on behalf of Chemed Corporation. He was also a member of the teams that litigated the following cases:

- *Manville Personal Injury Settlement Trust v. Gemunder* ($16.7 million payment to the company and significant corporate governance reforms*)
- *In re Walgreen Co. Derivative Litigation* (corporate governance reforms ensuring compliance with Controlled Substances Act*)

## MERGER AND ACQUISITION LITIGATION

Bill has represented institutional shareholders in litigation concerning corporate mergers and acquisitions, including the following cases:

- *In re Allion Healthcare, Inc. Shareholders Litigation* ($4 million payment to shareholders*)

Prior results do not guarantee a similar outcome.



- *In re RehabCare Group, Inc., Shareholders Litigation* ($2.5 million payment, modification of merger agreement, and additional disclosures to shareholders\*)
- *In re Atheros Communications Shareholder Litigation* (preliminary injunction delaying shareholder vote and requiring additional disclosures to shareholders in $3.1 billion merger\*)
- *Maric Capital Master Fund, Ltd. v. PLATO Learning, Inc.* (preliminary injunction requiring additional disclosures to shareholders in $143 million private-equity buyout\*)
- *In re The Shaw Group Shareholders Litigation* (class-wide, opt-in appraisal right and additional disclosures to shareholders in $3 billion merger\*)

## OTHER SECURITIES, CONSUMER FRAUD, AND COMMERCIAL LITIGATION

Bill has also represented clients in a wide variety of securities, consumer fraud, and commercial litigation, including the following cases:

- Class action on behalf of satellite retailers against EchoStar Corporation, resulting in settlement valued at approximately $83 million\*
- Class action on behalf of bondholders concerning alleged Ponzi scheme, resulting in $7.8 million recovery\*
- Class action against DirecTV regarding early cancellation fees
- Litigation on behalf of a German bank concerning investments in mortgage-backed collateralized debt obligations
- Federal and state lawsuits regarding variable life insurance investments funneled to the Madoff Ponzi scheme
- Litigation on behalf of real-estate investors regarding luxury real estate development

Prior to joining Motley Rice, Bill practiced securities and commercial litigation in the New York office of an international law firm. While attending law school, Bill served as an Editor of the *Boston University Law Review* and was a G. Joseph Tauro Distinguished Scholar. He served as a law clerk in the United States Attorney's Office for the District of Massachusetts, represented asylum seekers at Greater Boston Legal Services, and studied law at the University of Oxford. Prior to law school, Bill worked for the United States Attorney's Office for the District of South Carolina and with the Neighborhood Legal Assistance Program of Charleston through a grant program. Bill graduated Phi Beta Kappa from the University of South Carolina Honors College. Bill is recognized as an AV®-rated attorney by Martindale-Hubbell®.

### AWARDS AND ACCOLADES:
***South Carolina Super Lawyers® Rising Stars* list**
**2013–2016** Securities litigation; class action/mass torts; general litigation

### ASSOCIATIONS:
**Federal Bar Association**
**American Bar Association**
**American Association for Justice**
**New York State Bar Association**
**South Carolina Bar Association**
**Charleston County Bar Association**

## Meghan S. B. Oliver

LICENSED IN: DC, SC, VA
EDUCATION:
J.D., University of Virginia School of Law, 2004
B.A. *with distinction*, University of Virginia, 2000

Meghan Oliver's practice includes work on securities fraud cases, antitrust litigation, general commercial litigation, and consumer fraud litigation.

She is actively involved in two class actions against the U.S. pending in federal district court in D.C., one alleging that the IRS charged unauthorized user fees for the issuance and renewal of preparer tax identification numbers (*Steele v. United States*, Case No. 1:14-cv-1523-RCL), and one alleging that the Administrative Office of the U.S. Courts charges more for PACER services than is authorized by statute (*Nat'l Veterans Legal Services Program v. United States*, Case No. 16-745-ESH).

Meghan also spends her time on securities fraud class actions, including currently *In re Technology Group, Inc. Securities Litigation*, No. 15 Civ. 6369 (JFK), and in the past, cases involving Medtronic, Inc., Hospira, Inc. and several others.

She has also worked on several antitrust matters, including *In re North Sea Brent Crude Oil Futures Litigation, In re Libor-Based Financial Instruments Antitrust Litigation*, and generic drug cases involving "reverse payment" agreements.

Prior to joining Motley Rice, Meghan worked as a business litigation and antitrust associate in Washington, D.C. There, she assisted in the trial of a multidistrict litigation antitrust case and assisted in multiple corporate internal investigations. She is a member of Phi Beta Kappa.

### ASSOCIATIONS:
**American Bar Association**

## John David O'Neill

LICENSED IN: SC
EDUCATION:
J.D., University of South Carolina School of Law, 2013
B.S., Clemson University, 2008

John David O'Neill practices multidistrict litigation on behalf of clients affected by toxic exposure, defective medical devices, and vehicle defects and recalls. He also assists with *qui tam* whistleblower litigation. With a background in engineering, John brings a technical approach to case review and analysis.

John has consulted as an engineer on projects involving manufacturing, transportation, institutional, municipal and residential construction. Prior to attending law school, he was a lead manufacturing engineer with an international aerospace corporation where he was responsible for planning repairs for damaged parts and other components that did not meet specifications.

John was also a member of the engineering team that performed quality inspections of structural installations on behalf of the S.C. DOT on the Arthur Ravenel Jr. Bridge in Charleston, S.C., one of the longest cable-stayed bridges in North America.

John was formerly a South Carolina property attorney, having worked on construction defect claims, negotiated commercial property deals in Charleston, and provided representation in Circuit Court and Municipal Court on criminal and civil matters.

**ASSOCIATIONS:**
**South Carolina Bar Association**
**American Society of Civil Engineers**

## Jonathan D. Orent

LICENSED IN: MA, RI, WI
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the District of Massachusetts, District of Rhode Island, and the Eastern and Western Districts of Wisconsin
EDUCATION:
J.D., Washington University School of Law, 2004
B.A., University of Rochester, 2001

Jonathan Orent litigates for people alleging harm by defective medical devices and pharmaceutical drugs, including all aspects of discovery and expert development. He represents women suffering from painful side effects associated with pelvic mesh/sling products in thousands of filed cases against multiple corporations, as well as hernia patients harmed by mesh repairs.

Jonathan was appointed lead counsel of hernia mesh litigation *In re Atrium Medical Corp. C-QUR Mesh Products Liability Litigation*, MDL #2753. He serves as co-liaison counsel in the *In re Bard Litigation* in New Jersey state court and as state court liaison counsel in Massachusetts. He is a member of the litigation team that successfully tried the Barba case to a $100 million verdict in Delaware (later reduced by appeal to $10 million). Jonathan also led the successful appeal to the Massachusetts Court of Appeals, which allowed key evidence relating to Boston Scientific's alleged knowledge of the potential harm caused by its products. Jonathan is co-chair of the AAJ Hernia Mesh Litigation Group.

Jonathan also represents communities and people facing personal injury, property damage and economic loss as a result of negligence, environmental hazards or groundwater and soil contamination. He represents clients in Pennsylvania's Apollo-Parks area who allege they suffered severe illnesses after being exposed to dangerous levels of toxic or radioactive materials released into the air, water and soil by local nuclear facilities. In 2008, he litigated against a large New England utility company on behalf of more than 100 Tiverton, R.I., residents who claimed they suffered damages resulting from environmental contamination of their residential property. More recently, Jonathan played a role in the settlement of contamination litigation between members of the Tallevast, Fla., community and a major aerospace defense contractor involving property damage and emotional distress claims resulting from the alleged release of trichloroethylene (TCE), perchloroethylene (PCE) and other chemicals into the groundwater.

Jonathan has worked on complex litigation against the lead paint industry on behalf of government entities in California, New York, Rhode Island and Wisconsin, as well as lead poisoning cases for individual children and families against property owners. He also assists with discovery and trial preparation of the firm's asbestos cases.

Prior to joining Motley Rice in 2005, Jonathan served as a law clerk with the Missouri State Public Defender Youth Advocacy Unit and a legal intern for Senator Richard Durbin of Illinois. Recognized as an AV® rated attorney Martindale-Hubbell®, he has made numerous presentations on a variety of legal matters involving medical device litigation and environmental law. He serves on the Rhode Island Advisory Committee to the U.S. Commission on Civil Rights, a group whose mission is to address key community issues and discrimination matters, such as foreclosure scams and the disparate treatment of minority youth, through research and initiatives. Jonathan is President of AG Bell Rhode Island, as well as a member of the Rhode Island Early Intervention Work Group, a group that reviews early intervention services provided to deaf or hard of hearing children between the ages of 0-3 in Rhode Island.

### AWARDS AND ACCOLADES:
*Rhode Island Super Lawyers® Rising Stars* list
**2014–2016** Business litigation; Class action/mass torts; Appellate

### ASSOCIATIONS:
**American Association for Justice**
**American Bar Association**
**Rhode Island Association for Justice,** Board of Governors

## Michael J. Pendell

LICENSED IN: CT, NY
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the District of Connecticut, Southern and Eastern Districts of New York
EDUCATION:
J.D., *summa cum laude*, Albany Law School, 2007
B.A., *cum laude*, Emerson College, 2000

Michael Pendell focuses his practice on representing workers and their families, as well as pension fund trustees and other institutional investors in securities, consumer fraud and complex class action.

Michael, along with other Motley Rice attorneys, represented a union pension fund as co-lead counsel in a securities fraud class action to recoup losses against a telecom provider that allegedly provided false information regarding its financial results, causing artificially inflated stock prices that subsequently plummeted when the truth was made known. The settlement is pending court approval.

Michael also has experience representing institutional and individual investors in claims involving common law fraud pursuant to state securities laws. Michael recently played a central role on the litigation team that obtained a seven-figure arbitration award in a case involving secondary liability for an

Prior results do not guarantee a similar outcome.



investment advisor's conduct under the Uniform Securities Act. Michael also has experience in complex commercial cases regarding claims of fraud, breach of contract, and tortuous interference. He represents plaintiffs in a wide array of personal injury actions, and serves as trial counsel representing individual smokers and families of deceased smokers against tobacco manufacturers in the Engle-progeny litigation pending in Florida.

Michael joined Motley Rice after serving as an associate with a Connecticut-based law firm, where he first gained experience in both federal and state courts in such areas as commercial and construction litigation, media and administrative law, personal injury defense and labor and employment matters. Michael previously taught business law to BA and MBA candidates as an adjunct professor at Albertus Magnus College.

Michael served as a legal intern for the Honorable Randolph F. Treece of the U.S. District Court for the Northern District of New York and as a law clerk for the Major Felony Unit of the Albany County District Attorney's Office. He served as the executive editor for the New York State Bar Association Government Law & Policy Journal and senior editor for the *Albany Law Review*, which published his 2008 article entitled, "How Far is Too Far? The Spending Clause, the Tenth Amendment, and the Education State's Battle Against Unfunded Mandates."

### AWARDS AND ACCOLADES:
**Connecticut Super Lawyers® Rising Stars list**
**2013–2016**  Securities litigation; Business litigation; Personal injury – products: plaintiff

### ASSOCIATIONS:
**American Association for Justice**
**Connecticut Bar Association**
**New York State Bar Association**

\* Prior results do not guarantee a similar outcome. For full *Super Lawyers* selection methodology visit: www.superlawyers.com/about/selection_process.html For 2013–14 CT data visit: www.superlawyers.com/connecticut/selection_details.html

### Laura W. Ray
LICENSED IN: CT
EDUCATION:
J.D. with High Honors, University of Connecticut School of Law, 1989
B.S.B.A. magna cum laude, Boston University, 1983
Laura Ray handles complex securities litigation for victims of corporate wrongdoing, including institutional investors and union pension funds.

Laura is a member of the team leading a proposed class action alleging that Investment Technology Group (ITG) defrauded shareholders by concealing the actions that led to a regulatory sanction fine levied against it by the SEC. The fine announcement, made in August 2015, allegedly resulted in stockholders suffering a loss of more than 23 percent in share value. The $20.3 million sanction is considered the largest fine levied by the SEC against a private securities trading forum, otherwise known as a dark pool.

Prior to joining Motley Rice, Laura worked in commercial litigation, handling trial and appellate litigation, arbitration and mediation. Laura served as law clerk to Justice Robert J. Callahan of the Connecticut Supreme Court. Laura began her career as a certified public accountant.

### Caroline Rion
LICENSED IN: SC
EDUCATION:
J.D., Charleston School of Law, 2013
B.A., University of South Carolina, 2007
Caroline Rion practices in the areas of products liability and occupational disease with a focus on asbestos-related diseases, helping clients tell their stories and seek the justice they deserve. She represents victims of mesothelioma in individual and consolidated cases and is responsible for pre-trial preparation, including responses to defendants' motions.

Before joining Motley Rice, Caroline gained experience in case management strategy as a law clerk with the Southern Environmental Law Center, working on issues involving complex federal and state environmental statutes and regulations. Caroline also worked as a law clerk at a Charleston, S.C.-based law firm where she assisted with client interviews, hearings and mediations.

Caroline's political experience includes internships with Senator Lindsey Graham's Columbia, S.C., office and the Conservation Voters of South Carolina. She also worked with the District of Columbia Bar Association's Attorney/Client Relations Program in Washington, D.C., assisting in the resolution of fee disputes through arbitration, committee meetings and case summaries.

Along with receiving the top score in appellate oral advocacy in products liability litigation at the Charleston School of Law, Caroline was recognized by the school for providing more than 100 hours of *pro bono* work. Additionally, she served as Treasurer to the Women in Law and as a member of the marketing committee for the Federal Court's *Law Review*.

Caroline is active in the Charleston community and volunteers as a mentor in the BRIDGE Program, an initiative to provide substance abuse rehabilitation services to people involved in the federal criminal justice system. BRIDGE is a joint effort between the U.S. Probation Office, Federal Public Defender's Office, U.S. Attorney's Office, and South Carolina's U.S. District Court.

### ASSOCIATIONS:
**American Bar Association**
**South Carolina Association for Justice**
**South Carolina Bar Environmental Law Section**
**South Carolina Women Lawyers Association**
**Charleston County Bar Association**

Prior results do not guarantee a similar outcome.

## Ann K. Ritter
### Senior Counsel and Securities Case Coordination Manager

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Third and Eleventh Circuits
EDUCATION:
J.D., University of Tennessee, 1982
B.S., Florida State University, 1980

As Senior Counsel for Motley Rice, Ann Ritter plays a key role on Motley Rice's securities team, which represents domestic and foreign institutional investors in complex cases involving shareholder rights, corporate governance, securities and consumer fraud. She possesses more than 25 years of experience in complex litigation involving matters as varied as securities, products liability and consumer protection.

Ann serves as a frequent speaker on legal topics such as worker safety, shareholder rights and corporate governance. In 2007, she addressed leading German institutional investors as a keynote speaker on the impact of U.S. class actions at the Deutsche Schutzvereinigung für Wertpapierbesitz e. V. Practical Workshop for institutional investors in Frankfurt, Germany.

After earning a Bachelor of Science degree from Florida State University, Ann pursued a law degree from the University of Tennessee. She is the co-author of Asbestos in Schools, published by the National School Boards Association. Ann previously served on the Advisory Committee for the Tobacco Deposition and Trial Testimony Archives (DATTA) Project and currently serves on the Executive Committee of the Board of the South Carolina Special Olympics, the Advisory Board of the Medical University of South Carolina Hollings Cancer Center and the Advisory Board of The University of Mississippi School of Law. She is recognized as a BV® rated attorney by Martindale-Hubbell®.

### ASSOCIATIONS:
**South Carolina Association for Justice**

## Michael G. Rousseau

LICENSED IN: CA, MA, RI, WI
EDUCATION:
J.D., Pepperdine University, 1999
B.S., Bentley College, 1996

Michael Rousseau handles discovery and expert testimony and analyzes data for settlement negotiations for the pelvic mesh litigation team. He also represents victims of mesothelioma and works on the Composix® Kugel® Mesh legal team on discovery matters, document analysis and settlement.

He has also litigated environmental lead poisoning cases against paint manufacturing corporations and landlord defendants. Michael gathered evidence and participated in *State of Rhode Island v. Lead Industries Association, et. al.*, and more recently played a key role in trial preparation, discovery and document analysis in *The People of California v. Atlantic Richfield Company et al*. In 2005, he served on the legal team that successfully advocated for an extension of the risk contribution theory of liability in Wisconsin, enabling lead-poisoned children and families to seek compensation from former manufacturers of lead paint. Prior to joining Motley Rice in 2003, Michael represented consumers in insurance bad faith class actions and handled wills, trusts and estates and elder law matters.*

As a law student, Michael provided volunteer representation to autistic children to help them obtain special education services and physical therapy pursuant to the Individuals with Disabilities Education Act (IDEA).

### ASSOCIATIONS:
**American Bar Association**

## Lisa M. Saltzburg

LICENSED IN: SC, CO
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Fourth, Fifth and Eleventh Circuits
U.S. District Court for the District of South Carolina
EDUCATION:
J.D., Stanford Law School, 2006
B.A. *with high distinction*, University of California, Berkeley, 2003

Lisa Saltzburg represents individuals and institutional clients in complex securities and consumer fraud actions, merger and acquisition cases, shareholder derivative suits and a variety of other consumer and commercial matters. Lisa also works closely with the BP Oil Spill litigation team, helping people and businesses in Gulf Coast communities file claims through the new claims programs established by the two settlements reached with BP.

Prior to joining Motley Rice, Lisa was an associate attorney for a nonprofit advocacy organization, where she worked through law and policy to protect the environmental interests of the Southeast. She drafted briefs and other filings in South Carolina's federal and state courts and worked with administrative agencies to prepare for hearings and mediation sessions. Lisa also served for two years as a judicial clerk for the Honorable Karen J. Williams of the U.S. Court of Appeals for the Fourth Circuit, where she developed valuable legal research and writing skills and gained experience involving a wide range of issues arising in civil and criminal cases.

Lisa held multiple positions in environmental organizations during law school, handling a broad array of constitutional, jurisdictional and environmental issues. She also served as an editor of the *Stanford Law Review* and as an executive editor of the *Stanford Environmental Law Journal*. A member of numerous organizations and societies, including the Stanford Environmental Law Society, Lisa attended the National Institute for Trial Advocacy's week-long Trial Advocacy College at the University of Virginia.

Prior results do not guarantee a similar outcome.



**AWARDS AND ACCOLADES:**
*South Carolina Super Lawyers® Rising Stars* list
**2016** Securities litigation, Class action/mass torts, Personal injury–products: plaintiff

## Elizabeth Smith

LICENSED IN: DC, SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the District of Columbia Circuit
U.S. District Court for the District of South Carolina
EDUCATION:
J.D. cum laude, University of South Carolina School of Law, 2000
B.A., Furman University, 1995

Elizabeth represents clients injured by corporate wrongdoing, with an emphasis on anti-terrorism and human rights litigation. Her current practice includes aviation liability cases on behalf of victims and families of the September 11, 2001, airline disasters, as well as the 9/11 Families United to Bankrupt Terrorism multidistrict litigation aiming to bankrupt financiers of al Qaeda and other terrorist groups.

Elizabeth's role in the 9/11-related litigation led to her representing numerous families at hearings before the September 11th Victim Compensation Fund with Special Master Kenneth Feinberg. She has also litigated personal injury and consumer protection cases, including vehicle defect cases, asbestos litigation and lead paint poisoning lawsuits, and has managed client relations, research and discovery, and trial preparation for various litigation teams.

As an undergraduate student, Elizabeth completed a Middle East and Africa Foreign Study Program, and traveled from Kenya to Israel. While in law school, she served on the editorial board of the *ABA Real Property, Probate & Trust Journal*. After graduation, Elizabeth was a law clerk for the Honorable Diane S. Goodstein, Circuit Court Judge of the First Judicial Circuit for South Carolina. She is recognized as a BV® rated attorney by Martindale-Hubbell®.

**ASSOCIATIONS:**
**American Association for Justice**
**Federal Bar Association**
**South Carolina Association for Justice**

## Laura K. Stemkowski

LICENSED IN: SC
EDUCATION:
J.D. with honors, University of North Carolina School of Law, 2016
B.A., University of North Carolina at Chapel Hill, 2013
Laura Stemkowski advocates for victims harmed by medical drugs and devices and corporate misconduct, with a focus on women's products such as Essure®, power morcellators and Mirena® IUD birth control.

Prior to joining Motley Rice, Laura was a legal intern at the Department of Justice Environmental Division in Raleigh, N.C., where she wrote appellate arguments, summary judgment motions and other legal documents related to environmental, criminal and federal issues.

While pursuing her studies at UNC School of Law, Laura held positions with the Environmental Appellate Advocacy Team and the Holderness Moot Court. She served as Vice President of the UNC School of Law Environmental Law Project, Public Relations Chair for the UNC School of Law Pro Bono Board, and Junior Attorney Coordinator for the school's Cancer Pro Bono Project. She also served as a student practitioner with the Civil Legal Clinic, where she worked on claims spanning areas including Title VII EEOC, Title IX, and domestic violence.

Laura also completed more than 100 hours of *pro bono* work with the University of North Carolina School of Law's Innocence Project and Legal Aid Divorce Clinic, as well as the Southern Environmental Law Center and Lawyer on the Line program.

## W. Christopher Swett

LICENSED IN: DC, MN, SC, WV
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Fourth Circuit; U.S. District Court for the Northern District of Ohio, District of South Carolina, Southern District of West Virginia, and the Western District of Wisconsin
EDUCATION:
J.D. *cum laude,* University of South Carolina School of Law, 2009
B.A., B.S. *summa cum laude,* The Citadel, 2006

Chris Swett focuses his efforts on assisting workers and families suffering from mesothelioma and other asbestos-related diseases due to occupational, environmental or household asbestos exposure. On behalf of asbestos victims, he handles litigation against manufacturers, property owners and contractors who sold or installed defective asbestos-containing products.

Chris also represents victims and families in cases involving significant injuries caused by hazardous consumer products, fires, premises injuries and other incidents of negligence and misconduct. In the area of consumer protection, Chris has represented clients alleging violations of the Unfair Trade Practices Act and the Fair Debt Collection Practices Act. Chris currently represents former and retired NFL players in the National Football League Players' Concussion Injury Litigation.

Prior to joining Motley Rice, Chris served as a law clerk to the Honorable R. Bryan Harwell of the U.S. District Court for the District of South Carolina. In this capacity, he conducted complex research and prepared proposed orders involving numerous areas of the law, assisted with various phases of both civil and criminal trials and researched opinions for the U.S. Court of Appeals for the Fourth Circuit.

Prior results do not guarantee a similar outcome.

A recipient of the Citadel Scholar full academic scholarship and the Citadel Honors Program Gold Seal, Chris was honored with the University of South Carolina School of Law's Cali Award for environmental law.  Additionally, he served as Senior Associate Editor for the *Southeastern Environmental Law Journal* and is the author of published pieces concerning environmental law such as *Politics, Money, and Radioactive Waste: The Savannah River Site Conundrum,* 16.2 Se. Envtl. L.J. 391 (2008).

Growing up in rural South Carolina with blue-collar parents, Chris quickly learned the value of hard work and giving back to the community. He volunteers as a Special Prosecutor for the South Carolina Attorney General's Office and assists with the prosecution of first offense domestic violence cases. Chris also proudly serves as class chairman for The Citadel Foundation, helping to raise money for need-based scholarship funding and is a former member of the Charleston County Library Board of Trustees. Chris is recognized as an AV®-rated attorney by Martindale-Hubbell®.

## AWARDS AND ACCOLADES:
**The National Trial Lawyers**
**2013**–**present**  Top 100 Trial Lawyers™ – South Carolina

***West Virginia Super Lawyers® Rising Stars*** list
**2015**–**2016** Personal injury – products: plaintiff; Personal injury – general: plaintiff; Class action/mass torts

## ASSOCIATIONS:
**American Association for Justice**
**South Carolina Association for Justice**
**West Virginia Association for Justice**
**American Bar Association**
**South Carolina Bar Association**
**Charleston County Bar Association**
**Order of the Coif**
**Order of the Wig and Robe**

## Matthew D. Sykes

LICENSED IN: DC, NJ
ADMITTED TO PRACTICE BEFORE: U.S. District Court for the District of New Jersey, U.S. Court of Appeals for the Third Circuit
EDUCATION:
J.D. *summa cum laude*, Rutgers School of Law, 2011
B.A. *magna cum laude*, Rowan University, 2008
Matthew Sykes focuses his practice on protecting public health and consumer interests and resources through complex litigation filed for public-sector entities in state and federal courts.

Matthew represents clients harmed by alleged health care fraud, deceptive marketing practices associated with highly addictive opioid painkillers, and other issues affecting the public. Matthew currently represents Hawaii in litigation seeking civil penalties and restitution for consumers harmed by the alleged deceptive marketing of defective Takata airbags, which prompted the largest auto-related recall in U.S. history.

Prior to joining Motley Rice, Matthew worked at a Washington, D.C. law firm where he represented state Attorneys General, aiding in investigations and civil enforcement actions involving alleged

fraudulent and deceptive trade practices. His career has also included defense and corporate litigation including representing a construction company through parallel investigations conducted by the Department of Justice and NYC Metro Transit Authority. He also has represented an international bank investigated by the U.S. Treasury Department in an international trade dispute and an international development firm investigated by the United States Agency for International Development.

Matthew has also devoted much of his career to pro bono and community work. He founded and directed the South Jersey Educational Reentry Program, designed to pair *pro bono* attorneys with juvenile offenders in need of educational support, while working as a Skadden Fellow for the National Lawyers Committee for Civil Rights Under Law.

He was a law clerk for the Honorable Dolores Sloviter in the U.S. Court of Appeals for the Third Circuit, who he had also previously worked for as a judicial intern. While attending Rutgers School of Law, Matthew was recognized for outstanding *pro bono* service, was elected editor-in-chief of the *Rutgers Law Journal*, and received the Rutgers Camden Award for Outstanding Scholastic Achievement, reserved for the top three members of the graduating class.

## William P. Tinkler

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. Court of Appeals for the Fourth Circuit; U.S. District Court for the District of South Carolina
EDUCATION:
J.D. *cum laude*, University of South Carolina School of Law, 2010
B.A., Emory University, 2005
William Tinkler works with public pension funds, unions and other institutional investors to help secure governance reforms and achieve recoveries through strategic and targeted litigation. He handles a wide range of complex cases, including securities and consumer fraud litigation and shareholder derivative suits.

Before joining Motley Rice, William clerked with the Honorable R. Bryan Harwell of the U.S. District Court for the District of South Carolina and served as a staff attorney for the South Carolina Court of Appeals. His work with trial and appellate judges on a diverse array of legal issues gave him valuable experience in numerous areas of the law, as well as in legal research and writing. Additionally, he worked with several South Carolina law firms and the Charleston County Public Defender's office before his admission to the Bar.

While in law school, William served as the Peer Review Editor for the *South Carolina Law Review*. During this time, he developed the Peer Reviewed Scholarship Marketplace, a consortium of legal journals committed to incorporating peer review in their article selection process. William was honored with the CALI award for Federal Practice. In 2010, he was selected as a "Next Generation Leader" by the American Constitution Society and served as President of his law school's chapter. He was also a member of the Order of the Wig and Robe.

Prior results do not guarantee a similar outcome.



Active in his community, William, an Eagle Scout, has served as a Unit Commissioner with the Boy Scouts of America and participated in the Big Brothers, Big Sisters mentoring program.

### Kathryn A. Waites

LICENSED IN: SC
ADMITTED TO PRACTICE BEFORE:
U.S. District Court for the District of South Carolina
EDUCATION:
J.D., University of South Carolina School of Law, 2009
B.A. cum laude, Washington and Lee University, 2006

Katie Waites represents victims and families harmed by hazardous consumer products, occupational and industrial accidents, premises injuries and other incidents involving negligence in products liability, personal injury and wrongful death cases. She is currently involved in a number of cases against various corporate defendants and is responsible for developing legal theories, conducting legal research, and drafting discovery, pleadings and motions.

Katie also works with the BP Oil Spill litigation team to assist individuals and businesses in their efforts to hold BP and other corporate defendants accountable for the Deepwater Horizon oil spill. She has been representing clients in the Gulf Coast areas since shortly after the disaster occurred and has helped them to pursue litigation and navigate the claims process pursuant to the settlement agreement reached with BP. Additionally, Katie has experience representing consumers, public pension funds, unions, whistleblowers and institutional investors in securities and consumer fraud class actions and shareholder derivative suits and has assisted in the representation of smokers and the families of deceased smokers against tobacco manufacturers in the Engle-progeny litigation pending in Florida state and federal courts.

Prior to joining Motley Rice, Katie served as a law clerk for the Honorable Catharine R. Aron, U.S. Bankruptcy Judge for the Middle District of North Carolina. In this capacity, she gained experience writing complex legal memoranda, preparing proposed orders and working with attorneys to handle and resolve both consumer and business bankruptcies. She also clerked for a number of law firms in the Charleston, S.C. area.

A South Carolina native, Katie pursued a Juris Doctor from the University of South Carolina School of Law as a 3-year Merit Scholarship Recipient. She served as a Student Editor of the *ABA Real Property Probate & Trust Journal*, and was a competing member of the University of South Carolina Moot Court Bar and a Representative for the Legislative Council of the Student Bar Association. Katie also demonstrated her commitment to public service as a member of the University of South Carolina Pro Bono Board, a student arbitrator with the Lexington County Juvenile Arbitration Program, and a volunteer law clerk for South Carolina Appleseed Legal Justice Center, where she worked to affect change in low-income communities throughout the state through education.

Katie continues to be active in her community, volunteering her time to support the Susan G. Komen Race for the Cure, the HALOS Back to School & Angel Tree Projects, and the South Carolina Bar Young Lawyers Division's Special Olympics and Annual iCivics Day Projects each year. Katie has also served, since becoming a lawyer, as a mentor for the Charleston County Bar Association and has provided advice and aid to many young lawyers entering the legal profession. Katie actively supports the Dee Norton Lowcountry Children's Center, the Charleston Parks Conservancy, and the Coastal Community Foundation, and also currently assists as a Sub-Committee Co-Chair for the South Carolina Association for Justice's newly founded Women's Caucus.

ASSOCIATIONS:
**American Association for Justice**
**South Carolina Association for Justice**
**American Bar Association**
**South Carolina Bar Association**
**South Carolina Women Lawyers Association**
**Charleston County Bar Association**

### Roger M. "Hank" Young, Jr.

LICENSED IN: SC
EDUCATION:
J.D. *summa cum laude*, Charleston School of Law, 2016
B.A. *magna cum laude*, University of South Carolina Honors College, 2011

Hank Young represents victims harmed by medical drugs, medical negligence, and corporate misconduct.

As an advocate for some of the most vulnerable in our society, Hank seeks justice for children and for mothers following their use of the anti-nausea medication Zofran during pregnancy, which may cause life-threatening birth defects, as well as for elderly clients who suffer abuse and neglect at nursing homes and assisted living facilities. Hank also represents clients diagnosed with melanoma after taking Revatio® or Viagra®, and is reviewing claims of kidney failure and ketoacidosis after taking Invokana® and other SGLT2 inhibitors.

A Charleston native, Hank graduated from the Charleston School of Law, where he served as Editor in Chief of the *Charleston Law Review* and competed in numerous moot court competitions, including the 2015 National Tax Moot Court Competition, in which he was awarded Best Individual Advocate. He also was recognized with the CALI Award as the highest scoring student in Legal Writing I & II, Products Liability, Constitutional Law, Constitutional History, and Professional Responsibility.

A Motley Rice law clerk for two summers before joining the firm, Hank has clerked at both corporate defense and plaintiffs' firms. Additionally, Hank volunteered at the Veteran's Legal Clinic in Charleston during law school, providing low-income veterans with basic legal services, including finding housing, drafting wills, and resolving family law issues.

ASSOCIATIONS:
**South Carolina Association for Justice**
**Charleston County Bar Association**

Prior results do not guarantee a similar outcome.                    Motley Rice LLC • Attorneys at Law   **55**



28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
**SC | RI | CT | NY | WV | DC | LA | MO**

Joseph F. Rice (DC, SC) is the attorney responsible for this communication.
Prior results do not guarantee a similar outcome.
*PD: 03.28.2017*



**www.motleyrice.com**
**1 800.768.4026**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

```
-------------------------------------------------------- x
CHARLES STEINBERG, Individually and on  :   No. 1:18-cv-23786
Behalf of All Others Similarly Situated,   :
                                           :   CLASS ACTION
            Plaintiff,                     :
                                           :
                                           :
      vs.                                  :
                                           :
OPKO HEALTH, INC., PHILLIP FROST,          :
ADAM LOGAL, and JUAN RODRIGUEZ             :
                                           :
            Defendants.                    :
-------------------------------------------------------- x
MICHAEL BRENNAN, Individually and on      :   No. 1:18-cv-23924
Behalf of All Others Similarly Situated,   :
                                           :   CLASS ACTION
            Plaintiff,                     :
                                           :
                                           :
      vs.                                  :
                                           :
OPKO HEALTH, INC., PHILLIP FROST,          :
ADAM LOGAL, and JUAN RODRIGUEZ             :
                                           :
            Defendants.                    :
-------------------------------------------------------- x
```

**RULE 7.1 DISCLOSURE STATEMENT OF MOVANT**
**ERSTE ASSET MANAGEMENT GMBH**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for movant Erste Asset Management GmbH certifies as follows:

1. Erste Asset Management GmbH states that Erste Bank Beteiligungen GmbH, a private company, owns 100% of its stock. Erste Group Bank AG, a public company, is in turn the 100% owner of Erste Bank Beteiligungen GmbH.

DATED:  November 13, 2018

Respectfully submitted,

**MOTLEY RICE LLC**

*s/ T. David Hoyle*

T. David Hoyle (FL Bar #55006)
James M. Hughes
Gregg S. Levin
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone:  (843) 216-9000
Facsimile:  (843) 216-9450
dhoyle@motleyrice.com
jhughes@motleyrice.com
glevin@motleyrice.com

*Counsel for Erste Asset Management GmbH and Proposed Lead Counsel for the Class*

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 13, 2018.

*s/ T. David Hoyle*_____
T. David Hoyle

**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone:  (843) 216-9000
Facsimile:  (843) 216-9450
dhoyle@motleyrice.com