# EXHIBIT H

Case 3:24-cv-00334    Document 31-8    Filed 06/04/24    Page 1 of 5 PageID #: 1014

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

```
-------------------------------------------------------- x
CHARLES STEINBERG, Individually and on   :    No. 1:18-cv-23786
Behalf of All Others Similarly Situated,        :
                                                :    __CLASS ACTION__
          Plaintiff,                            :
                                                :
                                                :
     vs.                                        :
                                                :
OPKO HEALTH, INC., PHILLIP FROST,               :
ADAM LOGAL, and JUAN RODRIGUEZ                  :
                                                :
          Defendants.                           :
-------------------------------------------------------- x
MICHAEL BRENNAN, Individually and on     :    No. 1:18-cv-23924
Behalf of All Others Similarly Situated,        :
                                                :    __CLASS ACTION__
          Plaintiff,                            :
                                                :
                                                :
     vs.                                        :
                                                :
OPKO HEALTH, INC., PHILLIP FROST,               :
ADAM LOGAL, and JUAN RODRIGUEZ                  :
                                                :
          Defendants.                           :
-------------------------------------------------------- x
```

**NOTICE OF ERSTE ASSET MANAGEMENT GMBH CONCERNING ITS MOTION**
**FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD**
**PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

On November 13, 2018, pursuant to Section 21(D)(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §78u-4(a)(3)(B), Erste Asset Management GmbH ("Erste") timely filed a motion for consolidation, appointment as lead plaintiff, and approval of its selection of counsel in the above-captioned securities fraud class actions.  Ten similar motions were filed by other putative class members in these actions.

The PSLRA provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class."  15 U.S.C. §78u-4(a)(3)(B)(iii)(I).  Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Erste has not asserted the "largest financial interest."  However, were the Court to determine that other movants are incapable or inadequate to represent the class in this litigation, Erste remains willing and able to serve as lead plaintiff or as a named class representative.

By this Notice, Erste does not waive, compromise, or relinquish its right to participate in this litigation or receive its share of any recovery to the class.

DATED:  November 27, 2018                    Respectfully submitted,

**MOTLEY RICE LLC**

_____
                                *s/ T. David Hoyle*

T. David Hoyle (FL Bar #55006)
James M. Hughes
Gregg S. Levin
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone:  (843) 216-9000
Facsimile:  (843) 216-9450
dhoyle@motleyrice.com
jhughes@motleyrice.com

1

glevin@motleyrice.com

*Counsel for Erste Asset Management GmbH and*
*Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 27, 2018.

*s/ T. David Hoyle*_____
T. David Hoyle

**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone:  (843) 216-9000
Facsimile:  (843) 216-9450
dhoyle@motleyrice.com
