# EXHIBIT K

# Exhibit A

## PLAINTIFF'S CERTIFICATION
## PURSUANT TO FEDERAL SECURITIES LAWS

The undersigned, Gerold Permoser and Magdalena Arnezeder, on behalf of ERSTE-SPARINVEST Kapitalanlagegesellschaft m.b.H. ("Erste-Sparinvest"), for account of the funds listed in Schedule A (the "Funds"), declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1.    We have reviewed a complaint against Alexion Pharmaceuticals, Inc. ("Alexion") and designate Motley Rice LLC as proposed lead counsel for Erste-Sparinvest in this action for all purposes.

2.    We are duly authorized to institute legal action on behalf of Erste-Sparinvest and the Funds' behalf, including litigation against Alexion and any other defendants.

3.    Erste-Sparinvest did not purchase or sell the security that is the subject of this litigation at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4.    Erste-Sparinvest is willing to serve as a lead plaintiff and understands that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial. Erste-Sparinvest also understands that, if appointed Lead Plaintiff in this action, it will be subject to the jurisdiction of the Court and will be bound by all rulings by the Court, including rulings regarding any judgments.

5.    Erste-Sparinvest will not accept any payment for serving as a representative party beyond its *pro rata* share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court.

6.    Erste-Sparinvest has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification, except as detailed below:

    *Horowitz v. SunEdison, Inc.*, No. 4:15-cv-01769 (E.D. Mo. Feb. 1, 2016);

    *Wang v. PTC Therapeutics, Inc.*, No. 2:16-cv-01224 (D.N.J. May 2, 2016);

    *Mazurek v. Seres Therapeutics, Inc.*, No. 1:16-cv-11943 (D. Mass. Nov. 28, 2016); and

    *Electrical Workers Pension Fund, Local 103, International Brotherhood of Electrical Workers v. Biogen, Inc.*, No. 1:16-cv-12101-FDS (D. Mass. Dec. 23, 2016).

7.    Erste-Sparinvest understands that this is not a claim form, and that its ability to share in any recovery as a member of the class is unaffected by its decision to serve as a representative party.

8.      Attached hereto as Schedule A is a complete listing of all transactions Erste-Sparinvest made on behalf of the Funds during the Class Period that are subject of this litigation.  Erste-Sparinvest will provide records of those transactions upon request.

9.      Erste-Sparinvest is also represented and counseled in this matter by its attorney, Deborah M. Sturman of Sturman LLC.

**We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.**


Executed this 11th day of January 2017.


For ERSTE-SPARINVEST Kapitalanlagegesellschaft m.b.H.:


_____          _____
Gerold Permoser, Full Proxy                       Magdalena Arnezeder, Full Proxy

**Schedule A**

**Alexion Pharmaceuticals, Inc. (NASDAQ: ALXN)**

Class Period: 02/10/14 - 12/09/16

| **Erste-Sparinvest Kapitalanlagegesellschaft m.b.H** | | **DATE** | **SHARES** | **PRICE** |
|---|---|---|---|---|
| **DWS (Austria) Vermögensbildungsfonds** | | | | |
| | Purchases: | 07/20/15 | 2,200 | $205.54 |
| | Sales: | 10/05/16 | 1,300 | $125.77 |
| | | 10/17/16 | 440 | $118.66 |
| **ESPA STOCK BIOTEC** | | | | |
| | Purchases: | 04/07/14 | 12,000 | $145.12 |
| | | 04/11/14 | 2,800 | $140.19 |
| | | 04/23/14 | 3,100 | $152.70 |
| | | 06/25/14 | 1,850 | $158.85 |
| | | 11/12/14 | 7,950 | $191.98 |
| | | 11/19/14 | 4,200 | $192.70 |
| | | 01/12/15 | 450 | $184.17 |
| | | 02/13/15 | 2,500 | $181.75 |
| | | 02/23/15 | 1,100 | $183.91 |
| | | 03/06/15 | 550 | $181.61 |
| | | 04/07/15 | 10,600 | $176.85 |
| | | 06/23/15 | 8,000 | $189.89 |
| | | 07/23/15 | 4,200 | $207.99 |
| | | 08/24/15 | 8,700 | $170.30 |
| | | 12/29/15 | 3,400 | $191.92 |
| | | 05/12/16 | 7,200 | $137.61 |
| | | 07/01/16 | 3,000 | $118.66 |
| | | 09/29/16 | 36,000 | $121.20 |
| | Sales: | 04/15/14 | 1,600 | $144.78 |
| | | 05/14/14 | 2,000 | $160.29 |
| | | 07/24/14 | 600 | $167.59 |
| | | 07/25/14 | 800 | $166.59 |
| | | 07/28/14 | 2,000 | $162.82 |

|  |  | 09/22/14 | 13,000 | $159.24 |
|  |  | 12/22/14 | 2,000 | $188.15 |
|  |  | 10/02/15 | 7,700 | $165.02 |
|  |  | 12/11/15 | 2,000 | $187.70 |
|  |  | 12/14/15 | 2,000 | $186.94 |
|  |  | 01/20/16 | 1,500 | $157.22 |
|  |  | 02/09/16 | 2,000 | $137.92 |
|  |  | 10/28/16 | 3,100 | $135.33 |

**VBV Passive World Equities**

|  |  |  |  |  |
|---|---|---|---|---|
|  | Purchases: | 12/03/14 | 900 | $198.88 |
|  |  | 07/24/15 | 500 | $201.61 |
|  | Sales: | 01/20/15 | 1,900 | $183.06 |
|  |  | 02/06/15 | 500 | $175.63 |
|  |  | 10/06/15 | 200 | $160.00 |
|  |  | 01/12/16 | 100 | $166.12 |

## CERTIFICATION

I, Donald D. Drum, as Executive Director of the Public Employee Retirement System of Idaho ("PERSI"), hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification on behalf of PERSI. I have reviewed the complaint filed against Alexion Pharmaceuticals, Inc. ("Alexion") alleging violations of the federal securities laws;

2.      PERSI did not purchase securities of Alexion at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      PERSI is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary;

4.      PERSI's transactions in Alexion securities during the Class Period are reflected in Exhibit A, attached hereto;

5.      PERSI sought to serve as a lead plaintiff or representative party in the following class action under the federal securities laws filed during the last three years:

*In re Petrobras Securities Litigation*, No. 1:14-cv-9662 (S.D.N.Y.)

6.      Beyond its pro rata share of any recovery, PERSI will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this _____ 10 _____ day of January, 2017.

Donald D. Drum
*Executive Director of the*
*Public Employee Retirement System of Idaho*

2

**EXHIBIT A**

**TRANSACTIONS IN ALEXION PHARMACEUTICALS, INC.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 03/05/14 | 526.00 | $173.51 | ($91,266.68) |
| Sale | 06/27/14 | -117.00 | $157.60 | $18,439.20 |
| Purchase | 12/19/14 | 100.00 | $189.53 | ($18,953.00) |
| Purchase | 12/19/14 | 481.00 | $189.53 | ($91,163.93) |
| Purchase | 01/08/15 | 600.00 | $183.80 | ($110,280.00) |
| Purchase | 02/13/15 | 300.00 | $182.29 | ($54,687.00) |
| Sale | 02/20/15 | -266.00 | $186.02 | $49,481.32 |
| Purchase | 03/12/15 | 200.00 | $178.00 | ($35,600.00) |
| Purchase | 03/20/15 | 480.00 | $187.71 | ($90,099.12) |
| Purchase | 04/07/15 | 54,405.00 | $177.30 | ($9,645,875.93) |
| Purchase | 05/08/15 | 14,575.00 | $166.94 | ($2,433,219.00) |
| Purchase | 06/19/15 | 2,151.00 | $184.39 | ($396,632.57) |
| Purchase* | 06/24/15 | 104.64 | $184.98 | ($19,355.94) |
| Purchase* | 06/24/15 | 41.46 | $184.98 | ($7,669.27) |
| Purchase* | 06/24/15 | 38.83 | $184.98 | ($7,182.40) |
| Purchase* | 06/24/15 | 30.93 | $184.98 | ($5,721.62) |
| Purchase* | 06/24/15 | 156.63 | $184.98 | ($28,973.05) |
| Purchase* | 06/24/15 | 40.80 | $184.98 | ($7,547.55) |
| Purchase* | 06/24/15 | 28.30 | $184.98 | ($5,234.56) |
| Purchase* | 06/24/15 | 80.29 | $184.98 | ($14,851.67) |
| Purchase* | 06/24/15 | 27.64 | $184.98 | ($5,112.85) |
| Purchase* | 06/24/15 | 155.31 | $184.98 | ($28,729.61) |
| Purchase* | 06/24/15 | 77.66 | $184.98 | ($14,364.81) |
| Purchase* | 06/24/15 | 156.63 | $184.98 | ($28,973.05) |
| Purchase* | 06/24/15 | 64.49 | $184.98 | ($11,930.10) |
| Purchase* | 06/24/15 | 270.48 | $184.98 | ($50,033.20) |
| Purchase* | 06/24/15 | 55.94 | $184.98 | ($10,347.60) |
| Purchase* | 06/24/15 | 154.00 | $184.98 | ($28,485.99) |
| Sale | 06/26/15 | -1,400.00 | $184.45 | $258,230.00 |
| Sale | 06/26/15 | -275.00 | $184.45 | $50,723.75 |
| Sale | 07/31/15 | -0.02 | $147.47 | $2.36 |
| Purchase | 09/02/15 | 362.00 | $176.24 | ($63,798.88) |
| Purchase | 10/28/15 | 5,993.00 | $176.54 | ($1,058,004.22) |
| Purchase | 11/13/15 | 3,198.00 | $168.35 | ($538,373.07) |
| Purchase | 01/27/16 | 19,320.00 | $155.69 | ($3,007,940.46) |
| Purchase | 02/04/16 | 16,614.00 | $151.52 | ($2,517,276.86) |
| Purchase | 04/22/16 | 500.00 | $159.10 | ($79,550.00) |
| Sale | 05/23/16 | -759.00 | $142.51 | $108,165.09 |
| Purchase | 06/02/16 | 300.00 | $156.77 | ($47,031.00) |

*Shares received from Synageva BioPharma Corp. acquisition.  Valued at closing price of trade date.*

1