# EXHIBIT 1

## CERTIFICATION OF MOVANT OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM PURSUANT TO FEDERAL SECURITIES LAW

I, Ginger Sigler, Executive Director of Oklahoma Police Pension and Retirement System ("Oklahoma Police"), hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1.      I have reviewed the class action complaint filed in the United States District Court for the District of Massachusetts in the matter captioned *Raby v. Evolv Technologies Holdings, Inc. et al*, 1:24-cv-10761-ADB (D. Mass.).

2.      Oklahoma Police has authorized Berman Tabacco to file a motion for appointment as lead plaintiff and appointment of counsel on its behalf in this litigation.

3.      Oklahoma Police did not engage in transactions in the securities that are the subject of this action at the direction of counsel or in order to participate in this or any other litigation under the federal securities laws.

4.      Oklahoma Police is willing to serve as a representative party on behalf of the class, understands the duties of a lead plaintiff, and is willing to provide testimony at deposition and trial, if necessary.

5.      Oklahoma Police's transactions in the securities that are the subject of this action are set forth in Exhibit A, appended to this certification.  Other than the transactions set forth in Exhibit A, Oklahoma Police has engaged in no transactions during the class period in the securities that are the subject of this action.

6.      During the three-year period preceding the date of this certification, Oklahoma Police has sought to serve and was appointed lead plaintiff or a representative party on behalf of a class under the federal securities laws in the following matters:

- *In re Inotiv, In. Sec. Litig.*, No. 4:22-cv-00045 (N.D. Ind.); and
- *Plumbers & Pipefitters Local Union #295 Pension Fund v. CareDx, Inc.*, No. 3:22-cv-03023 (N.D. Cal.)

7.      Oklahoma Police has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either did not file a lead plaintiff motion, withdrew its motion for lead plaintiff, was not appointed lead plaintiff, or the lead plaintiff decision is still pending:

- *Oklahoma Police Pension & Ret. Sys. v. Shoals Techs. Grp., Inc.*, No. 3:24-cv-00580 (M.D. Tenn.); and
- *Marquez v. Bright Health Grp., Inc.*, No. 1:22-cv-00101 (E.D.N.Y.).

1

8.      Oklahoma Police will not accept any payment for serving as representative party on behalf of the class beyond Oklahoma Police's *pro rata* share of any recovery, except for any award, as ordered or approved by the Court in compliance with federal law, directly relating to the representation of the class.

9.      As Executive Director of Oklahoma Police, I am duly authorized to sign this Certification on behalf of Oklahoma Police.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 24, 2024.

Ginger Sigler
*Executive Director*
*Oklahoma Police Pension and*
*Retirement System*

2

**Evolv Technologies Holdings Inc.**
**Common Stock cusip (30049H102)**
**Exhibit A**

**Class Period**: 06/28/21-03/13/24

**Shareholder**: Oklahoma Police Pension & Retirement System

| Trade Date | Transaction | Shares Bought | Shares Sold | Trade Price Per Share |
|---|---|---|---|---|
| 02/13/24 | PURCHASE | 61,854 | | $5.6086 |
| 02/13/24 | PURCHASE | 66,341 | | $5.5020 |