UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In re SHOALS TECHNOLOGIES GROUP, INC. SECURITIES LITIGATION | ) ) ) | Civil Action No. 3:24-cv-00334 |
| | ) | Judge Aleta A. Trauger |
| This Document Relates To: | ) ) ) | CLASS ACTION |
| | ) ) ) | |

**DECLARATION OF CHRISTOPHER M. WOOD IN SUPPORT OF ERSTE ASSET MANAGEMENT GMBH'S REPLY IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

I, Christopher M. Wood, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of Tennessee and this Court. I am a partner of Robbins Geller Rudman & Dowd LLP, proposed lead counsel for proposed lead plaintiff Erste Asset Management GmbH ("Erste AM") in the above-captioned related securities class actions. This declaration is made in support of Erste AM's Reply in Support of Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Reply of Dr. Leopold Specht in Response to the Expert Declaration of Prof. Chris Thomale Dated 4th June 2024;

Exhibit B: Declaration of Romana Peschke;

Exhibit C: Notice of Name Change filed in *Boston Retirement System v. Alexion Pharmaceuticals, Inc.*, No. 3:16-cv-02127-AWT (D. Conn.);

Exhibit D: A certified translation of a "Confirmation of the Austrian Financial Market Authority dated November 10, 2021 regarding Erste Asset Management GmbH and the DWS (AUSTRIA) VERMÖGENSBILDUNGSFONDS, ERSTE STOCK BIOTEC, AND VBV LOW CARBON WORLD EQUITIES funds"; and

Exhibit E: Excerpts of Rule 30(b)(6) Deposition of Erste AM in *Boston Retirement System v. Alexion Pharmaceuticals, Inc.* (D. Conn.).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of June, 2024.

_____
CHRISTOPHER M. WOOD

- 1 -

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on June 11, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Christopher M. Wood

CHRISTOPHER M. WOOD
ROBBINS GELLER RUDMAN
 & DOWD LLP
200 31st Avenue North
Nashville, TN  37203
Telephone:  615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com

# Mailing Information for a Case 3:24-cv-00334 Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund v. Shoals Technologies Group, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Rachel A. Avan**
  ravan@saxenawhite.com

- **Margaret V. Dodson**
  margaret.dodson@bassberry.com

- **Marco A. Duenas**
  mduenas@saxenawhite.com

- **Renatta A. Gorski**
  renatta.gorski@lw.com

- **Lester R. Hooker**
  lhooker@saxenawhite.com

- **Michele D. Johnson**
  michele.johnson@lw.com

- **Britt K. Latham**
  blatham@bassberry.com,renatta.gorski@lw.com,lauren.fane@lw.com,heather.waller@lw.com,llewis@bassberry.com,lbilbrey@bassberry.com,christian.beveridge@lw.

- **Gregg S. Levin**
  glevin@motleyrice.com,lmclaughlin@motleyrice.com,erichards@motleyrice.com,kweil@motleyrice.com

- **Jerry E. Martin**
  jmartin@barrettjohnston.com,elusnak@barrettjohnston.com,jmartin@rgrdlaw.com

- **Christopher F. Moriarty**
  cmoriarty@motleyrice.com

- **James Gerard Stranch , IV**
  gstranch@stranchlaw.com,complexlit@stranchlaw.com

- **Heather A. Waller**
  heather.waller@lw.com,chefiling@lw.com,heather-waller-8915@ecf.pacerpro.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)