# Exhibit B

| | |
|---|---|
| In re SHOALS TECHNOLOGIES GROUP, INC. SECURITIES LITIGATION | ) Civil Action No. 3:24-cv-00334 |
| | ) |
| | ) Judge Aleta A. Trauger |
| | ) |
| This Document Relates To: | ) CLASS ACTION |
| | ) |
| | ) |
| | ) |

## <u>DECLARATION OF ROMANA PESCHKE</u>

The undersigned, ROMANA PESCHKE, declares as follows:

1. I respectfully submit this declaration on behalf of Erste Asset Management GmbH ("Erste AM"), and in support of Erste Asset Management GmbH's Reply in Support of Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Counsel. If called upon, I could and would testify competently to the following:

2. I am a Legal Specialist at Erste AM. In this role, I have responsibility for the legal affairs of Erste AM's funds, including the five funds listed in the Erste AM's Certification in the above-captioned litigation (ECF No. 23-4) (Erste Green Invest, Erste Green Invest Mix, Erste Responsible Stock America, Erste Responsible Stock Global, and Erste WWF Stock Environment, and collectively, the "Funds").

3. The Funds are all mutual funds without legal personality. Together, the Funds collectively hold billions of Euros in assets and at any time have thousands of investors (known as unit holders), many of whom are small retail investors.

4. As the Funds' management company, Erste AM – and only Erste AM – may bring claims on behalf of the Funds. Neither the Funds themselves (which lack legal personality) nor the unit holders may sue on behalf of the Funds. There is no provision in any of the Funds'

investment-related documents (or indeed anywhere) for the unit holders to bring claims directly for harms suffered by the Funds.

5. To the best of my knowledge, no unit holder has ever brought litigation for any harms suffered by Erste AM's mutual funds, including the Funds. Any attempt to do so would be contrary to Erste AM's rights and obligations as the Funds' asset management company.

6. Any securities litigation recoveries Erste AM receives on behalf of its mutual funds, such as the Funds, are paid into to those funds directly at the time of the recovery. The investors (or unit holders) of Erste AM's mutual funds, such as the Funds, do not receive any individual or direct payment from any such recoveries.

7. Investors who held shares in Erste AM's mutual funds, including the Funds, during the relevant class periods but who sold their shares prior to the payment of any recovery are not entitled to share in the recoveries (because the recoveries go the mutual funds directly rather than any individual unit holders).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th of June, 2024, at Vienna, Austria.

**Erste Asset Management GmbH**
**electronically signed**

| Inspection information: | The electronic signatures of this document can be inspected at the website of Rundfunk und Telekom Regulierungs-GmbH (https://www.signatur.rtr.at/de/vd/Pruefung.html). |
|---|---|
| Note: | This document was signed with two qualified electronic signatures. A qualified electronic signature has the equivalent legal effect of a handwritten signature. (Art 25 REGULATION (EU) No 910/2014 ("eIDAS Regulation")). |



Telekommunikation und Post   >   Vertrauensdienste   >   Signatur und Zertifikatsprüfung   >   Signaturprüfung



# Signatur-Prüfung

Sollten bei der Signaturprüfung Probleme auftreten, so beachten Sie bitte die  Hinweise .

## Prüfergebnis

| | |
|---|---|
| **Dateiname** | [Shoals Erste AM Declaration.pdf](#) |
| **Hashwert** | CfYhukDfsx7wf+DCG6GoZgnNPQy5nItq8QdQQLygzN0= |
| **Größe** | 113 KB |
| **Typ** | PDF signature (PAdES-B) |
| **Prüfergebnis** | Das Dokument ist gültig signiert. |

⬇ Signierten Prüfbericht als PDF
herunterladen

## Signaturen / Siegel

### #1 - Romana Peschke *

| | |
|---|---|
| **Signatur/Siegel- bzw. Prüfzeitpunkt (UTC)** | 2024-06-10T10:13:36Z |
| **Signatur/Siegel** | Die Überprüfung des Werts der Signatur bzw. des Siegels konnte erfolgreich durchgeführt werden. |
| **Zertifikat** | Eine formal korrekte Zertifikatskette vom Signatur/Siegel-Zertifikat zu einem vertrauenswürdigen Wurzelzertifikat konnte konstruiert werden. Jedes Zertifikat dieser Kette ist zum in der Anfrage angegebenen Prüfzeitpunkt gültig. |

**Zusatzinformationen**

| | |
|---|---|
| Signaturtyp/Siegeltyp | PAdES-B |
| * Anmerkung | Diese Signatur bzw. dieses Siegel umfasst nicht das vollständige Dokument. Bei mehrfach signierten Dokumenten wird das Dokument bei jedem Signaturvorgang erweitert und es kann auch erwünschte Änderungen geben (Genehmigungsvermerke bzw. Erweiterungen durch langzeitvalidierbare elektronische Signaturen oder Siegel der Konformitätsstufen LT oder LTA). Um unerwünschte Veränderungen auszuschließen, sollten die Daten, die dieser Signatur bzw. diesem Siegel tatsächlich zu Grunde liegen, gesondert betrachtet werden. |

Case 3:24-cv-00334   Document 36-2   Filed 06/10/24   Page 5 of 8 PageID #: 1200

| | |
|---|---|
| Die Signatur deckt den/die folgende/n Bereich/e an Bytes ab | 0,75938,94884,914 ⌄ ⌄ |
| Signaturalgorithmus | SHA256withECDSA |
| | ⬇ Signierte Daten herunterladen |

## Unterzeichner/Siegelersteller

| | |
|---|---|
| Name | Romana Peschke |
| Staat | AT |
| Seriennummer | dez.: 705213741668, hex.: a4:32:03:ba:64 |

## Aussteller

| | |
|---|---|
| Name | a-sign-premium-mobile-09 |
| Organisationseinheit | a-sign-premium-mobile-09 |
| Organisation | A-Trust GmbH |
| Staat | AT |

## Informationen zum Zertifikat

| | |
|---|---|
| Seriennummer | dez.: 93935676, hex.: 59:95:83:c |
| Qualität | Qualifiziertes Zertifikat (Quelle: TSL), sichere Signaturerstellungseinheit (Quelle: Zertifikat) |
| Zeitliche Gültigkeit | Gültig von 2024-01-12T07:37:55Z bis 2025-02-05T10:36:04Z. Der Prüfzeitpunkt liegt innerhalb des Gültigkeitszeitraumes. |
| Key Usage | Digital Signature, Non Repudiation |
| Zertifizierungsstatement | http://www.a-trust.at/docs/cp/a-sign-premium-mobile |
| | ⬇ Zertifikat Herunterladen |

## Informationen zum Vertrauensdienst

| | |
|---|---|
| Herausgeberland | AT |
| ServiceTypeStatus | http://uri.etsi.org/TrstSvc/TrustedList/Svcstatus/granted |
| ServiceTypeIdentifier | http://uri.etsi.org/TrstSvc/Svctype/CA/QC |
| Zusätzliche Service Informationen | http://uri.etsi.org/TrstSvc/TrustedList/SvcInfoExt/ForeSignatures |

### #2 - Karl Freudenschuss

| | |
|---|---|
| Signatur/Siegel- bzw. Prüfzeitpunkt (UTC) | 2024-06-10T16:20:17Z |
| Signatur/Siegel | Die Überprüfung des Wertes der Signatur bzw. des Siegels konnte erfolgreich durchgeführt werden. |

Case 3:24-cs-00334    Document 36-28    Filed 06/11/24    Page 6 of 8 PageID #: 1201

| | |
|---|---|
| Zertifikat | Eine formal korrekte Zertifikatskette vom Signatur/Siegel-Zertifikat zu einem vertrauenswürdigen Wurzelzertifikat konnte konstruiert werden. Jedes Zertifikat dieser Kette ist zum in der Anfrage angegebenen Prüfzeitpunkt gültig. |

## Zusatzinformationen

| | |
|---|---|
| Signaturtyp/Siegeltyp | PAdES-B |
| Die Signatur deckt den/die folgende/n Bereich/e an Bytes ab | 0,96387,115333,596 |
| Signaturalgorithmus | SHA256withECDSA |
| | ⤓ Signierte Daten herunterladen |

## Unterzeichner/Siegelersteller

| | |
|---|---|
| Name | Karl Freudenschuss |
| Staat | AT |
| Seriennummer | dez.: 126080559126, hex.: 1d:5a:fc:a8:16 |

## Aussteller

| | |
|---|---|
| Name | a-sign-premium-mobile-05 |
| Organisationseinheit | a-sign-premium-mobile-05 |
| Organisation | A-Trust Ges. f. Sicherheitssysteme im elektr. Datenverkehr GmbH |
| Staat | AT |

## Informationen zum Zertifikat

| | |
|---|---|
| Seriennummer | dez.: 1556263127, hex.: 5c:c2:b0:d7 |
| Qualität | Qualifiziertes Zertifikat (Quelle: TSL), sichere Signaturerstellungseinheit (Quelle: Zertifikat) |
| Zeitliche Gültigkeit | Gültig von 2022-12-27T20:50:19Z bis 2027-12-27T20:50:19Z. Der Prüfzeitpunkt liegt innerhalb des Gültigkeitszeitraumes. |
| Key Usage | Digital Signature, Non Repudiation |
| Zertifizierungsstatement | http://www.a-trust.at/docs/cp/a-sign-premium-mobile |
| | ⤓ Zertifikat Herunterladen |

## Informationen zum Vertrauensdienst

| | |
|---|---|
| Herausgeberland | AT |

**RUNDFUNK UND TELEKOM REGULIERUNGS-GMBH**

A-1060 Wien, Mariahilfer Straße 77-79

Tel.: +**43 1 58058-0**

  

**Kontakt**

**Impressum**

**Datenschutz**

**Hinweisgeber:innen**

**Barrierefreiheit**

**Cookie Präferenzen**

**Presse**

**eRTR**

**Open Data**

**Häufig gestellte Fragen**

**Karriere**