# Exhibit C

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| BOSTON RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>  vs.<br><br>ALEXION PHARMACEUTICALS, INC., LEONARD BELL, DAVID L. HALLAL, VIKAS SINHA, DAVID BRENNAN, DAVID J. ANDERSON, LUDWIG N. HANTSON, and CARSTEN THIEL,<br><br>       Defendants. | Civ. No. 3:16-cv-2127 (AWT)<br><br>Hon. Alvin W. Thompson<br><br>**NOTICE OF NAME CHANGE** |

PLEASE TAKE NOTICE that Erste-Sparinvest Kapitalanlagegesellschaft m.b.H., through undersigned counsel, hereby notifies the Court and all parties that, effective as of November 3, 2018, its name has been changed to Erste Asset Management GmbH following the merger of Erste-Sparinvest Kapitalanlagegesellschaft m.b.H. into Erste Asset Management GmbH.

Dated:  November 14, 2017

        MOTLEY RICE LLC

      By:  /s/ William H. Narwold
        WILLIAM H. NARWOLD (CT 00133)
        One Corporate Center
        20 Church Street, 17th Floor
        Hartford, CT 06103
        Telephone: (860) 882-1681
        Facsimile: (860) 882-1682
        bnarwold@motleyrice.com

        -and-

       James M. Hughes

William S. Norton (*pro hac vice*)
Joshua C. Littlejohn (*pro hac vice*)
Andrew P. Arnold (*pro hac vice*)
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
jhughes@motleyrice.com
bnorton@motleyrice.com
jlittlejohn@motleyrice.com
aarnold@motleyrice.com

*Co-Lead Counsel for Lead Plaintiffs
and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 14, 2017, a copy of the foregoing Notice of Name Change was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and parties may access this filing through the Court's CM/ECF System.

Dated:  November 14, 2017                      MOTLEY RICE LLC

By:  /s/ William H. Narwold
WILLIAM H. NARWOLD (CT 00133)
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: (860) 882-1681
Facsimile: (860) 882-1682
bnarwold@motleyrice.com

3