# Exhibit D

# Exhibit ./D.

Confirmation of the Austrian Financial Market Authority dated November 10, 2021 regarding Erste Asset Management GmbH and the DWS (AUSTRIA) VERMÖGENSBILDUNGSFONDS, ERSTE STOCK BIOTEC, AND VBV LOW CARBON WORLD EQUITIES funds

o German original

 

ÖSTERREICHISCHE
FMA·FINANZMARKTAUFSICHT

Johannes Kepler University of Linz
Faculty of Law
Institute for Corporate Law

o. Univ. Prof. Dr. Martin Karollus

Altenberger Straße 69
4040 Linz

DIVISION Securities Supervision
REF. NO. FMA-IF25 9300/0083-INV/2021
(please always indicate!)

CASE OFFICER Eva Kubanik, LLM

TELEPHONE (+43-1) 249 59 -3406

FAX (+43-1) 249 59 -3499

E-MAIL eva.kubanik@fma.gv.at

E-SERVICE: ERsB ORDER NO. 9110020375710

VIENNA, DATED 11/10/2021

### **Confirmation**

The Financial Market Authority confirms that Erste Asset Management GmbH holds a license pursuant to Section 1 para. 1 clause 13 of the Austrian Banking Act *[Bankwesengesetz]*, Austrian Federal Legal Gazette [Bundesgesetzblatt, BGBl.], I No. 532/1993, as amended, and is therefore authorized to manage investment funds pursuant to Section 5 para. 1 of the Austrian Investment Fund Act 2011 *[Investmentfondsgesetz, InvFG 2011]*, BGBl. I No. 77/2011, as amended.

Erste Asset Management GmbH has been subject to supervision by the Financial Market Authority since December 23, 2008.

It is further confirmed that Erste Asset Management GmbH has the right of disposal over the assets as defined in Section 52 (in conjunction with Section 164 para. 3 clause 1) InvFG 2011 with regard to the following investment funds:

- DWS (Austria) Vermögensbildungsfonds [Capital Accumulation Fund]
- ERSTE STOCK BIOTEC (formerly: ESPA STOCK BIOTEC)
- VBV Low Carbon World Equities (previously: VBV Passive World Equities)

In addition, Erste Asset Management GmbH is in particular authorized to intervene in court for the aforementioned fund in Austria and abroad, to instruct lawyers to represent it in court, and to bring legal action or have it brought for this fund.

Financial Market Authority
For the Management Board

Dr. Othmar Berger                              Eva Kubanik, LLM

A-1090 Vienna, Otto-Wagner-Platz 5 · Telephone (+43-1) 249 59-0 Fax (+ 43-1) 249 59-5499 · www.fma.gv.at

electronically produced



| Signature value | eQzrFh78edlOmcSRgOwEiEfTIwqJfyNYSwTDrJ1Hszn6+/MeKbM7/44yvl90IfkHTrAZiGalF9/WTQM3UbaW fhXITYhmZX10Ua9mlYqlRjYSSVwwDYnr6xkQE/NBkFLGwvtZrJufRBCJfN8J40hqXyQlIJL8zPBfRycpQKGO T7/azlvvhW367WAMMU3sx46BVd7iMM0ANhl4dMEGc03LU4R7C7joZChYi0Q19I7ubadapd72UbLni4TQ4CNr kGMu5w/NK37FqQfAaE80+N8lctHRhbzsbTifbhZ7FfwoRVvajX667F9WgHOwh67TCowDm02nFi2MQKAG6wp/ /0B0lQ== |
|---|---|
| Signatory | Austrian Financial Market Authority |
| Date/time UTC | 11/10/2021 at 9:23:46 a.m. |
| Certificate of the issuer | CN=a-sign-corporate-light-02,OU=a-sign-corporate-light-02,O=A-Trust Ges. f. Sicherheitssysteme im elektr. Datenverkehr GmbH, C=AT |
| Serial no. | 532114608 |
| Method | urn:pdfsigfilter:bka.gv.at:binaer:v1.1.0 |
| Information on the verification | Information on the verification of the electronic seal or electronic signature can be found at: http://www.signaturpruefung.gv.at |
| Note | This document has been officially signed. A printout of this document also has the probative value of a public document in accordance with Section 20 of the E-Government Act *[E-Government-Gesetz]*. |

Exhibit ./D.

Confirmation of the Austrian Financial Market Authority dated 10 November 2021 regarding Erste Asset Management GmbH and the DWS (AUSTRIA) VERMÖGENSBILDUNGS-FONDS, ERSTE STOCK BIOTEC AND VBV LOW CARBON WORLD EQUITIES funds

o German original





ÖSTERREICHISCHE
FMA·FINANZMARKTAUFSICHT

Johannes Kepler Universität Linz
Rechtswissenschaftliche Fakultät
Institut für Unternehmensrecht

o.Univ.-Prof. Dr. Martin Karollus

Altenberger Straße 69
4040 Linz

BEREICH Wertpapieraufsicht
GZ FMA-IF25 9300/0083-INV/2021
(bitte immer anführen!)

SACHBEARBEITER/IN Eva Kubanik, LLM
TELEFON (+43-1) 249 59 -3406
TELEFAX (+43-1) 249 59 -3499
E-MAIL eva.kubanik@fma.gv.at
E-ZUSTELLUNG: ERsB-ORDNUNGSNR. 9110020375710

WIEN, AM 10.11.2021

## Bestätigung

Die Finanzmarktaufsichtsbehörde bestätigt, dass die Erste Asset Management GmbH über eine Konzession gemäß § 1 Abs. 1 Z 13 Bankwesengesetz, BGBl. I Nr. 532/1993, idgF, verfügt und sohin gemäß § 5 Abs. 1 Investmentfondsgesetz 2011 – InvFG 2011, BGBl. I Nr. 77/2011, idgF, zur Verwaltung von Kapitalanlagefonds berechtigt ist.

Die Erste Asset Management GmbH unterliegt seit 23.12.2008 der Aufsicht der Finanzmarktaufsichtsbehörde.

Es wird weiters bestätigt, dass die Erste Asset Management GmbH hinsichtlich der nachstehenden Kapitalanlagefonds das Verfügungsrecht über die Vermögenswerte iSd § 52 (iVm § 164 Abs. 3 Z 1) InvFG 2011 hat:

- DWS (Austria) Vermögensbildungsfonds
- ERSTE STOCK BIOTEC (vormals: ESPA STOCK BIOTEC)
- VBV Low Carbon World Equities (vormals: VBV Passive World Equities)

Darüber hinaus hat die Erste Asset Management GmbH insbesondere die Berechtigung für den vorgenannten Fonds im In- und Ausland vor Gericht einzuschreiten, Anwälte mit der Vertretung vor Gericht zu beauftragen und Klagen für diesen Fonds einzubringen oder einbringen zu lassen.

Finanzmarktaufsichtsbehörde
Für den Vorstand

Dr. Othmar Berger                    Eva Kubanik, LLM

A-1090 Wien, Otto-Wagner-Platz 5 · Telefon (+43-1) 249 59-0 · Fax (+43-1) 249 59-5499 · www.fma.gv.at

elektronisch gefertigt



| Signaturwert | eQzrFh78edlOmcSRgOwEiEfTIwqJfyNYSwTDrJ1Hszn6+/MeKbM7/44yvl90IfkHTrAZiGalF9/WTQM3UbaW fhXITYhmZXlOUa9mlYq1RjYSSVwwDYnr6xkQE/NBkFLGwvtZrJufRBCJfN8J40hqXyQ1IJL8zPBfRycpQKGO T7/az1vvhW367WAMMU3sx46BVd7iMM0ANh14dMEGc03LU4R7C7joZChYi0Ql9I7ubadapd72UbLni4TQ4CNr kGMu5w/NK37FqQfAaE80+N81ctHRhbzsbTifbhZ7FfwoRVvajX667F9WgHOwh67TCowDm02nFi2MQKAG6wp/ /0B01Q== | |
|---|---|---|
| FINANZMARKTAUFSICHT FMA ÖSTERREICH @ AMTSSIGNATUR | Unterzeichner | Österreichische Finanzmarktaufsichtsbehörde |
| | Datum/Zeit-UTC | 2021-11-10T09:23:46Z |
| | Aussteller-Zertifikat | CN=a-sign-corporate-light-02,OU=a-sign-corporate-light-02,O=A-Trust Ges. f. Sicherheitssysteme im elektr. Datenverkehr GmbH,C=AT |
| | Serien-Nr. | 532114608 |
| | Methode | urn:pdfsigfilter:bka.gv.at:binaer:v1.1.0 |
| Prüfinformation | Informationen zur Prüfung des elektronischen Siegels bzw. der elektronischen Signatur finden Sie unter: http://www.signaturpruefung.gv.at | |
| Hinweis | Dieses Dokument wurde amtssigniert. Auch ein Ausdruck dieses Dokuments hat gemäß § 20 E-Government-Gesetz die Beweiskraft einer öffentlichen Urkunde. | |

2/2



City of New York, State of New York, County of New York

I, Spencer Keenan, hereby certify that the document "**20211215_198.06_LP mtn for class cert - fma letter_EN-US**" is, to the best of my knowledge and belief, a true and accurate translation from [German] into [English].

*Spencer Keenan*

_____
Spencer Keenan 6/9/2024

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE