# Exhibit E

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
No. 3:16-cv-2127 (AWT)
- - - - - - - - - - - - - - - - - - - - - -x

BOSTON RETIREMENT SYSTEM,
Individually and On Behalf of All
Others Similarly Situated,

                    Plaintiff,

          -against-

ALEXION PHARMACEUTICALS, INC.,
LEONARD BELL, DAVID L. HALLAL,
VIKAS SINHA, DAVID BRENNAN,
DAVID J. ANDERSON, LUDWIG N.
HANTSON, and CARSTEN THIEL,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - -x

                    March 1, 2022
                    2:12 p.m. CET

                Remote Videotaped Deposition
of ROMANA PESCHKE, Volume I, taken by
Defendant, pursuant to Notice, held
remotely, before Sharon Pearce, RDR, CRR,
CRC, NYRCR, a Registered Diplomate
Reporter, Certified Realtime Reporter, and
Notary Public of the State of New York.

Veritext Legal Solutions
212-267-6868                www.veritext.com                516-608-2400
Case 3:24-cv-00334   Document 36-5   Filed 06/11/24   Page 2 of 5 PageID #: 1217

Page 193

PESCHKE

funds in question, and so the individual holders of these shares in the fund are not in a position to raise legal claims, as it were, individually.

Q.    All right.  Subject to any further redirect examination, I have nothing else.

THE INTERPRETER:  I don't hear anything.

BY MR. HURWITZ:

Q.    Regarding the last questions that you were just asked, you are not an Austrian lawyer; correct?

MR. MORIARTY:  Object to form. Asked and answered.

A.    While I am not an attorney in Austria, I am a jurist, and I'm well aware of issues pertaining to capital markets.

Q.    Is there an agreement of any kind between the investors in any of the funds and -- on the one hand and Erste on the other hand whereby the investor has authorized Erste to bring claims on behalf of the fund?

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400
Case 3:24-cv-00334   Document 36-5   Filed 06/11/24   Page 3 of 5 PageID #: 1218

Page 194

PESCHKE

A.    According to Austrian law, it says in the law in Austria that the fund is the only entity that is entitled to bring legal claims to the Court.

Q.    My question, though, is is there any sort of agreement -- is there any agreement between the investors in any of the funds on the one hand and Erste on the other hand whereby the investors delegate to Erste the authority to bring claims of the kind being asserted in this case?

A.    According to Austrian law, a fund can only be initiated -- can only be -- a fund can only be initiated according to Austrian law in the form of a contract.  It does not have a separate legal personality.  It's not a separate legal person.  And any investors who purchase shares in the fund delegate with the purchase of such shares.  It is a trustee contract.

The administrative entity is the only representative of -- the administrative corporation that is in this

Veritext Legal Solutions
212-267-6868                     www.veritext.com                     516-608-2400
Case 3:24-cv-00334   Document 36-5   Filed 06/11/24   Page 4 of 5 PageID #: 1219

Page 195

PESCHKE

case is the only representative of the fund, and the individual investors are not able to act independently. Does that answer your question?

Q.    Not exactly.  I understand your statements about Austrian law that are based on Austrian statutes.  I understand you're relying on Austrian law in reaching the -- making the assertion that you're making.

A.    Okay.

Q.    Are there any contractual documents that say -- let me ask this a different way.

A.    We don't need to have a contractual document.  It is written in the law.

Q.    I understand that's -- I understand that statement.  That's where I was going as well.

In addition to the law, is there in fact a contract, or are you saying there is no contract because it's true in the matter of law?