| | | |
|---|---|---|
| In re SHOALS TECHNOLOGIES GROUP, INC. SECURITIES LITIGATION | ) ) ) ) ) | Civil Action No. 3:24-cv-00334 |
| | | Judge Waverly D. Crenshaw, Jr. |
| | | Magistrate Judge Alistair Newbern |
| This Document Relates To: | ) ) ) ) ) | CLASS ACTION |

PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT THE
CONSOLIDATED COMPLAINT AND AMEND BRIEFING SCHEDULE

Pursuant to Federal Rule of Civil Procedure 15(d), Lead Plaintiff Erste Asset Management GmbH and plaintiff Kissimmee Utility Authority Employees' Retirement Plan (collectively, "Plaintiffs") hereby move for leave to supplement the operative Consolidated Complaint for Violations of the Federal Securities Laws (ECF 75) (the "Complaint") to add allegations regarding an event that occurred following its filing.

Federal Rule of Civil Procedure 15(d) provides in part:

> On motion and reasonable notice, the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented.

Fed. R. Civ. P. 15(d). "The purpose of subdivision (d) is to promote as complete an adjudication of the dispute between the parties as is possible." 6A Charles A. Wright, *et al.*, *Federal Practice & Procedure* §1504 (3d ed. 1998).

"Whether to permit a party to supplement its pleading is at the discretion of the district court." *Franklin Publ'ns, Inc. v. Gen. Nutrition Corp.*, 2007 WL 9725253, at *2 (S.D. Ohio Aug. 28, 2007) (citing *Spies v. Voinovich*, 48 F. App'x 520, 527 (6th Cir. 2002)). This discretion is subject to "the same standard of review and rationale" as motions for leave to amend. *Spies*, 48 F.

- 1 -

App'x at 527.  Thus, just as "Rule 15 sets a liberal policy in favor of permitting parties to amend their pleadings . . . ," *Mattox v. Edelman*, 851 F.3d 583, 592 (6th Cir. 2017), "[i]n the absence of undue delay or prejudice, a district court should freely grant motions to supplement pleadings." *Franklin Publ'ns*, 2007 WL 9725253, at *2.

After Lead Plaintiff filed the Complaint, on January 2, 2025 Prysmian Cables and Systems USA, LLC filed Defendant Prysmian's Answer and Affirmative Defenses to Plaintiff Shoals' First Amended Complaint in the related action *Shoals Techs. Grp., LCC v. Prysmian Cables and Sys. USA, LLC*, No. 3:23-cv-01153 (M.D. Tenn.) (*see id.* ECF 60).  As set forth in the [Proposed] Supplement to Consolidated Complaint for Violations of the Federal Securities Laws (the "Supplement") attached hereto as Exhibit A, Plaintiffs contend that certain portions of this pleading are relevant to the claims and defenses at issue in this action.  *See generally* Ex. A.

Defendants have not yet responded to the Complaint, as their motion to dismiss the Complaint is due on February 7, 2025.  Plaintiffs' counsel has conferred with Defendants' counsel concerning this motion, and Defendants' counsel has stated that Defendants do not oppose the relief requested but believe what Plaintiffs seek is an amendment to the Complaint under Federal Rule of Civil Procedure 15(a)(1) since they seek to add allegations from a different litigation about purported events that predate the filing of the Complaint.  *See* Fed. R. Civ. P. 15(d) (supplemental pleading limited to "setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented").  Defendants further stated that they do not concede the relevance or merit of the proposed amendments.

The parties also submit that it would be more efficient for the parties and the Court for Defendants to file their motion to dismiss after the Court decides this motion so that Defendants' motion to dismiss can address the proposed additional allegations.  Given Defendants' upcoming

- 2 -

deadline to file their motion to dismiss, Defendants have requested until the latter of: (1) February 18, 2025; or (2) two weeks following the Court's order on this motion to file their motion to dismiss. The parties further request that the dates for Plaintiffs' opposition and Defendants' reply (currently set for April 8, 2025 and May 23, 2025, respectively) be extended by the same time as Defendants' motion to dismiss, such that Plaintiffs' opposition be due no later than 60 days after the filing of Defendants' anticipated motion to dismiss, and Defendants' reply be due no later than 45 days after the filing of Plaintiffs' opposition.

For all these reasons, Plaintiffs respectfully request that the Court grant Plaintiffs leave to supplement the Complaint and amend the briefing schedule for Defendants' motion to dismiss.

DATED: January 27, 2025

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER M. WOOD, #032977
HENRY S. BATOR, #040431

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

200 31st Avenue North
Nashville, TN 37203
Telephone: 615/244-2203
cwood@rgrdlaw.com
hbator@rgrdlaw.com

- 3 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
DEBRA J. WYMAN (*pro hac vice*)
MATTHEW I. ALPERT (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
darrenr@rgrdlaw.com
dmyers@rgrdlaw.com

MOTLEY RICE LLC
GREGG S. LEVIN (*pro hac vice*)
WILLIAM S. NORTON (*pro hac vice*)
CHRISTOPHER F. MORIARTY (*pro hac vice*)
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Telephone: 843/216-9000
glevin@motleyrice.com
bnorton@motleyrice.com
cmoriarty@motleyrice.com

Lead Counsel for Lead Plaintiff

BARRETT JOHNSTON MARTIN
  & GARRISON, PLLC
JERRY E. MARTIN, #20193
200 31st Avenue North
Nashville, TN 37203
Telephone: 615/244-2202
jmartin@barrettjohnston.com

Local Counsel

KLAUSNER, KAUFMAN, JENSEN &
LEVINSON, P.A.
ROBERT D. KLAUSNER
SEAN M SENDRA
7080 Northwest 4th Street
Plantation, FL 33317
Telephone: 954/916-1202
bob@robertdklausner.com
sean@robertdklausner.com

Additional Counsel for Plaintiff Kissimmee
Utility Authority Employees' Retirement Plan

- 4 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on January 27, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
    & DOWD LLP
200 31st Avenue North
Nashville, TN  37203
Telephone:  615/244-2203
615/252-3798 (fax)


Email:  cwood@rgrdlaw.com

# Mailing Information for a Case 3:24-cv-00334 Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund v. Shoals Technologies Group, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Matthew Isaac Alpert**
  malpert@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Rachel A. Avan**
  ravan@saxenawhite.com

- **Henry Scattergood Bator**
  hbator@rgrdlaw.com

- **Margaret V. Dodson**
  margaret.dodson@bassberry.com

- **Marco A. Duenas**
  mduenas@saxenawhite.com,6316794420@filings.docketbird.com,jjoseph@saxenawhite.com

- **Agnes Dunogue**
  agnes.dunogue@aoshearman.com

- **Dan Gold**
  dan.gold@aoshearman.com

- **Renatta A. Gorski**
  renatta.gorski@lw.com,r-gorski-5640@ecf.pacerpro.com,chefiling@lw.com

- **Lester R. Hooker**
  lhooker@saxenawhite.com

- **Michele D. Johnson**
  michele.johnson@lw.com

- **Benjamin Klebanoff**
  benjamin.klebanoff@aoshearman.com,managing-attorney-5081@ecf.pacerpro.com,courtalert@shearman.com,manattyoffice@shearman.com

- **Britt K. Latham**
  blatham@bassberry.com,renatta.gorski@lw.com,lauren.fane@lw.com,heather.waller@lw.com,llewis@bassberry.com,lbilbrey@bassberry.com,christian.beveridge@lw.

- **Gregg S. Levin**
  glevin@motleyrice.com,lmclaughlin@motleyrice.com,erichards@motleyrice.com,kweil@motleyrice.com

- **Jerry E. Martin**
  jmartin@barrettjohnston.com,mmcgraw@barrettjohnston.com,mfazio@barrettjohnston.com,lvandrasik@barrettjohnston.com,shyatt@barrettjohnston.com,jmartin@rg

- **Christopher F. Moriarty**
  cmoriarty@motleyrice.com,jlittlejohn@motleyrice.com,bnorton@motleyrice.com

- **William S. Norton**
  bnorton@motleyrice.com

- **Mozianio S. Reliford , III**
  treliford@polsinelli.com,mmillan@polsinelli.com,nashvilledocketing@polsinelli.com

- **James Gerard Stranch , IV**
  gstranch@stranchlaw.com,complexlit@stranchlaw.com

- **Heather A. Waller**
  heather.waller@lw.com,chefiling@lw.com,heather-waller-8915@ecf.pacerpro.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,CWood@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,bengfelt@rgrdlaw.com

- **Debra J. Wyman**
  debraw@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

Case 3:24-cv-00334   Document 78   Filed 01/27/25   Page 6 of 6 PageID #: 1504