UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In re SHOALS TECHNOLOGIES GROUP, INC. SECURITIES LITIGATION | ) Civil Action No. 3:24-cv-00334 )<br>) Judge Waverly D. Crenshaw, Jr.<br>) Magistrate Judge Alistair Newbern |
| This Document Relates To: | )<br>) CLASS ACTION<br>) |

## [PROPOSED] ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT THE CONSOLIDATED COMPLAINT AND AMEND BRIEFING SCHEDULE

Pending before the Court is Plaintiffs' Unopposed Motion for Leave to Supplement the Consolidated Complaint and Amend Briefing Schedule. The motion is GRANTED, and the Court orders as follows:

1. Plaintiffs shall file their proposed Supplement to the Consolidated Complaint for Violations of the Federal Securities Laws within 2 days of this Order;

2. Defendants have until the latter of: (1) February 18, 2025; or (2) two weeks following the entry of this Order to file their anticipated motion to dismiss;

3. Plaintiffs' opposition to Defendants' anticipated motion to dismiss shall be filed no later than 60 days after the filing of Defendants' anticipated motion to dismiss; and

4. Defendants' reply in support of their motion to dismiss shall be filed no later than 45 days after the filing of Plaintiffs' opposition.

IT IS SO ORDERED.

DATED: _____    _____
                                       THE HONORABLE WAVERLY D. CRENSHAW, JR.
                                       UNITED STATES DISTRICT JUDGE

- 1 -