UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WESTCHESTER PUTNAM COUNTIES HEAVY & HIGHWAY LABORERS LOCAL 60 BENEFITS FUND, <br><br> Plaintiff, <br><br> v. <br><br> SHOALS TECHNOLOGIES GROUP, INC., et al., <br><br> Defendants. | Case No. 3:24-cv-00334 <br><br> Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair E. Newbern |

## ORDER

Plaintiffs have filed a motion for leave to supplement their consolidated complaint (Doc. No. 75) and for certain extensions in the briefing schedule for Defendants' anticipated response to the supplemented pleading. (Doc. No. 78.) Plaintiffs' motion is GRANTED IN PART AND DENIED IN PART as follows:

Plaintiffs' motion states that "Defendants do not oppose the relief requested but believe what Plaintiffs seek is an amendment to the Complaint under Federal Rule of Civil Procedure 15(a)(1) since they seek to add allegations from a different litigation about events that predate the filing of the Complaint." (*Id.*) Plaintiffs further state that Defendants "do not concede the relevance or merit of the proposed amendments." (*Id.*)

Plaintiffs ask to supplement the consolidated complaint with information taken from an answer filed in related litigation after the complaint was filed in this case. (*Id.*) The subjecxt information, however, relates to events that occurred before Plaintiffs initiated this action. Accordingly, the Court agrees with Defendants that amending the consolidated complaint is the proper way to include the new allegations Plaintiffs propose. *See* Wright & Miller, 6A Fed. Prac.

& Proc. Civ. § 1504 (3d ed.) (noting that motions to amend "relate to matters that occurred prior to the filing of the original pleading and entirely replace the earlier pleading; [motions to supplement] deal with events subsequent to the pleading to be altered and represent additions to or continuations of the earlier pleadings"). Plaintiffs' "misnomer [is] not of any significance, however, and [does] not prevent the court from considering [the motion] under the proper portion of Rule 15." *Id.* Defendants have stated their consent to the filing of an amended pleading (but not their agreement with its allegations) in Plaintiffs' unopposed motion. (Doc. No. 78.) Accordingly, the Court GRANTS Plaintiffs leave to amend under Federal Rule of Civil Procedure 15(a)(2).

The Court ORDERS Plaintiffs to file a second amended complaint that includes only the amendments proposed in their unopposed motion by February 4, 2025.

Defendants' deadline to respond to the operative amended complaint (Doc. No. 78) is TERMINATED. Unless otherwise extended by separate order, Defendants shall respond to the second amended complaint within the deadlines set by the Federal Rules of Civil Procedure.

Any other extensions of time requested in Plaintiffs' motion are DENIED WITHOUT PREJUDICE and may be requested as required by separate motion.

It is so ORDERED.

ALISTAIR E. NEWBERN
United States Magistrate Judge

2