**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| In re SHOALS TECHNOLOGIES GROUP, INC. SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | Civil Action No. 3:24-cv-00334<br><br>**CLASS ACTION**<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>Magistrate Judge Alistair Newbern |

**DECLARATION OF BRITT K. LATHAM IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS**
**THE AMENDED CONSOLIDATED COMPLAINT**

I, Britt K. Latham, an attorney duly admitted to practice in the State of Tennessee and admitted in this Court, declare as follows:

1. I am a member of the firm Bass, Berry & Sims PLC. I am counsel to Shoals Technologies Group, Inc., Jason R. Whitaker, Brandon Moss, Kevin Hubbard, Dominic Bardos, Brad Forth, Peter Wilver, Ty Daul, Toni Volpe, Lori Sundberg, Jeanette Mills, Robert Julian, Jeffrey Tolnar, and Dean Solon. I submit this declaration in support of Defendants' Motion to Dismiss the Amended Consolidated Complaint.

2. Attached hereto as Exhibits 1 through 14 are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| 1. | Shoals Technologies Group, Inc. Form 10-K for the fiscal year ended December 31, 2021 (filed March 11, 2022) |
| 2. | Shoals Technologies Group, Inc. Form 10-Q for the quarterly period ended March 31, 2022 (filed May 17, 2022) |

1

| | |
|---|---|
| 3. | Shoals Technologies Group, Inc. Form 424B5 – Prospectus Supplement (December 5, 2022) |
| 4. | Shoals Technologies Group, Inc. Form 10-K for the Fiscal year ended December 31, 2022 (February 28, 2023) |
| 5. | Shoals Technologies Group, Inc.'s Form 10-Q for the quarterly period ended March 31, 2023 (May 8, 2023) |
| 6. | Shoals Technologies, Group, Inc. FQ2 2023 Earnings Call Transcript (August 1, 2023) |
| 7. | Shoals Technologies Group, Inc. Form 10-Q for the quarterly period ended June 30, 2023 (August 1, 2023) |
| 8. | Shoals Technologies Group, Inc. Press Release "Shoals Technologies Group, Inc. Reports Financial Result for Third Quarter" 2023 (November 7, 2023) |
| 9. | Shoals Technologies Group, Inc. Q3 2023 Investor Presentation (November 7, 2023) |
| 10. | Shoals Technologies Group, Inc. Form 10-Q for the quarterly period ended September 30, 2023 (November 7, 2023) |
| 11. | Shoals Technologies Group, Inc. Q3 Earnings Call Transcript (November 7, 2023) |
| 12. | Shoals Technologies Group, Inc. Form 10-K for the fiscal year ended December 31, 2023 (February 28, 2024) |
| 13. | Shoals Technologies Group, Inc. Form 10-Q for the period ended March 31, 2024 (May 7, 2024) |
| 14. | Shoals Technologies Group, Inc. Form 4 Statements of Change in Beneficial Ownership for Jason Whitaker |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED:  February 18, 2025

*/s/ Britt K. Latham*

Britt K. Latham (BPR #23149)
BASS, BERRY & SIMS
21 Platform South, Suite 3500
Nashville, TN  37201
Telephone: (615) 742-6200
Facsimile: (615) 742-6293
blatham@bassberry.com

*Counsel for Defendants Shoals Technologies
Group, Inc., Jason R. Whitaker, Brandon Moss,
Kevin Hubbard, Dominic Bardos, Brad Forth,
Peter Wilver, Ty Daul, Toni Volpe, Lori
Sundberg, Jeanette Mills, Robert Julian,
Jeffrey Tolnar, and Dean Solon*

3

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on February 18, 2025, the foregoing was filed electronically with the Clerk of the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the filing receipt, which includes the following:

James Gerard Stranch, IV
Stranch, Jennings & Garvey, PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
gstranch@stranchlaw.com

Rachel A. Avan
Marco A. Dueñas
Saxena White P.A.
10 Bank Street
Suite 882
White Plains, NY 10606
ravan@saxenawhite.com
mduenas@saxenawhite.com

Jerry E. Martin
Barrett Johnston Martin & Garrison, LLC
200 31st Avenue North
Nashville, TN 37203
jmartin@barrettjohnston.com

Christopher M. Wood
Henry Scattergood Bator
Robbins Geller Rudman
& Dowd LLP
200 31st Avenue North
Nashville, TN 37203
cwood@rgrdlaw.com
hbator@rgrdlaw.com

Debra J. Wyman
Matthew Isaac Alpert
Robbins Geller Rudman & Dowd LLP
655 W Broadway, Suite 1900
San Diego, CA 92101
debraw@rgrdlaw.com
malpert@rgrdlaw.com

Lester R. Hooker
Saxena White P.A.
5200 Town Center Circle
Suite 601
Boca Raton, FL 33486
lhooker@saxenawhite.com

Gregg S. Levin
Christopher F. Moriarty
William S. Norton
Motley Rice LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
glevin@motleyrice.com
cmoriarty@motleyrice.com
bnorton@motleyrice.com

Agnès Dunogué
Dan Gold
Benjamin Klebanoff
Allen Overy Shearman Sterling US LLP
599 Lexington Avenue
New York, NY 10022-6069
agnes.dunogue@aoshearman.com
dan.gold@aoshearman.com
benjamin.klebanoff@aoshearman.com

Mozianio S. Reliford, III
Polsinelli PC
501 Commerce Street, Suite 1300
Nashville, TN 37203
treliford@polsinelli.com

*/s/ Britt K. Latham*