# EXHIBIT 3



**You have selected 1 exhibit from the filing:**

| Filer | SHOALS TECHNOLOGIES GROUP, INC. |
|---|---|
| Form Type | 424B5 - Prospectus filed pursuant to Rule 424(b)(5) |
| Date Filing | 12/05/2022 |

**Exhibits within the filing:**

| Exhibit | Description |
|---|---|
| EX-107 FILING FEES | Calculation of Filing Fee Tables Form S-3 |

Filed pursuant to Rule 424(b)(5)
Registration No. 333-268610

**PROSPECTUS SUPPLEMENT**
(To Prospectus dated November 30, 2022)

# 26,000,000 Shares



# Shoals Technologies Group, Inc.

## Class A Common Stock

---

We are offering 2,000,000 shares of our Class A common stock. The selling stockholders identified herein are offering 24,000,000 shares of Class A common stock. We will not receive any of the proceeds from the sale of shares by the selling stockholders. Our Class A common stock is listed on The Nasdaq Global Select Market ("Nasdaq") under the symbol "SHLS." On December 1, 2022, the last reported sale price for our Class A common stock on Nasdaq was $23.30 per share. We currently have two classes of common stock outstanding: Class A common stock and Class B common stock. Each share of our Class A common stock entitles its holder to one vote per share and each share of our Class B common stock entitles its holder to one vote per share on all matters presented to our stockholders generally. We are a holding company, and our principal asset consists of membership interests ("LLC Interests") in Shoals Parent LLC ("Shoals Parent"), which, prior to this offering, collectively represent an aggregate 68.1% economic interest in Shoals Parent. The remaining 31.9% economic interest in Shoals Parent is owned by certain direct or indirect holders (the "Continuing Equity Owners") of LLC Interests and a corresponding number of Class B common stock.

---

**Investing in our common stock involves a high degree of risk. Please see "Risk Factors" on page S-12 of this prospectus supplement and the documents incorporated by reference into this prospectus supplement and the accompanying prospectus, including the information contained under the caption entitled "Risk Factors" in our Annual Report (as defined herein) and in our Third Quarter Quarterly Report (as defined herein) to read about factors you should consider before investing in shares of our Class A common stock.**

Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or determined if this prospectus supplement or the accompanying prospectus is accurate or complete. Any representation to the contrary is a criminal offense.

| | Per share | Total |
|---|---|---|
| Public offering price | $ 22.25000 | $ 578,500,000 |
| Underwriting discounts and commissions[1] | $ 0.77875 | $ 20,247,500 |
| Proceeds to us, before expenses | $ 21.47125 | $ 42,942,500 |
| Proceeds to the selling stockholders, before expenses | $ 21.47125 | $ 515,310,000 |

---

(1)    We have agreed to reimburse the underwriters for certain expenses. See "Underwriting."

The selling stockholders have granted the underwriters an option for 30 days from the date of this prospectus supplement to purchase up to 3,900,000 additional shares of our Class A common stock. See "Underwriting" for more information.

The underwriters expect to deliver the shares to the investors on or about December 6, 2022.

---

*Joint Book-Running Managers*

| **J.P.Morgan** | **Guggenheim Securities** | **Morgan Stanley** | **UBS Investment Bank** |
|---|---|---|---|
| **Goldman Sachs & Co. LLC** | | **Barclays** | **Credit Suisse** |

*Co-Managers*

| **Cowen** | **Oppenheimer & Co.** | **Piper Sandler** | **Roth Capital Partners** |
|---|---|---|---|
| **Johnson Rice & Company L.L.C.** | | **Northland Capital Markets** | |

---

The date of this prospectus supplement is December 1, 2022

**TABLE OF CONTENTS**

**Prospectus supplement**

| | |
|---|---|
| ABOUT THIS PROSPECTUS SUPPLEMENT | S-ii |
| SUMMARY | S-1 |
| THE OFFERING | S-5 |
| RISK FACTORS | S-12 |
| NOTE REGARDING FORWARD-LOOKING STATEMENTS | S-15 |
| USE OF PROCEEDS | S-18 |
| CAPITALIZATION | S-19 |
| DIVIDEND POLICY | S-21 |
| SELLING STOCKHOLDERS | S-22 |
| MATERIAL U.S. FEDERAL INCOME TAX CONSIDERATIONS FOR NON-U.S. HOLDERS OF CLASS A COMMON STOCK | S-23 |
| UNDERWRITING | S-28 |
| LEGAL MATTERS | S-39 |
| EXPERTS | S-39 |
| WHERE YOU CAN FIND MORE INFORMATION | S-39 |
| INCORPORATION OF CERTAIN DOCUMENTS BY REFERENCE | S-40 |

**Prospectus**

| | |
|---|---|
| ABOUT THIS PROSPECTUS | ii |
| SUMMARY | 1 |
| RISK FACTORS | 3 |
| CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS | 4 |
| USE OF PROCEEDS | 7 |
| GENERAL DESCRIPTION OF SECURITIES | 8 |
| DESCRIPTION OF CAPITAL STOCK | 9 |
| DESCRIPTION OF WARRANTS | 14 |
| DESCRIPTION OF SUBSCRIPTION RIGHTS | 15 |
| DESCRIPTION OF UNITS | 16 |
| PLAN OF DISTRIBUTION | 17 |
| WHERE YOU CAN FIND MORE INFORMATION | 18 |
| INCORPORATION OF CERTAIN DOCUMENTS BY REFERENCE | 19 |
| LEGAL MATTERS | 20 |
| EXPERTS | 21 |

S-i

**ABOUT THIS PROSPECTUS SUPPLEMENT**

This document is in two parts. The first part is the prospectus supplement, including the documents incorporated by reference, which describes the specific terms of this offering. The second part, the accompanying prospectus, including the documents incorporated by reference, provides more general information. Generally, when we refer to this prospectus, we are referring to both parts of this document combined. Before you invest, you should carefully read this prospectus supplement, the accompanying prospectus, all information incorporated by reference herein and therein, as well as the additional information described under "Where You Can Find More Information." These documents contain information you should consider when making your investment decision. This prospectus supplement may add, update or change information contained in the accompanying prospectus. To the extent that any statement that we make in this prospectus supplement is inconsistent with statements made in the accompanying prospectus or any documents incorporated by reference therein filed before the date of this prospectus supplement, the statements made in this prospectus supplement will be deemed to modify or supersede those made in the accompanying prospectus and such documents incorporated by reference therein.

We, the selling stockholders and the underwriters have not authorized any other person to provide any information other than that contained or incorporated by reference in this prospectus supplement or in any free writing prospectus prepared by or on behalf of us. We, the selling stockholders and the underwriters take no responsibility for and can provide no assurance as to the reliability of, any information that others may give you. This prospectus supplement is an offer to sell only the shares of Class A common stock offered hereby and only under the circumstances and in the jurisdictions where offers and sales are permitted. The distribution of this prospectus supplement and the offering of the Class A common stock in certain jurisdictions may be restricted by law. Persons outside the United States who come into possession of this prospectus supplement must inform themselves about, and observe any restrictions relating to, the offering of the common stock and the distribution of this prospectus supplement outside the United States. This prospectus supplement does not constitute, and may not be used in connection with, an offer to sell, or a solicitation of an offer to buy, any securities offered by this prospectus supplement by any person in any jurisdiction in which it is unlawful for such person to make such an offer or solicitation. You should not assume that the information contained in this prospectus supplement, the accompanying prospectus or the documents incorporated herein or therein by reference is accurate as of any date other than their respective dates. Our business, financial condition, results of operations and prospects may have changed since those dates.

This prospectus supplement (or documents we have incorporated by reference) contains references to our trademarks, trade names and service marks, which are protected under applicable intellectual property laws and are our property. This prospectus supplement also contains trademarks, trade names and service marks of other companies, which are the property of their respective owners. Solely for convenience, trademarks, trade names and service marks referred to in this prospectus (or documents we have incorporated by reference) may appear without the ®, ™ or SM symbols, but such references are not intended to indicate, in any way, that we will not assert, to the fullest extent under applicable law, our rights or the rights of the applicable licensor to these trademarks, trade names and service marks. We do not intend our use or display of other parties' trademarks, trade names or service marks to imply, and such use or display should not be construed to imply, a relationship with, or endorsement or sponsorship of us by, these other parties.

"Company," "we," "us," "our," "Shoals" and similar references refer to Shoals Technologies Group, Inc., and, unless otherwise stated, all of its direct and indirect subsidiaries, including Shoals Parent.

**Trademarks**

This prospectus supplement (or documents we have incorporated by reference) contains references to our trademarks, trade names and service marks, which are protected under applicable intellectual property laws and are our property. This prospectus supplement also contains trademarks, trade names and service marks of other companies, which are the property of their respective owners. Solely for convenience, trademarks, trade names

S-ii

and service marks referred to in this prospectus supplement (or documents we have incorporated by reference) may appear without the ®, ™ or SM symbols, but such references are not intended to indicate, in any way, that we will not assert, to the fullest extent under applicable law, our rights or the rights of the applicable licensor to these trademarks, trade names and service marks. We do not intend our use or display of other parties' trademarks, trade names or service marks to imply, and such use or display should not be construed to imply, a relationship with, or endorsement or sponsorship of us by, these other parties.

**Market and Industry Data**

Unless otherwise indicated, information contained in this prospectus supplement or otherwise incorporated by reference concerning our industry, competitive position and the markets in which we operate is based on information from independent industry and research organizations, other third-party sources and management estimates, including *IHS Markit—PV Installations Tracker: Q1-2021, IHS Markit—Solar Market Tracker North America: 2H-2022, IHS Markit— PV Installations Tracker: Q3-2022, Wood Mackenzie—U.S. Energy Storage Monitor: Q2-2022, Wood Mackenzie— U.S. Energy Storage Monitor: Q3-2022, BloombergNEF—Charging Infrastructure Forecast Model (CIFM) (June 2022), BloombergNEF—"US Climate Law Shifts EV Race to Warp Speed" (September 2022).* Management estimates are derived from publicly available information released by independent industry analysts, subscription-based publications and other third-party sources, as well as data from our internal research, and are based on assumptions made by us upon reviewing such data, and our experience in, and knowledge of, such industry and markets, which we believe to be reasonable, but we have not independently verified the accuracy of this information. Any industry forecasts are based on data (including third-party data), models and experience of various professionals and are based on various assumptions, all of which are subject to change without notice. In addition, projections, assumptions and estimates of the future performance of the industry in which we operate and our future performance are necessarily subject to uncertainty and risk due to a variety of factors, including those described in "Risk Factors" and "Note Regarding Forward-Looking Statements." These and other factors could cause results to differ materially from those expressed in the estimates made by the independent parties and by us.

## SUMMARY

*This summary highlights selected information contained elsewhere or incorporated by reference in this prospectus supplement and the accompanying prospectus. The summary may not contain all the information that you should consider before investing in our common stock. You should read this entire prospectus supplement and the accompanying prospectus carefully, including "Risk Factors" "Business" and "Management's Discussion and Analysis of Financial Condition and Results of Operations," as applicable, and our consolidated financial statements and related notes thereto in our Annual Report on Form 10-K for the fiscal year ended December 31, 2021 (the "Annual Report") and in our Quarterly Reports on Form 10-Q for the quarters ended September 30, 2022 (the "Third Quarter Quarterly Report"), each of which are incorporated by reference in this prospectus supplement and the accompanying prospectus, and the financial statements and the other information included or incorporated by reference in this prospectus supplement and the documents incorporated by reference herein, before making an investment decision.*

### Overview

We are a leading provider of electrical balance of system ("EBOS") solutions and components for solar, battery storage and electrical vehicle ("EV") charging applications, selling to customers across the United States and internationally. EBOS encompasses all of the components that are necessary to carry the electric current produced by solar panels to an inverter or battery and ultimately to the power grid or from the power grid to a battery or EV. EBOS components are mission-critical products that have a high consequence of failure, including lost revenue, equipment damage, fire damage, and even serious injury or death. As a result, we believe customers prioritize reliability and safety over price when selecting EBOS solutions.

EBOS components that we produce include cable assemblies, inline fuses, combiners, disconnects, recombiners, wireless monitoring systems, junction boxes, transition enclosures, splice boxes and wire management products. We derive the majority of our revenue from selling "system solutions" which are complete EBOS systems that include several of our products, many of which are customized for the customer's project. We believe our system solutions are unique in our industry because they integrate design and engineering support, proprietary components and innovative installation methods into a single offering that would otherwise be challenging for a customer to obtain from a single provider or at all. We derived approximately 74.5% of our revenue for the nine months ended September 30, 2022 from the sale of system solutions.

We sell our solar products principally to engineering, procurement and construction firms ("EPCs") that build solar energy projects in the United States. However, given the mission critical nature of EBOS, the decision to use our products typically involves input from both the EPC and the owner of the solar energy project. The custom nature of our system solutions and the long development cycle for solar energy projects typically gives us 12 months or more of lead time to quote, engineer, produce and ship each order we receive, and we do not stock large amounts of finished goods. We derived substantially all of our revenue for the nine months ended September 30, 2022 from customers in the United States.

### Our Growth Strategy

Demand for renewable energy, energy storage and EVs is growing rapidly with investments in solar projects, battery storage equipment and EV charging stations forecast to grow 28%, 77% and 52%, respectively, from 2023 through 2025 according to IHS, Wood Mackenzie and Bloomberg. Our mission is to satisfy that demand by delivering innovative products that reduce the cost and improve the reliability and safety of solar energy, battery storage and EV charging. Core elements of our growth strategy include:

- **Converting customers to our combine-as-you-go system for utility-scale solar.** We are the inventor of combine-as-you-go architecture and the only commercial provider of plug-n-play

S-1

combine-as-you-go products, including our flagship "Big Lead Assembly" or "BLA." We earn higher margins selling our combine-as-you-go products than we do selling our other products. We believe that 30 of the leading EPCs and developers in the U.S. use our combine-as-you-go system on a majority of their projects, we are currently in the process of transitioning an additional 14 EPCs and developers to our system and we have 72 EPCs and developers that we are currently prospecting as of September 30, 2022. No assurance can be given, however, that these prospects will become customers. Our strategy is to continue to convert EPCs and other customers from competing homerun products to our combine-as-you-go system which we believe will increase our revenues and profitability.

- **Increasing our customer "wallet" share by introducing new products for solar and battery storage EBOS categories that we do not currently serve.** We believe our products currently address less than half of the total amount customers spend on EBOS components for solar energy and storage projects. We recently introduced products for EBOS categories that we did not historically participate in, including IV curve benchmarking systems and wire management solutions and we are currently developing high capacity plug-n-play wire harnesses as well as the next generation of our BLA ("BLA 2.0") which we believe will enable additional installation cost savings for our customers. We currently expect to obtain UL certification for our high capacity plug-n-play wire harnesses and BLA 2.0 before the end of 2022 and begin offering these products for sale during the first half of 2023. If we are successful in developing and commercializing these products, we believe they could generate significant additional revenues for us. Moreover, we believe that the profit margins of these new products could be greater than the profit margins on our existing products because we will not need to incur significant additional selling expense to deliver them to the same customers we are currently serving with our existing products.

- **Introducing products for the rapidly growing electric vehicle charging infrastructure market.** Investment in U.S. public and commercial EV charging infrastructure will total more than $9 billion from 2023 through 2025 according to Bloomberg. Many of the operations involved in installing electric vehicle chargers are similar to those involved in installing solar energy projects and also require licensed electricians. According to Bloomberg, in the U.S., approximately 57% of the total cost of a charging station is installation and O&M, with hardware representing approximately 43%. Our strategy is to apply our experience developing products for solar EBOS that are simpler and less costly to install to developing products that can reduce the cost of installing EV charging infrastructure. During 2022, we launched four new product families for the EV charging market. The first is our power center which combines components to protect the charging equipment and transform the voltage level from the grid to the level required by the charger. Our power center provides an efficient, cost effective and aesthetically appealing alternative to traditional solutions. Our second offering is a quick connect solution for chargers made by any manufacturer and any power level. Our quick connect bases dramatically reduce the amount of labor and time on site required to install an EV charging station. Our third offering applies our BLA technology to connect multiple EV chargers to a single power center which eliminates the need for homeruns from each dispenser. Our "EV BLA" solution is approved to install above ground which avoids the costly and time-consuming process of running wire in underground conduit. Our fourth offering is a raceway system that protects the above ground EV BLAs in walk over and drive over applications. We believe that using our EV BLA with our raceway system will significantly reduce both the cost and time required to install and EV charging station. We introduced these first four offerings in the fourth quarter of 2021 and began taking orders and shipping certain component products in the first quarter of 2022. Orders for our new EV products continue to increase and we are currently scaling up our production to meet demand. We recently completed UL certification for many of our products and expect the balance to be certified by the end of the year.

**Backlog and Awarded Orders**

As of September 30, 2022, we had $471.2 million of backlog and awarded orders representing a 74% and 44% increase relative to the same date last year and June 30, 2022, respectively. Our backlog and awarded orders as of September 30, 2022 were comprised of $199.3 million of signed purchase orders or contractual minimum purchase commitments with take-or-pay provisions and $271.9 million of awarded orders that we are in the process of documenting, but do not yet have a signed contract for.

**Recent Developments**

*Succession Planning*

On November 30, 2022, the Company announced that its Chief Executive Officer, Jason Whitaker, has informed the Board of Directors that he intends to step down from his role as Chief Executive Officer for health reasons in early 2023. Mr. Whitaker will remain with the Company in an advisory role until mid-March 2023. Brad Forth, Chairman of the Board of Shoals, is leading the Board search for a new CEO, with the assistance of executive search firm, Spencer Stuart. Mr. Whitaker expects to continue serving on the Board of Directors during this transition period.

*Amendment to the Tax Receivable Agreement*

In connection with our initial public offering, we entered into a Tax Receivable Agreement (the "TRA") with Oaktree Power Opportunities Fund IV (Delaware) Holdings, L.P. and Dean Solon and certain of his affiliates (collectively, the "TRA Holders") on January 29, 2021. Under the terms of the TRA, we are generally required to pay the TRA Holders 85% of the tax savings we realize from the exchange of Shoals Parent's LLC Interests for our Class A common stock. The exchange of LLC Interests for Class A common stock can generate tax savings for us because such transactions result in additional tax-deductible amortization arising from the step-up in our basis in Shoals Parent. As of September 30, 2022, we had approximately $770 million of amortizable basis in Shoals Parent that was subject to the TRA and we had recorded a $161 million payable pursuant to the TRA. Future exchanges of LLC Interests for Class A common stock, including the exchange by the selling stockholders prior to the consummation of this offering, is expected to increase our amortizable basis in Shoals Parent.

Because the LLC Agreement (as defined below) requires Shoals Parent to make tax distributions to us at the highest effective marginal income tax rate of any member, we generally receive distributions that exceed our actual cash taxes and required payments to the TRA holders. So long as the TRA is outstanding and in effect, the LLC Agreement prohibits us from using any distribution made by Shoals Parent to us other than to meet our obligations pursuant to the TRA. As of September 30, 2022, we had restricted cash of $20.4 million as a result of tax distributions we received from Shoals Parent.

On November 29, 2022, we entered into an amendment to the TRA (the "TRA Amendment"), pursuant to which the parties to the TRA agreed to grant the Company a right to terminate the TRA (the "TRA Termination Right") until December 31, 2022 in exchange for a termination consideration of $58.1 million payable in cash (the "TRA Termination Consideration"). In connection with the entry into the TRA Amendment, we delivered an irrevocable notice of exercise of our TRA Termination Right, conditioned upon completion of this offering of Class A common stock by us. We intend to use the net proceeds from the issuance and sale of Class A common stock by us to fund a portion of the TRA Termination Consideration, with the remainder to be paid with cash on hand. We expect that the termination of the TRA will:

- eliminate $161 million of payables pursuant to the TRA as of September 30, 2022;

- eliminate our obligation to make future payments under the TRA to the Holders, and

- free $20.4 million of restricted cash and eliminate the restrictions imposed by the TRA on how we use cash in the future.

*Potential Amendment to the Limited Liability Company Agreement*

The Company is in the process of entering into an amendment to the Third Amended and Restated Limited Liability Company Agreement, dated as of January 29, 2021 (as amended or otherwise modified from time to time, the "LLC Agreement") of Shoals Parent, by and among Shoals Parent, the Company and the other members party thereto, including the selling stockholders identified in this prospectus supplement, pursuant to which the parties intend to agree to, among other things, make certain changes to the LLC Agreement upon such selling stockholders' beneficial ownership of common stock falling below 10% of the total voting power, including by providing that, upon the occurrence of such ownership event, the distribution tax rate used to determine the amount of tax distributions to be made to members of Shoals Parents will be based on the highest effective income marginal tax rate applicable to a corporation organized under the laws of the State of Delaware instead of the highest effective marginal income tax rate applicable to corporate or individual taxpayers (whichever is higher) that may potentially apply to any member of Shoals Parent.

**Corporate information**

Shoals Technologies Group, Inc. was incorporated as a Delaware corporation on November 4, 2020. Our principal executive offices are located at 1400 Shoals Way, Portland, Tennessee, 37148 and our telephone number is (615) 451-1400. Our principal website address is https://shoals.com. **Information contained in, or accessible through, our website is not a part of, and is not incorporated into, this prospectus supplement.**

S-4

**THE OFFERING**

| | |
|---|---|
| Issuer | Shoals Technologies Group, Inc. |
| Class A common stock offered by us | 2,000,000 shares. |
| Class A common stock offered by the selling stockholders | 24,000,000 shares. |
| Option to purchase additional shares | The selling stockholders have granted the underwriters an option for 30 days from the date of this prospectus supplement to purchase up to 3,900,000 additional shares of our Class A common stock (representing 15% of the firm shares being offered). |
| Shares of Class A Common Stock to Be Outstanding Immediately After This Offering | 134,004,663 shares, representing approximately 79.1% of the combined voting power of all of the Company's common stock, 100.0% of the economic interest in the Company and 79.1% of the indirect economic interest in Shoals Parent (or 137,904,663 shares, representing approximately 81.4% of the combined voting power of all of the Company's common stock and 81.4% of the indirect economic interest in Shoals Parent if the underwriters exercise in full their option to purchase additional shares of Class A common stock). |
| Shares of Class B Common Stock to Be Outstanding Immediately After This Offering | 35,319,913 shares, representing approximately 20.9% of the combined voting power of all of the Company's common stock and none of the economic interest in the Company (or 31,419,913 shares, representing approximately 18.6% of the combined voting power of all of the Company's common stock if the underwriters exercise in full their option to purchase additional shares of Class A common stock). |
| LLC Interests to Be Held Directly by Us Immediately After This Offering | 134,004,663 LLC Interests in Shoals Parent, representing approximately 79.1% of the economic interest in Shoals Parent (or 137,904,663 LLC Interests, representing approximately 81.4% of the economic interest in Shoals Parent if the underwriters exercise in full their option to purchase additional shares of Class A common stock). |
| LLC Interests to Be Held Directly by the Continuing Equity Owners (as defined herein), including the selling stockholders, Immediately After This Offering | 35,319,913 LLC Interests, representing approximately 20.9% of the economic interest in Shoals Parent (or 31,419,913 LLC Interests, representing approximately 18.6% of the economic interest in Shoals Parent if the underwriters exercise in full their option to purchase additional shares of Class A common stock). |
| Ratio of Shares of Class A Common Stock to LLC Interests | Our amended and restated certificate of incorporation and the LLC Agreement require that we and Shoals Parent at all times maintain a one-to-one ratio between the number of shares of Class A common stock issued by us and the number of LLC Interests owned by us, except as otherwise determined by us. |

| | |
|---|---|
| Ratio of Shares of Class B Common Stock to LLC Interests | Our amended and restated certificate of incorporation and the LLC Agreement require that we and Shoals Parent at all times maintain a one-to-one ratio between the number of shares of Class B common stock owned by the Continuing Equity Owners and their respective permitted transferees and the number of LLC Interests owned by the Continuing Equity Owners and their respective permitted transferees, except as otherwise determined by us. The Continuing Equity Owners together own 100% of the outstanding shares of our Class B common stock. |
| Redemption Rights of Holders of LLC Interests | The Continuing Equity Owners may, subject to certain exceptions, from time to time at each of their options require Shoals Parent to redeem all or a portion of their LLC Interests in exchange for, at our election (determined solely by a majority of our directors who are disinterested), newly issued shares of our Class A common stock on a one-for-one basis or a cash payment equal to a volume-weighted average market price of one share of our Class A common stock for each LLC Interest so redeemed, in each case, in accordance with the terms of the LLC Agreement; provided that, at our election (determined solely by a majority of our directors who are disinterested), we may effect a direct exchange by us of such Class A common stock or such cash, as applicable, for such LLC Interests. The Continuing Equity Owners may, subject to certain exceptions, exercise such redemption right for as long as their LLC Interests remain outstanding. See "Certain Relationships and Related Party Transactions—Related Party Transactions—Shoals Parent LLC Agreement" included in our Proxy Statement (as defined herein) incorporated by reference in this prospectus supplement. Simultaneously with the payment of cash or shares of Class A common stock, as applicable, in connection with a redemption or exchange of LLC Interests pursuant to the terms of the LLC Agreement, a number of shares of our Class B common stock registered in the name of the redeeming or exchanging Continuing Equity Owner will automatically be transferred to the Company and will be cancelled for no consideration on a one-for-one basis with the number of LLC Interests so redeemed or exchanged. |
| Use of proceeds | We expect to receive approximately $41.9 million based on the public offering price of our Class A common stock of $22.25 per share, after deducting estimated underwriting discounts and commissions and offering expenses payable by us. |
| | We intend to use the net proceeds from the issuance and sale of Class A common stock by us to fund a portion of the TRA Termination Consideration. |
| | We will not receive any proceeds from the sale of our Class A common stock by the selling stockholders. |
| | Shoals Parent will bear or reimburse Shoals Technologies Group, Inc. for all of the expenses of this offering. See "Use of Proceeds." |

S-6

| | |
|---|---|
| Risk factors | See "Risk Factors" beginning on page S-12 of this prospectus supplement for a discussion of factors that you should read and consider before investing in our securities. |
| Nasdaq listing symbol | "SHLS." |

Unless we specifically state otherwise or the context otherwise requires, the share information in this prospectus:

- assumes no exercise of the underwriters' option to purchase up to an additional 3,900,000 shares of Class A common stock from the selling stockholders in this offering; and

- does not reflect the issuance of any shares of Class A common stock outstanding at the closing of this offering (on a fully diluted basis) that are reserved for future grants or sale under our long-term incentive plan.

Case 3:24-cv-00334    Document 86-3    Filed 02/18/25    Page 13 of 72 PageID #: 1878

**SUMMARY CONSOLIDATED FINANCIAL AND OTHER DATA**

The following tables present the summary historical consolidated financial and other data for Shoals Technologies Group, Inc. and its subsidiaries as of the dates and for the periods indicated.

The summary consolidated statements of operations data and statements of cash flows data for the years ended December 31, 2019, 2020 and 2021 and the summary consolidated balance sheet data as of December 31, 2020 and 2021 are derived from our audited consolidated financial statement incorporated by reference in this prospectus. The summary condensed consolidated statements of operations data and statements of cash flows data for the nine months ended September 30, 2021 and 2022 and the summary condensed consolidated balance sheet data as of September 30, 2022 are derived from our unaudited interim condensed consolidated financial statements incorporated by reference in this prospectus.

The unaudited interim condensed consolidated financial statements include all normal recurring adjustments necessary, in the opinion of management, to summarize the financial positions and results for the period presented. Our historical results are not necessarily indicative of our results to be expected in any future period, and the historical results for the nine months ended September 30, 2022 are not necessarily indicative of the results that may be expected for the full year.

The summary of our consolidated financial data and our condensed consolidated interim financial data set forth below should be read together with our consolidated financial statements and our condensed consolidated financial statements and the related notes, as well as the section captioned "Management's Discussion and Analysis of Financial Condition and Results of Operations" included in our Annual Report and our Third Quarter Quarterly Report, which are incorporated by reference in this prospectus.

| | Year Ended December 31, | | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- | --- |
| *(in thousands)* | **2019** | **2020** | **2021** | **2021** | **2022** |
| | | | | (unaudited) | |
| **Consolidated Statements of Operations Data:** | | | | | |
| Revenue | $ 144,496 | $ 175,518 | $ 213,212 | $ 165,166 | $ 232,289 |
| Cost of revenue | 100,284 | 108,972 | 130,567 | 98,444 | 141,357 |
| Gross profit | 44,212 | 66,546 | 82,645 | 66,722 | 90,932 |
| Operating expenses: | | | | | |
| General and administrative expenses | 9,065 | 21,008 | 37,893 | 26,865 | 41,037 |
| Depreciation and amortization | 8,217 | 8,262 | 8,520 | 6,305 | 6,939 |
| Total operating expenses | 17,282 | 29,270 | 46,413 | 33,170 | 47,976 |
| Income from operations | 26,930 | 37,276 | 36,232 | 33,552 | 42,956 |
| Interest expense, net | (1,787) | (3,510) | (14,549) | (10,911) | (12,760) |
| Payable pursuant to the tax receivable agreement adjustment | — | — | (1,663) | (3,678) | — |
| Loss on debt repayment | — | — | (15,990) | (15,990) | — |
| Income before income taxes | 25,143 | 33,766 | 4,030 | 2,973 | 30,196 |
| Income tax benefit (expense) | — | — | (86) | 3,123 | (5,485) |
| Net income | 25,143 | 33,766 | 3,944 | 6,096 | 24,711 |
| Less: net income attributable to non-controlling interests | — | — | 1,596 | 1,911 | 9,711 |
| Net income attributable to Shoals Technologies Group, Inc | $ 25,143 | $ 33,766 | $ 2,348 | $ 4,185 | $ 15,000 |

Case 3:24-cv-00334    Document 86-3    Filed 02/18/25    Page 14 of 72 PageID #: 1879

| (in thousands) | As of December 31, | | As of September 30, 2022 (unaudited) |
|---|---|---|---|
| | 2020 | 2021 | |
| **Consolidated Balance Sheet Data:** | | | |
| Cash and cash equivalents | $ 10,073 | $ 5,006 | $ 11,202 |
| Restricted cash | — | 4,551 | 20,414 |
| Total assets | 195,310 | 426,414 | 529,892 |
| Total liabilities | 379,433 | 433,912 | 507,222 |
| Total stockholders' equity (deficit) | (184,123) | (7,498) | 22,670 |

| (in thousands) | Year Ended December 31, | | | Nine Months Ended September 30, | |
|---|---|---|---|---|---|
| | 2019 | 2020 | 2021 | 2021 (unaudited) | 2022 (unaudited) |
| **Statement of Cash Flows Data:** | | | | | |
| Net cash provided by (used in) operating activities | $ 36,182 | $ 54,082 | $ (4,083) | $ (6,679) | $ 5,014 |
| Net cash used in investing activities | $ (1,719) | $ (3,236) | $ (17,035) | $ (15,392) | $ (2,896) |
| Net cash provided by (used in) financing activities | $ (27,489) | $ (47,855) | $ 20,602 | $ 26,187 | $ 19,941 |
| **Other Financial Information (unaudited):** | | | | | |
| Adjusted EBITDA[1] | $ 36,779 | $ 60,899 | $ 62,857 | $ 51,588 | $ 62,876 |
| Adjusted Net Income[1] | $ 26,586 | $ 45,889 | $ 35,914 | $ 35,040 | $ 37,369 |

(1)    We define Adjusted EBITDA as net income (loss) plus (i) interest expense, net, (ii) income tax expense, (iii) depreciation expense, (iv) amortization of intangibles, (v) payable pursuant to the TRA liability adjustment, (vi) loss on debt repayment, (vii) equity-based compensation, (viii) acquisition-related expenses, (ix) COVID-19 expenses and (x) non-recurring and other expenses. We define Adjusted Net Income as net income (loss) attributable to Shoals Technologies Group, Inc. plus (i) net income impact from pro forma conversion of Class B common stock to Class A common stock, (ii) amortization of intangibles, (iii) payable pursuant to the TRA liability adjustment, (iv) loss on debt repayment, (v) amortization of deferred financing costs, (vi) equity-based compensation, (vii) acquisition-related expenses, (viii) COVID-19 expenses and (ix) non-recurring and other expenses, all net of applicable income taxes.

Adjusted EBITDA and Adjusted Net Income are intended as supplemental measures of performance that are neither required by, nor presented in accordance with, generally accepted accounting principles in the U.S. ("GAAP"). We present Adjusted EBITDA and Adjusted Net Income because we believe they assist investors and analysts in comparing our performance across reporting periods on a consistent basis by excluding items that we do not believe are indicative of our core operating performance. In addition, we use Adjusted EBITDA and Adjusted Net Income: (i) as factors in evaluating management's performance when determining incentive compensation; (ii) to evaluate the effectiveness of our business strategies; and (iii) because our credit agreement uses measures similar to Adjusted EBITDA and Adjusted Net Income to measure our compliance with certain covenants.

Among other limitations, Adjusted EBITDA and Adjusted Net Income do not reflect our cash expenditures, future requirements for capital expenditures, contractual commitments or the impact of certain cash charges resulting from matters we consider not to be indicative of our ongoing operations. Adjusted EBITDA does not reflect income tax expense or benefit for periods prior to the reorganization conducted at the time of the initial public offering. Adjusted EBITDA and Adjusted Net Income may be calculated by other companies in our industry differently than we do or not at all, which may limit their usefulness as comparative measures. Because of these limitations, Adjusted EBITDA and Adjusted Net Income should not be considered in isolation or as substitutes for performance measures calculated in accordance with GAAP.

S-9

The following table reconciles net income to Adjusted EBITDA for the years ended December 31, 2019, 2020 and 2021 and the nine months ended September 30, 2021 and 2022, respectively:

| | Year Ended December 31, | | | Nine Months Ended September 30, | |
| | 2019 | 2020 | 2021 | 2021 | 2022 |
|---|---|---|---|---|---|
| *(in thousands)* | | | | | |
| Net income | $25,143 | $33,766 | $ 3,944 | $ 6,096 | $ 24,711 |
| Interest expense, net | 1,787 | 3,510 | 14,549 | 10,911 | 12,760 |
| Income tax (benefit) expense | — | — | 86 | (3,123) | 5,485 |
| Depreciation expense | 1,179 | 1,420 | 1,701 | 1,265 | 1,371 |
| Amortization of intangibles | 7,984 | 7,985 | 8,352 | 6,080 | 6,630 |
| Payable pursuant to the TRA adjustment[a] | — | — | 1,663 | 3,678 | — |
| Loss on debt repayment | — | — | 15,990 | 15,990 | — |
| Equity-based compensation | — | 8,251 | 11,286 | 6,904 | 11,887 |
| Acquisition-related expenses | — | — | 2,349 | 1,697 | 32 |
| COVID-19 expenses[b] | — | 2,890 | 339 | 269 | — |
| Non-recurring and other expenses[c] | 686 | 3,077 | 2,598 | 1,821 | — |
| **Adjusted EBITDA** | $36,779 | $60,899 | $ 62,857 | $ 51,588 | $ 62,876 |

(a)    Represents an adjustment to eliminate the remeasurement of the payable pursuant to the TRA.
(b)    Represents costs incurred as a direct impact from the COVID-19 pandemic, disinfecting and reconfiguration of facilities, medical professionals to conduct daily screenings of employees, premium pay during the pandemic to hourly workers in 2020 and direct legal costs associated with the pandemic.
(c)    Represents certain costs associated with non-recurring professional services, our prior private equity owners' expenses and other costs.

The following table reconciles net income attributable to Shoals Technologies Group, Inc. to Adjusted Net Income for the years ended December 31, 2019, 2020 and 2021 and the nine months ended September 30, 2021 and 2022, respectively:

| | Year Ended December 31, | | | Nine Months Ended September 30, | |
| | 2019 | 2020 | 2021 | 2021 | 2022 |
|---|---|---|---|---|---|
| *(in thousands)* | | | | | |
| Net income attributable to Shoals Technologies Group, Inc. | $25,143 | $33,766 | $ 2,348 | $ 4,185 | $ 15,000 |
| Net income impact from pro forma conversion of Class B common stock to Class A common stock[a] | — | — | 1,596 | 1,911 | 9,711 |
| Adjustment to the provision for income tax[b] | (5,456) | (7,327) | (456) | (476) | (2,293) |
| Tax effected net income | 19,687 | 26,439 | 3,488 | 5,620 | 22,418 |
| Amortization of intangibles | 7,984 | 7,985 | 8,352 | 6,080 | 6,630 |
| Amortization of deferred financing costs | 38 | 351 | 1,230 | 953 | 1,023 |
| Payable pursuant to the TRA adjustment[c] | — | — | 1,663 | 3,678 | — |
| Loss on debt repayment | — | — | 15,990 | 15,990 | — |
| Equity-based compensation | — | 8,251 | 11,286 | 6,904 | 11,887 |
| Acquisition-related expenses | — | — | 2,349 | 1,697 | 32 |
| COVID-19 expenses[d] | — | 2,890 | 339 | 269 | — |
| Non-recurring and other expenses[e] | 686 | 3,077 | 2,598 | 1,821 | — |
| Tax impact of adjustments[f] | (1,809) | (3,104) | (11,381) | (7,972) | (4,621) |
| **Adjusted Net Income** | $26,586 | $45,889 | $ 35,914 | $ 35,040 | $ 37,369 |

S-10

(a) Reflects net income to Class A common shares from pro forma exchange of corresponding shares of our Class B common shares held by our founder and management.

(b) Shoals Technologies Group, Inc. is subject to U.S. Federal income taxes, in addition to state and local taxes with respect to its allocable share of any net taxable income of Shoals Parent. The adjustment to the provision for income tax reflects the effective tax rates below, assuming Shoals Technologies Group, Inc. owns 100% of the LLC Interests in Shoals Parent.

| | Year Ended December 31, | | | Nine Months Ended September 30, | |
|---|---|---|---|---|---|
| | 2019 | 2020 | 2021 | 2021 | 2022 |
| Statutory U.S. Federal income tax rate | 21.0% | 21.0% | 21.0% | 21.0% | 21.0% |
| State and local taxes (net of federal benefit) | 0.7% | 0.7% | 6.4% | 1.0% | 0.1% |
| Permanent items | — | — | 1.2% | 2.9% | 2.5% |
| **Effective income tax rate for Adjusted Net Income** | 21.7% | 21.7% | 28.6% | 24.9% | 23.6% |

(c) Represents an adjustment to eliminate the remeasurement of the payable pursuant to the TRA.

(d) Represents costs incurred as a direct impact from the COVID-19 pandemic, disinfecting and reconfiguration of facilities, medical professionals to conduct daily screenings of employees, premium pay during the pandemic to hourly workers in 2020 and direct legal costs associated with the pandemic.

(e) Represents certain costs associated with non-recurring professional services, our prior private equity owners' expenses and other costs.

(f) Represents the estimated tax impact of all Adjusted Net Income add-backs, excluding those which represent permanent differences between book versus tax.

S-11

RISK FACTORS

*Investing in our Class A common stock involves a substantial risk of loss. You should carefully consider these risk factors, together with all of the other information included in this prospectus supplement or incorporated by reference herein, before you decide to purchase shares of our Class A common stock. If any of the following risks occur, it could have a material adverse effect on our business, financial condition or results of operations. In that case, the trading price of our Class A common stock could decline, and you could lose part or all of your investment. Some statements in this prospectus supplement, including statements in the following risk factors, or in documents we have incorporated by reference, including statements in the section titled "Risk Factors" included in our Annual Report and our Third Quarter Quarterly Report, each of which is incorporated by reference in this prospectus, constitute forward-looking statements. See the section of this prospectus captioned "Note Regarding Forward-Looking Statements."*

**Risks Related to this Offering and Ownership of Our Class A Common Stock**

***As an emerging growth company within the meaning of the Securities Act, we may utilize certain modified disclosure requirements, and we cannot be certain if these reduced requirements will make our Class A common stock less attractive to investors.***

We are an emerging growth company, and for as long as we continue to be an emerging growth company, we may choose to take advantage of exemptions from various reporting requirements applicable to other public companies but not to "emerging growth companies," including not being required to have our independent registered public accounting firm audit our internal control over financial reporting under Section 404 of the Sarbanes-Oxley Act, reduced disclosure obligations regarding executive compensation in our periodic reports and proxy statements, and exemptions from the requirements of holding a nonbinding advisory vote on executive compensation and stockholder approval of any golden parachute compensation not previously approved. We have in this prospectus utilized, and we may in future filings with the SEC continue to utilize, the modified disclosure requirements available to emerging growth companies. As a result, our stockholders may not have access to certain information they may deem important.

In addition, Section 107 of the JOBS Act also provides that an emerging growth company can utilize the extended transition period provided in Section 7(a)(2)(B) of the Securities Act of 1933, as amended (the "Securities Act"), for complying with new or revised accounting standards. Thus, an emerging growth company can delay the adoption of certain accounting standards until those standards would otherwise apply to private companies. We have elected to not "opt out" of this exemption from complying with new or revised accounting standards, and therefore, we are permitted to adopt new or revised accounting standards at the time private companies adopt the new or revised accounting standard and are permitted to do so until such time that we either (i) irrevocably elect to "opt out" of such extended transition period or (ii) no longer qualify as an emerging growth company.

We will remain an emerging growth company until the earliest to occur of (i) the last day of the fiscal year during which we had total annual gross revenues of at least $1.235 billion (as indexed for inflation); (ii) the last day of the fiscal year following the fifth anniversary of the date of the first sale of common stock under our initial public offering; (iii) the date on which we have, during the previous three-year period, issued more than $1 billion in non-convertible debt; or (iv) the date on which we are deemed to be a "large accelerated filer," as defined under the Exchange Act.

***A credit ratings downgrade or other negative action by a credit rating organization could adversely affect the trading price of the shares of our Class A common stock.***

Credit rating agencies continually revise their ratings for companies they follow. The condition of the financial and credit markets and prevailing interest rates have fluctuated in the past and are likely to fluctuate in the future.

In addition, developments in our business and operations could lead to a ratings downgrade for us or our subsidiaries. Any such fluctuation in our or our subsidiaries' ratings may impact our ability to access debt markets in the future or increase our cost of future debt, which could have a material adverse effect on our operations and financial condition, which in return may adversely affect the trading price of shares of our Class A common stock.

***Provisions in our certificate of incorporation and bylaws may have the effect of delaying or preventing a change of control or changes in our management.***

Our certificate of incorporation and bylaws contain provisions that could depress the trading price of our Class A common stock by discouraging, delaying or preventing a change of control of our Company or changes in our management that the stockholders of our Company may believe advantageous. These provisions include:

- authorizing "blank check" preferred stock that our board of directors could issue to increase the number of outstanding shares to discourage a takeover attempt;

- providing for a classified board of directors with staggered three-year terms, which could delay the ability of stockholders to change the membership of a majority of our board of directors;

- not providing for cumulative voting in the election of directors, which limits the ability of minority stockholders to elect director candidates;

- limiting the ability of stockholders to call a special stockholder meeting;

- prohibiting stockholders from acting by written consent;

- establishing advance notice requirements for nominations for election to our board of directors or for proposing matters that can be acted upon by stockholders at stockholder meetings;

- the removal of directors only for cause and only upon the affirmative vote of the holders of at least 66 2/3% in voting power of all the then-outstanding shares of common stock of the Company entitled to vote thereon;

- providing that our board of directors is expressly authorized to amend, alter, rescind or repeal our bylaws; and

- requiring the affirmative vote of holders of at least 66 2/3% of the voting power of all of the then-outstanding shares of Class A common stock to amend provisions of our certificate of incorporation relating to the management of our business, our board of directors, stockholder action by written consent, calling special meetings of stockholders, competition and corporate opportunities, Section 203 of the Delaware General Corporation Law (the "DGCL"), forum selection and the liability of our directors, or to amend, alter, rescind or repeal our bylaws.

In addition, we are not governed by the provisions of Section 203 of the DGCL, which generally prohibits a Delaware corporation from engaging in a broad range of business combinations with any "interested" stockholder for a period of three years following the date on which the stockholder becomes an "interested" stockholder. For a description of our capital stock, see "Description of Capital Stock."

In addition, our certificate of incorporation provides that the federal district courts of the United States will be the exclusive forum for resolving any complaint asserting a cause of action arising under the Securities Act but that the forum selection provision will not apply to claims brought to enforce a duty or liability created by the Securities Exchange Act of 1934, as amended (the "Exchange Act").

S-13

***Our certificate of incorporation also provides that the Court of Chancery of the State of Delaware will be the exclusive forum for substantially all disputes between us and our stockholders, which could limit our stockholders' ability to obtain a favorable judicial forum for disputes with us or our directors, officers or employees.***

Our certificate of incorporation provides that, unless we consent in writing to the selection of an alternate forum, the Court of Chancery of the State of Delaware will, to the fullest extent permitted by applicable law, be the exclusive forum for any derivative action or proceeding brought on our behalf; any action asserting a breach of fiduciary duty; any action asserting a claim against us arising pursuant to the DGCL, our certificate of incorporation or our bylaws; any action to interpret, apply, enforce or determine the validity of our certificate of incorporation or our bylaws; any action asserting a claim against us that is governed by the internal affairs doctrine; or any action asserting an "internal corporate claim" as defined in Section 115 of the DGCL. The choice of forum provision may limit a stockholder's ability to bring a claim in a judicial forum that it finds favorable for disputes with us or our directors, officers or other employees, which may discourage such lawsuits against us and our directors, officers and other employees. Alternatively, if a court finds the choice of forum provision contained in our certificate of incorporation to be inapplicable or unenforceable in an action, we may incur additional costs associated with resolving such action in other jurisdictions, which could materially and adversely affect our business, financial condition, and results of operations.

Section 27 of the Exchange Act creates exclusive federal jurisdiction over all suits brought to enforce any duty or liability created by the Exchange Act or the rules and regulations thereunder. In addition, Section 22 of the Securities Act creates concurrent jurisdiction for federal and state courts over all suits brought to enforce any duty or liability created by the Securities Act or the rules and regulations thereunder. To prevent having to litigate claims in multiple jurisdictions and the threat of inconsistent or contrary rulings by different courts, among other considerations, our certificate of incorporation will provide that, unless we consent in writing to the selection of an alternate forum, the federal district court for the District of Delaware will be the exclusive forum for the resolution of any complaint asserting a cause of action arising under the federal securities laws. We note that there is uncertainty as to whether a court would enforce the choice of forum provision with respect to claims under the federal securities laws, and that investors cannot waive compliance with the federal securities laws and the rules and regulations thereunder.

***We do not intend to pay any cash distributions or dividends on our Class A common stock in the foreseeable future.***

We have never declared or paid any distributions or dividends on our Class A common stock. We currently intend to retain any future earnings and do not expect to pay any cash distributions or dividends in the foreseeable future. Any future determination to declare cash distributions or dividends will be made at the discretion of our board of directors, subject to applicable laws and provisions of our debt instruments and organizational documents, after taking into account our financial condition, results of operations, capital requirements, general business conditions and other factors that our board of directors may deem relevant. As a result, capital appreciation in the price of our Class A common stock, if any, may be your only source of gain on an investment in our Class A common stock. See "Dividend Policy."

**NOTE REGARDING FORWARD-LOOKING STATEMENTS**

This prospectus supplement, the accompanying prospectus and documents we have incorporated by reference herein contain forward-looking statements that are based on our management's beliefs and assumptions and on information currently available to our management. The forward-looking statements are contained principally in the sections captioned "Prospectus Summary" and "Risk Factors" in this prospectus supplement and the accompanying prospectus and the sections captioned "Management's Discussion and Analysis of Financial Condition and Results of Operations" and "Business" included in our Annual Report, which is incorporated by reference in this prospectus supplement. Forward-looking statements include information concerning our possible or assumed future results of operations, business strategies, technology developments, financing and investment plans, dividend policy, competitive position, industry and regulatory environment, potential growth opportunities and the effects of competition. Forward-looking statements include statements that are not historical facts and can be identified by terms such as "anticipate," "believe," "could," "estimate," "expect," "intend," "may," "plan," "potential," "predict," "project," "seek," "should," "will," "would" or similar expressions and the negatives of those terms.

Forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause our actual results, performance or achievements to be materially different from any future results, performance or achievements expressed or implied by the forward-looking statements. Given these uncertainties, you should not place undue reliance on forward-looking statements in this prospectus supplement, the accompanying prospectus and documents we have incorporated by reference herein. You should read this prospectus supplement, the accompanying prospectus and documents we have incorporated by reference herein with the understanding that our actual future results may be materially different from what we expect.

Factors that could cause or contribute to such differences include, but are not limited to factors discussed in the "Risk Factors" included herein and the risk factors and cautionary statements described in other documents that we file from time to time with the SEC, specifically under "Item 1A. Risk Factors" and elsewhere in our most recent Annual Report on Form 10-K, our Quarterly Reports on Form 10-Q and our Current Reports on Form 8-K.

Forward-looking statements speak only as of the date of this prospectus supplement or, as of the date given if provided in another filing with the SEC. We undertake no obligation to publicly update or review any forward-looking statements to reflect events or circumstances after the date of such statements.

Except as required by law, we assume no obligation to update these forward-looking statements, or to update the reasons actual results could differ materially from those anticipated in these forward-looking statements, even if new information becomes available in the future. Some of the key factors that could cause actual results to differ from our expectations include the following:

- if demand for solar energy projects does not continue to grow or grows at a slower rate than we anticipate, our business will suffer;

- existing electric utility industry policies and regulations, and any subsequent changes, may present technical, regulatory and economic barriers to the purchase and use of solar energy systems that may significantly reduce demand for our products or harm our ability to compete;

- our industry has historically been cyclical and experienced periodic downturns;

- current macroeconomic events, including heightened inflation, rise in interest rates and potential recession could impact our business and financial results;

- the interruption of the flow of components and materials from international vendors has disrupted our supply chain, including as a result of the imposition of additional duties, tariffs and other charges on imports and exports;

S-15

- changes in the United States trade environment, including the imposition of import tariffs and antidumping and countervailing duties, could adversely affect the amount or timing of our revenue, results of operations or cash flows;

- if we fail to, or incur significant costs in order to, obtain, maintain, protect, defend or enforce our intellectual property and other proprietary rights, our business and results of operations could be materially harmed;

- if we are unable to protect the confidentiality of our trade secrets, our business and competitive position would be harmed;

- acquisitions, joint ventures and/or investments and the failure to integrate acquired businesses, could disrupt our business and/or dilute or adversely affect the price of our common stock;

- if our trademarks and trade names are not adequately protected, we may not be able to build name recognition in our markets of interest, and our competitive position may be harmed;

- we may experience delays, disruptions or quality control problems in our manufacturing operations in part due to vendor concentration;

- we face risks related to actual or threatened health epidemics, such as the COVID-19 pandemic, and other outbreaks, which could significantly disrupt our manufacturing and operations;

- our future growth in the EV charging market is highly dependent on the demand for, and consumers' willingness to adopt, EVs;

- the reduction, elimination or expiration of government incentives for, or regulations mandating the use of, renewable energy and solar energy specifically could reduce demand for solar energy systems and harm our business;

- a drop in the price of electricity sold may harm our business, financial condition, results of operations and prospects;

- an increase in interest rates, or a reduction in the availability of tax equity or project debt capital in the global financial markets could make it difficult for end customers to finance the cost of a solar energy system and could reduce the demand for our products;

- defects or performance problems in our products could result in loss of customers, reputational damage and decreased revenue, and we may face warranty, indemnity and product liability claims arising from defective products;

- our results of operations may fluctuate from quarter to quarter, which could make our future performance difficult to predict and could cause our results of operations for a particular period to fall below expectations, resulting in a decline in the price of our Class A common stock;

- compromises, interruptions or shutdowns of our systems, including those managed by third parties, whether intentional or inadvertent, could lead to delays in our business operations and, if significant or extreme, affect our results of operations;

- our indebtedness could adversely affect our financial flexibility and our competitive position;

- our indebtedness may restrict our current and future operations, which could adversely affect our ability to respond to changes in our business and to manage our operations;

- developments in alternative technologies may have a material adverse effect on demand for our offerings;

- changes to personal circumstances of Mr. Whitaker, our Chief Executive Officer, and our ability to find a new chief executive officer;

S-16

- we are a holding company and our principal asset is our interest in Shoals Parent and, accordingly, we are dependent upon Shoals Parent and its consolidated subsidiaries for our results of operations, cash flows and distributions;

- provisions in our certificate of incorporation and our bylaws may have the effect of delaying or preventing a change of control or changes in our management;

- our certificate of incorporation also provides that the Court of Chancery of the State of Delaware will be the exclusive forum for substantially all disputes between us and our stockholders, which could limit our stockholders' ability to obtain a favorable judicial forum for disputes with us or our directors, officers or employees;

- future sales of our Class A common stock, or the perception that such sales may occur, could depress our Class A common stock price; and

- if we fail to implement and maintain effective internal controls over financial reporting, we may be unable to accurately or timely report our financial condition or results of operations, which may adversely affect our business.

S-17

## USE OF PROCEEDS

We expect to receive approximately $41.9 million based on the public offering price of our Class A common stock of $22.25 per share, after deducting estimated underwriting discounts and commissions and offering expenses payable by us.

We intend to use the net proceeds from the issuance and sale of Class A common stock by us to fund a portion of the TRA Termination Consideration.

We will not receive any proceeds from the sale of our Class A common stock by the selling stockholders. We will, however, bear the costs associated with the sale of shares of Class A common stock by the selling stockholders, other than underwriting discounts and commissions. For more information, see "Selling Stockholders" and "Underwriting." Shoals Parent will bear or reimburse Shoals Technologies Group, Inc. for all of the expenses incurred in connection with this offering.

## CAPITALIZATION

The following table sets forth our cash and cash equivalents, restricted cash and capitalization as of September 30, 2022, as follows:

- of Shoals Technologies Group, Inc. and its subsidiaries on an actual basis;

- of Shoals Technologies Group, Inc. and its subsidiaries on an as adjusted basis to give effect to the sale by us of the shares of Class A common stock in this offering based on the public offering price of our Class A common stock of $22.25 per share, after deducting the underwriting discounts and commissions and estimated offering expenses payable by us, and the application of the net proceeds therefrom as described under "Use of Proceeds."

You should read this information together with our consolidated financial statements and the related notes and the "Management's Discussion and Analysis of Financial Condition and Results of Operations" section and other financial information included in our Annual Report, as well as the condensed financial statements and the related notes and the "Management's Discussion and Analysis of Financial Condition and Results of Operations" section and other financial information included in our Third Quarter Quarterly Report, each of which is incorporated by reference in this prospectus.

| | As of September 30, 2022 | |
| | Actual (unaudited) | As Adjusted (unaudited) |
| (in thousands, except per share and share data) | | |
| --- | --- | --- |
| Cash and cash equivalents[1] | $ 11,202 | $ 15,459 |
| Restricted cash[2] | $ 20,414 | $ — |
| Indebtedness:[3] | | |
|     Term loan | $ 195,750 | $ 195,750 |
|     Revolving loan | 85,640 | 85,640 |
| Total indebtedness | $ 281,390 | $ 281,390 |
| Payable pursuant to the TRA, including current portion[4] | $ 161,003 | $ — |
| Total equity: | | |
|     Class A common stock, par value $0.00001; 1,000,000,000 shares authorized, 113,508,362 shares issued and outstanding actual; 1,000,000,000 shares authorized, 134,004,663 shares issued and outstanding as adjusted | $ 1 | $ 1 |
|     Class B common stock, par value $0.00001; 195,000,000 shares authorized, 53,816,214 shares issued and outstanding actual; 195,000,000 shares authorized, 35,319,913 shares issued and outstanding as adjusted | 1 | 1 |
|     Additional paid-in capital[5] | 104,539 | 145,232 |
|     Accumulated (deficit) earnings[7] | (78,133) | 24,770 |
|     Total stockholders' equity attributable to Shoals Technologies Group, Inc. | 26,408 | 170,001 |
|     Noncontrolling interest[6] | (3,738) | (2,488) |
|     Total stockholders' equity[5][7] | $ 22,670 | $ 167,516 |
| Total capitalization | $ 304,060 | $ 448,906 |

(1) As adjusted reflects (i) the use of the net proceeds received from the offering of Class A common stock by us to partially fund the TRA Termination Consideration, (ii) the use of cash to fund the remaining TRA Termination Consideration, (iii) the elimination of restrictions on cash as a result of the TRA Termination and (iv) approximately $1.0 million of fees and expenses expected to be paid in connection with this offering.

(2) As adjusted reflects the elimination of restrictions on cash as a result of the TRA Termination.

(3) Amounts include current and long-term portions and exclude deferred financing costs.

(4) As adjusted reflects the TRA Termination.

(5)    As adjusted reflects (i) the issuance of Class A common stock in this offering and (ii) the portion of additional paid-in capital attributable to the non-controlling interest in Shoals Parent after giving effect to this offering.

(6)    Represents the LLC Interests in Shoals Parent that are not owned by the Company. Following this offering, the Company will hold 79.1% of the economic interests in Shoals Parent and the Continuing Equity Owners will hold 20.9% of the economic interests in Shoals Parent.

(7)    As adjusted (i) gives effect to (a) the TRA Termination, (b) the payment of the TRA Termination Consideration and (c) the elimination of the $161.0 million payable pursuant to the TRA and (ii) does not give effect to any increase that we may record resulting from the exchange by the selling stockholders of LLC Interests and related shares of Class B common stock for shares of Class A common stock in connection with this offering.

S-20

## DIVIDEND POLICY

We currently intend to retain all available funds and any future earnings for use in the operation of our business, and therefore we do not currently expect to pay any cash dividends. Any future determination to declare cash distributions or dividends will be made at the discretion of our board of directors, subject to applicable laws and provisions of our debt instruments and organizational documents, after taking into account our financial condition, results of operations, capital requirements, general business conditions and other factors that our board of directors may deem relevant. Holders of our Class B common stock are not entitled to participate in any dividends declared by our board of directors. Furthermore, because we are a holding company, our ability to pay cash dividends on our Class A common stock depends on our receipt of cash distributions from Shoals Parent and, through Shoals Parent, cash distributions and dividends from our other direct and indirect subsidiaries. Our ability to pay dividends may be restricted by the terms of our senior secured credit agreement and any future credit agreement or any of our or our subsidiaries future debt or preferred equity securities. See "Description of Capital Stock" in this prospectus supplement and "Management's Discussion and Analysis of Financial Condition and Results of Operations—Liquidity and Capital Resources" included in our Annual Report and Third Quarter Quarterly Report, each of which is incorporated by reference in this prospectus supplement. Any future determination as to the declaration and payment of dividends, if any, will be at the discretion of our board of directors, subject to compliance with contractual restrictions and covenants in the agreements governing our current and future indebtedness. Any such determination will also depend upon our business prospects, results of operations, financial condition, cash requirements and availability, applicable Delaware law and other factors that our board of directors may deem relevant.

Accordingly, you may need to sell your shares of our Class A common stock to realize a return on your investment, and you may not be able to sell your shares at or above the price you paid for them. See "Risk Factors—Risks Related to this Offering and Ownership of Our Class A Common Stock—We do not intend to pay any cash distributions or dividends on our Class A common stock in the foreseeable future."

We are a holding company, and our principal asset is LLC Interests. If we decide to pay a dividend in the future, we would need to cause Shoals Parent to make distributions to us in an amount sufficient to cover such dividend. If Shoals Parent makes such distributions to us, the other holders of LLC Interests will be entitled to receive pro rata distributions. See "We are a holding company and our principal asset after completion of the reorganization is our interest in Shoals Parent and, accordingly, we are dependent upon Shoals Parent and its consolidated subsidiaries for our results of operations, cash flows and distributions" included in our Annual Report under the caption "Risk Factors—Risks Related to Our Organizational Structure."

## SELLING STOCKHOLDERS

The following table sets forth information as of November 25, 2022 with respect to the beneficial ownership of our common stock by each of the selling stockholders. The amounts and percentages of shares beneficially owned are reported on the basis of SEC regulations governing the determination of beneficial ownership of securities. Under SEC rules, a person is deemed to be a "beneficial owner" of a security if that person has or shares voting power or investment power, which includes the power to dispose of or to direct the disposition of such security. A person is also deemed to be a beneficial owner of any securities of which that person has a right to acquire beneficial ownership within 60 days of the determination date. Securities that can be so acquired are deemed to be outstanding for purposes of computing such person's ownership percentage, but not for purposes of computing any other person's percentage. Under these rules, more than one person may be deemed to be a beneficial owner of the same securities, and a person may be deemed to be a beneficial owner of securities as to which such person has no economic interest.

Applicable percentage of beneficial ownership before this offering is based on 135,904,663 shares of Class A common stock and 31,419,913 shares of Class B common stock issued and outstanding as of November 25, 2022 after giving effect to the conversion of LLC Interests and corresponding numbers of Class B common stock into Class A common stock by the selling stockholders in connection with this offering, including the conversion which will only occur when and to the extent that the underwriters' option is exercised. Applicable percentage of beneficial ownership after this offering assumes the issuance and sale of shares of Class A common stock by us and the sale of shares of Class A common stock by the selling stockholders.

We have determined beneficial ownership in accordance with the rules of the SEC. Except as indicated by the footnotes below, we believe, based on the information furnished to us, that each person or entity named in the table below has sole voting and investment power with respect to all shares of common stock that he, she or it beneficially owns, subject to applicable community property laws.

The address of each beneficial owner listed in the table below is c/o Shoals Technologies Group, Inc., 1400 Shoals Way, Portland, Tennessee 37148.

| Name of Beneficial Owner | Class A Common Stock Beneficially Owned | | | | | | Class B Common Stock Beneficially Owned | | | | | | Combined Voting Powers | |
| | Before this Offering | | After Giving Effect to this Offering Assuming No Exercise of the Underwriters' Option | | After Giving Effect to this Offering Assuming Full Exercise of the Underwriters' Option | | Before this Offering | | After Giving Effect to this Offering Assuming No Exercise of the Underwriters' Option | | After Giving Effect to this Offering Assuming Full Exercise of the Underwriters' Option | | After Giving Effect to this Offering Assuming No Exercise of the Underwriters' Option | After Giving Effect to this Offering Assuming Full Exercise of the Underwriters' Option |
| | Shares | % | Shares | % | Shares | % | Shares | % | Shares | % | Shares | % | % | % |
| **Selling Stockholders[1]:** | | | | | | | | | | | | | | |
| Dean Solon[2] | 627,168 | * | 62,500 | * | 62,500 | * | — | * | — | * | — | * | * | * |
| Solon Holdco I, LLC[3] | 9,111,777 | 6.7% | 1,300,000 | * | — | — | 9,392,299 | 29.9% | 9,392,299 | 29.9% | 9,392,299 | 29.9% | 6.3% | 5.5% |
| Solon Holdco II, LLC[4] | 18,223,555 | 13.4% | 2,600,000 | 1.9% | — | — | 18,784,598 | 59.8% | 18,784,598 | 59.8% | 18,784,598 | 59.8% | 12.6% | 11.1% |

\*     Less than one percent.

(1)   Pursuant to a registration rights agreement between the Company and the selling stockholders, the Company agreed to pay all of the out-of-pocket expenses incurred by the selling stockholders in connection with this offering.

(2)   Consists of 627,168 shares of Class A common stock directly held by Dean Solon. Mr. Solon has and has had positions, offices and other material relationships with the Company described in the section titled "Certain Relationships and Related Party Transactions" in our Proxy Statement.

(3)   Consists of 9,111,777 shares of Class A common stock and 9,392,299 shares of Class B common stock directly held by Solon Holdco I, LLC. Solon Holdco I, LLC is controlled by its managing member, Dean Solon. As a result, Mr. Solon may be deemed to have beneficial ownership of the shares held directly by Solon Holdco I, LLC. Assumes the conversion of 1,300,000 shares of Class B common stock into Class A common stock, which will only occur when and to the extent that the underwriters' option is exercised

(4)   Consists of 18,223,555 shares of Class A common stock and 18,784,598 shares of Class B common stock directly held by Solon Holdco II, LLC. Solon Holdco II, LLC is controlled by its managing member, Dean Solon. As a result, Mr. Solon may be deemed to have beneficial ownership of the shares held directly by Solon Holdco II, LLC. Assumes the conversion of 2,600,000 shares of Class B common stock into Class A common stock, which will only occur when and to the extent that the underwriters' option is exercised.

**MATERIAL U.S. FEDERAL INCOME TAX CONSIDERATIONS FOR NON-U.S. HOLDERS OF CLASS A COMMON STOCK**

The following discussion is a summary of the material U.S. federal income tax consequences to Non-U.S. Holders (as defined below) of the purchase, ownership and disposition of our Class A common stock issued pursuant to this offering, but does not purport to be a complete analysis of all potential tax considerations relating thereto. The effects of other U.S. federal tax laws, such as estate tax laws, gift tax laws, and any applicable state, local or non-U.S. tax laws are not discussed. This discussion is based on the Code, Treasury regulations promulgated or proposed thereunder (the "Treasury Regulations"), judicial decisions, and published rulings and administrative pronouncements of the U.S. Internal Revenue Service, or (the "IRS"), in each case as in effect as of the date hereof. These authorities may change or be subject to differing interpretations. Any such change or differing interpretation may be applied retroactively in a manner that could adversely affect a Non-U.S. Holder of our Class A common stock. We have not sought and will not seek any rulings from the IRS regarding the matters discussed below. There can be no assurance the IRS or a court will not take a contrary position to those discussed below regarding the tax consequences of the purchase, ownership and disposition of our Class A common stock.

This discussion is limited to Non-U.S. Holders who purchase our Class A common stock pursuant to this offering and who hold our Class A common stock as a "capital asset" within the meaning of Section 1221 of the Code (generally, property held for investment). This discussion does not address all U.S. federal income tax consequences relevant to a Non-U.S. Holder's particular circumstances, including the impact of the Medicare contribution tax on net investment income and the alternative minimum tax. In addition, it does not address consequences relevant to Non-U.S. Holders subject to special rules, including, without limitation:

- U.S. expatriates and former citizens or long-term residents of the U.S.;

- persons holding our Class A common stock as part of a hedge, straddle or other risk reduction strategy or as part of a conversion transaction or other integrated investment;

- banks, insurance companies and other financial institutions;

- real estate investment trusts or regulated investment companies;

- brokers, dealers or traders in securities, commodities or currencies;

- "controlled foreign corporations," "passive foreign investment companies," and corporations that accumulate earnings to avoid U.S. federal income tax;

- partnerships or other entities or arrangements treated as partnerships for U.S. federal income tax purposes (and investors therein);

- tax-exempt organizations or governmental organizations;

- persons deemed to sell our Class A common stock under the constructive sale provisions of the Code;

- persons who hold or receive our Class A common stock pursuant to the exercise of any employee stock option or otherwise as compensation;

- persons that own, or are deemed to own, more than 5% of our capital stock (except to the extent specifically set forth below);

- persons that are subject to the "applicable financial statement" rules under Section 451(b) of the Code;

- "qualified foreign pension funds" (within the meaning of Section 897(l)(2) of the Code) and entities, all of the interests of which are held by qualified foreign pension funds; and

- tax-qualified retirement plans.

If any entity or arrangement classified as a partnership for U.S. federal income tax purposes holds our Class A common stock, the tax treatment of a partner in the partnership will depend on the status of the partner, the

S-23

activities of the partnership and certain determinations made at the partner level. Accordingly, partnerships holding our Class A common stock and partners in such partnerships should consult their tax advisors regarding the U.S. federal income tax consequences of the purchase, ownership and disposition of shares of our Class A common stock.

INVESTORS ARE URGED TO CONSULT THEIR TAX ADVISORS WITH RESPECT TO THE APPLICATION OF THE U.S. FEDERAL TAX LAWS TO THEIR PARTICULAR SITUATIONS AS WELL AS THE TAX CONSIDERATIONS RELATED TO THE PURCHASE, OWNERSHIP AND DISPOSITION OF OUR CLASS A COMMON STOCK IN LIGHT OF THEIR PARTICULAR CIRCUMSTANCES, AS WELL AS ANY TAX CONSIDERATIONS RELATED TO THE U.S. FEDERAL ESTATE OR GIFT TAX LAWS OR UNDER THE APPLICABLE LAWS OF ANY STATE, LOCAL OR NON-U.S. TAXING AUTHORITY OR UNDER ANY APPLICABLE INCOME TAX TREATY.

### Definition of a Non-U.S. Holder

For purposes of this discussion, a "Non-U.S. Holder" is any beneficial owner of our Class A common stock that is neither a "United States person" nor an entity or arrangement treated as a partnership for U.S. federal income tax purposes. A United States person is any person that, for U.S. federal income tax purposes, is or is treated as any of the following:

- an individual who is a citizen or resident of the U.S.;

- a corporation, or other entity treated as a corporation for U.S. federal income tax purposes, created or organized under the laws of the U.S., any state thereof, or the District of Columbia;

- an estate whose income is subject to U.S. federal income tax regardless of its source; or

- a trust that (1) is subject to the primary supervision of a U.S. court and the control of all substantial decisions of the trust is by one or more "United States persons" (within the meaning of Section 7701(a)(30) of the Code), or (2) has a valid election in effect to be treated as a United States person for U.S. federal income tax purposes.

### Distributions

As described in the section entitled "Dividend Policy," we do not anticipate declaring or paying dividends to holders of our Class A common stock in the foreseeable future. However, if we do make distributions of cash or property on our Class A common stock, such distributions generally will constitute dividends for U.S. federal income tax purposes to the extent paid from our current or accumulated earnings and profits, as determined under U.S. federal income tax principles. Amounts not treated as dividends for U.S. federal income tax purposes will constitute a nontaxable return of capital up to (and will reduce, but not below zero) a Non-U.S. Holder's adjusted tax basis in its Class A common stock. Any excess amounts generally will be treated as capital gain and will be treated as described below under "—Sale or Other Taxable Disposition."

Subject to the discussion below on effectively connected income, backup withholding, and the Foreign Account Tax Compliance Act, dividends paid to a Non-U.S. Holder of our Class A common stock will be subject to U.S. federal withholding tax at a rate of 30% of the gross amount of the dividends (or such lower rate specified by an applicable income tax treaty, provided the Non-U.S. Holder furnishes to us or the applicable withholding agent prior to the payment of dividends a valid IRS Form W-8BEN or W-8BEN-E (or other applicable or successor form) certifying under penalty of perjury that such Non-U.S. Holder is not a "United States person" as defined in the Code and qualifies for a reduced treaty rate). A Non-U.S. Holder that does not timely furnish the required documentation, but that qualifies for a reduced treaty rate, may obtain a refund of any excess amounts withheld by timely filing an appropriate claim for refund with the IRS. Non-U.S. Holders are urged to consult their tax advisors regarding their entitlement to benefits under any applicable income tax treaty.

If dividends paid to a Non-U.S. Holder are effectively connected with the Non-U.S. Holder's conduct of a trade or business within the U.S. (and, if required by an applicable income tax treaty, the Non-U.S. Holder maintains a

S-24

permanent establishment in the U.S. to which such dividends are attributable), the Non-U.S. Holder will be exempt from the U.S. federal withholding tax described above. To claim the exemption, the Non-U.S. Holder must furnish to the applicable withholding agent a valid IRS Form W-8ECI (or a successor form), certifying that the dividends are effectively connected with the Non-U.S. Holder's conduct of a trade or business within the U.S.

Any such effectively connected dividends will generally be subject to U.S. federal income tax on a net income basis at the regular rates generally applicable to U.S. persons. A Non-U.S. Holder that is a corporation for U.S. federal income tax purposes also may be subject to a branch profits tax at a rate of 30% (or such lower rate specified by an applicable income tax treaty) on its effectively connected earnings and profits (as adjusted for certain items), which will include such effectively connected dividends. Non-U.S. Holders are urged to consult their tax advisors regarding any applicable tax treaties that may provide for different rules.

### Sale or Other Taxable Disposition

Subject to the discussion below on backup withholding and the Foreign Account Tax Compliance Act, a Non-U.S. Holder generally will not be subject to U.S. federal income tax on any gain realized upon the sale or other taxable disposition of our Class A common stock unless:

- the gain is effectively connected with the Non-U.S. Holder's conduct of a trade or business within the U.S. (and, if required by an applicable income tax treaty, the Non-U.S. Holder maintains a permanent establishment in the U.S. to which such gain is attributable);

- the Non-U.S. Holder is a nonresident alien individual present in the U.S. for 183 days or more during the taxable year of the sale or other taxable disposition and certain other requirements are met; or

- our Class A common stock constitutes a U.S. real property interest (a "USRPI"), by reason of our status as a U.S. real property holding corporation (a "USRPHC"), for U.S. federal income tax purposes at any time within the shorter of (1) the five-year period preceding the Non-U.S. Holder's disposition of our Class A common stock and (2) the Non-U.S. Holder's holding period for our Class A common stock.

Gain described in the first bullet point above generally will be subject to U.S. federal income tax on a net income basis at the regular rates generally applicable to United States persons. A Non-U.S. Holder that is a corporation also may be subject to a branch profits tax at a rate of 30% (or such lower rate specified by an applicable income tax treaty) on its effectively connected earnings and profits (as adjusted for certain items), which will include such effectively connected gain.

A Non-U.S. Holder described in the second bullet point above will be subject to U.S. federal income tax at a rate of 30% (or such lower rate specified by an applicable income tax treaty) on any gain derived from the sale or other taxable disposition, which may generally be offset by U.S. source capital losses of the Non-U.S. Holder for that taxable year (even though the individual is not considered a resident of the U.S.), provided the Non-U.S. Holder has timely filed U.S. federal income tax returns with respect to such losses.

With respect to the third bullet point above, we believe we currently are not, and do not anticipate becoming, a USRPHC. Because the determination of whether we are a USRPHC depends, however, on the fair market value of our USRPIs relative to the fair market value of our non-USRPIs and our other business assets, there can be no assurance we currently are not a USRPHC or will not become one in the future. Even if we are or were to become a USRPHC, gain arising from the sale or other taxable disposition by a Non-U.S. Holder of our Class A common stock will not be subject to U.S. federal income tax if our Class A common stock is "regularly traded," as defined by applicable Treasury Regulations, on an established securities market during the calendar year in which the sale or other taxable disposition occurs, and such Non-U.S. Holder owned, actually and constructively, 5% or less of our Class A common stock throughout the shorter of (1) the five-year period ending on the date of the sale or other taxable disposition or (2) the Non-U.S. Holder's holding period. If we were to become a

S-25

USRPHC and our Class A common stock were not considered to be "regularly traded" on an established securities market during the calendar year in which the relevant sale or other taxable disposition by a Non-U.S. Holder occurs, such Non-U.S. Holder (regardless of the percentage of stock owned) would be subject to U.S. federal income tax on a sale or other taxable disposition of our Class A common stock and a 15% withholding tax would apply to the gross proceeds from such disposition.

Non-U.S. Holders are urged to consult their tax advisors regarding potentially applicable income tax treaties that may provide for different rules.

### Information Reporting and Backup Withholding

Payments of dividends on our Class A common stock generally will not be subject to backup withholding, provided the applicable withholding agent does not have actual knowledge or reason to know the Non-U.S. Holder is a United States person and the Non-U.S. Holder either certifies its non-U.S. status, such as by furnishing a valid IRS Form W-8BEN, W-8BEN-E or W-8ECI (or a successor form), or otherwise establishes an exemption. However, information returns are required to be filed with the IRS in connection with any distributions on our Class A common stock paid to the Non-U.S. Holder, regardless of whether any tax was actually withheld. In addition, proceeds of the sale or other taxable disposition of our Class A common stock within the U.S. or conducted through certain U.S.-related brokers generally will not be subject to backup withholding or information reporting if the applicable withholding agent receives the certification described above and does not have actual knowledge or reason to know that such Non-U.S. Holder is a United States person, or the Non-U.S. Holder otherwise establishes an exemption. If a Non-U.S. Holder does not provide the certification described above or the applicable withholding agent has actual knowledge or reason to know that such Non-U.S. Holder is a United States person, payments of dividends or of proceeds of the sale or other taxable disposition of our Class A common stock may be subject to backup withholding at a rate currently equal to 24% of the gross proceeds of such dividend, sale, or other taxable disposition. Proceeds of a sale or other disposition of our Class A common stock conducted through a non-U.S. office of a non-U.S. broker generally will not be subject to backup withholding or information reporting.

Copies of information returns that are filed with the IRS may also be made available under the provisions of an applicable treaty or agreement to the taxing authorities of the country in which the Non-U.S. Holder resides, is established or is organized.

Backup withholding is not an additional tax. Any amounts withheld under the backup withholding rules may be allowed as a refund or a credit against a Non-U.S. Holder's U.S. federal income tax liability, if any, provided the Non-U.S. Holder timely files the appropriate claim with the IRS and furnishes any required information to the IRS.

Non-U.S. Holders are urged to consult their tax advisors regarding information reporting and backup withholding.

### Foreign Account Tax Compliance Act

Subject to the discussion below regarding certain Proposed Regulations (defined below), withholding taxes may be imposed under Sections 1471 to 1474 of the Code (such Sections commonly referred to as the "Foreign Account Tax Compliance Act," or "FATCA") on certain types of payments made to non-U.S. financial institutions and certain other non-U.S. entities. Specifically, a 30% withholding tax may be imposed on dividends on, or gross proceeds from the sale or other disposition of, our Class A common stock paid to a "foreign financial institution" or a "nonfinancial foreign entity" (each as defined in the Code) (including, in some cases, when such foreign financial institution or nonfinancial foreign entity is acting as an intermediary), unless (1) the foreign financial institution undertakes certain diligence and reporting obligations, (2) the nonfinancial foreign entity either certifies it does not have any "substantial United States owners" (as defined in the Code) or furnishes

S-26

identifying information regarding each direct and indirect substantial United States owner, or (3) the foreign financial institution or nonfinancial foreign entity otherwise qualifies for an exemption from these rules. If the payee is a foreign financial institution and is subject to the diligence and reporting requirements in (1) above, it must enter into an agreement with the U.S. Department of the Treasury requiring, among other things, that it undertake to identify accounts held by certain "specified United States persons" or "United States-owned foreign entities" (each as defined in the Code), annually report certain information about such accounts, and withhold 30% on certain payments to noncompliant foreign financial institutions and certain other account holders. Foreign financial institutions or branches thereof located in jurisdictions that have an intergovernmental agreement with the U.S. governing FATCA may be subject to different rules.

Although FATCA withholding could apply to gross proceeds on the disposition of our Class A common stock, on December 13, 2018, the U.S. Department of the Treasury released proposed regulations (the "Proposed Regulations") the preamble to which specifies that taxpayers may rely on them pending finalization. The Proposed Regulations eliminate FATCA withholding on the gross proceeds from a sale or other disposition of our Class A common stock. There can be no assurance that the Proposed Regulations will be finalized in their present form.

Prospective investors are urged to consult their tax advisors regarding the potential application of withholding under FATCA to their investment in our Class A common stock.

S-27

**UNDERWRITING**

We and the selling stockholders are offering the shares of Class A common stock described in this prospectus through a number of underwriters. J.P. Morgan Securities LLC and Guggenheim Securities, LLC are acting as representatives of the underwriters. We and the selling stockholders have entered into an underwriting agreement with the underwriters. Subject to the terms and conditions of the underwriting agreement, we and the selling stockholders have agreed to sell to the underwriters, and each underwriter has severally agreed to purchase, at the public offering price less the underwriting discounts and commissions set forth on the cover page of this prospectus, the number of shares of Class A common stock listed next to its name in the following table:

| Underwriter | Number of shares |
|---|---|
| J.P. Morgan Securities LLC | 7,770,000 |
| Guggenheim Securities, LLC | 7,350,000 |
| Morgan Stanley & Co. LLC | 3,640,000 |
| UBS Securities LLC | 2,240,000 |
| Goldman Sachs & Co. LLC | 1,600,000 |
| Barclays Capital Inc. | 800,000 |
| Credit Suisse Securities (USA) LLC | 800,000 |
| Cowen and Company, LLC | 400,000 |
| Oppenheimer & Co. Inc. | 400,000 |
| Piper Sandler & Co. | 400,000 |
| Roth Capital Partners, LLC | 400,000 |
| Johnson Rice & Company L.L.C. | 100,000 |
| Northland Securities, Inc. | 100,000 |
| **Total** | **26,000,000** |

The underwriters are committed to purchase all the shares of Class A common stock offered by us and the selling stockholders if they purchase any shares. The underwriting agreement also provides that if an underwriter defaults, the purchase commitments of nondefaulting underwriters may also be increased or the offering may be terminated.

The underwriters propose to offer the shares of Class A common stock directly to the public at the public offering price set forth on the cover page of this prospectus. After the initial offering of the shares to the public, if all of the shares of Class A common stock are not sold at the initial public offering price, the underwriters may change the offering price and the other selling terms. Sales of any shares made outside of the United States may be made by affiliates of the underwriters. The offering of the shares by the underwriters is subject to receipt and acceptance and subject to the underwriters' right to reject any order in whole or in part.

The underwriters have an option to buy up to 3,900,000 additional shares of Class A common stock from the selling stockholders, to cover sales of shares by the underwriters which exceed the number of shares specified in the table above. The underwriters have 30 days from the date of this prospectus to exercise this option to purchase additional shares from the selling stockholders. If any shares are purchased with this option to purchase additional shares, the underwriters will purchase shares in approximately the same proportion as shown in the table above. If any additional shares of Class A common stock are purchased, the underwriters will offer the additional shares on the same terms as those on which the shares are being offered.

The underwriting fee is equal to the public offering price per share of Class A common stock less the amount paid by the underwriters to us and the selling stockholders per share of Class A common stock. The underwriting fee is $0.77875 per share. The following table shows the per share and total underwriting discounts and

S-28

commissions to be paid to the underwriters assuming both no exercise and full exercise of the underwriters' option to purchase additional shares.

| | Without option to purchase additional shares exercise | | With full option to purchase additional shares exercise | |
|---|---|---|---|---|
| Per Share | $ | 0.77875 | $ | 0.77875 |
| Total | $ | 20,247,500 | $ | 23,284,625 |

We estimate that the total expenses of this offering, including registration, filing and listing fees, printing fees and legal and accounting expenses, but excluding the underwriting discounts and commissions, will be approximately $1.0 million. We have agreed to reimburse the underwriters for expenses relating to the clearance of this offering with the Financial Industry Regulatory Authority up to $25,000, and the underwriters have agreed to reimburse certain of our expenses in connection with this offering.

A prospectus in electronic format may be made available on the web sites maintained by one or more underwriters, or selling group members, if any, participating in the offering. The underwriters may agree to allocate a number of shares to underwriters and selling group members for sale to their online brokerage account holders. Internet distributions will be allocated by the representatives to underwriters and selling group members that may make Internet distributions on the same basis as other allocations.

We agreed that we will not (i) offer, sell, contract to sell, pledge, grant any option to purchase, make any short sale or otherwise transfer or dispose of, directly or indirectly, or file with or confidentially submit to the Securities and Exchange Commission a registration statement under the Securities Act relating to, any of our securities that are substantially similar to the shares of Class A common stock or LLC Interests, including but not limited to any options or warrants to purchase shares of common stock or any securities that are convertible into or exchangeable for, or that represent the right to receive, common stock or any such substantially similar securities, or publicly disclose the intention to make any offer, sale, pledge, disposition or filing; provided that confidential or non-public submissions to the Securities and Exchange Commission of any registration statements under the Securities Act may be made if (w) no public announcement of such confidential or non-public submission shall be made, (x) if any demand was made for, or any right exercised with respect to, such registration of shares of Stock or securities convertible, exercisable or exchangeable into common stock, no public announcement of such demand or exercise of rights shall be made, (y) we will provide written notice at least three business days prior to such confidential or non-public submission to J.P. Morgan Securities LLC and Guggenheim Securities, LLC and (z) no such confidential or non-public submission shall become a publicly filed registration statement during the period of 90 days after the date of this prospectus (the "Company restricted period"); or (ii) enter into any swap or other agreement that transfers, in whole or in part, any of the economic consequences of ownership of the Class A common stock, the LLC Interests or any such other securities, whether any such transaction described in clause (i) or (ii) above is to be settled by delivery of common stock or such other securities, in cash or otherwise (other than (a) the shares to be sold pursuant to the underwriting agreement or pursuant to employee stock option plans existing on, or upon the conversion or exchange of convertible or exchangeable securities outstanding as of, the date of the underwriting agreement, (b) our issuance of shares of common stock, options to purchase shares of common stock, including nonqualified stock options and incentive stock options, and other equity incentive compensation, including restricted stock or restricted stock units, stock appreciation rights, dividend equivalents and Stock-based awards, pursuant to equity plans described herein, (c) any shares of common stock issued upon the exercise of options or the settlement of restricted stock units or other equity-based compensation described in clause (b) granted under such equity plans described herein, or under equity plans or similar plans of companies acquired by us in effect on the date of acquisition, (d) the filing by us of any registration statement on Form S-8 with the Securities and Exchange Commission relating to the offering of securities pursuant to the terms of such equity plans described herein, or (e) the issuance by us of shares of common stock or securities convertible into shares of common stock in connection with an acquisition or business combination, provided that the aggregate number of shares of common stock issued pursuant to this

S-29

clause (e) during the Company restricted period shall not exceed 10% of the total number of shares of common stock issued and outstanding on the closing date of the offering, and provided further that, in the case of any issuance pursuant to this clause (e), certain recipients of shares of common stock shall have executed and delivered to J.P. Morgan Securities LLC and Guggenheim Securities, LLC a lock-up letter as described in the underwriting agreement, without the prior written consent of J.P. Morgan Securities LLC and Guggenheim Securities, LLC.

In addition, our directors, executive officers and the selling stockholders (such persons, the "lock-up parties") have entered into lock-up agreements with the underwriters prior to the commencement of this offering pursuant to which each lock-up party, with limited exceptions, for a period of 90 days after the date of this prospectus (such period, the "restricted period"), may not (and may not cause any of their direct or indirect affiliates to), without the prior written consent of J.P. Morgan Securities LLC and Guggenheim Securities, LLC (i) offer, sell, contract to sell, pledge, grant any option to purchase, lend or otherwise dispose of any shares of our Class A common stock, LLC Interests, or any options or warrants to purchase any shares of our Class A common stock, LLC Interests, or any securities convertible into, exchangeable for or that represent the right to receive shares of our Class A common stock or LLC Interests (collectively, the "lock-up securities"), including without limitation any such lock-up securities now owned or hereafter acquired by the lock-up party, (ii) engage in any hedging or other transaction or arrangement (including, without limitation, any short sale or the purchase or sale of, or entry into, any put or call option, or combination thereof, forward, swap or any other derivative transaction or instrument, however described or defined) which is designed to or which reasonably could be expected to lead to or result in a sale, loan, pledge or other disposition (whether by the lock-up party or someone other than the lock-up party), or transfer of any of the economic consequences of ownership, in whole or in part, directly or indirectly, of any lock-up securities, whether any such transaction or arrangement (or instrument provided for thereunder) would be settled by delivery of common stock or other securities, in cash or otherwise (any such sale, loan, pledge or other disposition, or transfer of economic consequences, a "transfer") or (iii) otherwise publicly announce any intention to engage in or cause any action or activity described in clause (i) above or transaction or arrangement described in clause (ii) above. Each lock-up party has further acknowledged that it has not, and has not caused or directed any of its affiliates to be or become, currently a party to any agreement or arrangement that provides for, is designed to or which reasonably could be expected to lead to or result in any transfer during the restricted period and that the foregoing provisions are equally applicable to any issuer-directed or other shares the lock-up party may purchase in this offering.

Notwithstanding the foregoing, our directors, executive officers and stockholders, including the selling stockholders, may transfer the lock-up securities during the restricted period:

(i) the shares of Class A common stock to be sold by such lock-up party in connection with this offering and any reclassification, conversion or exchange in connection with such sale of common stock;

(ii) as a bona fide gift or gifts, or as charitable contributions, provided that the donee or donees thereof agree to be bound in writing by the restrictions set forth in the lock-up agreements, and provided further that no filing under the Exchange Act, reporting a reduction in beneficial ownership of shares of common stock, shall be required or shall be voluntarily made during the restricted period;

(iii) to any trust, partnership, limited liability company or any other entity for the direct or indirect benefit of the lock-up party or the immediate family of the lock-up party, provided that the trustee of the trust agrees to be bound in writing by the restrictions set forth herein, and provided further that no filing under Section 16(a) of the Exchange Act, reporting a reduction in beneficial ownership of shares of common stock, shall be required or shall be voluntarily made during the restricted period;

(iv) to any beneficiary of or estate of a beneficiary of a lock-up party pursuant to a trust, will, other testamentary document or intestate succession or applicable laws of descent, provided that the beneficiary or the estate of a beneficiary thereof agrees to be bound in writing by the restrictions set forth herein, and provided

S-30

further that any such transaction shall not involve a disposition for value and that no filing under Section 16(a) of the Exchange Act, reporting a reduction in beneficial ownership of shares of common stock, shall be required or shall be voluntarily made during the restricted period;

(v) to a partnership, limited liability company or other entity of which a lock-up party and the immediate family of such lock-up party are the legal and beneficial owner of all the outstanding equity securities or similar interests, provided that such partnership, limited liability company or other entity agrees to be bound in writing by the restrictions set forth herein, and provided further that no filing under Section 16(a) of the Exchange Act, reporting a reduction in beneficial ownership of shares of common stock, shall be required or shall be voluntarily made during the restricted period;

(vi) by operation of law, such as pursuant to a qualified domestic order of a court (including a divorce settlement, divorce decree or separation agreement) or regulatory agency, provided that the transferee or transferees thereof agree to be bound in writing by the restrictions set forth herein, and provided further that no filing under Section 16(a) of the Exchange Act, reporting a reduction in beneficial ownership of shares of common stock, shall be required or shall be voluntarily made during the restricted period;

(vii) in transactions relating to shares of common stock in open market transactions after the completion of the public offering, provided that no filing under Section 16(a) of the Exchange Act, reporting a reduction in beneficial ownership of such shares of common stock, shall be required or shall be voluntarily made during the restricted period;

(viii) by (A) the exercise of stock options solely with cash granted pursuant to equity incentive plans described in this prospectus, and the receipt by the lock-up party from us of shares of common stock upon such exercise; (B) transfers of shares of common stock to us upon the "net" or "cashless" exercise of stock options or other equity awards granted pursuant to equity incentive plans described in the Registration Statement; (C) transfers of shares of our common stock for the purpose of satisfying any tax or other governmental withholding obligation in connection with (i) any award of equity-based compensation granted pursuant to our equity incentive plans or (ii) with respect to our executive officers that are lock-up parties, the conversion or exchange of LLC Interests and/or related Class B common stock into shares of Class A common stock; or (D) forfeitures of shares of common stock to us to satisfy tax withholding requirements of us or the lock-up party upon the vesting, during the restricted period, of equity-based awards granted under equity incentive plans or pursuant to other stock purchase arrangements, in each case described in this prospectus; provided that, in each case, the underlying shares of common stock shall continue to be subject to the restrictions on transfer set forth in the lock-up agreements, and provided further that, if required, any public report or filing under Section 16(a) of the Exchange Act shall indicate in the footnotes thereto the nature of the transaction;

(ix) pursuant to a bona fide third-party tender offer, merger, consolidation or other similar transaction made to all holders of our capital stock after the consummation of the public offering, involving a change of control of us, or group of persons, shall become, after the closing of the transaction, the beneficial owner (as defined in Rules 13d-3 and 13d-5 of the Exchange Act) of more than 50% of total voting power of our voting securities), provided that in the event that such tender offer, merger, consolidation or other such transaction is not completed, the lock-up party's shares of common stock shall remain subject to the provisions of the lock-up agreements

(x) to us in connection with the repurchase by us from the lock-up party of lock-up securities pursuant to a repurchase right arising upon the termination of the lock-up party's employment with us; provided that such repurchase right is pursuant to contractual agreements with us; and provided further that, if required, any public report or filing under Section 16(a) of the Exchange Act shall indicate in the footnotes thereto the nature of the transaction;

(xi) the establishment of a trading plan pursuant to Rule 10b5-1 under the Exchange Act for the transfer of shares of common stock; provided that (i) such plan does not provide for the transfer of common stock during the restricted period and (ii) no public announcement or filing under the Exchange Act shall be made by or on behalf of us or the lock-up party regarding the establishment of such plan during the restricted period;

S-31

(xii) if the lock-up party is a corporation, partnership, limited liability company or other business entity, by (A) distributions of lock-up securities to limited partners, general partners, members, stockholders holders of similar interests of the lock-up party (or in each case its nominee or custodian) or to any investment holding company controlled or managed by the lock-up party or (B) transfers of shares of common stock or any Derivative Instrument to affiliates (as defined in Rule 405 of the Securities Act of 1933, as amended) or other entities controlled or managed by the lock-up party or any of its affiliates (other than us and our subsidiaries); provided that each distributee and transferee agrees to be bound in writing by the restrictions set forth herein, and provided further that no filing under Section 16(a) of the Exchange Act, reporting a reduction in beneficial ownership of shares of common stock, shall be required or shall be voluntarily made during the restricted period; or

(xiii) with respect to our executive officers that are lock-up parties, in an amount that does not exceed an aggregate of 20,000 shares of Class A common stock.

J.P. Morgan Securities LLC and Guggenheim Securities, LLC, in their sole discretion, may release the securities subject to any of the lock-up agreements with the underwriters described above, in whole or in part at any time.

Our Class A common stock is listed on Nasdaq under the symbol "SHLS."

We have agreed to indemnify the underwriters against certain liabilities, including liabilities under the Securities Act of 1933, as amended.

In connection with this offering, the underwriters may engage in stabilizing transactions, which involves making bids for, purchasing and selling shares of common stock in the open market for the purpose of preventing or retarding a decline in the market price of the common stock while this offering is in progress. These stabilizing transactions may include making short sales of common stock, which involves the sale by the underwriters of a greater number of shares of common stock than they are required to purchase in this offering, and purchasing shares of common stock on the open market to cover positions created by short sales. Short sales may be "covered" shorts, which are short positions in an amount not greater than the underwriters' option to purchase additional shares referred to above, or may be "naked" shorts, which are short positions in excess of that amount. The underwriters may close out any covered short position either by exercising their option to purchase additional shares, in whole or in part, or by purchasing shares in the open market. In making this determination, the underwriters will consider, among other things, the price of shares available for purchase in the open market compared to the price at which the underwriters may purchase shares through the option to purchase additional shares. A naked short position is more likely to be created if the underwriters are concerned that there may be downward pressure on the price of the common stock in the open market that could adversely affect investors who purchase in this offering. To the extent that the underwriters create a naked short position, they will purchase shares in the open market to cover the position.

The underwriters have advised us that, pursuant to Regulation M of the Securities Act of 1933, they may also engage in other activities that stabilize, maintain or otherwise affect the price of the common stock, including the imposition of penalty bids. This means that if the representatives of the underwriters purchase common stock in the open market in stabilizing transactions or to cover short sales, the representatives can require the underwriters that sold those shares as part of this offering to repay the underwriting discount received by them.

These activities may have the effect of raising or maintaining the market price of the common stock or preventing or retarding a decline in the market price of the common stock, and as a result, the price of the common stock may be higher than the price that otherwise might exist in the open market. If the underwriters commence these activities, they may discontinue them at any time. The underwriters may carry out these transactions on Nasdaq, in the over-the-counter market or otherwise.

Other than in the United States, no action has been taken by us or the underwriters that would permit a public offering of the securities offered by this prospectus in any jurisdiction where action for that purpose is required. The securities offered by this prospectus may not be offered or sold, directly or indirectly, nor may this

S-32

prospectus or any other offering material or advertisements in connection with the offer and sale of any such securities be distributed or published in any jurisdiction, except under circumstances that will result in compliance with the applicable rules and regulations of that jurisdiction. Persons into whose possession this prospectus comes are advised to inform themselves about and to observe any restrictions relating to the offering and the distribution of this prospectus. This prospectus does not constitute an offer to sell or a solicitation of an offer to buy any securities offered by this prospectus in any jurisdiction in which such an offer or a solicitation is unlawful.

Certain of the underwriters and their affiliates have provided in the past to us and our affiliates and may provide from time to time in the future certain commercial banking, financial advisory, investment banking and other services for us and such affiliates in the ordinary course of their business, for which they have received and may continue to receive customary fees and commissions. In addition, from time to time, certain of the underwriters and their affiliates may effect transactions for their own account or the account of customers, and hold on behalf of themselves or their customers, long or short positions in our debt or equity securities or loans, and may do so in the future. The underwriters and their respective affiliates are full service financial institutions engaged in various activities, which may include sales and trading, commercial and investment banking, advisory, investment management, investment research, principal investment, hedging, market making, brokerage and other financial and nonfinancial activities and services. Certain of the underwriters and their respective affiliates have provided, and may in the future provide, a variety of these services to the issuer and to persons and entities with relationships with the issuer, for which they received or will receive customary fees and expenses.

**Selling Restrictions**

*EEA*

In relation to each Member State of the European Economic Area, each a Relevant State, no shares of Class A common stock have been offered or will be offered pursuant to the offering to the public in that Relevant State prior to the publication of a prospectus in relation to the shares which has been approved by the competent authority in that Relevant State or, where appropriate, approved in another Relevant State and notified to the competent authority in that Relevant State, all in accordance with the Prospectus Regulation, except that offers of our shares of Class A common stock may be made to the public in that Relevant State at any time under the following exemptions under the Prospectus Regulation:

(a) to any legal entity which is a qualified investor as defined under the Prospectus Regulation;

(b) to fewer than 150 natural or legal persons (other than qualified investors as defined under the Prospectus Regulation), subject to obtaining the prior consent of the underwriters; or

(c) in any other circumstances falling within Article 1(4) of the Prospectus Regulation,

provided that no such offer of the shares of Class A common shall require us or any underwriter to publish a prospectus pursuant to Article 3 of the Prospectus Regulation or supplement a prospectus pursuant to Article 23 of the Prospectus Regulation and each person who initially acquires our shares of Class A common stock or to whom any offer is made will be deemed to have represented, acknowledged and agreed to and with each of the underwriters and the Company that it is a "qualified investor" within the meaning of Article 2(e) of the Prospectus Regulation. In the case of the shares of Class A common stock being offered to a financial intermediary as that term is used in the Prospectus Regulation, each such financial intermediary will be deemed to have represented, acknowledged and agreed that the shares of Class A common stock acquired by it in the offer have not been acquired on a non-discretionary basis on behalf of, nor have they been acquired with a view to their offer or resale to, persons in circumstances which may give rise to an offer of the shares of Class A common stock to the public other than their offer or resale in a Relevant State to qualified investors as so defined or in circumstances in which the prior consent of the underwriters have been obtained to each such proposed offer or resale.

S-33

For the purposes of this provision, the expression an "offer to the public" in relation to the Class A common Stock in any Relevant State means the communication in any form and by any means of sufficient information on the terms of the offer and the shares of Class A common stock to be offered so as to enable an investor to decide to purchase or subscribe for the shares of Class A common stock, and the expression "Prospectus Regulation" means Regulation (EU) 2017/1129.

*United Kingdom*

In relation to the United Kingdom, no shares of Class A common stock have been offered or will be offered pursuant to this offering to the public in the United Kingdom prior to the publication of a prospectus in relation to the shares that either (i) has been approved by the Financial Conduct Authority, or (ii) is to be treated as if it had been approved by the Financial Conduct Authority in accordance with the transitional provision in Regulation 74 of the Prospectus (Amendment etc.) (EU Exit) Regulations 2019, except that offers of such shares of Class A common stock may be made to the public in the United Kingdom at any time under the following exemptions under the UK Prospectus Regulation:

(a) to any legal entity which is a qualified investor as defined under in Article 2 of the UK Prospectus Regulation;

(b) to fewer than 150 natural or legal persons (other than qualified investors as defined in Article 2 of the UK Prospectus Regulation) subject to obtaining the prior consent of the underwriters for any such offer; or

(c) in any other circumstances falling within section 86 of the Financial Services and Markets Act 2000 (the "FSMA"),

provided that no such offer of shares of Class A common stock shall require the Issuer or any representative to publish a prospectus pursuant to section 85 of the FSMA or supplement a prospectus pursuant to Article 23 of the UK Prospectus Regulation.

For the purposes of this provision, the expression an "offer to the public" in relation to the Class A common stock in the United Kingdom means the communication in any form and by any means of sufficient information on the terms of the offer and any shares to be offered so as to enable an investor to decide to purchase or subscribe for any shares of Class A common stock, and the expression "UK Prospectus Regulation" means Regulation (EU) 2017/1129 as it forms part of domestic law by virtue of the European Union (Withdrawal) Act 2018. We have not authorized and do not authorize the making of any offer of shares of Class A common stock through any financial intermediary on their behalf, other than offers made by the underwriters with a view to the final placement of the shares as contemplated in this prospectus. Accordingly, no purchaser of the shares, other than the underwriters, is authorized to make any further offer of the shares on behalf of us or the underwriters.

In addition, in the United Kingdom, this document is being distributed only to, and is directed only at, and any offer subsequently made may only be directed at persons who are "qualified investors" (as defined in Article 2 of the UK Prospectus Regulation) (i) who have professional experience in matters relating to investments falling within Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005, as amended (the "Order") and/or (ii) who are high net worth companies (or persons to whom it may otherwise be lawfully communicated) falling within Article 49(2)(a) to (d) of the Order (all such persons together being referred to as "relevant persons") or otherwise in circumstances which have not resulted and will not result in an offer to the public of the securities in the United Kingdom within the meaning of the FSMA.

Any person in the United Kingdom that is not a relevant person should not act or rely on the information included in this document or use it as basis for taking any action. In the United Kingdom, any investment or investment activity that this document relates to may be made or taken exclusively by relevant persons.

*Canada*

The shares of Class A common stock may be sold in Canada only to purchasers purchasing, or deemed to be purchasing, as principal that are accredited investors, as defined in National Instrument 45-106 Prospectus Exemptions or subsection 73.3(1) of the Securities Act (Ontario), and are permitted clients, as defined in National Instrument 31-103 Registration Requirements, Exemptions and Ongoing Registrant Obligations. Any resale of the shares of Class A common stock must be made in accordance with an exemption from, or in a transaction not subject to, the prospectus requirements of applicable securities laws.

Securities legislation in certain provinces or territories of Canada may provide a purchaser with remedies for rescission or damages if this prospectus (including any amendment thereto) contains a misrepresentation, provided that the remedies for rescission or damages are exercised by the purchaser within the time limit prescribed by the securities legislation of the purchaser's province or territory. The purchaser should refer to any applicable provisions of the securities legislation of the purchaser's province or territory for particulars of these rights or consult with a legal advisor.

Pursuant to section 3A.3 of National Instrument 33-105 Underwriting Conflicts (NI 33-105), the underwriters are not required to comply with the disclosure requirements of NI 33-105 regarding underwriter conflicts of interest in connection with this offering.

*Hong Kong*

The shares of Class A common stock have not been offered or sold and will not be offered or sold in Hong Kong, by means of any document, other than (a) to "professional investors" as defined in the Securities and Futures Ordinance (Cap. 571) of Hong Kong and any rules made under that Ordinance; or (b) in other circumstances which do not result in the document being a "prospectus" as defined in the Companies (Winding Up and Miscellaneous Provisions) Ordinance (Cap. 32) of Hong Kong or which do not constitute an offer to the public within the meaning of that Ordinance. No advertisement, invitation or document relating to the shares has been or may be issued or has been or may be in the possession of any person for the purposes of issue, whether in Hong Kong or elsewhere, which is directed at, or the contents of which are likely to be accessed or read by, the public of Hong Kong (except if permitted to do so under the securities laws of Hong Kong) other than with respect to shares which are or are intended to be disposed of only to persons outside Hong Kong or only to "professional investors" as defined in the Securities and Futures Ordinance and any rules made under that Ordinance.

*Singapore*

Singapore SFA Product Classification—In connection with Section 309B of the SFA and the CMP Regulations 2018, unless otherwise specified before an offer of shares, we have determined, and hereby notify all relevant persons (as defined in Section 309A(1) of the SFA), that the shares are "prescribed capital markets products" (as defined in the CMP Regulations 2018) and Excluded Investment Products (as defined in MAS Notice SFA 04-N12: Notice on the Sale of Investment Products and MAS Notice FAA-N16: Notice on Recommendations on Investment Products).

Each representative has acknowledged that this prospectus has not been registered as a prospectus with the Monetary Authority of Singapore. Accordingly, each representative has represented and agreed that it has not offered or sold any shares or caused the shares to be made the subject of an invitation for subscription or purchase and will not offer or sell any shares or cause the shares to be made the subject of an invitation for subscription or purchase, and has not circulated or distributed, nor will it circulate or distribute, this prospectus or any other document or material in connection with the offer or sale, or invitation for subscription or purchase, of the shares, whether directly or indirectly, to any person in Singapore other than:

(a) to an institutional investor (as defined in Section 4A of the Securities and Futures Act (Chapter 289) of Singapore, as modified or amended from time to time, or the SFA) pursuant to Section 274 of the SFA;

(b) to a relevant person (as defined in Section 275(2) of the SFA) pursuant to Section 275(1) of the SFA and in accordance with the conditions specified in Section 275 of the SFA; or

(c) otherwise pursuant to, and in accordance with the conditions of, any other applicable provision of the SFA.

Where the shares are subscribed or purchased under Section 275 of the SFA by a relevant person which is:

(a) a corporation (which is not an accredited investor (as defined in Section 4A of the SFA)) the sole business of which is to hold investments and the entire share capital of which is owned by one or more individuals, each of whom is an accredited investor; or

(b) a trust (where the trustee is not an accredited investor) whose sole purpose is to hold investments and each beneficiary of the trust is an individual who is an accredited investor, securities or securities-based derivatives contracts (each term as defined in Section 2(1) of the SFA) of that corporation or the beneficiaries' rights and interest (howsoever described) in that trust shall not be transferred within six months after that corporation or that trust has acquired the shares pursuant to an offer made under Section 275 of the SFA except:

i) to an institutional investor or to a relevant person, or to any person arising from an offer referred to in Section 276(4)(i)(B) of the SFA;

ii) where no consideration is or will be given for the transfer;

iii) where the transfer is by operation of law;

iv) as specified in Section 276(7) of the SFA; or

as specified in Regulation 37A of the Securities and Futures (Offers of Investments) (Securities and Securities-based Derivatives Contracts) Regulations 2018.

*Japan*

The shares of our Class A common stock have not been and will not be registered pursuant to Article 4, Paragraph 1 of the Financial Instruments and Exchange Act. Accordingly, none of the shares nor any interest therein may be offered or sold, directly or indirectly, in Japan or to, or for the benefit of, any "resident" of Japan (which term as used herein means any person resident in Japan, including any corporation or other entity organized under the laws of Japan), or to others for re-offering or resale, directly or indirectly, in Japan or to or for the benefit of a resident of Japan, except pursuant to an exemption from the registration requirements of, and otherwise in compliance with, the Financial Instruments and Exchange Act and any other applicable laws, regulations and ministerial guidelines of Japan in effect at the relevant time.

*Australia*

This prospectus:

- does not constitute a product disclosure document or a prospectus under Chapter 6D.2 of the Corporations Act 2001 (Cth), or the Corporations Act;

- has not been, and will not be, lodged with the Australian Securities and Investments Commission, or ASIC, as a disclosure document for the purposes of the Corporations Act and does not purport to include the information required of a disclosure document under Chapter 6D.2 of the Corporations Act;

- does not constitute or involve a recommendation to acquire, an offer or invitation for issue or sale, an offer or invitation to arrange the issue or sale, or an issue or sale, of interests to a "retail client" (as defined in section 761G of the Corporations Act and applicable regulations) in Australia; and

- may only be provided in Australia to select investors who are able to demonstrate that they fall within one or more of the categories of investors, or Exempt Investors, available under section 708 of the Corporations Act.

S-36

The shares of our Class A common stock may not be directly or indirectly offered for subscription or purchased or sold, and no invitations to subscribe for or buy the shares may be issued, and no draft or definitive offering memorandum, advertisement or other offering material relating to any shares may be distributed in Australia, except where disclosure to investors is not required under Chapter 6D of the Corporations Act or is otherwise in compliance with all applicable Australian laws and regulations. By submitting an application for the shares, you represent and warrant to us that you are an Exempt Investor.

As any offer of shares of Class A common stock under this prospectus will be made without disclosure in Australia under Chapter 6D.2 of the Corporations Act, the offer of those securities for resale in Australia within 12 months may, under section 707 of the Corporations Act, require disclosure to investors under Chapter 6D.2 if none of the exemptions in section 708 applies to that resale. By applying for the shares you undertake to us that you will not, for a period of 12 months from the date of issue of the shares, offer, transfer, assign or otherwise alienate those shares to investors in Australia except in circumstances where disclosure to investors is not required under Chapter 6D.2 of the Corporations Act or where a compliant disclosure document is prepared and lodged with ASIC.

*Dubai International Financial Centre ("DIFC")*

This prospectus relates to an Exempt Offer in accordance with the Markets Rules 2012 of the Dubai Financial Services Authority, or DFSA. This prospectus is intended for distribution only to persons of a type specified in the Markets Rules 2012 of the DFSA. It must not be delivered to, or relied on by, any other person. The DFSA has no responsibility for reviewing or verifying any documents in connection with Exempt Offers. The DFSA has not approved this prospectus nor taken steps to verify the information set forth herein and has no responsibility for this prospectus. The securities to which this prospectus relates may be illiquid and/or subject to restrictions on their resale. Prospective purchasers of the securities offered should conduct their own due diligence on the securities. If you do not understand the contents of this prospectus you should consult an authorized financial advisor.

In relation to its use in the DIFC, this prospectus is strictly private and confidential and is being distributed to a limited number of investors and must not be provided to any person other than the original recipient, and may not be reproduced or used for any other purpose. The interests in the securities may not be offered or sold directly or indirectly to the public in the DIFC.

*Switzerland*

The shares of our Class A common stock may not be publicly offered in Switzerland and will not be listed on the SIX Swiss Exchange, or SIX, or on any other stock exchange or regulated trading facility in Switzerland. This document does not constitute a prospectus within the meaning of, and has been prepared without regard to the disclosure standards for issuance prospectuses under. art. 652a or art. 1156 of the Swiss Code of Obligations or the disclosure standards for listing prospectuses under art. 27 ff. of the SIX Listing Rules or the listing rules of any other stock exchange or regulated trading facility in Switzerland. Neither this prospectus nor any other offering or marketing material relating to the shares or the offering may be publicly distributed or otherwise made publicly available in Switzerland.

Neither this prospectus nor any other offering or marketing material relating to the offering, the Company or the shares have been or will be filed with or approved by any Swiss regulatory authority. In particular, this document will not be filed with, and the offer of shares will not be supervised by, the Swiss Financial Market Supervisory Authority, or FINMA, and the offer of shares has not been and will not be authorized under the Swiss Federal Act on Collective Investment Schemes, or CISA. The investor protection afforded to acquirers of interests in collective investment schemes under the CISA does not extend to acquirers of shares.

Case 3:24-cv-00334    Document 86-3    Filed 02/18/25    Page 43 of 72 PageID #: 1908

*Israel*

This document does not constitute a prospectus under the Israeli Securities Law, 5728-1968, or the Israeli Securities Law, and has not been filed with or approved by the Israel Securities Authority. In Israel, this prospectus is being distributed only to, and is directed only at, and any offer of the shares of Class A common stock is directed only at, (i) a limited number of persons in accordance with the Israeli Securities Law and (ii) investors listed in the first addendum, or the Addendum, to the Israeli Securities Law, consisting primarily of joint investment in trust funds, provident funds, insurance companies, banks, portfolio managers, investment advisors, members of the Tel Aviv Stock Exchange, underwriters, venture capital funds, entities with equity in excess of NIS 50 million and "qualified individuals," each as defined in the Addendum (as it may be amended from time to time), collectively referred to as qualified investors (in each case, purchasing for their own account or, where permitted under the Addendum, for the accounts of their clients who are investors listed in the Addendum). Qualified investors are required to submit written confirmation that they fall within the scope of the Addendum, are aware of the meaning of same and agree to it.

## LEGAL MATTERS

The validity of the shares of Class A common stock offered hereby will be passed upon for us by Kirkland & Ellis LLP, New York, New York. Davis Polk & Wardwell LLP, New York, New York, is acting as counsel to the underwriters.

## EXPERTS

The consolidated financial statements of Shoals Technologies Group, Inc. and its subsidiaries as of December 31, 2021 and 2020 and for each of the three years in the period ended December 31, 2021 incorporated by reference in this prospectus and in the registration statement have been so incorporated in reliance on the report of BDO USA, LLP, an independent registered public accounting firm, incorporated herein by reference, given on the authority of said firm as experts in auditing and accounting.

## WHERE YOU CAN FIND MORE INFORMATION

We have filed with the SEC a registration statement on Form S-3 under the Securities Act with respect to the Class A common stock offered by this prospectus supplement. This prospectus supplement and the accompanying prospectus are part of the registration statement and therefore do not contain all of the information set forth in the registration statement and its exhibits and schedules, portions of which have been omitted as permitted by the rules and regulations of the SEC. For further information about us and our common stock, you should refer to the registration statement and its exhibits and schedules. Statements in this prospectus supplement and the accompanying prospectus about the contents of any contract, agreement or other document are not necessarily complete and, in each instance, we refer you to the copy of such contract, agreement or document filed as an exhibit to the registration statement, with each such statement being qualified in all respects by reference to the document to which it refers.

We file annual, quarterly and special reports and other information with the SEC. Our filings with the SEC, including the filings that are incorporated by reference to this prospectus supplement and accompanying prospectus, are available to the public on the SEC's website at www.sec.gov. Those filings will also be available to the public on, or accessible through, our corporate website at www.shoals.com. The information we file with the SEC or contained on or accessible through our corporate website or any other website that we may maintain is not part of this prospectus supplement, the accompanying prospectus or the registration statement of which this prospectus supplement and the accompanying prospectus are a part.

**INCORPORATION OF CERTAIN DOCUMENTS BY REFERENCE**

The SEC allows us to "incorporate by reference" certain information into this prospectus supplement, which means that we can disclose important information about us by referring you to another document filed separately with the SEC. The information incorporated by reference is considered to be a part of this prospectus supplement, and information in documents that we file later with the SEC will automatically update and supersede information in this prospectus. We incorporate by reference into this prospectus supplement the documents listed below and any future filings, including all filings made after the date of the filing of the registration statement of which this prospectus supplement is part and prior to the effectiveness of such registration statement, made by us with the SEC under Sections 13(a), 13(c), 14 or 15(d) of the Exchange Act, except for information "furnished" under Items 2.02, 7.01 or 9.01 on Form 8-K or other information "furnished" to the SEC which is not deemed filed and not incorporated in this prospectus supplement, in each case, until the offering described under the registration statement is terminated or completed:

- our Annual Report on Form 10-K for the fiscal year ended December 31, 2021, as filed with the SEC on March 11, 2022;

- our Quarterly Reports on Form 10-Q for the quarterly periods ended March 31, 2022, June 30, 2022 and September 30, 2022, as filed with the SEC on May 17, 2022, August 16, 2022 and November 14, 2022, respectively;

- our Current Reports on Form 8-K filed with the SEC on February 25, 2022, April 8, 2022 (other than Item 7.01 and Exhibit 99.1), May 5, 2022 (other than Item 7.01 and Exhibit 99.1), May 10, 2022, August 15, 2022 (SEC Accession No. 0001831651-22-000043) (other than Item 7.01 and Exhibit 99.1), August 15, 2022 (SEC Accession No. 0001831651-22-000044) (other than Item 7.01 and Exhibit 99.1) and November 30, 2022 (other than Item 7.01 and Exhibit 99.1);

- portions of the Definitive Proxy Statement on Schedule 14A, filed with the SEC on March 22, 2022, that are deemed "filed" with the SEC under the Exchange Act (the "Proxy Statement"); and

- the description of capital stock contained in the Registration Statement on Form 8-A, as filed with the SEC on January 26, 2021, as supplemented by the "Description of Capital Stock" found on page 9 of the accompanying prospectus and including any amendments or reports filed for the purpose of updating such description.

Any statement contained in a document incorporated or deemed to be incorporated by reference in this prospectus supplement will be deemed modified, superseded or replaced for purposes of this prospectus supplement to the extent that a statement contained in this prospectus supplement modifies, supersedes or replaces such statement.

Upon request, either orally or in writing, we will provide, without charge, to each person, including any beneficial owner, to whom a copy of this prospectus supplement is delivered, a copy of the documents incorporated by reference into this prospectus supplement but not delivered with the prospectus supplement. You may request a copy of these filings and any exhibits we have specifically incorporated by reference as an exhibit in this prospectus supplement, at no cost, by writing to us at the following address: c/o Shoals Technologies Group, Inc., 1400 Shoals Way, Portland, Tennessee 37148, or via telephone at (615) 451-1400.

Copies of these filings are also available, without charge, on the SEC's website at www.sec.gov and on our website at www.shoals.com as soon as reasonably practicable after they are filed electronically with the SEC. The information contained on our website is not part of this prospectus supplement.

**PROSPECTUS**

# Shoals Technologies Group, Inc.



**Class A Common Stock**

**Preferred Stock**
**Subscription Rights**
**Warrants**
**Units**

---

We and certain selling shareholders to be identified in a prospectus supplement may offer and sell Class A common stock, preferred stock, warrants, units or subscription rights described in this prospectus from time to time in one or more transactions. We will not receive any proceeds from the sale of securities by the selling shareholders.

We will provide specific terms of any offering in a supplement to this prospectus. Any prospectus supplement may also add, update, or change information contained in this prospectus. You should carefully read this prospectus and the applicable prospectus supplement as well as the documents incorporated or deemed to be incorporated by reference in this prospectus before you purchase any of the securities offered hereby.

These securities may be offered and sold in the same offering or in separate offerings, to or through underwriters, dealers and agents or directly to purchasers. The names of any underwriters, dealers or agents involved in the sale of our securities and their compensation will be described in the applicable prospectus supplement.

Our Class A common stock is traded on The Nasdaq Global Select Market (the "Nasdaq") under the symbol "SHLS." On November 29, 2022, the closing price of our Class A common stock was $27.94.

---

**Investing in our securities involves certain risks. See "Risk Factors" beginning on page 3 of this prospectus and in any prospectus supplement for a discussion of the factors you should carefully consider before deciding to purchase our securities.**

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or passed upon the adequacy or accuracy of this prospectus. Any representation to the contrary is a criminal offense.**

---

The date of this prospectus is November 30, 2022.

**TABLE OF CONTENTS**

| | **Page** |
|---|---|
| ABOUT THIS PROSPECTUS | ii |
| SUMMARY | 1 |
| RISK FACTORS | 3 |
| CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS | 4 |
| USE OF PROCEEDS | 7 |
| GENERAL DESCRIPTION OF SECURITIES | 8 |
| DESCRIPTION OF CAPITAL STOCK | 9 |
| DESCRIPTION OF WARRANTS | 14 |
| DESCRIPTION OF SUBSCRIPTION RIGHTS | 15 |
| DESCRIPTION OF UNITS | 16 |
| PLAN OF DISTRIBUTION | 17 |
| WHERE YOU CAN FIND MORE INFORMATION | 18 |
| INCORPORATION OF CERTAIN DOCUMENTS BY REFERENCE | 19 |
| LEGAL MATTERS | 20 |
| EXPERTS | 21 |

i

**ABOUT THIS PROSPECTUS**

This prospectus is part of a registration statement we filed with the U.S. Securities and Exchange Commission (the "SEC") utilizing the "shelf" registration process. Under the shelf registration process, using this prospectus, together with a prospectus supplement, we and any selling stockholders to be identified in a prospectus supplement may sell from time to time an indeterminate amount of any combination of the securities described in this prospectus in one or more offerings. This prospectus provides you with a general description of the securities we and any selling stockholders may offer. Each time we or any selling stockholders sell securities, we will provide a prospectus supplement and, if necessary, a pricing supplement, that will contain specific information about the terms of that offering. The prospectus supplement and, if necessary, the pricing supplement, may also add to, update or change information contained in this prospectus. Accordingly, to the extent inconsistent, the information in this prospectus will be deemed to be modified or superseded by any inconsistent information contained in a prospectus supplement or a pricing supplement. You should carefully read this prospectus, the applicable prospectus supplement and any pricing supplement, together with the additional information incorporated by reference in this prospectus described below under "Where You Can Find More Information" before making an investment in our securities.

We have not authorized anyone to give you any additional information different from that contained in this prospectus, any accompanying prospectus supplement or any free writing prospectus provided in connection with an offering. We take no responsibility for, and can provide no assurance as to the reliability of, any other information that others may give you.

You should assume that the information appearing in this prospectus, any prospectus supplement, the documents incorporated by reference and any related free writing prospectus is accurate only as of their respective dates. Our business, financial condition, results of operations and prospects may have changed since that date.

This prospectus is not an offer to sell or solicitation of an offer to buy our securities in any circumstances under which or jurisdiction in which the offer or solicitation is unlawful. Unless the context otherwise indicates, the terms "Shoals," "Company," "we," "us," and "our" as used in this prospectus refer to Shoals Technologies Group, Inc. and its subsidiaries. The phrase "this prospectus" refers to this prospectus and any applicable prospectus supplement, unless the context otherwise requires.

ii

SUMMARY

**Overview**

We are a leading provider of electrical balance of system ("EBOS") solutions and components for solar, battery storage and electrical vehicle ("EV") charging applications, selling to customers across the United States and internationally. EBOS encompasses all of the components that are necessary to carry the electric current produced by solar panels to an inverter and ultimately to the power grid. EBOS components are mission-critical products that have a high consequence of failure, including lost revenue, equipment damage, fire damage, and even serious injury or death. As a result, we believe customers prioritize reliability and safety over price when selecting EBOS solutions.

EBOS components that we produce include cable assemblies, inline fuses, combiners, disconnects, recombiners, wireless monitoring systems, junction boxes, transition enclosures and splice boxes. We derive the majority of our revenue from selling "system solutions" which are complete EBOS systems that include several of our products, many of which are customized for the customer's project. We believe our system solutions are unique in our industry because they integrate design and engineering support, proprietary components and innovative installation methods into a single offering that would otherwise be challenging for a customer to obtain from a single provider or at all.

We sell our solar products principally to engineering, procurement and construction firms ("EPCs") that build solar energy projects. However, given the mission critical nature of EBOS, the decision to use our products typically involves input from both the EPC and the owner of the solar energy project. The custom nature of our system solutions and the long development cycle for solar energy projects typically gives us 12 months or more of lead time to quote, engineer, produce and ship each order we receive, and we do not stock large amounts of finished goods.

We have maintained focus on our growth strategy throughout the third quarter, including developments in converting customers to our combine-as-you-go system and developing products for the rapidly growing electric vehicle charging infrastructure market. We believe that as of September 30, 2022, 14 of the top 15 solar EPCs as reported by Solar Power World Magazine use our combine-as-you-go system on their projects and we are currently in the process of transitioning an additional 15 EPCs and developers to our system. Additionally, in 2022 we launched four new product families for the EV charging market. The first is the power center which combines equipment needed to protect the charging equipment and transform voltage levels from the electric utility to those needed on the respective site. The power center provides an efficient, cost effective and aesthetically focused option versus traditional methods. The second offering focuses on quick connect solutions for chargers made by any manufacturer and any power level to connect to the Shoals system. The quick connect bases dramatically reduce the time required on site for a deployment and reduce the amount of labor required in the field. The third offering uses our Big Lead Assembly ("BLA") technology in the EV space to connect multiple chargers to a single power center. This solution eliminates the need for homeruns from each dispenser and is above ground rated which allows wire to be run above ground rather than in underground conduit. The fourth offering is a raceway system that protects the above ground EV BLAs in walk over and drive over applications. The raceway system coupled with the EV BLA deploys much more rapidly and cost effectively than traditional methods of deployment. We introduced these first four offerings in the fourth quarter of 2021 and began taking orders and shipping some component products in Q1 2022. Significant order flow continued during Q3 2022 with scaled production underway to fulfill system solution orders in hand. We recently completed UL certification for many of our products and expect the balance to be certified by the end of the year.

We derived approximately 74.5% of our revenue from the sale of system solutions for the nine months ended September 30, 2022. For the same period, we derived substantially all of our revenue from customers in the U.S. As of September 30, 2022, we had $471.2 million of backlog and awarded orders, backlog of $199.3 million represents

1

signed purchase orders or contractual minimum purchase commitments with take-or-pay provisions and awarded orders of $271.9 million are orders we are in the process of documenting a contract but for which a contract has not yet been signed. As of September 30, 2022, backlog and awarded orders represented a 74% and 44% increase relative to the same date last year and June 30, 2022, respectively.

**Corporate Information**

Shoals Technologies Group, Inc. was incorporated as a Delaware corporation on November 4, 2020. Our principal executive offices are located at 1400 Shoals Way, Portland, Tennessee, 37148 and our telephone number is (615) 451-1400. Our principal website address is *https://shoals.com.* **Information contained in, or accessible through, our website is not a part of, and is not incorporated into, this prospectus.**

2

**RISK FACTORS**

Investing in our securities involves significant risks. Please see the risk factors under "Item 1A. Risk Factors" in our most recent Annual Report on Form 10-K, as amended and revised or supplemented by our Quarterly Reports on Form 10-Q filed with the SEC since the filing of our most recent Annual Report on Form 10-K, each of which is on file with the SEC and incorporated by reference in this prospectus. Before making an investment decision, you should carefully consider these risks as well as other information we include or incorporate by reference in this prospectus and any prospectus supplement. The risks and uncertainties we have described are not the only ones facing our company. Additional risks and uncertainties not presently known to us or that we currently deem immaterial may also affect our business operations.

3

**CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS**

This prospectus and documents we have incorporated by reference herein contain forward-looking statements that are based on our management's beliefs and assumptions and on information currently available to our management. The forward-looking statements are contained principally in the sections captioned "Prospectus Summary" and "Risk Factors" in this prospectus and the sections captioned "Management's Discussion and Analysis of Financial Condition and Results of Operations" and "Business" included in our Annual Report, which is incorporated by reference in this prospectus. Forward-looking statements include information concerning our possible or assumed future results of operations, business strategies, technology developments, financing and investment plans, dividend policy, competitive position, industry and regulatory environment, potential growth opportunities and the effects of competition. Forward-looking statements include statements that are not historical facts and can be identified by terms such as "anticipate," "believe," "could," "estimate," "expect," "intend," "may," "plan," "potential," "predict," "project," "seek," "should," "will," "would" or similar expressions and the negatives of those terms.

Forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause our actual results, performance or achievements to be materially different from any future results, performance or achievements expressed or implied by the forward-looking statements. Given these uncertainties, you should not place undue reliance on forward-looking statements in this prospectus. You should read this prospectus with the understanding that our actual future results may be materially different from what we expect.

Factors that could cause or contribute to such differences include, but are not limited to factors discussed in the section of any accompanying prospectus supplement entitled "Risk Factors" and the risk factors and cautionary statements described in other documents that we file from time to time with the SEC, specifically under "Item 1A. Risk Factors" and elsewhere in our most recent Annual Report on Form 10-K, our Quarterly Reports on Form 10-Q and our Current Reports on Form 8-K.

Forward-looking statements speak only as of the date of this prospectus or, as of the date given if provided in another filing with the SEC. We undertake no obligation to publicly update or review any forward-looking statements to reflect events or circumstances after the date of such statements.

Except as required by law, we assume no obligation to update these forward-looking statements, or to update the reasons actual results could differ materially from those anticipated in these forward-looking statements, even if new information becomes available in the future. Some of the key factors that could cause actual results to differ from our expectations include the following:

- if demand for solar energy projects does not continue to grow or grows at a slower rate than we anticipate, our business will suffer;

- existing electric utility industry policies and regulations, and any subsequent changes, may present technical, regulatory and economic barriers to the purchase and use of solar energy systems that may significantly reduce demand for our products or harm our ability to compete;

- our industry has historically been cyclical and experienced periodic downturns;

- current macroeconomic events, including heightened inflation, rise in interest rates and potential recession could impact our business and financial results;

- the interruption of the flow of components and materials from international vendors has disrupted our supply chain, including as a result of the imposition of additional duties, tariffs and other charges on imports and exports;

- changes in the United States trade environment, including the imposition of import tariffs and antidumping and countervailing duties, could adversely affect the amount or timing of our revenue, results of operations or cash flows;

4

- if we fail to, or incur significant costs in order to, obtain, maintain, protect, defend or enforce our intellectual property and other proprietary rights, our business and results of operations could be materially harmed;

- if we are unable to protect the confidentiality of our trade secrets, our business and competitive position would be harmed;

- acquisitions, joint ventures and/or investments and the failure to integrate acquired businesses, could disrupt our business and/or dilute or adversely affect the price of our common stock;

- if our trademarks and trade names are not adequately protected, we may not be able to build name recognition in our markets of interest, and our competitive position may be harmed;

- we may experience delays, disruptions or quality control problems in our manufacturing operations in part due to vendor concentration;

- we face risks related to actual or threatened health epidemics, such as the COVID-19 pandemic, and other outbreaks, which could significantly disrupt our manufacturing and operations;

- our future growth in the EV charging market is highly dependent on the demand for, and consumers' willingness to adopt, EVs;

- the reduction, elimination or expiration of government incentives for, or regulations mandating the use of, renewable energy and solar energy specifically could reduce demand for solar energy systems and harm our business;

- a drop in the price of electricity sold may harm our business, financial condition, results of operations and prospects;

- an increase in interest rates, or a reduction in the availability of tax equity or project debt capital in the global financial markets could make it difficult for end customers to finance the cost of a solar energy system and could reduce the demand for our products;

- defects or performance problems in our products could result in loss of customers, reputational damage and decreased revenue, and we may face warranty, indemnity and product liability claims arising from defective products;

- our results of operations may fluctuate from quarter to quarter, which could make our future performance difficult to predict and could cause our results of operations for a particular period to fall below expectations, resulting in a decline in the price of our Class A common stock;

- compromises, interruptions or shutdowns of our systems, including those managed by third parties, whether intentional or inadvertent, could lead to delays in our business operations and, if significant or extreme, affect our results of operations;

- our indebtedness could adversely affect our financial flexibility and our competitive position;

- our indebtedness may restrict our current and future operations, which could adversely affect our ability to respond to changes in our business and to manage our operations;

- developments in alternative technologies may have a material adverse effect on demand for our offerings;

- changes to personal circumstances of Mr. Whitaker, our Chief Executive Officer, and our ability to find a new chief executive officer

- we are a holding company and our principal asset is our interest in Shoals Parent and, accordingly, we are dependent upon Shoals Parent and its consolidated subsidiaries for our results of operations, cash flows and distributions;

5

- we will not be reimbursed for any payments made to the beneficiaries under the Tax Receivable Agreement in the event that any purported tax benefits are subsequently disallowed by the IRS;

- provisions in our certificate of incorporation and our bylaws may have the effect of delaying or preventing a change of control or changes in our management;

- our certificate of incorporation also provides that the Court of Chancery of the State of Delaware will be the exclusive forum for substantially all disputes between us and our stockholders, which could limit our stockholders' ability to obtain a favorable judicial forum for disputes with us or our directors, officers or employees;

- future sales of our Class A common stock, or the perception that such sales may occur, could depress our Class A common stock price; and

- if we fail to implement and maintain effective internal controls over financial reporting, we may be unable to accurately or timely report our financial condition or results of operations, which may adversely affect our business.

6

**USE OF PROCEEDS**

Except as otherwise provided in a prospectus supplement in connection with an offering of securities pursuant to this prospectus, we currently intend to use the net proceeds from the sale of any securities offered by us under this prospectus primarily for general corporate purposes. General corporate purposes may include, without limitation, the acquisition of companies or businesses, repayment and refinancing of debt, working capital and capital expenditures. Pending any specific application, we may initially invest the net proceeds in investment-grade, interest-bearing securities or apply them to the reduction of short-term indebtedness until they are used for their stated purpose. We have not determined the amount of net proceeds to be used specifically for such purposes. As a result, management will retain broad discretion over the allocation of net proceeds. Additional information on the use of net proceeds we receive from the sale of securities covered by this prospectus may be set forth in the prospectus supplement relating to the specific offering. In the case of a sale by a selling stockholder, we will not receive any of the proceeds from such sale.

Case 3:24-cv-00334     Document 86-3     Filed 02/18/25     Page 56 of 72 PageID #: 1921

**GENERAL DESCRIPTION OF SECURITIES**

We and any selling stockholders may offer under this prospectus:

- Class A common stock;

- preferred stock;

- subscription rights;

- warrants to acquire Class A common stock or preferred stock; or

- any combination of the foregoing, either individually or as units consisting or two or more securities.

The following description of the terms of these securities sets forth some of the general terms and provisions of securities that may be offered. The particular terms of securities offered by any prospectus supplement and the extent, if any, to which the general terms set forth below do not apply to those securities, will be described in the related prospectus supplement. In addition, if we offer securities as units, the terms of the units will be described in the applicable prospectus supplement. If the information contained in the prospectus supplement differs from the following description, you should rely on the information in the prospectus supplement.

Whenever references are made in this prospectus to information that will be included in a prospectus supplement, to the extent permitted by applicable law, rules or regulations, we may instead include such information or add, update or change the information contained in this prospectus by means of a post-effective amendment to the registration statement of which this prospectus is a part, through filings we make with the SEC that are incorporated by reference in this prospectus or by any other method as may be permitted under applicable law, rules or regulations.

8

## DESCRIPTION OF CAPITAL STOCK

**General Matters**

Our amended and restated certificate of incorporation (the "certificate of incorporation") currently authorizes us to issue up to 1,000,000,000 shares of Class A common stock, $0.00001 par value per share, 195,000,000 shares of Class B common stock, $0.00001 par value per share and 5,000,000 shares of preferred stock, $0.00001 par value per share. As of November 7, 2022, we had 113,508,362 shares of Class A common stock, 53,816,214 shares of Class B common stock and no preferred stock outstanding.

The discussion set forth below describes the most important terms of our capital stock, certificate of incorporation and amended and restated bylaws (the "bylaws"). Because it is only a summary, it does not contain all the information that may be important to you. For a complete description you should refer to our certificate of incorporation and bylaws, copies of which are on file with the SEC as exhibits to previous SEC filings. Please refer to "Where You Can Find More Information" below for directions on obtaining these documents.

**Class A Common Stock**

*Voting Rights.* Holders of shares of our Class A common stock are entitled to one vote for each share held of record on all matters submitted to a vote of stockholders.

*Dividend Rights.* Holders of shares of our Class A common stock are entitled to receive dividends when and if declared by our board of directors out of funds legally available therefor, subject to any statutory or contractual restrictions on the payment of dividends and to any restrictions on the payment of dividends imposed by the terms of any outstanding preferred stock.

*Distributions in Connection with Mergers or Other Business Combinations.* Upon a merger, consolidation or substantially similar transaction, holders of our Class A common stock will be entitled to receive equal per share payments or distributions.

*Liquidation Rights.* Upon our liquidation, dissolution or winding up, any business combination or a sale or disposition of all or substantially all of our assets, the assets legally available for distribution to our stockholders will be distributable ratably among the holders of our Class A common stock, subject to prior satisfaction of all outstanding debts and other liabilities and the payment of liquidation preferences, if any, on any outstanding preferred stock.

*Other Matters*. **Our certificate of incorporation does not entitle holders of our Class A common stock to preemptive or conversion rights or other subscription rights. There is no redemption or sinking fund provisions applicable to our Class A common stock. All outstanding shares of our Class A common stock are, and the shares of our Class A common stock are fully paid and nonassessable.**

**Class B Common Stock**

*Voting Rights.* Each share of our Class B common stock entitles its holders to one vote per share on all matters presented to our stockholders generally. Holders of shares of our Class B common stock will vote together with holders of our Class A common stock as a single class on all matters presented to our stockholders for their vote or approval, except for certain amendments to our amended and restated certificate of incorporation described below or as otherwise required by applicable law or the amended and restated certificate of incorporation.

*Issuance of Shares.* Shares of Class B common stock will be issued in the future only to the extent necessary to maintain a one-to-one ratio between the number of membership interests (the "LLC Interests") from Shoals Parent LLC held by the direct or indirect holders of LLC Interests and/or our Class B common stock (the "Continuing Equity Owners") and the number of shares of Class B common stock issued to the Continuing

9

Equity Owners. Shares of Class B common stock are transferable only together with an equal number of LLC Interests. Only permitted transferees of LLC Interests held by the Continuing Equity Owners will be permitted transferees of Class B common stock.

*Dividend and Distribution Rights.* Holders of our Class B common stock do not have any right to receive dividends or to receive a distribution upon dissolution or liquidation. Any amendment of our amended and restated certificate of incorporation that gives holders of our Class B common stock (1) any rights to receive dividends or any other kind of distribution, (2) any right to convert into or be exchanged for Class A common stock or (3) any other economic rights will require, in addition to stockholder approval, the affirmative vote of holders of our Class A common stock voting separately as a class.

*Exchange rights.* Each share of our Class B common stock will be redeemed and canceled by us if the holder exchanges one Class B common unit and such share of Class B common stock for one share of Class A common stock pursuant to the terms of the Shoals Parent LLC Agreement. See "Certain Relationships and Related Party Transactions, and Director Independence—Shoals Parent LLC Agreement."

**Other Matters. Our certificate of incorporation does not entitle holders of our Class B common stock to preemptive or conversion rights or other subscription rights. There is no redemption or sinking fund provisions applicable to our Class B common stock. All outstanding shares of our Class B common stock are fully paid and nonassessable.**

### Authorized but Unissued Preferred Stock

Delaware law does not require stockholder approval for any issuance of authorized shares. However, the listing requirements of Nasdaq, which would apply as long as our Class A common stock is listed on Nasdaq, require stockholder approval of certain issuances equal to or exceeding 20% of the combined voting power of our Class A common stock. These additional shares may be used for a variety of corporate purposes, including future public offerings to raise additional capital, acquisitions and employee benefit plans.

Unless required by law or by any stock exchange on which our common stock may be listed, the authorized shares of preferred stock will be available for issuance without further action by our stockholders. Our certificate of incorporation authorizes our board of directors to establish, from time to time, the number of shares to be included in each Series of preferred stock, and to fix the designation, powers, privileges, preferences, and relative participating, optional or other rights, if any, of the shares of each Series of preferred stock, and any of its qualifications, limitations or restrictions. Our board of directors is also able to increase or decrease the number of shares of any Series of preferred stock, but not below the number of shares of that Series of preferred stock then outstanding, without any further vote or action by the stockholders.

The existence of unissued and unreserved common stock or preferred stock may enable our board of directors to issue shares to persons friendly to current management, which could render more difficult or discourage an attempt to obtain control of the Company by means of a merger, tender offer, proxy contest or otherwise, and could thereby protect the continuity of our management and possibly deprive stockholders of opportunities to sell their shares of common stock at prices higher than prevailing market prices.

### Certain Anti-Takeover Matters

Certain provisions of Delaware law, our certificate of incorporation and our bylaws could make the acquisition of the Company more difficult and could delay, defer or prevent a tender offer or other takeover attempt that a stockholder might consider to be in its best interests, including takeover attempts that might result in the payment of a premium to stockholders over the market price for their shares. These provisions also may promote the continuity of our management by making it more difficult for a person to remove or change the incumbent members of our board of directors.

10

*Authorized but Unissued Shares; Undesignated Preferred Stock.* The authorized but unissued shares of our common stock will be available for future issuance without stockholder approval except as required by law or by any stock exchange on which our common stock may be listed. These additional shares may be utilized for a variety of corporate purposes, including future public offerings to raise additional capital, acquisitions and employee benefit plans. In addition, our board of directors may authorize, without stockholder approval, the issuance of undesignated preferred stock with voting rights or other rights or preferences designated from time to time by our board of directors. The existence of authorized but unissued shares of common stock or preferred stock may enable our board of directors to render more difficult or to discourage an attempt to obtain control of us by means of a merger, tender offer, proxy contest or otherwise.

*Board Classification.* Our certificate of incorporation provides that our board of directors will be divided into three classes of directors, with the classes to be as nearly equal in number as possible, and with the directors serving three-year terms. As a result, approximately one-third of our board of directors will be elected each year. The classification of directors will have the effect of making it more difficult for stockholders to change the composition of our board of directors. Our certificate of incorporation and bylaws provide that, subject to any rights of holders of preferred stock to elect additional directors under specified circumstances, the number of directors will be fixed from time to time exclusively pursuant to a resolution adopted by our board of directors.

*No Cumulative Voting.* Our certificate of incorporation provides that stockholders are not permitted to cumulate votes in the election of directors.

*Special Meetings of Stockholders.* Our bylaws provide that special meetings of our stockholders may be called only by or at the direction of our board of directors or our Chairman.

*Stockholder Action by Written Consent.* Pursuant to Section 228 of the DGCL, any action required to be taken at any annual or special meeting of the stockholders may be taken without a meeting, without prior notice and without a vote if a consent or consents in writing, setting forth the action so taken, is signed by the holders of outstanding stock having not less than the minimum number of votes that would be necessary to authorize or take such action at a meeting at which all shares of our stock entitled to vote thereon were present and voted, unless our certificate of incorporation provides otherwise. Our certificate of incorporation precludes stockholder action by written consent.

*Advance Notice Requirements for Stockholder Proposals and Nomination of Directors.* Our bylaws require stockholders seeking to bring business before an annual meeting of stockholders or to nominate individuals for election as directors at an annual or special meeting of stockholders to provide timely notice in writing. To be timely, a stockholder's notice will need to be sent to and received by our Secretary both (1) at our principal executive offices by hand delivery, overnight courier service, or by certified or registered mail, return receipt required, and (2) by electronic mail, as provided in the bylaws, no later than the close of business on the 90th day, nor earlier than the close of business on the 120th day, prior to the anniversary of the immediately preceding annual meeting of stockholders. However, in the event that the annual meeting is called for a date that is not within 30 days before or 70 days after the anniversary of the immediately preceding annual meeting of stockholders, or if no annual meeting was held in the preceding year, such notice will be timely only if received no earlier than the close of business on the 120th day prior to the annual meeting and no later than the close of business on the later of the 90th day prior to such annual meeting and the 10th day following the date on which a public announcement of the date of the annual meeting was made by us. Our bylaws also specify requirements as to the form and content of a stockholder's notice. These provisions may preclude our stockholders from bringing matters before our annual meeting of stockholders or from making nominations for directors at our meetings of stockholders. These provisions may also discourage or deter a potential acquiror from conducting a solicitation of proxies to elect the potential acquiror's own slate of directors or otherwise attempting to obtain control of the Company.

*Removal of Directors; Vacancies.* Under the DGCL, unless otherwise provided in our certificate of incorporation, directors serving on a classified board may be removed by the stockholders only for cause. Our certificate of

11

incorporation provides that directors may only be removed for cause, and only by the affirmative vote of holders of at least 66 2/3% in voting power of all the then-outstanding shares of common stock of the Company entitled to vote thereon. In addition, our certificate of incorporation also provides that any newly created directorship on our board of directors that results from an increase in the number of directors and any vacancy occurring in our board of directors may only be filled by a majority of the directors then in office, although less than a quorum, or by a sole remaining director (and not by the stockholders).

*Supermajority Provisions.* Our certificate of incorporation and bylaws provide that our board of directors is expressly authorized to alter, amend, rescind or repeal, in whole or in part, our bylaws without a stockholder vote in any matter not inconsistent with Delaware law and our certificate of incorporation. In addition to any vote of the holders of any class or series of capital stock of our Company required therein, our bylaws or applicable law, any amendment, alteration, rescission or repeal of our bylaws by our stockholders will require the affirmative vote of the holders of at least 66 2/3% in voting power of all the then-outstanding shares of stock of our Company entitled to vote thereon, voting together as a single class.

The DGCL provides generally that the affirmative vote of a majority of the outstanding shares entitled to vote thereon, voting together as a single class, is required to amend a corporation's certificate of incorporation, unless the certificate of incorporation requires a greater percentage. Our certificate of incorporation provides that the following provisions in our certificate of incorporation may be amended, altered, repealed or rescinded only by the affirmative vote of the holders of at least 66 2/3% in voting power of all the then-outstanding shares of stock of our Company entitled to vote thereon, voting together as a single class:

- the provision requiring a 66 2/3% supermajority vote for stockholders to amend our bylaws;

- the provisions providing for a classified board of directors (the election and term of our directors);

- the provisions regarding removal of directors;

- the provisions regarding stockholder action by written consent;

- the provisions regarding calling special meetings of stockholders;

- the provisions regarding filling vacancies on our board of directors and newly created directorships;

- the provisions regarding competition and corporate opportunities;

- the provisions regarding Section 203 of the DGCL;

- the provisions eliminating monetary damages for breaches of fiduciary duty by a director and governing forum selection; and

- the amendment provision requiring that the above provisions be amended only with a 66 2/3% supermajority vote.

*Section 203 of the Delaware General Corporation Law.* Section 203 of the DGCL provides that, subject to certain stated exceptions, a corporation may not engage in a business combination with any "interested stockholder" (as defined below) for a period of three years following the time that such stockholder became an interested stockholder, unless:

- prior to such time the board of directors of the corporation approved either the business combination or transaction which resulted in the stockholder becoming an interested stockholder;

- upon consummation of the transaction which resulted in the stockholder becoming an interested stockholder, the interested stockholder owned at least 85% of the voting stock of the corporation outstanding at the time the transaction commenced, excluding shares owned by persons who are directors and also officers and employee stock plans in which participants do not have the right to determine confidentially whether shares held subject to the plan will be tendered in a tender or exchange offer;

12

- at or subsequent to such time, the business combination is approved by the board of directors and authorized at an annual or special meeting of stockholders, and not by written consent; or

- by the affirmative vote of 66 2/3% of the outstanding voting stock which is not owned by the interested stockholder.

An "interested stockholder" is any person (other than the corporation and any direct or indirect majority-owned subsidiary) who owns 15% or more of the outstanding voting stock of the corporation or is an affiliate or associate of the corporation and was the owner of 15% or more of the outstanding voting stock of the corporation at any time within the three-year period immediately prior to the date of determination, and the affiliates and associates of such person.

Under our certificate of incorporation, we opt out of Section 203 of the DGCL and will therefore not be subject to Section 203.

**Transfer Agent and Registrar**

The transfer agent and registrar for our Class A common stock is Computershare Trust Company, N.A. The transfer agent and registrar for any series or class of preferred stock will be set forth in each applicable prospectus supplement.

**Listing**

We list our Class A common stock on Nasdaq under the symbol "SHLS."

13

**DESCRIPTION OF WARRANTS**

We may issue warrants to purchase shares of our Class A common stock and/or preferred stock in one or more series together with other securities or separately, as described in each applicable prospectus supplement. Below is a description of certain general terms and provisions of the warrants that we may offer. Particular terms of the warrants will be described in the applicable warrant agreements and the applicable prospectus supplement for the warrants.

To the extent appropriate, the applicable prospectus supplement will contain, where applicable, the following terms of and other information relating to the warrants:

- the specific designation and aggregate number of, and the price at which we will issue, the warrants;

- the currency or currency units in which the offering price, if any, and the exercise price are payable;

- the designation, amount and terms of the securities purchasable upon exercise of the warrants;

- if applicable, the exercise price for shares of our Class A common stock and the number of shares of Class A common stock to be received upon exercise of the warrants;

- if applicable, the exercise price for shares of our preferred stock, the number of shares of preferred stock to be received upon exercise, and a description of that class or series of our preferred stock;

- the date on which the right to exercise the warrants will begin and the date on which that right will expire or, if the warrants may not be continuously exercised throughout that period, the specific date or dates on which the warrants may be exercised;

- whether the warrants will be issued in fully registered form or bearer form, in definitive or global form or in any combination of these forms, although, in any case, the form of a warrant included in a unit will correspond to the form of the unit and of any security included in that unit;

- any applicable material U.S. federal income tax consequences;

- the identity of the warrant agent for the warrants and of any other depositaries, execution or paying agents, transfer agents, registrars or other agents;

- the proposed listing, if any, of the warrants or any securities purchasable upon exercise of the warrants on any securities exchange;

- if applicable, the date from and after which the warrants and the Class A common stock and/or, preferred stock will be separately transferable;

- if applicable, the minimum or maximum amount of the warrants that may be exercised at any one time;

- information with respect to book-entry procedures, if any;

- the anti-dilution provisions of the warrants, if any;

- any redemption or call provisions;

- whether the warrants are to be sold separately or with other securities as parts of units; and

- any additional terms of the warrants, including terms, procedures and limitations relating to the exchange and exercise of the warrants.

14

**DESCRIPTION OF SUBSCRIPTION RIGHTS**

We may issue subscription rights to purchase Class A common stock, preferred stock, other securities described in this prospectus or any combination thereof. These subscription rights may be issued independently or together with any other security offered by us and may or may not be transferable by the securityholder receiving the subscription rights in such offering. In connection with any offering of subscription rights, we may enter into a standby arrangement with one or more purchasers, including underwriters, pursuant to which such purchasers may be required to purchase any securities remaining unsubscribed for after such offering.

To the extent appropriate, the applicable prospectus supplement will contain, where applicable, the following terms of and other information relating to the subscription rights to purchase shares of our securities offered thereby:

- the date of determining the securityholders entitled to the subscription rights distribution;

- the price, if any, for the subscription rights;

- the exercise price payable for the Class A common stock, preferred stock or other securities upon the exercise of the subscription rights;

- the number of subscription rights issued to each securityholder;

- the amount of Class A common stock, preferred stock or other securities that may be purchased per each subscription right;

- any provisions for adjustment of the amount of securities receivable upon exercise of the subscription rights or of the exercise price of the subscription rights;

- the extent to which the subscription rights are transferable;

- the date on which the right to exercise the subscription rights shall commence, and the date on which the subscription rights shall expire;

- the extent to which the subscription rights may include an over-subscription privilege with respect to unsubscribed securities;

- the material terms of any standby underwriting or purchase arrangement entered into by us in connection with the offering of subscription rights;

- any applicable federal income tax considerations; and

- any other terms of the subscription rights, including the terms, procedures and limitations relating to the transferability, exchange and exercise of the subscription rights.

15

**DESCRIPTION OF UNITS**

The following is a general description of the terms of the units we may offer from time to time. Particular terms of the units will be described in the applicable unit agreements and the applicable prospectus supplement for the units. We urge you to read the applicable prospectus supplement related to the units that we may sell under this prospectus, as well as the complete unit agreements that will contain the terms of any units.

We may issue units consisting of any combination of the other types of securities offered under this prospectus in one or more series. We may evidence each series of units by unit certificates that we will issue under a separate agreement. We may issue units directly or under a unit agreement to be entered into between us and a unit agent. We will name any unit agent in the applicable prospectus supplement. Any unit agent will act solely as our agent in connection with the units of a particular series and will not assume any obligation or relationship of agency or trust for or with any holders or beneficial owners of units.

Each unit will be issued so that the holder of the unit is also the holder of each security included in the unit. Thus, the holder of a unit will have the rights and obligations of a holder of each included security. The unit agreement under which a unit is issued may provide that the securities included in the unit may not be held or transferred separately, at any time, or at any time before a specified date. We may issue units in such amounts and in such numerous distinct series as we determine.

To the extent appropriate, the applicable prospectus supplement will contain, where applicable, the following terms and other information relating to the units:

- the title of the series of units;

- identification and description of the separate constituent securities comprising the units;

- the price or prices at which the units will be issued;

- the date, if any, on and after which the constituent securities comprising the units will be separately transferable;

- a discussion of certain United States federal income tax considerations applicable to the units; and

- any other terms of the units and their constituent securities.

16

## PLAN OF DISTRIBUTION

*General.* We and/or the selling stockholders identified in a prospectus supplement, if applicable, may sell the securities offered hereby directly to one or more purchasers, through agents, or through underwriters or dealers designated from time to time. The distribution of securities may be effected from time to time in one or more transactions at a fixed price or prices (which may be changed from time to time), at market prices prevailing at the times of sale, at prices related to these prevailing market prices or at negotiated prices. The applicable prospectus supplement will describe the terms of the offering of the securities, including:

- the terms of the securities to which such prospectus supplement relates;

- the name or names of any underwriters, if any;

- the purchase price of the securities and the proceeds we will receive from the sale;

- any underwriting discounts and other items constituting underwriters' compensation; and

- any discounts or concessions allowed or reallowed or paid to dealers.

Underwriters named in the prospectus supplement, if any, are only underwriters of the securities offered with such prospectus supplement.

*Sales Directly to Purchasers.* We and/or the selling stockholders, if applicable, may enter into agreements directly with one or more purchasers. Such agreements may provide for the sale of securities at a fixed price, based on the market price of the securities or otherwise.

*Use of Underwriters and Agents.* If underwriters are used in the sale of securities, they will acquire the securities for their own account and may resell them from time to time in one or more transactions at a fixed public offering price or at varying prices determined at the time of sale. The securities may be offered to the public through underwriting syndicates represented by managing underwriters or by underwriters without a syndicate. Subject to certain conditions, the underwriters will be obligated to purchase all the securities offered by the prospectus supplement. Any public offering price and any discounts or concessions allowed or reallowed or paid to dealers may change from time to time.

Securities may be sold directly to or through agents from time to time. Any agent involved in the offering and sale of securities will be named and any commissions paid to the agent will be described in the prospectus supplement. Unless the prospectus supplement states otherwise, any agent will act on a best-efforts basis for the period of its appointment. Agents or underwriters may be authorized to solicit offers by certain types of institutional investors to purchase securities at the public offering price set forth in the prospectus supplement pursuant to delayed delivery contracts providing for payment and delivery on a specified date in the future. The conditions to these contracts and the commissions paid for solicitation of these contracts will be described in the prospectus supplement. We may engage in "at the market" offerings of our common stock. An "at the market" offering is defined in Rule 415(a)(4) under the Securities Act as an offering of equity securities into an existing trading market for outstanding shares of the same class at other than a fixed price.

*Deemed Underwriters.* In connection with the sale of the securities offered with this prospectus, underwriters, dealers or agents may receive compensation from us and/or the selling stockholders, if applicable, or from purchasers of the securities for whom they may act as agents, in the form of discounts, concessions or commissions. The underwriters, dealers or agents which participate in the distribution of the securities may be deemed to be underwriters under the Securities Act, and any discounts or commissions received by them and any profit on the resale of the securities received by them may be deemed to be underwriting discounts and commissions under the Securities Act. Anyone deemed to be an underwriter under the Securities Act may be subject to statutory liabilities, including Sections 11, 12 and 17 of the Securities Act and Rule 10b-5 under the Securities Exchange Act of 1934, as amended (the "Exchange Act").

*Indemnification and Other Relationships.* We and/or the selling stockholders, if applicable, may provide agents and underwriters with indemnification against certain civil liabilities, including liabilities under the Securities Act, or contribution with respect to payments that the agents or underwriters may make with respect to such liabilities. Agents and underwriters may engage in transactions with, or perform services for, us in the ordinary course of business.

17

**WHERE YOU CAN FIND MORE INFORMATION**

We are currently subject to the information requirements of the Exchange Act and in accordance therewith file periodic reports, proxy statements and other information with the SEC. Our SEC filings will also be available to you on the SEC's website at http://www.sec.gov and our website at www.shoals.com. Information contained on our website is not a part of this prospectus, and the inclusion of our website address in this prospectus is an inactive textual reference only.

18

INCORPORATION OF CERTAIN DOCUMENTS BY REFERENCE

The SEC allows us to "incorporate by reference" certain information into this prospectus, which means that we can disclose important information about us by referring you to another document filed separately with the SEC. The information incorporated by reference is considered to be a part of this prospectus, and information in documents that we file later with the SEC will automatically update and supersede information in this prospectus. We incorporate by reference into this prospectus the documents listed below and any future filings, including all filings made after the date of the filing of the registration statement of which this prospectus is part and prior to the effectiveness of such registration statement, made by us with the SEC under Sections 13(a), 13(c), 14 or 15(d) of the Exchange Act, except for information "furnished" under Items 2.02, 7.01 or 9.01 on Form 8-K or other information "furnished" to the SEC which is not deemed filed and not incorporated in this prospectus, in each case, until the offering described under the registration statement is terminated or completed:

- our Annual Report on Form 10-K for the fiscal year ended December 31, 2021, as filed with the SEC on March 11, 2022;

- our Quarterly Reports on Form 10-Q for the quarterly periods ended March 31, 2022, June 30, 2022 and September 30, 2022, as filed with the SEC on May 17, 2022, August 16, 2022 and November 14, 2022, respectively;

- our Current Reports on Form 8-K filed with the SEC on February 25, 2022, April 8, 2022 (other than Item 7.01 and Exhibit 99.1), May 5, 2022 (other than Item 7.01 and Exhibit 99.1), May 10, 2022, August 15, 2022 (SEC Accession No. 0001831651-22-000043) (other than Item 7.01 and Exhibit 99.1), August 15, 2022 (SEC Accession No. 0001831651-22-000044) (other than Item 7.01 and Exhibit 99.1) and November 30, 2022 (other than Item 7.01 and Exhibit 99.1);

- portions of the Definitive Proxy Statement on Schedule 14A, filed with the SEC on March 22, 2022, that are deemed "filed" with the SEC under the Exchange Act; and

- the description of capital stock contained in the Registration Statement on Form 8-A, as filed with the SEC on January 26, 2021, as supplemented by the "Description of Capital Stock" found on page 9 of this prospectus and including any amendments or reports filed for the purpose of updating such description.

Any statement contained in a document incorporated or deemed to be incorporated by reference in this prospectus or the prospectus supplement will be deemed modified, superseded or replaced for purposes of this prospectus and the prospectus supplement to the extent that a statement contained in this prospectus or the prospectus supplement modifies, supersedes or replaces such statement.

Upon request, either orally or in writing, we will provide, without charge, to each person, including any beneficial owner, to whom a copy of this prospectus and the prospectus supplement is delivered, a copy of the documents incorporated by reference into this prospectus and the prospectus supplement but not delivered with the prospectus. You may request a copy of these filings and any exhibits we have specifically incorporated by reference as an exhibit in this prospectus, at no cost, by writing to us at the following address: c/o Shoals Technologies Group, Inc., 1400 Shoals Way, Portland, Tennessee 37148, or via telephone at (615) 451-1400.

Copies of these filings are also available, without charge, on the SEC's website at www.sec.gov and on our website at www.shoals.com as soon as reasonably practicable after they are filed electronically with the SEC. The information contained on our website is not part of this prospectus or the prospectus supplement.

19

**LEGAL MATTERS**

Unless the applicable prospectus supplement indicates otherwise, the validity of any securities offered from time to time by this prospectus and any related prospectus supplement will be passed upon for us by Kirkland & Ellis LLP, New York, New York.

20

**EXPERTS**

The consolidated financial statements of Shoals Technologies Group, Inc. and its subsidiaries as of December 31, 2021 and 2020 and for each of the three years in the period ended December 31, 2021 incorporated by reference in this prospectus and in the registration statement have been so incorporated in reliance on the report of BDO USA, LLP, an independent registered public accounting firm, incorporated herein by reference, given on the authority of said firm as experts in auditing and accounting.

21

**26,000,000 Shares**



# Shoals Technologies Group, Inc.

**Class A Common Stock**

---

**PRELIMINARY PROSPECTUS SUPPLEMENT**

---

*Joint Book-Running Managers*

| J.P.Morgan | Guggenheim Securities | Morgan Stanley | UBS Investment Bank |
|---|---|---|---|
| Goldman Sachs & Co. LLC | | Barclays | Credit Suisse |

*Co-Managers*

| Cowen | Oppenheimer & Co. | Piper Sandler | Roth Capital Partners |
|---|---|---|---|
| Johnson Rice & Company L.L.C. | | Northland Capital Markets | |

---

December 1, 2022

Exhibit 107

**Calculation of Filing Fee Tables**

**Form S-3**
(Form Type)

**SHOALS TECHNOLOGIES GROUP, INC.**

(Exact Name of Registrant as Specified in its Charter)

Table 1: Newly Registered and Carry Forward Securities

| | Security Type | Security Class Title | Fee Calculation or Carry Forward Rule | Amount Registered | Proposed Maximum Offering Price Per Unit | Maximum Aggregate Offering Price | Fee Rate | Amount of Registration Fee | Carry Forward Form Type | Carry Forward File Number | Carry Forward Initial Effective Date | Filing Fee Previously Paid in Connection with Unsold Securities to be Carried Forward |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Newly Registered Securities** | | | | | | | | | | | | |
| **Fees to be Paid** | Equity | Class A Common Stock, par value $0.00001 per share | Rule 457(r)[1] | 29,900,000[2] | $22.25 | $665,275,000 | 0.00011020 | $73,313.31 | | | | |
| **Fees Previously Paid** | N/A | N/A | N/A | N/A | N/A | N/A | | N/A | | | | |
| **Carry Forward Securities** | | | | | | | | | | | | |
| **Carry Forward Securities** | N/A | N/A | N/A | N/A | | N/A | | | N/A | N/A | N/A | N/A |
| | **Total Offering Amounts** | | | | | $665,275,000 | | $73,313.31 | | | | |
| | **Total Fees Previously Paid** | | | | | | | N/A | | | | |
| | **Total Fees Offsets** | | | | | | | N/A | | | | |
| | **Net Fee Due** | | | | | | | $73,313.31 | | | | |

_____

(1)    Calculated in accordance with Rule 457(r) under the Securities Act of 1933, as amended (the "Securities Act"). The fee payable in connection with the offering pursuant to this prospectus supplement is being paid herewith in accordance with Rule 456(b) under the Securities Act, and represents deferred payment of the registration fees in connection with the registrant's Registration Statement on Form S-3ASR (Registration No. 333-268610).

(2)    Includes 3,900,000 shares of Class A Common Stock that the underwriters have the option to purchase.