# EXHIBIT 6

# Shoals Technologies Group, Inc.
# NasdaqGM:SHLS
# FQ2 2023 Earnings Call Transcripts

**Tuesday, August 01, 2023 9:00 PM GMT**

S&P Global Market Intelligence Estimates

| | -FQ2 2023- | | | -FQ3 2023- | -FY 2023- | -FY 2024- |
|---|---|---|---|---|---|---|
| | **CONSENSUS** | **ACTUAL** | **SURPRISE** | **CONSENSUS** | **CONSENSUS** | **CONSENSUS** |
| **EPS Normalized** | 0.13 | 0.14 | ▲7.69 | 0.15 | 0.59 | 0.91 |
| **Revenue (mm)** | 115.41 | 119.21 | ▲3.29 | 135.97 | 498.13 | 701.46 |

Currency: USD
Consensus as of  Jul-26-2023 5:10 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

- EPS NORMALIZED -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ3 2022** | 0.08 | 0.10 | ▲1 25.00 % |
| **FQ4 2022** | 0.09 | 0.15 | ▲2 66.67 % |
| **FQ1 2023** | 0.10 | 0.14 | ▲3 40.00 % |
| **FQ2 2023** | 0.13 | 0.14 | ▲4 7.69 % |

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

1

# Contents

# Table of Contents

Call Participants ......................................................................................... 3

Presentation ......................................................................................... 4

Question and Answer ......................................................................................... 8

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

Case 3:24-cv-00334   Document 86-6    Filed 02/18/25    Page 3 of 17 PageID #: 2075

# Call Participants

## EXECUTIVES

**Brandon Moss**
*Chief Executive Officer*

**Dominic Bardos**
*Chief Financial Officer*

**Jeffery Tolnar**
*President*

**Mehgan Peetz**
*General Counsel, Chief Legal Officer & Corporate Secretary*

## ANALYSTS

**Brett Castelli**
*Morningstar Inc., Research Division*

**Brian K. Lee**
*Goldman Sachs Group, Inc., Research Division*

**Colin William Rusch**
*Oppenheimer & Co. Inc., Research Division*

**Derek John Soderberg**
*Cantor Fitzgerald & Co., Research Division*

**Donovan Due Schafer**
*Northland Capital Markets, Research Division*

**Drew Walker Chamberlain**
*JPMorgan Chase & Co, Research Division*

**Hilary Elizabeth Cauley**
*Guggenheim Securities, LLC, Research Division*

**Jordan Alexander Levy**
*Truist Securities, Inc., Research Division*

**Luke Tilkens**
*Piper Sandler & Co., Research Division*

**Philip Shen**
*ROTH MKM Partners, LLC, Research Division*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

Case 3:24-cv-00334    Document 86-6    Filed 02/18/25    Page 4 of 17 PageID #: 2076

# Presentation

**Operator**

Good afternoon, and welcome to Shoals Technologies Group Second Quarter 2023 Earnings Conference Call. Today's call is being recorded, and we have allocated 1 hour for prepared remarks and Q&A. At this time, I would like to turn the conference over to Mehgan Peetz, Chief Legal Counsel for Shoals Technologies Group. Thank you. You may begin.

**Mehgan Peetz**
*General Counsel, Chief Legal Officer & Corporate Secretary*

Thank you, operator, and thank you, everyone, for joining us today. Hosting the call with me are CEO, Brandon Moss; President, Jeff Tolnar; CFO, Dominic Bardos; and VP of Investor Relations, Dhaval Patel.

On this call, management will be making projections or other forward-looking statements based on current expectations and assumptions, which are subject to risks and uncertainties. As you listen and consider these comments, you should understand that these statements, including the guidance regarding full year 2023 are not guarantees of performance or results. Actual results could differ materially from our forward-looking statements if any of our assumptions are incorrect or because of other factors.

These factors include, among other things, the risk factors described in our filings with the Securities and Exchange Commission as well as economic and market circumstances, decreased demand for our products, policy and regulatory changes, industry conditions, current macroeconomic events, defects or performance problems in our products or their parts, including those manufactured by third parties and related warranty and product liability claims, supply chain disruptions and availability and price of our components and materials.

Although we may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized. We caution that any forward-looking statements included in this discussion is made as of the date of this discussion and do not undertake any duty to update any forward-looking statements.

Today's presentation also includes references to non-GAAP financial measures. You should refer to the information contained in the company's second quarter press release for definitional information and reconciliations of historical non-GAAP measures to the comparable financial measures.

With that, let me turn the call over to Shoal's new CEO, Brandon Moss.

**Brandon Moss**
*Chief Executive Officer*

Thank you very much, Mehgan, and good afternoon, everyone. I'm excited to join you this afternoon on my first earnings call as Shoal's CEO. I want to thank everyone on the team for being so welcoming, helpful and open. Prior to taking the position here, I was most recently at Southwire Company. Southwire, as many of you may know, is a global leader in the wire and cable space. My last position there was President of Tools, Components, & Assembled Solutions Business. During my tenure, we built an adjacent product strategy into a large business supporting 3 product platforms, with domestic and international manufacturing as well as a global supply chain.

I've always admired Shoals for its innovative and entrepreneurial approach to creating simple solutions and a terrific value proposition. Over the past few weeks here, I have become even more impressed with the company as I have met with the team. I appreciate the mission-driven culture at Shoals. Our employees have immense dedication to each other, the company, the community and to enabling the green energy transition. I think you will recognize this in our recently released 2022 ESG report.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

Before we move on today, I want to take a moment to recognize Jeff Tolnar, who has helped guide the organization by serving as interim CEO since March. I look forward to working with Jeff in his role as President. As Shoals moves to its next chapter, I'm honored to lead the company and partner with the extraordinary team whose hard work has delivered fantastic growth.

And with that, I'll turn it over to Jeff.

**Jeffery Tolnar**
*President*

Thanks, Brandon. We're very excited to have you on board. Schultz had another outstanding quarter, and I'd like to thank our employees, partners and customers for their support and contributions to our success. I'm especially grateful to the Shoals team for supporting me over the last several months in my role as interim CEO. I'm now excited to turn the reins over to Brandon, who I know will do a great job leading the company in its next phase of growth.

I'll start with some key highlights from our second quarter results, followed by an update on new product introductions and other growth initiatives and an overview of the Blattner master supply agreement. I'll then review current solar market conditions before turning it over to Dominic, who will discuss our financial results in more detail for the second quarter.

Shoals set new records for revenue, adjusted EBITDA and adjusted net income in the second quarter. Compared to the prior year period, second quarter revenue grew 62%, driven by increased demand for domestic solar EBOS generally and our combine-as-you-go System Solutions specifically. Second quarter gross margin grew 350 basis points to 42.4% and adjusted EBITDA margin expanded 550 basis points to 32.4%.

The margin growth we achieved in the second quarter was driven by a higher mix of System Solutions revenue, continued leverage around fixed costs and enhanced operating efficiency resulting from the operational initiatives implemented earlier this year. Demand for Shoals' products remains very strong, and we ended the quarter with record backlog and awarded orders of $546.1 million, an increase of 67% year-over-year.

System Solutions revenue grew 80% compared to a year ago, reflecting strong growth in U.S. utility scale solar demand and continued share gains by our products. During the quarter, we converted one additional customer to our combine-as-you-go system, bringing the total number of BLA customers to 43 with an additional 14 in transition.

We are progressing as planned with new product introductions for 2023. In the second quarter, we began shipping our BLA+ system solution and recorded first revenues on schedule. Quotes for our BLA+ system continue to grow after our global commercial launch earlier this year. We recently announced the commercial launch of Snapshot I-V, formerly known as I-V curve trace.

Snapshot I-V is an ecosystem of products that integrate seamlessly into solar asset management systems. The solution remotely monitors the health and performance of PV modules at a very granular level over the life of the system. I'm very excited about Snapshot I-V. The technology has applications in existing solar fields in addition to our typical market of new deployments.

Moving on to other products. We remain on track to commercially launch high-capacity plug-and-play harnesses and connectors in the second half of 2023. In battery energy storage, we continued to ship and fulfill the 1-gigawatt DC best project. EV solutions is gaining further traction in the market with some very exciting projects deployed, others awarded and a continued launch of new products to build out the portfolio.

I'm excited to say that our international revenue backlog and awarded orders continues to grow. To fulfill our international demand, we're exploring international production options.

Now I would like to discuss the landmark 10-gigawatt MSA signed with Blattner Company, which we announced in the second quarter. We are very excited about the agreement, which ensures mutual

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:24-cv-00354    Document 86-6    Filed 02/18/25    Page 6 of 17 PageID #: 2078

needs are met. For Shoals, the MSA further strengthens project visibility, enabling us to optimize capital allocation and invest to best support our customers and their needs. At the same time, Blattner benefits from surety of supply, which allows better project planning to ensure time lines are met. I want to clarify that the majority of the agreement was already reflected in backlog and awarded orders at the time of the announcement.

Additional projects were added in the second quarter, and the balance will be added as projects are won by the customer. The most compelling reward of this agreement reflects a strengthening of our relationship with this very important customer.

Turning to the solar market backdrop. Conditions remain favorable for the industry as a whole and for Shoals specifically. Project visibility continues to be strong, supported by quoting activity and order flow.

Now I'll take a moment to provide a brief update on the patent infringement complaints by ITC. The ITC accepted our initial complaints in June, and we most recently announced the issuance of a third key patent within our group of already filed claims.

I would like to take a moment to say it was an honor to serve as interim CEO while the Board searched for the ideal candidate to lead Shoals in its next phase of growth. Having worked alongside Brandon for the last few weeks, I can say he is that person. And I'm excited about what we can achieve under his leadership in the coming years.

I'll now turn it over to Dominic, who will discuss second quarter 2023 financial results.

**Dominic Bardos**
*Chief Financial Officer*

Thanks, Jeff, and good afternoon to everyone on the call. Second quarter revenue grew 62% versus the prior year period to $119.2 million. Similar to prior quarters, our higher sales volume was primarily driven by strong demand for our combine-as-you-go EBOS System Solutions, which comprised 86% of our revenue versus 77% in the prior year period.

Gross profit increased 77% to $50.5 million compared to $28.6 million in the prior year period. Gross profit as a percentage of net revenue grew 350 basis points to 42.4% compared to 38.9% in the prior year period. The increase was driven primarily by a higher proportion of revenue from the company's combine as-you-go System Solutions, which carry a higher margin than our other products, slightly lower raw materials input costs, increased leverage on fixed costs and efficiencies gained in operations.

These gains were partially offset by a $9.4 million charge for a warranty expense predominantly due to a previously disclosed wire issue with a supplier. We recorded a noncash charge in the quarter to remediate known issues. We have not booked any offsetting recovery from the supplier.

Second quarter general and administrative expenses were $16.7 million compared to $13.3 million during the same period in the prior year. The year-over-year increase in general and administrative expenses was primarily related to increased wages and related taxes due to increased employee headcount to support our growth initiatives and requirements for being a public company.

Net income was $18.9 million in the second quarter compared to $7.3 million in the prior year period. Adjusted EBITDA increased 96% to $38.7 million compared to $19.8 million in the prior year period. Adjusted EBITDA margin increased 550 basis points year-over-year to 32.4%, reflecting the impact of higher gross margins and leverage on G&A expense.

Adjusted net income grew 105% to $24.0 million in the second quarter compared to $11.8 million in the prior year period. During the quarter, we generated cash from operations of nearly $27.9 million. In the quarter, we used excess cash to pay down $25.0 million of the revolver. We will continue to prioritize growing the business and driving shareholder value. As of June 30, 2023, we had $546.1 million in backlog and awarded orders, an increase of 67% year-over-year, reflecting continued robust demand for our products.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Turning now to our full year outlook. Based on current market conditions and input from our customers, we continue to expect revenues to be in the range of $480 million to $510 million, adjusted EBITDA to be in the range of $145 million to $160 million, adjusted net income to be in the range of $92 million to $102 million, interest expense to be in the range of $22 million to $26 million and capital expenditures for the full year in the range of $8 million to $12 million.

Now back to Brandon for closing remarks.

**Brandon Moss**
*Chief Executive Officer*
Thanks, Dominic. I'd like to close by thanking all of our customers for their confidence in Shoals, our employees for enabling us to effectively serve our customers and our shareholders for their continuous support. And with that, thank you, everyone. I appreciate your time today. We will now open the line for questions.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

# Question and Answer

**Operator**

[Operator Instructions] The first question comes from Philip Shen with ROTH MKM.

**Philip Shen**
*ROTH MKM Partners, LLC, Research Division*

In the recent utility scale solar survey we conducted, a number of your customers said that you might be a little bit expensive. Just wanted to hear you talk about your thoughts on that. How do you deal with that as you're winning business? And do you expect to lower price anytime soon?

**Jeffery Tolnar**
*President*

It's Jeff. We get pushback from procurement officers all the time. It's a normal status quo of business for us. But I would say that we continue to focus on our value proposition, which is driven by total cost of deployment and ownership over time. So that's the initial capital, the labor to deploy ongoing maintenance.

We're going to continue to look at our product offerings. We'll continue to look at the market and our customers. And one of the things that we're doing more strategically is aligning our view of the future with the customers' view of the future towards signing MSAs. You saw that with Blattner, that gives them certainty and Shoals certainty, and we expect to continue to do that with others.

**Philip Shen**
*ROTH MKM Partners, LLC, Research Division*

That's great. I was wondering if you might be able to talk through those MSAs. Specifically, do you expect to announce something near term? Or do you think it might be more in 2024? It sounds like with the Blattner announcement, that put some other EPCs on notice in terms of needing to lock up supply.

**Jeffery Tolnar**
*President*

Yes. I think that's fair. We're reaching out to all of our EPC and developer customers and partners and exploring their desires and needs for MSAs going forward. We're actively discussing with many, and we're hopeful to be announcing more in the near and long term.

**Operator**

The next question comes from Mark Strouse with JPMorgan.

**Drew Walker Chamberlain**
*JPMorgan Chase & Co, Research Division*

Yes. This is Drew on for Mark. Congrats on the strong quarter. First question just on the solid mix here again in Systems Solutions. I mean it looks like that's the third quarter in a row in the mid-80s. Is that kind of a new run rate to think about? And then how do we think about that corresponding to the higher level of gross margin?

**Dominic Bardos**
*Chief Financial Officer*

Yes. Mark -- or actually Drew, thank you so much. It's Dominic. Yes, the mix, as we kind of talked about last quarter, a lot of our growth is coming from our full System Solutions. And so we expect, I would say that as we've talked about it on the component business, while it's still important to us, may not experience the same level of growth as the rest of the business. So this high mix is something that we do consider valuable going forward and likely to be the right level for us.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:24-cv-00334 Document 86-6 Filed 02/18/25 Page 9 of 17 PageID #: 2081

In terms of its impact on margin, we'll start lapping that level of mix again. These are the same types of margins that we ran back a couple of years ago. As you recall, in 2022, we did have some input cost challenges that we've now overcome in the first half of the year. And as we lap that, we should continue to see a very high mix of the System Solutions going forward.

**Drew Walker Chamberlain**
*JPMorgan Chase & Co, Research Division*

Got it. And then just an unrelated follow-up here. Exciting to hear about the Snapshot product there and the monitoring capabilities.

Jeff, I believe you hinted that in the prepared remarks there that there's an ability to go back and upsell to prior sales there. Can you just talk a little bit about what that opportunity looks like and how you see that going forward?

**Jeffery Tolnar**
*President*

Yes, correct. You're spot on. The -- what I'm excited -- really excited about the product is two things: it gives the developer deeper insight into their solar field performance than we believe they have today; and it can also be sold to net incremental customers and net incremental projects; but also any deployed solar field, we believe, is an opportunity for us to sell that product into. So very excited about the offering, and we feel that it has broad applicability for improving maintenance and field performance.

**Operator**

The next question comes from Jordan Levy with Truist Securities.

**Jordan Alexander Levy**
*Truist Securities, Inc., Research Division*

Just maybe to start out, I wanted to see if I could get your updated thoughts on sort of the outlook on the international front and the progress you've made there.

**Jeffery Tolnar**
*President*

Yes. We're -- I think I mentioned in the prepared remarks, we're really excited about where the backlog of awarded orders and quoting activity is going with international. We're staying on track with our targeted markets that we've announced in prior quarters, Australia, countries in Europe and Latin America are the primary focus areas.

We're looking at more regionalization of production so that we can improve deliverable time frames and also cost to those customer sets. So overall, we're at a point where we're very, very excited about the growth and prospects of the international markets, and we're going to continue to look more deeply.

**Jordan Alexander Levy**
*Truist Securities, Inc., Research Division*

And you all might have talked to this before. But just on that same line of thought, are the dynamics internationally sort of the same that they are in the U.S. and that it's just teaching the customers of the value proposition and that sort of thing? Are there more dynamics that we need to think about there?

**Jeffery Tolnar**
*President*

That's a part of it, Jordan, for sure. It's market education. I would say if you look at each of those regions specifically, Europe tends to have smaller fields that have fewer and smaller block sizes, which lends better to a component-type solution, which Shoals has and Shoals enjoys, whereas Australia has a very large land mass and has that growing and more substantial size solar fields with larger blocks, which plays very well into our BLA solution. In Latin America, it tends to be a mix based on country and based on location.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

The best thing I would say is that we believe Shoals has the products to cover all those markets, and we feel that we can compete very, very well in each of those segments.

**Operator**

The next question comes from Joseph Osha with Guggenheim.

**Hilary Elizabeth Cauley**
*Guggenheim Securities, LLC, Research Division*

This is actually Hilary on for Joe. And I was just hoping we could first touch on the EV charging and just kind of how that's been going relative to expectations. Any color there would be great.

**Jeffery Tolnar**
*President*

We're still really excited about the market. We feel that the products that we've launched have differentiation, and the solution is resonating with our customers. The focus areas that we've mentioned in the past of fleet, school bus electrification and now workplace multiunit dwelling, those are still resonating.

We've got a fantastic list of customer prospects, and we're hoping to announce some soon. And like I said, we remain very, very excited about the EV application and e-mobility market and feel we've got the right product at the right time to help that market expand.

**Hilary Elizabeth Cauley**
*Guggenheim Securities, LLC, Research Division*

Okay. Great. And then just following up on the earlier question around gross margin, understanding the systems is kind of pulling up that overall. But I was wondering if you could just kind of speak to some of these other offerings. There's been a lot of things kind of coming up. And just any detail on what the margin profile looks like for those? Anything there would be helpful.

**Dominic Bardos**
*Chief Financial Officer*

Sure. So from a margin perspective, what we've talked about is that we really have a 40% target for all the products where we can truly drive value for our customers. And the margins that we've seen and delivered in the e-mobility international have met that corporate standard. So we like to say it's just on par with our corporate averages, and we continue to look for products that can drive that. So that's really the most we can say, we're not breaking up those segments yet, as you know.

**Operator**

The next question comes from Brian Lee with Goldman Sachs.

**Brian K. Lee**
*Goldman Sachs Group, Inc., Research Division*

Maybe just as a follow-up to that one, Dominic. I think last quarter, you had sort of telegraphed that we should maybe not get too out over our skis in terms of gross margin cadence after the really strong results in Q1. I mean Q2 is still pretty strong here in the 42s. Do we hang out here at this level for the rest of the year?

Or is there incremental investment that you called out early in the year that still hasn't played through the numbers and maybe you'd expect even further moderation from here? And then I have a follow-up.

**Dominic Bardos**
*Chief Financial Officer*

Sure, Brian. So a couple of things. One is, as you know, we don't really provide specific quarterly guidance, but we have talked about investments that were being made midyear. We haven't announced anything from any new facilities, which a new rent, for example, was one of the things I was talking about

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:24-cv-00334    Document 86-6    Filed 02/18/25    Page 11 of 17 PageID #: 2083

that may impact gross margin in the back half of the year. And this quarter, we did have to take that other charge. So in terms of where the margins are, we do expect to be -- this target where we are now is very good for us.

We have an implied EBITDA guide that's still very strong for the overall margin for the year, and our guidance really contemplates all the investments that we've talked about. So I don't see -- I can't give you specifics in terms of are we north of 42% or slightly below that, but we do expect our guidance range to fully allow us to get the EBITDA target that we've laid out.

**Brian K. Lee**
*Goldman Sachs Group, Inc., Research Division*

Okay. Fair enough. And then with respect to the guidance range, there's clearly been a lot of focus from investors around kind of the top line view. And you've had solid bookings for 2 straight quarters, good backlog coverage seemingly here. So curious what would be the gating factor to maybe have a more bullish view on revenue for the year. And then maybe what you're anticipating for bookings and backlog growth in the next few quarters. Any reason to not expect better bookings in the second half versus first half given typical utility scale seasonality in the U.S.?

**Dominic Bardos**
*Chief Financial Officer*

Yes. So the first part on the guidance about the top side is one thing has been very consistent for us, and we really do look at our internal bottoms-up view as we build our guidance for the revenue side. We are looking at our backlog and awarded orders, and we know generally the time lines early in the year as to when things should be expected to be delivered.

So in terms of where we are now, we're sitting here on August 1 talking about our Q2 results. I would say that from a revenue perspective, we really feel comfortable in the guidance range that we've provided. We still have good visibility. Now there's always uncertainty in the market. You may have heard that from others about what's going on. Things may shift a quarter or a project might move in or out. But we feel very comfortable with that revenue range that we've given at this point in time.

**Operator**

The next question comes from Colin Rusch with Oppenheimer.

**Colin William Rusch**
*Oppenheimer & Co. Inc., Research Division*

Can you talk a little bit about the wire ratio, what the nature of the technical problem was? And how expensive it was in terms of the number of customers, the number of shipments and how much time it was spread over?

**Dominic Bardos**
*Chief Financial Officer*

So a couple of things. Let me take that one on first, Colin. So this is an open investigation. We've communicated pretty much everything we can. In our Q, you'll see information about the wire issue that was limited to one of our suppliers in the subset of our products.

The charge that we booked in the quarter, we believe, is adequate to do the remediation required, that's why we booked it. And we continue to explore this issue further. It is an ongoing open item for us, and we will continue to work with the supplier. We really can't disclose much about that. We certainly want to be very respectful of the supplier, and we're really taking our customer care first and foremost at heart. We are going to stand behind these products first to take care of our customers first and we'll deal with the supplier after that.

**Colin William Rusch**
*Oppenheimer & Co. Inc., Research Division*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

Case 3:24-cv-00334    Document 86-6    Filed 02/18/25    Page 12 of 17 PageID #: 2084

Okay. And then as we think about, Brandon, as you get into the seat and look at the opportunity to expand geographically, can you talk about some of the key levers you're seeing as available to the company to start driving accelerated sales into both Europe and Latin America?

**Brandon Moss**
*Chief Executive Officer*

Yes. Colin, I appreciate the question and great to meet you. Look, we're day 12 with me on the job here. So admittedly, probably a little early to provide some comments around strategy at this point. Look, what I would say, number one, I'm excited to be here. It's a fantastic opportunity.

Shoals, as you know, has a tremendous reputation in the market. We've got a Tier 1 customer base. What I've seen here is an incredible culture, and I think there's a lot of opportunity ahead of us. Again, as you've seen with the numbers this quarter, the team has delivered, again, tremendous results. So I would ask maybe check back with me next quarter, and I think I'll be able to give some more specifics around strategy.

**Operator**

The next question comes from Kashy Harrison with Piper Sandler.

**Luke Tilkens**
*Piper Sandler & Co., Research Division*

This is Luke Tilkens on for Kashy. I understand you're in the seat for 12 days, Brandon, and congrats on the new role. I guess kind of bigger picture, what are your kind of objectives for the first 6 months in the seat and things you're looking to learn about and accomplish?

**Brandon Moss**
*Chief Executive Officer*

Yes. Luke, thanks for the question. Great to meet you as well. Look, again, my goal here initially is to listen and learn before act, learning a lot about the solar market, learning a lot about the company in general. I've admired this business. The company has been able to really create tremendous, innovative approaches, create simple solutions for our customers.

And the plan is to continue to really drive the business that way initially. I'm bringing experience to the job and rapidly growing a business platform. I did that at Southwire Company in our Tools, Components, & Assembled Solutions Business, stood up a few product platforms and an international manufacturing and global supply chain. So really, it's not simple.

I look forward to leveraging that experience and continue to help scale the Shoals business to $1 billion-plus organization. And what's vitally important to me is to really continue what has made this company special at this point and it's the culture, it's the mission-driven values around here that have been really the cornerstone of this company's success. So excited to be part of the team here and really the mission thus far is listening and learning.

**Luke Tilkens**
*Piper Sandler & Co., Research Division*

Great. And then I've got a follow-up question kind of on the discussion on the new Snapshot I-V product. Wondering what kind of the revenue strategy is with that? It seems like it could possibly be more of a software recurring revenue model. Or are you guys just thinking about this from a onetime hardware sale?

**Jeffery Tolnar**
*President*

I appreciate the question. We are not getting into that amount of detail. It is a product ecosystem, and we expect to have this as our first of many within that ecosystem. So more to come. Extremely excited about it. And what I would also add and emphasize is that the products that we've launched provide immediate

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 3:24-cv-00334   Document 86-6   Filed 02/18/25   Page 13 of 17 PageID #: 2085

and tangible value to the operators. So very excited about that and the future that the Snapshot I-V ecosystem can provide.

**Operator**

The next question comes from Derek Soderberg with Cantor Fitzgerald.

**Derek John Soderberg**
*Cantor Fitzgerald & Co., Research Division*

I also wanted to ask about the Snapchat -- or the Snapshot Wireless Gateway. If I'm not mistaken, that's the first gateway product that you guys have had. I'm curious, was this something that was developed at the request of a customer? Can you kind of walk me through where this came from? And maybe what's differentiated about the product on the hardware or software side?

**Jeffery Tolnar**
*President*

I appreciate the question, Derek. Thank you. This was a Shoal's innovation based on our -- just looking into the solar fields and what's needed. As you know, the inverters provide a certain amount of data. The other electronics in a solar field provide a certain amount of data.

But what's lacking other than test tools that are manually carried into a field is string-level data. So this product can provide deeper penetration and visibility into solar field than we believe is available today. And we feel it provides a very nice differentiator for Shoals, and it does take us into the gateway space, and it does take us into the monitoring space where we've not been traditionally. So it is an adjacency for us, which I'm also excited about.

**Derek John Soderberg**
*Cantor Fitzgerald & Co., Research Division*

Yes. Got it. That's helpful. And then just on international growth, I think in the prepared remarks, you mentioned, I think, talked a bit about manufacturing footprint internationally. I was wondering if you can expand on that, how you might acquire that or what that might look like getting that footprint.

**Jeffery Tolnar**
*President*

Yes. We're looking at each of the 3 markets on how we can best serve the customers that we have and those that are coming. Looking at all options. We're doing economic evaluations. We're speaking to the state and federal government equivalents in each of the markets. And our goal is to make sure that we are as competitive as we can be in meeting and exceeding our customer requirements through on-time deliveries, accelerated deliveries and a very cost-competitive solution.

I'm not at a point where I can talk about how we fulfill that. We've got ideas, but it would be a bit too early to talk about on an earnings call.

**Operator**

The next question comes from Brett Castelli with Morningstar.

**Brett Castelli**
*Morningstar Inc., Research Division*

Just wanted to come back to the backlog and awarded orders up, I think, 4% or so sequentially. Just curious, would you equate that to just more seasonality and sort of overall customer activity? Or any changes you're seeing in terms of close rates with customers look like?

**Jeffery Tolnar**
*President*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

Case 3:24-cv-00334   Document 86-6   Filed 02/18/25   Page 14 of 17 PageID #: 2086

Yes. Brett, a couple of things I would point you to. One is that we had a record revenue quarter, $119 million that came directly out of backlog and converted to revenue. We replace that in backlog and awarded orders and also then grew sequentially over first quarter. So we feel very good about our visibility that's being derived from that, backlog and awarded orders.

And we also mentioned our quoting activity, I believe, in the Q that continues at a very robust pace through Q1 into Q2. So that's also a more forward indicator that the market is strong and Shoal's position within it also is strong.

**Brett Castelli**
*Morningstar Inc., Research Division*

And then just curious, an update on sort of solar-plus-storage and what you're seeing in terms of storage quoting activity relative to maybe recent history.

**Jeffery Tolnar**
*President*

Yes, a couple of things. One is we're continuing to fulfill the projects that have been awarded. We announced a big one last year. We're fulfilling that one at an expected and fantastic pace from the customer's perspective.

The quoting activity continues for the attached storage market. We're also seeing an increase in request for attached storage and EV charging deployments, which is a different footprint than utility-based solar, but it is a storage opportunity. So we're looking at each of those. The market itself is still very, very large. And what we're working through right now is finalizing value proposition. We're working with those customers that are sending us quotes, and we are seeing an increase in requested for attachment rates.

**Operator**

The next question comes from Donovan Schafer with Northland Capital Markets.

**Donovan Due Schafer**
*Northland Capital Markets, Research Division*

Congratulations on the quarter. I want to first ask about -- I know you don't break out EV as a separate segment or international right now. The extent of breaking things out kind of comes down to more sort of like system sales versus component sales, all effectively, presumably or sort of predominantly within solar.

But these are important growth initiatives for you guys, international and EV. And so presumably, there will be some point in the future where you would start to break out, provide some of those numbers, either doing it in segments where you have solar segment and EV segment or you do a domestic and international, something like that.

And so my question, I know and I'm very sympathetic to you don't want to say, okay, here's when we would disclose revenue numbers for EV. But what would be good to know is kind of putting an outer bound on it in terms of like when do you think it would be appropriate for us as analysts or investors or to kind of actually be bugging you about it?

I think it's fair to allow a certain time for business to you guys to figure things out and allow growth. But is it a year from now, 2 years from now, 3 years from now where in your view, it would be -- that's the point where it would be fair or appropriate for us to kind of be really bugging you guys about that? Kind of what's the outer range there?

**Dominic Bardos**
*Chief Financial Officer*

So Donovan, this is Dominic. Let me jump in on that one because from a financial reporting standpoint, there's a couple of things that will lead into that. First and foremost, as we've said in our Q, we are still predominantly domestic and we're still predominantly solar driven, as you can tell.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

Case 3:24-cv-00334 Document 86-6 Filed 02/18/25 Page 15 of 17 PageID #: 2087

The growth in our company came from different ways than it was anticipated 3 years ago. And so as the company pivoted to take advantage of the incredible domestic growth in domestic solar, some of the other things while they're still growing and the investments are being made, it's still not at a point of significance and predictability that we want to have for you.

One of the things that we're doing with Brandon joining over the next few months is we're really refining these things and hope to have an Analyst/Investor Day in the first quarter of next year, and we'll be able to lay that out for you.

Right now, you're right. We just are not in that position that we can really break those things out and tell you when it's going to be right because domestic solar keeps growing, and as it keeps growing at this outpaced rate, it's kind of pushing the other percentages down.

So that's where we are. We look forward to being able to share that with you. They are tremendous markets and tremendous opportunities for the company, but we're just not at a point where we can tell you when that will be.

**Donovan Due Schafer**
*Northland Capital Markets, Research Division*

Okay. That's very helpful. So I look forward to the Analyst Day sort of broadly. And then as a follow-up, just because you guys have such fantastic market share, I figure you're a pretty good one to check in on anything you're seeing on your radar around projects being delayed at all.

I mean your results seem to suggest that, that is likely not the case, but I figure I might as well ask directly. If you're seeing projects in the U.S. seeing delays because of the Uyghur Forced Labor Prevention Act, customs detaining panels or developers facing long interconnection queues, running into permitting issues. Anything on that front that you're seeing that's making things go slower than you're hoping for or otherwise expect in the U.S.?

**Jeffery Tolnar**
*President*

Yes. I appreciate the question, Donovan. This is Jeff. We've not seen any delays to projects due to UFLPA, general panel availability, labor market and grid interconnections. We're watching those really closely. And depending on the market you're in, whether it's domestic solar or some of the international markets, those factors weigh differently. So we're watching each.

One of the advantages that we have at Shoals is that we are typically brought into a customer after the developer has chosen their EPC. So that typically means that, number one, the permit is either approved or well underway, and that they have sourced their panels already and know where those are coming from. So there's a higher degree of certainty once we're awarded. And Slide 34 in the -- at our deck provides a little guidance on that. And then also, there's a complexity from trying to calculate market share is that our products are typically shipped 6 to 9 months before this field goes live.

So our product goes out the door. The site is then finalized, commissioned, energized thereafter and then they might show -- and then the electron show up in the analyst reports. So there's a high degree of lead and lag built into our time frame that gives us stronger visibility and a little bit higher certainty.

But we are continuing to watch because UFLPA and AD/CVD impacted the entire market last year, and we want to make sure we're not impacted this year or going forward.

**Operator**
This concludes the question-and-answer session and today's conference call. You may disconnect your lines. Thank you for participating, and have a pleasant day.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

Case 3:24-cv-00334   Document 86-6   Filed 02/18/25   Page 16 of 17 PageID #: 2088

Copyright © 2023 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2023 S&P Global Market Intelligence.

Case 3:24-cv-00334    Document 86-6    Filed 02/18/25    Page 17 of 17 PageID #: 2089