# EXHIBIT 9



November 2023

shoals

SHOALS
TECHNOLOGIES
GROUP, INC.

Q3 2023 Investor Presentation

Case 3:24-cv-00334    Document 86-9    Filed 02/18/25    Page 2 of 19 PageID #: 2150

Case 3:24-cv-00334 Document 86-9 Filed 02/18/25 Page 3 of 19 PageID #: 2151

# DISCLAIMER

**Forward-Looking Statements**

This presentation contains forward-looking statements that are based on our management's beliefs and assumptions and on information currently available to our management. Forward-looking statements include information concerning our possible or assumed future results of operations; business strategies; technology developments; financing and investment plans; warranty, litigation and liability accruals and estimates of loss or gains; litigation strategy and expected benefits or results from the current intellectual property and wire insulation shrinkback litigation; competitive position; industry and regulatory environment; potential growth opportunities, including international growth, production and capacity at our plants; and the effects of competition. Forward-looking statements include statements that are not historical facts and can be identified by terms such as "anticipate," "believe," "could," "estimate," "expect," "intend," "may," "plan," "potential," "predict," "project," "seek," "should," "will," "would" or similar expressions and the negatives of those terms.

Forward-looking statements involve known and unknown risks, uncertainties and other factors that may cause our actual results, performance or achievements to be materially different from any future results, performance or achievements expressed or implied by the forward-looking statements.

Some of the key factors that could cause actual results to differ from our expectations include, among others, lower than anticipated growth in demand for solar energy projects and EV charging infrastructure; defects or performance problems in our products or their parts, including those related to the wire insulation shrinkback matter, and related warranty claims; our failure to recover the costs and expenses incurred by us in connection with the identification, repair, and replacement of the defective Prysmian wire; macroeconomic events, including heightened inflation, rises in interest rates and a potential recession; supply chain challenges, including as a result of additional duties and charges on imports and exports; our failure to, or incurrence of significant costs in order to, obtain, maintain, protect, defend or enforce our intellectual property and other proprietary rights; governmental policies and regulations, and any subsequent changes, which may present technical, regulatory and economic barriers; changes in the United States trade environment; failure to integrate acquired businesses, and delays, disruptions or quality control problems in our manufacturing operations in part due to vendor concentration.

Other risks and uncertainties are described in the section entitled "Item 1A. Risk Factors" of our periodic reports filed with the Securities and Exchange Commission, including our Annual Report on Form 10-K for the year ended December 31, 2022 and our most recent Quarterly Report on Form 10-Q. Given these uncertainties, you should not place undue reliance on forward-looking statements. Also, forward-looking statements represent our management's beliefs and assumptions only as of the date of this report. You should read this report with the understanding that our actual future results may be materially different from what we expect.

Except as required by law, we assume no obligation to update these forward-looking statements, or to update the reasons actual results could differ materially from those anticipated in these forward-looking statements, even if new information becomes available in the future.

© 2023 Shoals Technologies Group

shoals

2

# DISCLAIMER

**Non-GAAP Financial Information**

This presentation includes Adjusted Gross Profit, Adjusted Gross Profit Percentage, Adjusted EBITDA, Adjusted Net Income, and Adjusted Diluted Earnings per Share ("EPS") (which are shown in the reconciliations set forth in the Appendix hereto"), which are unaudited financial measures that exclude items and therefore are not in accordance with U.S. generally accepted accounting principles ("GAAP"). These are presented as supplemental measures of the Company's performance.

A reconciliation of Adjusted Gross Profit, Adjusted Gross Profit Percentage, Adjusted EBITDA, Adjusted net income, and Adjusted Diluted EPS guidance, which are forward-looking measures that are not prepared in accordance with GAAP, to the most directly comparable GAAP financial measures, is not provided because we are unable to provide such reconciliation without unreasonable effort. The inability to provide a quantitative reconciliation is due to the uncertainty and inherent difficulty in predicting the occurrence, the financial impact and the periods in which the components of the applicable GAAP measures and non-GAAP adjustments may be recognized. The GAAP measures may include the impact of such items as non-cash share-based compensation, amortization of intangible assets and the tax effect of such items, in addition to other items we have historically excluded from Adjusted Gross Profit, Adjusted Gross Profit Percentage, Adjusted EBITDA, Adjusted net income, and Adjusted Diluted EPS. We expect to continue to exclude these items in future disclosures of these non-GAAP measures and may also exclude other similar items that may arise in the future.

**Adjusted Gross Profit, Adjusted Gross Profit Percentage, Adjusted EBITDA, Adjusted Net Income, and Adjusted Diluted EPS**

We define Adjusted Gross Profit as gross profit plus (i) wire insulation shrinkback expenses. We define Adjusted Gross Profit Percentage as Adjusted Gross Profit divided by revenue. We define Adjusted EBITDA as net income (loss) plus (i) interest expense, net, (ii) income tax benefit (expense), (iii) depreciation expense, (iv) amortization of intangibles, (v) equity-based compensation, (vi) acquisition-related expenses, (vii) wire insulation shrinkback expenses, and (viii) wire insulation shrinkback litigation expenses. We define Adjusted Net Income as net income (loss) attributable to Shoals Technologies Group, Inc. plus (i) net income impact from assumed exchange of Class B common stock to Class A common stock as of the beginning of the earliest period presented, (ii) amortization of intangibles, (iii) amortization of deferred financing costs, (iv) equity-based compensation, (v) acquisition-related expenses, (vi) wire insulation shrinkback expenses, and (vii) wire insulation shrinkback litigation expenses, all net of applicable income taxes. We define Adjusted Diluted EPS as Adjusted Net Income divided by the diluted weighted average shares of Class A common stock outstanding for the applicable period, which assumes the exchange of all outstanding Class B common stock for Class A common stock as of the beginning of the earliest period presented.

Adjusted Gross Profit, Adjusted Gross Profit Percentage, Adjusted EBITDA, Adjusted Net Income, and Adjusted Diluted EPS are intended as supplemental measures of performance that are neither required by, nor presented in accordance with GAAP. We present Adjusted Gross Profit, Adjusted Gross Profit Percentage, Adjusted EBITDA, Adjusted Net Income, and Adjusted Diluted EPS because we believe they assist investors and analysts in comparing our performance across reporting periods on a consistent basis by excluding items that we do not believe are indicative of our core operating performance. In addition, we use Adjusted Gross Profit, Adjusted Gross Profit Percentage, Adjusted EBITDA, Adjusted Net Income, and Adjusted Diluted EPS: (i) as factors in evaluating management's performance when determining incentive compensation, as applicable; (ii) to evaluate the effectiveness of our business strategies; and (iii) because our credit agreement uses measures similar to Adjusted EBITDA, Adjusted Net Income, and Adjusted Diluted EPS to measure our compliance with certain covenants.

Among other limitations, Adjusted Gross Profit, Adjusted Gross Profit Percentage, Adjusted EBITDA, Adjusted Net Income, and Adjusted Diluted EPS do not reflect our cash expenditures, or future requirements for capital expenditures or contractual commitments; do not reflect the impact of certain cash charges resulting from matters we consider not to be indicative of our ongoing operations; and may be calculated by other companies in our industry differently than we do or not at all, which may limit their usefulness as comparative measures.

Because of these limitations, Adjusted Gross Profit, Adjusted Gross Profit Percentage, Adjusted EBITDA, Adjusted Net Income, and Adjusted Diluted EPS should not be considered in isolation or as substitutes for performance measures calculated in accordance with GAAP. You should review the reconciliation of gross profit to Adjusted Gross Profit and Adjusted Gross Profit Percentage, net income (loss) to Adjusted EBITDA, and net income (loss) attributable to Shoals Technologies Group, Inc. to Adjusted Net Income and Adjusted Diluted EPS below and not rely on any single financial measure to evaluate our business.

Please see the Appendix for the reconciliations of certain non-GAAP financial measures to the comparable GAAP measures.

**Market and Industry Data**

This presentation also contains information regarding the Company's market and industry that is derived from third-party research and publications. That information may rely upon a number of assumptions and limitations, and the Company has not independently verified its accuracy or completeness.

shoals

© 2023 Shoals Technologies Group

3

# AGENDA



| | | |
|---|---|---|
| **01** | | Third Quarter 2023 Update |
| **02** | | Financial Overview and Business Update |
| **03** | | Guidance |
| **04** | | Appendix |



# SHOALS BUSINESS UPDATE

| | |
|---|---|
| **Continued Strong Growth in Q3** | **Revenues and Adjusted EBITDA up 48% and 81%, respectively versus prior year period[1]** |
| **Capacity Update** | **Added 15 GW of capacity to year-end 2022 base of 20 GW, bringing total capacity to 35 GW, with the ability to scale the existing site footprint to 42 GW** |
| **Strong Order Book** | **Backlog and awarded orders up 34% versus prior year[2]** |
| **Mix Shift Driving Higher Margins** | **Adjusted gross profit % increased 830 bps versus prior year to 48.0%, reflecting strong mix and operational efficiencies[3]** |
| **International** | **Strong growth in international business, which now accounts for more than 10% of backlog and awarded orders** |

(1)  Based on revenues and adjusted EBITDA for the period ended September 30, 2023, of $134.2 million and $48.0 million, respectively, compared with revenues and adjusted EBITDA of $90.8 million and $26.6 million, respectively, for the period ended September 30, 2022. See Appendix for reconciliation of non-GAAP measures.
(2)  Based on backlog and awarded orders of $633.3 million as of September 30, 2023, compared to backlog and awarded orders of $471.2 million as of September 30, 2022.
(3)  Based on adjusted gross profit % of 48.0% for the period ended September 30, 2023, compared with adjusted gross profit % of 39.7% for the period ended September 30, 2022.

shoals

Case 3:24-cv-00334   Document 86-9   Filed 02/18/25   Page 7 of 19 PageID #: 2155

# KEY TAKEAWAYS

- **Record bookings, backlog, sales and adjusted EBITDA**

- **Industry-leading value proposition delivers margin expansion**

- **Significant cash flow generation positioning company for growth**

- **Lawsuit filed against Prysmian Cable related to wire insulation shrinkback**

- **Raising 2023 outlook for Adjusted Net Income and Adjusted EBITDA**

Case 3:24-cv-00334   Document 86-9   Filed 02/18/25   Page 8 of 19 PageID #: 2156

# FINANCIAL HIGHLIGHTS

| $, thousands | QTD Results vs. Prior Year | | | YTD Results vs. Plan & Prior Year | | |
|---|---|---|---|---|---|---|
| | Q3 2023 Actual | Q3 2022 Actual | % Change YoY | YTD 2023 Actual | YTD 2022 Actual | % Change YoY |
| **Net Revenue** | **$134,209** | **$90,823** | **47.8%** | **$358,503** | **$232,289** | 54.3% |
| **Adjusted Gross Profit** | $64,361 | $36,047 | **78.5%** | $174,629 | $90,932 | 92.0% |
| *Adjusted Gross Profit %* | *48.0%* | *39.7%* | | *48.7%* | *39.1%* | |
| **Adjusted EBITDA** | $47,982 | $26,575 | **80.6%** | $134,272 | $62,876 | 113.6% |
| *Adjusted EBITDA Margin* | *35.8%* | *29.3%* | | *37.5%* | *27.1%* | |
| **Adjusted Net Income** | $33,353 | $16,567 | **101.3%** | $89,873 | $37,369 | 140.5% |
| **Adjusted Diluted EPS** | $0.20 | $0.10 | **100.0%** | $0.53 | $0.22 | 140.9% |

- **Revenue increased 48% year over year**

- **Adjusted Gross Profit % expanded 830 basis points year over year, driven by enhanced productivity and operating leverage**

- **Company increasing gross profit target to 40%-45% to reflect industry-leading value proposition**

 shoals







# CONSISTENT GROWTH POST IPO



**Revenue, LTM**

| Q4 2021 | Q1 2022 | Q2 2022 | Q3 2022 | Q4 2022 | Q1 2023 | Q2 2023 | Q3 2023 |
|---------|---------|---------|---------|---------|---------|---------|---------|
| $213.2 | $235.6 | $249.4 | $280.3 | $326.9 | $364.1 | $409.8 | $453.4 |

Revenue, LTM ($mm)

**Adjusted EBITDA, LTM**

| Q4 2021 | Q1 2022 | Q2 2022 | Q3 2022 | Q4 2022 | Q1 2023 | Q2 2023 | Q3 2023 |
|---------|---------|---------|---------|---------|---------|---------|---------|
| $62.9 | $65.3 | $64.5 | $74.1 | $93.0 | $112.6 | $143.0 | $164.4 |

Adjusted EBITDA, LTM ($mm)

**Adjusted Gross Profit %, LTM**

| Q4 2021 | Q1 2022 | Q2 2022 | Q3 2022 | Q4 2022 | Q1 2023 | Q2 2023 | Q3 2023 |
|---------|---------|---------|---------|---------|---------|---------|---------|
| 38.8% | 38.3% | 37.1% | 38.1% | 40.2% | 42.1% | 45.6% | 47.4% |

Adjusted Gross Profit %, LTM

**Adjusted Net Income, LTM ($mm)**

| Q4 2021 | Q1 2022 | Q2 2022 | Q3 2022 | Q4 2022 | Q1 2023 | Q2 2023 | Q3 2023 |
|---------|---------|---------|---------|---------|---------|---------|---------|
| $35.9 | $36.2 | $33.3 | $38.2 | $62.4 | $77.2 | $98.1 | $114.9 |

Adjusted Net Income, LTM ($mm)

See Appendix for reconciliation of non-GAAP measures.

shoals

© 2023 Shoals Technologies Group

9

Case 3:24-cv-00334    Document 86-9    Filed 02/18/25    Page 10 of 19 PageID #: 2158

# BACKLOG & AWARDED ORDERS

Case 3:24-cv-00334  Docmen 86-9  Filed 02/18/25  Page 11 of 19 PageID #: 2159



- **Third quarter orders surpassed $220 million once again**

- **Third quarter quoting activity increased 63.4% year-over-year, setting new record**

- **International comprised 11.6% of backlog and awarded orders as of September 30, 2023**

© 2023 Shoals Technologies Group

# DEBT & FREE CASH FLOW

Case 3:24-cv-00034 Document 86-9 Filed 02/18/25 Page 12 of 19 PageID #: 2160

| $, mm | Q4 2021 | Q1 2022 | Q2 2022 | Q3 2022 | Q4 2022 | Q1 2023 | Q2 2023 | Q3 2023 |
|---|---|---|---|---|---|---|---|---|
| Cash & Cash Equivalents | $5.0 | $2.5 | $10.1 | $11.2 | $8.8 | $6.5 | $5.9 | $9.2 |
| Term Loan | $197.3 | $196.8 | $196.3 | $195.8 | $195.3 | $194.8 | $194.3 | $193.8 |
| Revolving Loan | $55.1 | $90.1 | $85.1 | $85.6 | $48.0 | $45.0 | $20.0 | $0.0 |
| Total Debt | $252.4 | $286.9 | $281.4 | $281.4 | $243.3 | $239.8 | $214.3 | $193.8 |
| Net Debt | $247.4 | $284.4 | $271.3 | $270.2 | $234.5 | $233.3 | $208.4 | $184.5 |
| LTM Adjusted EBITDA | $62.9 | $65.3 | $64.4 | $74.1 | $93.0 | $112.6 | $131.5 | $152.3 |
| Total Debt-to-Adjusted EBITDA | 4.0 | 4.4 | 4.4 | 3.8 | 2.6 | 2.1 | 1.6 | 1.3 |
| Net Debt-to-Adjusted EBITDA | 3.9 | 4.4 | 4.2 | 3.6 | 2.5 | 2.1 | 1.6 | 1.2 |
| Total Liquidity (Cash + Borrowing capacity-LOCs) | $49.9 | $12.4 | $75.0 | $75.6 | $110.8 | $111.5 | $135.4 | $158.7 |

- Net debt down $49 million from December 2022 as operating cash flow enabled paydown on the revolving credit facility.

- Debt-to-earnings ratios will continue to trend down as debt balances decrease and LTM Adj. EBITDA increases.

- LTM free cash flow able to fund further investment in the business needs and expansion of production capability - much of which has already been turned live.



**Free Cash Flow, LTM ($mm)**



# WARRANTY LIABILITY UPDATE

- Our top priority is taking care of the customer.

- Our underlying business is strong and will continue to thrive while we pursue legal action against the wire supplier, Prysmian Cables and Systems USA, LLC, and overcome this issue.

- This issue appears to be limited to wire sold to Shoals between 2020 and approximately 2022, and it is believed that approximately 300 sites may have harnesses made with this wire, representing about 30% of the total amount of Shoals' harnesses manufactured during the same timeframe.

- At the end of Q3, the Company has recorded a warranty liability of $56.6m and determined that the high end of the range is $184.9m. This range is based on assumptions and information to date related to:
  - labor cost to repair and replace impacted harnesses;
  - estimated failure rates;
  - materials replacement cost;
  - planned remediation method; and
  - other assumptions.

- The Company has already begun remediation efforts.

© 2023 Shoals Technologies Group

shoals

12

Case 3:24-cv-00334    Document 86-9    Filed 02/18/25    Page 14 of 19 PageID #: 2162

# CAPACITY OVERVIEW

Completed third Tennessee facility in 3Q, adding 15 GW of new capacity to 2022 year-end base of 20 GW, bringing total Shoals' capacity to 35 GW

- Added 225,000 feet to footprint
- Installed almost 100 new machines and hired 200+ operators, a 30% increase since January 2023

**2024+:**

42 GW Capacity

**9/2023:**

35 GW Capacity

**12/2022:**

20 GW Capacity

- Ability to scale to 42 GW in current footprint, which will allow Shoals to serve growing demand well into 2025

**shoals**

© 2023 Shoals Technologies Group

13

# GUIDANCE

| $,mm | Current Guidance | Prior Guidance | Comments |
|---|---|---|---|
| Revenue | $485 - $495 | $480 - $510 | Narrowed |
| Adjusted EBITDA | $165 - $175 | $145 - $160 | Raised |
| Adjusted Net Income | $110 - $120 | $92 - $102 | Raised |
| Interest Expense | $22 - $26 | $22 - $26 | Unchanged |
| Capital Expenditure | $8 - $12 | $8 - $12 | Unchanged |



**APPENDIX**

shoals

# RECONCILIATION OF NON-GAAP MEASURES

| Adjusted Gross Profit | 3 Months Ended September 30, | | | | 9 Months Ended September 30, | | | |
|---|---|---|---|---|---|---|---|---|
| $, millions | | 2023 | | 2022 | | 2023 | | 2022 |
| Net revenue | $ | 134.2 | $ | 90.8 | $ | 358.5 | $ | 232.3 |
| Cost of revenue | | 120.1 | | 54.8 | | 245.6 | | 141.4 |
| Gross profit | | 14.2 | | 36.0 | | 112.9 | | 90.9 |
| Wire insulation shrinkback expenses [a] | | 50.2 | | - | | 61.7 | | - |
| Adjusted gross profit | $ | 64.4 | $ | 36.0 | $ | 174.6 | $ | 90.9 |
| Adjusted gross profit % | | 48.0% | | 39.7% | | 48.7% | | 39.1% |

[a] For the three months ended September 30, 2023 represents, (i) $50.2 million wire insulation shrinkback warranty expenses related to the identification, repair and replacement of a subset of wire harnesses presenting unacceptable levels of wire insulation shrinkback. For the nine months ended September 30, 2023 represents, (i) $59.1 million wire insulation shrinkback warranty expenses related to the identification, repair and replacement of a subset of wire harnesses presenting unacceptable levels of wire insulation shrinkback, including $8.9 million recorded during the six months ended June 30, 2023, and (ii) $2.6 million of inventory write-downs of the defective red wire. We consider expenses incurred in connection with the identification, repair and replacement of the impacted wire harnesses as well as the write-down of related inventory distinct from normal, ongoing service identification, repair and replacement expenses that would be reflected under ongoing warranty expenses within the operation of our business and normal write-downs of inventory, which we do not exclude from our non-GAAP measures. In the future, we also intend to exclude from our non-GAAP measures the benefit of liability releases, if any. We believe excluding expenses from these discrete liability events provides investors with a better view of the operating performance of our business and allows for comparability through periods. See our most recent Quarterly Report on Form 10-Q for more information.

shoals

Case 3:24-cv-00334   Document 86-9   Filed 02/18/25   Page 18 of 19 PageID #: 2166

# RECONCILIATION OF NON-GAAP MEASURES

| Adjusted EBITDA | 3 Months Ended September 30, | | | | 9 Months Ended September 30, | | | |
|---|---|---|---|---|---|---|---|---|
| $, millions | | 2023 | | 2022 | | 2023 | | 2022 |
| **Net income (loss)** | $ | (9.8) | $ | 12.8 | $ | 26.1 | $ | 24.7 |
| Interest expense, net | | 5.9 | | 4.8 | | 18.4 | | 12.8 |
| Income tax expense (benefit) | | (6.6) | | 2.5 | | 2.7 | | 5.5 |
| Depreciation expense | | 0.7 | | 0.5 | | 1.7 | | 1.4 |
| Amortization of intangibles | | 2.0 | | 2.1 | | 6.0 | | 6.6 |
| Equity-based compensation | | 5.1 | | 4.0 | | 17.1 | | 11.9 |
| Acquisition-related expenses | | - | | - | | - | | 0.1 |
| Wire insulation shrinkback expenses [a] | | 50.2 | | - | | 61.7 | | - |
| Wire insulation shrinkback litigation expenses [b] | | 0.6 | | - | | 0.6 | | - |
| **Adjusted EBITDA** | $ | 48.0 | $ | 26.6 | $ | 134.3 | $ | 62.9 |

[b] For the three and nine months ended September 30, 2023 represents, $0.6 million of expenses incurred in connection with a lawsuit initiated by the Company against the supplier of the defective red wire. We consider this litigation distinct from ordinary course legal matters given the expected magnitude of the expenses, the nature of the allegations in the Company's complaint, the amount of damages sought, and the impact of the matter underlying the litigation on the Company's financial results. In the future, we also intend to exclude from our non-GAAP measures the benefit of recovery, if any. We believe excluding expenses from these discrete litigation events provides investors with a better view of the operating performance of our business and allows for comparability through periods. See our most recent Quarterly Report on Form 10-Q for more information.

Case 3:24-cv-00334 Document 86-9 Filed 02/18/25 Page 19 of 19 PageID #: 2167

# RECONCILIATION OF NON-GAAP MEASURES

| Adjusted Net Income | 3 Months Ended September 30, | | 9 Months Ended September 30, | |
|---|---|---|---|---|
| $, millions | 2023 | 2022 | 2023 | 2022 |
| Net income (loss) attributable to Shoals Technologies Group, Inc. | $ (9.8) | $ 8.0 | $ 23.4 | $ 15.0 |
| Net income impact from pro forma conversion of Class B common stock to Class A common stock [c] | - | 4.8 | 2.7 | 9.7 |
| Adjustment to the provision for income tax [d] | - | (1.1) | (0.7) | (2.3) |
| Tax effected net income (loss) | (9.8) | 11.6 | 25.4 | 22.4 |
| Amortization of intangibles | 2.0 | 2.1 | 6.0 | 6.6 |
| Amortization of deferred financing costs | 0.3 | 0.3 | 1.0 | 1.0 |
| Equity-based compensation | 5.1 | 4.0 | 17.1 | 11.9 |
| Acquisition-related expenses | - | - | - | 0.1 |
| Wire insulation shrinkback expenses [a] | 50.2 | - | 61.7 | - |
| Wire insulation shrinkback litigation expenses [b] | 0.6 | - | 0.6 | - |
| Tax impact of adjustments [e] | (15.0) | (1.5) | (22.0) | (4.6) |
| Adjusted net income | $ 33.4 | $ 16.5 | $ 89.9 | $ 37.4 |

[c] Reflects net income to Class A common stock from assumed exchange of corresponding shares of our Class B common stock held by the Founder and management.
[d] Shoals Technologies Group, Inc. is subject to U.S. Federal income taxes, in addition to state and local taxes with respect to its allocable share of any net taxable income of Shoals Parent LLC. The adjustment to the provision for income tax reflects the effective tax rates, assuming Shoals Technologies Group, Inc. owns 100% of the units in Shoals Parent LLC.
[e] Represents the estimated tax impact of all Adjusted Net Income add-backs, excluding those which represent permanent differences between book versus tax.


shoals