UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In re SHOALS TECHNOLOGIES GROUP, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) Civil Action No. 3:24-cv-00334<br><br>CLASS ACTION |

## ORDER

On February 18, 2025, Defendants filed a motion to dismiss the Second Amended Complaint. (Doc. No. 84). The parties agree as follows:

1. Plaintiffs shall respond to Defendants' motion to dismiss on or before **May 18, 2025.**

2. Defendants may file a reply brief(s) 45 days after the filing of Plaintiffs' response.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE