UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| In re SHOALS TECHNOLOGIES GROUP, INC. SECURITIES LITIGATION | ) ) ) | Civil Action No. 3:24-cv-00334 <br> Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair Newbern |
| This Document Relates To: | ) ) ) ) ) | CLASS ACTION |

**DECLARATION OF CHRISTOPHER M. WOOD
IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW
IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

I, Christopher M. Wood, hereby declare as follows:

I am a partner of the law firm of Robbins, Geller Rudman & Dowd LLP, Court-appointed Lead Counsel for Lead Plaintiff and the Class. I am admitted to practice before this Court. I submit this Declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss. If called upon, I could and would testify competently to the following:

1. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff Shoals Technologies Group, LLC's First Amended Complaint, filed on December 4, 2024, in *Shoals Technologies Group, LLC v. Prysmian Cables & Systems USA, LLC*, No. 3:23-cv-01153 (M.D. Tenn.) (ECF No. 57).

2. Attached hereto as **Exhibit B** is a true and correct copy of Defendant Prysmian Cables and Systems USA, LLC's Answer and Affirmative Defenses to Plaintiff Shoals' First Amended Complaint, filed on January 2, 2025, in *Shoals Technologies Group, LLC v. Prysmian Cables & Systems USA, LLC*, No. 3:23-cv-01153 (M.D. Tenn.) (ECF No. 60).

Executed this 21st day of April, 2025, in Nashville, Tennessee.

*/s/ Christopher M. Wood*
Christopher M. Wood, #032977

ROBBINS GELLER RUDMAN
  & DOWD LLP
200 31st Avenue North
Nashville, TN 37203
Telephone: 615/244-2203
Email: cwood@rgrdlaw.com

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 21, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
& DOWD LLP
200 31st Avenue North
Nashville, TN 37203
Telephone: 615/244-2203
615/432-2398 (fax)

Email: cwood@rgrdlaw.com

- 1 -

# Mailing Information for a Case 3:24-cv-00334 Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefits Fund v. Shoals Technologies Group, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Matthew Isaac Alpert**
  malpert@rgrdlaw.com,e_file_sd@rgrdlaw.com,MAlpert@ecf.courtdrive.com

- **Rachel A. Avan**
  ravan@saxenawhite.com

- **Margaret V. Dodson**
  margaret.dodson@bassberry.com

- **Marco A. Duenas**
  mduenas@saxenawhite.com,6316794420@filings.docketbird.com,jjoseph@saxenawhite.com

- **Agnes Dunogue**
  agnes.dunogue@aoshearman.com

- **Dan Gold**
  dan.gold@aoshearman.com

- **Renatta A. Gorski**
  renatta.gorski@lw.com,r-gorski-5640@ecf.pacerpro.com,chefiling@lw.com

- **Lester R. Hooker**
  lhooker@saxenawhite.com

- **Michele D. Johnson**
  michele.johnson@lw.com

- **Benjamin Klebanoff**
  benjamin.klebanoff@aoshearman.com,managing-attorney-5081@ecf.pacerpro.com,courtalert@shearman.com,manattyoffice@shearman.com

- **Britt K. Latham**
  blatham@bassberry.com,renatta.gorski@lw.com,lauren.fane@lw.com,heather.waller@lw.com,llewis@bassberry.com,lbilbrey@bassberry.com,christian.beveridge@lw.

- **Gregg S. Levin**
  glevin@motleyrice.com,lmclaughlin@motleyrice.com,erichards@motleyrice.com,kweil@motleyrice.com

- **Jerry E. Martin**
  jmartin@barrettjohnston.com,jfrye@barrettjohnston.com,mmcgraw@barrettjohnston.com,mfazio@barrettjohnston.com,lvandrasik@barrettjohnston.com,shyatt@barre

- **Christopher F. Moriarty**
  cmoriarty@motleyrice.com,jlittlejohn@motleyrice.com,bnorton@motleyrice.com

- **William S. Norton**
  bnorton@motleyrice.com

- **Mozianio S. Reliford , III**
  treliford@polsinelli.com,mmillan@polsinelli.com,nashvilledocketing@polsinelli.com

- **James Gerard Stranch , IV**
  gstranch@stranchlaw.com,complexlit@stranchlaw.com

- **Heather A. Waller**
  heather.waller@lw.com,chefiling@lw.com,heather-waller-8915@ecf.pacerpro.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,CWood@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,bengfelt@rgrdlaw.com

- **Debra J. Wyman**
  debraw@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

Case 3:24-cv-00334    Document 92    Filed 04/21/25    Page 4 of 4 PageID #: 2525