Motion (83) is **DENIED AS MOOT**. It was addressed in the Court's Order (Doc. No. 87).

*Waverly D. Crenshaw, Jr.*

US DISTRICT JUDGE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In re SHOALS TECHNOLOGIES GROUP, INC. SECURITIES LITIGATION | ) ) ) ) ) | Civil Action No. 3:24-cv-00334 |
| | | Judge Waverly D. Crenshaw, Jr. |
| | | Magistrate Judge Alistair Newbern |
| This Document Relates To: | ) ) ) ) ) | CLASS ACTION |

## JOINT MOTION TO SET SCHEDULE FOR BRIEFING DEFENDANTS' FORTHCOMING MOTION TO DISMISS

Plaintiffs and Defendants (together, the "Parties") hereby move the Court to set a schedule for the completion of briefing regarding Defendants' forthcoming motion to dismiss, showing the Court as follows:

1. On October 17, 2024, the Court granted the Parties' Joint Motion to Set Schedule for Filing and Responding to Consolidated Complaint. ECF 69. The schedule approved by the Court provided: (i) 60 days for Defendants to file any motion(s) to dismiss Plaintiffs' consolidated complaint; (ii) 60 days for Plaintiffs to respond to any motion(s) to dismiss; and (iii) 45 days for Defendants to file any reply brief(s). *Id.*

2. On December 9, 2024, Plaintiffs timely filed their Consolidated Complaint for Violations of the Federal Securities Laws. ECF 75.

3. On January 27, 2025, Plaintiffs filed an Unopposed Motion for Leave to Supplement the Consolidated Complaint and Amend Briefing Schedule ("Plaintiffs' Unopposed Motion"). ECF 78.

4. On January 28, 2025, the Court entered an Order on Plaintiffs' Unopposed Motion, which granted Plaintiffs leave to amend under Federal Rule of Civil Procedure 15(a)(2). ECF 80

- 1 -