UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WESTCHESTER PUTNAM COUTNIES HEAVY & HIGHWAY LABORERS LOCAL 60 BENEFITS FUND,<br><br>Plaintiff,<br><br>v.<br><br>SHOALS TECHNOLOGIES GROUP, INC, et al.,<br><br>Defendants. | Case No. 3:24-cv-00334<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## **ORDER**

This matter is set for an initial case management conference on October 27, 2025, at 10:00 a.m. Counsel for each party shall call (650) 479-3207 and enter access code 2317 604 8628# to participate.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge