UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WESTCHESTER PUTNAM COUTNIES HEAVY & HIGHWAY LABORERS LOCAL 60 BENEFITS FUND,<br><br>Plaintiff,<br><br>v.<br><br>SHOALS TECHNOLOGIES GROUP, INC, et al.,<br><br>Defendants. | Case No. 3:24-cv-00334<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

In consultation with Judge Crenshaw, the Court ORDERS as follows:

By November 12, 2025, the parties shall file an amended proposed initial case management order that sets a dispositive motion deadline of no later than April 21, 2027; a target trial date of no later than August 31, 2027; and requires the parties to engage in at least three attempts at independent case resolution.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge