UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In re SHOALS TECHNOLOGIES GROUP, INC. SECURITIES LITIGATION | ) Civil Action No. 3:24-cv-00334 |
| | ) |
| | ) Judge William L. Campbell, Jr. |
| | ) Magistrate Judge Barbara D. Holmes |
| This Document Relates To: | ) |
| | ) CLASS ACTION |
| | ) |
| | ) DEMAND FOR JURY TRIAL |

DECLARATION OF CHRISTOPHER M. WOOD
IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION,
APPOINTMENT OF CLASS REPRESENTATIVES, AND APPROVAL
OF CLASS COUNSEL

I, CHRISTOPHER M. WOOD, declare as follows:

1.     I am an attorney duly licensed to practice before all of the courts of the State of Tennessee, including this Court. I am a member of Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiff Erste Asset Management GmbH ("Erste AM"), plaintiff Kissimmee Utility Authority Employees' Retirement Plan ("KUAERP") (collectively, "Plaintiffs"), and the proposed Class in the above-captioned action. This declaration is made in support of Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Approval of Class Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached as Exhibits A-E are true and correct copies of the following documents:

Exhibit A:     Declaration of Winfried Buchbauer and Magdalena Reischl on Behalf of Erste Asset Management GmbH in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel;

Exhibit B:     Declaration of James Terry on Behalf of the Kissimmee Utility Authority in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel;

- 1 -

Exhibit C:     Expert Report of Jonah B. Gelbach;

Exhibit D:     Motley Rice LLC Shareholder and Securities Fraud Resume; and

Exhibit E:     Robbins Geller Rudman & Dowd LLP Firm Resume.

I declare under penalty of perjury that the foregoing is true and correct.  Executed January 21, 2026, at Nashville, Tennessee.

*/s/ Christopher M. Wood*

Christopher M. Wood, # 032977
ROBBINS GELLER RUDMAN
  & DOWD LLP
200 31st Avenue North
Nashville, TN  37203
Telephone:  615/244-2203
Email: cwood@rgrdlaw.com

4899-8035-8025.v1