# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In re SHOALS TECHNOLOGIES GROUP, INC. SECURITIES LITIGATION | ) ) ) ) | Civil Action No. 3:24-cv-00334 |
| | | CLASS ACTION |
| This Document Relates To: | ) ) ) ) ) | Chief Judge William L. Campbell<br>Magistrate Judge Barbara D. Holmes |

DECLARATION OF WINFRIED BUCHBAUER AND MAGDALENA REISCHL
ON BEHALF OF ERSTE ASSET MANAGEMENT GMBH IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION AND APPOINTMENT
OF CLASS REPRESENTATIVES AND CLASS COUNSEL

We, Winfried Buchbauer and Magdalena Reischl, declare as follows:

1.      We respectfully submit this declaration on behalf of Erste Asset Management GmbH ("Erste AM"), the Court-appointed lead plaintiff in this action, in support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel. We have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2.      I, Winfried Buchbauer, am a Member of the Executive Board of Erste AM. I, Magdalena Reischl, am Head of Legal of Erste AM. Erste AM is an asset management company based in Vienna, Austria, that has approximately €100 billion in assets under management as of January 2026. Erste AM has resolved to seek appointment as a class representative in this action and we are duly authorized, on behalf of Erste AM, to take all necessary steps to seek this appointment.

3.      Erste AM did not purchase any Shoals Technologies Group, Inc. ("Shoals") securities at the direction of counsel, or to participate in any private action under the federal securities laws.

4.      Erste AM purchased Shoals common stock on behalf of certain of its funds during the Class Period, as referenced in its certification (ECF No. 23-4), on a U.S. exchange, and suffered substantial losses as a result of the violations of federal securities laws alleged in the Consolidated Complaint for Violations of the Federal Securities Laws (ECF No. 75).

5.      On behalf of Erste AM, we, along with our colleagues, actively review and monitor the progress and prosecution of this litigation. For example, we receive and review court filings, mediation statements, periodic updates, and other correspondence from counsel regarding all aspects of the case, including the progress of discovery, mediation, and the filing of significant

1

pleadings and Court orders. We also have participated in discussions with counsel regarding litigation strategy and significant developments in the litigation and produced documents in response to Defendants' discovery requests.

6. Erste AM understands that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was intended to encourage institutional investors and others with meaningful losses to direct securities class actions. Should it be appointed as a class representative, Erste AM, a large institutional investor, is committed to prosecuting this litigation vigorously. Erste AM intends to obtain the largest possible recovery for the proposed class consistent with good faith and sound judgment.

7. Erste AM is committed to continuing to direct this litigation and to maximize the recovery for the proposed class by attending hearings, depositions, and/or trial, and overseeing the preparation and filing of pleadings, as appropriate. Further, Erste AM understands that, in the event it is appointed as a class representative, it owes a fiduciary duty to all members of the proposed class to provide fair and adequate representation.

8. Erste AM seeks appointment of Motley Rice LLC ("Motley Rice") and Robbins Geller Rudman & Dowd LLP ("Robbins Geller") as class counsel based on their substantial experience and expertise in prosecuting securities class actions. Erste AM believes that Motley Rice and Robbins Geller possess the necessary skills and ability to prosecute this case vigorously and effectively on behalf of the proposed class.

9. Should Motley Rice and Robbins Geller be appointed co-class counsel, Erste AM will continue to monitor and direct their efforts to obtain the largest possible recovery for the proposed class consistent with good faith and meritorious advocacy.

2

10.      Erste AM will not accept any payment for serving as a class representative beyond its funds' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages, if any) directly related to the representation of the class as ordered or approved by the Court consistent with the terms of the PSLRA.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of January, 2026, in Vienna, Austria.

Winfried Buchbauer
Member of the Executive Board
Erste Asset Management GmbH

Magdalena Reischl
Head of Legal
Erste Asset Management GmbH

3