UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


WESTCHESTER PUTNAM COUNTIES       )
HEAVY & HIGHWAY LABORERS           )
LOCAL 60 BENEFITS FUND, et al.     )
                                  )
vs                                )   No. 3:24-cv-00334
                                  )
SHOALS TECHNOLOGIES GROUP,         )
INC., et al.                      )

_____

BEFORE THE HONORABLE

WILLIAM L. CAMPBELL, JR.,CHIEF DISTRICT JUDGE

TRANSCRIPT OF PROCEEDINGS

January 6, 2026

(Telephone Conference)

_____

Patricia A. Jennings, RMR, CRR
Official Court Reporter
719 Church Street, Suite 2300
Nashville, TN 37203
patty_jennings@tnmd.uscourts.gov

APPEARANCES:

For Plaintiff:           CHRISTOPHER M. WOOD
                         Robbins Geller Rudman & Dowd
                         200 31st Avenue North
                         Nashville, TN 37203

For Defendant:           BRITT K. LATHAM
                         Bass, Berry & Sims PLC
                         21 Platform Way South, Suite 3500
                         Nashville, TN  37203

                         HEATHER A. WALLER
                         Latham & Watkins LLP
                         330 N. Wabash Avenue, Suite 2800
                         Chicago, IL  60611

For Consol Defendant:    BENJAMIN KLEBANOFF
                         Allen Overy Shearman
                          Sterling US LLP
                         599 Lexington Avenue
                         New York, NY  10022-6069

                         DANIEL GOLD
                         Allen Overy Shearman
                          Sterling US LLP
                         2601 Olive Street, 17th Floor
                         Dallas, TX  75201

For Movant:              CHRISTOPHER F. MORIARTY
                         Motley Rice LLC
                         28 Bridgeside Boulevard
                         Mount Pleasant, SC  29464

                         DEBRA J. WYMAN
                         Robbins Geller Rudman & Dowd LLP
                         655 W Broadway, Suite 1900
                         San Diego, CA  92101

The above-styled cause came to be heard on January 6, 2026, before the Honorable William L. Campbell, Jr., Chief District Judge, when the following proceedings were had at 3:30 p.m., to-wit:

THE COURT:  All right.  Good afternoon. We're here on Case 3:24-cv-334 for a teleconference, In Re:  Shoals Security Litigation.  I understand my courtroom deputy already got a line-up from everybody, and it was fairly lengthy, so I won't have everybody identify yourselves again.  I would ask, though, if you do speak to say your name before you speak so the court reporter can keep an accurate record.

Wanted to get everybody on the phone and talk through one issue.  As you may recall, I recused in this case back in June of 2024.  And the reason for that was at the time, through a financial planner, I owned shares of J.P. Morgan Securities, LLC.  I didn't pick that to buy or sell, it was the financial folks that did that, but it triggered a conflict on our system, and that's why I recused.

At some point in the first few months of last year, I sold -- I'm sorry.  Let me say that name again because there's a lot of JP Morgan names.  What I owned was JPMorgan Chase & Co. and JPMorgan Chase

Holdings, LLC, until the first few months of last year. Of course, the party in this case is J.P. Morgan Securities, LLC. As I said, I didn't pick those to buy or sell. They just happened to be in the portfolio. They were sold early part of last year, which removed that conflict in our system. And then the case was, of course, reassigned to me last month, or transferred to me last month.

So I wanted to just get everybody on the phone and make you aware of the reason for the recusal back in June of 2024. I don't see that as an issue that would create a hard conflict for me to proceed with this case, but I recognize that it's important for the parties and the attorneys to feel comfortable that that past ownership of those shares doesn't present a problem.

So what we have under our ethics canons is a remittal process -- some of you-all may have dealt with this in other cases before -- where the clerk of court will reach out to counsel and allow you to respond with whether or not you're okay with me continuing to be the presiding judge on this case or you're not. I will never see the answers. I'll just get a thumbs up that everybody's okay with it or a thumbs down that at least one party is not okay with it. And then if that's the

case, we'll figure out -- because I realize this was transferred as a related case to an earlier case.  So I don't know what we'll do with that if in the event somebody's uncomfortable with it, but we can figure that out.  But I wanted to just let everybody know.

We will send out a notice -- or the clerk of court will send out a notice about this that sort of summarizes what I've said here today, due to specific stock ownership previously was the basis for the recusal, but that's no longer a conflict, and then let you all respond.  Usually, I think it's a couple weeks she gives for people to think about it, talk to your clients, and get back to her on that.

So with all that said, I did want to provide an opportunity if anybody had questions -- you know, instead of sending out that notice from the clerk and then you-all have a bunch of questions and then we have to have a phone call, I typically find it better to tee the issue up on a phone call and then send out the remittal notices so that you had an opportunity to ask any questions that you may have.

So I'll open it up for questions if you have any.

MR. WOOD:  Your Honor, this is Christopher Wood for the plaintiffs.  We don't have any questions,

and we don't think -- we appreciate the Court's disclosure.  We don't think that that creates any basis -- current basis for recusal and don't have any questions.

THE COURT:  Okay.  Any of counsel for the various defendants have any questions for me today?

(No response.)

THE COURT:  All right.  I take that as none.

You'll get something from our clerk of court, Lynda Hill, in the coming days and then just take a look at it and respond in a timely manner if you would, and then we'll just see where we find ourselves.  But just wanted to make sure everybody understood what was going on and make sure everybody's comfortable if I'm to proceed as the presiding judge.

All right.  If there's nothing else, I hope everyone has a good rest of the afternoon and that the new year is off to a good start for everyone.  Take care.

(Proceedings concluded at 3:40 p.m.)

REPORTER'S CERTIFICATE PAGE

I, Patricia A. Jennings, Official Court Reporter for the United States District Court for the Middle District of Tennessee, in Nashville, do hereby certify:

That I reported on the stenotype shorthand machine the proceedings held in open court on January 6, 2026, in the matter of WESTCHESTER PUTNAM COUNTIES HEAVY & HIGHWAY LABORERS LOCAL 60 BENEFITS FUND, et al. vs. SHOALS TECHNOLOGIES GROUP, INC., et al., Case No. 3:24-cv-00334; that said proceedings were reduced to typewritten form by me; and that the foregoing transcript is a true and accurate transcript of said proceedings.

This the 26th day of January, 2026.

/s/ Patricia A. Jennings
PATRICIA A. JENNINGS, RMR, CRR
Official Court Reporter