IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

|  |  |
|---|---|
| In re SHOALS TECHNOLOGIES GROUP, INC. SECURITIES LITIGATION | ) ) ) ) Case No. 3:24-cv-00334<br>Chief Judge Campbell<br>Magistrate Judge Holmes |

### O R D E R

This was transferred to the undersigned for case management. *See* Order at Docket No. 121. In review of the docket, it appears that, following the initial case management conference and entry of an Initial Case Management Order by Judge Newbern (Docket No. 108), the parties submitted a proposed Revised Joint Case Management Order (Docket No. 113). However, the parties' proposed order was not accompanied by a motion, contrary to the express requirements of the Court's local rules, *see* Local Rule 7.01 (all filings requesting relief from or action by the Court must be in the form of a motion) and the Initial Case Management Order (Docket No. 108 at ¶ M). Further, in the absence of a motion, the Court cannot discern what revisions to the case management schedule and plan are requested in the parties' proposed Revised Joint Case Management Order without comparing the proposed Revised Joint Case Management Order with the Initial Case Management Order, which will require already limited judicial resources that the Court is disinclined to expend. For these reasons, if the parties still request modifications to the case management schedule or plan in this case, they must file an appropriate motion in accordance with the Initial Case Management Order (Docket No. 108 at ¶ M), to which a proposed order can be appended as an exhibit.

Similarly, the parties recently filed a Proposed Stipulated Protective Order and Rule 502(d) Order (Docket No. 129), by which they ostensibly request the Court enter the proposed stipulated protective order, but without any accompanying motion. The Court will separately enter the

parties' stipulated protective order (with modifications), but again cautions that any filing that requests or requires relief from or action by the Court must be filed as a motion, as expressly directed by Local Rule 7.01.

Failure to file appropriate motions in the future will result no action by the Court, with all attendant consequences.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge