IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WESTCHESTER PUTNAM COUNTIES HEAVY & HIGHWAY LABORERS LOCAL 60 BENEIFITS FUND, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SHOALS TECHNOLOGIES GROUP, INC., et al.,<br><br>    Defendants. | NO. 3:24-cv-00334<br><br>JUDGE CAMPBELL |

## ORDER

After consultation with Judge Waverly Crenshaw, this action is TRANSFERRED to Judge Crenshaw as an earlier-filed related case 3:23-cv-01153.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE