**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **WESTCHESTER PUTNAM COUNTIES** | ) | |
| **HEAVY & HIGHWAY LABORERS** | ) | |
| **LOCAL 60 BENEIFITS FUND, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **NO. 3:24-cv-00334** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SHOALS TECHNOLOGIES GROUP,** | ) | |
| **INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Pursuant to the Notice of Settlement and Motion to Vacate Deadlines (Doc. No. 133), the

parties shall finalize settlement no later than April 23, 2026. If the settlement does not close by

April 23, 2026, the remaining motions shall not be terminated, and all current deadlines in the case

shall remain in effect.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE

1