Motion (137) is GRANTED. Extension until Tuesday, April 28, 2026.

US DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **WESTCHESTER PUTNAM COUNTIES HEAVY & HIGHWAY LABORERS LOCAL 60 BENEFITS FUND, et al.,** | ) ) ) ) |
| **Plaintiffs,** | ) ) |
| **v.** | ) **No. 3:24-cv-00334** ) ) |
| **SHOALS TECHNOLOGIES GROUP, INC., et al.,** | ) ) ) ) |
| **Defendants.** | ) ) |

**JOINT MOTION TO EXTEND DEADLINE**
**TO FINALIZE SETTLEMENT**

Plaintiffs and Defendants (together, the "Parties"), through counsel, jointly move for an order granting a five (5)-day extension (three (3) business days)—until Tuesday, April 28, 2026, of the Court-ordered deadline to finalize settlement. In support, having met and conferred in good faith, the Parties state as follows:

On March 16, 2026, the Parties filed a Notice of Settlement and Motion to Vacate Deadlines (Doc. No. 133) (the "Notice"), notifying the Court that they had reached a settlement and that Plaintiffs expected to file a motion for preliminary approval within 37 days. Pursuant to that filing, the Court entered an order providing that "the parties shall finalize the settlement no later than April 23, 2026." (Doc. No. 134).

Since filing the Notice, the Parties have worked diligently and in good faith to finalize the Stipulation of Settlement, the Motion for Preliminary Approval of Settlement, and all supporting exhibits and ancillary materials that must accompany those filings, including proposed forms of notice to the settlement class, a proposed order for preliminary approval, and a proposed final

- 1 -