# EXHIBIT A

| Event | Deadline |
|---|---|
| Deadline for emailing or mailing the Postcard Notice to Class Members and posting the Notice and Proof of Claim on the Settlement website (the "Notice Date") | No later than 21 calendar days after entry of the Preliminary Approval Order |
| Deadline for publishing the Summary Notice | No later than 7 calendar days after the Notice Date |
| Deadline for filing of papers in support of final approval of the Settlement, Plan of Allocation, and Lead Counsel's application for attorneys' fees and expenses | No later than 35 calendar days prior to the Settlement Hearing |
| Deadline for filing objections and submitting requests for exclusion | No later than 21 calendar days prior to the Settlement Hearing |
| Deadline for filing reply papers | No later than 7 calendar days prior to the Settlement Hearing |
| Deadline for submitting Proofs of Claim | No later than 90 calendar days after the Notice Date |
| Settlement Hearing | At least 100 calendar days after entry of the Preliminary Approval Order, or at the Court's earliest convenience thereafter |