# EXHIBIT A-4

**LEGAL NOTICE**

*In re Shoals Technologies Group, Inc. Securities Litigation*
No. 3:24-cv-00334 (M.D. Tenn.)
c/o Verita Global
P.O. Box 301133
Los Angeles, CA 90030-1133

www.ShoalsSecuritiesSettlement.com

Court-Ordered Legal Notice
(Forwarding Service Requested)

This notice contains important information about a securities class action settlement.

You may be entitled to a payment. This notice may affect your legal rights.

Please read this notice carefully.


**[INCLUDE BARCODE FOR WEBSITE]**

- 1 -

4918-9501-9677.v1

THIS POSTCARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.
VISIT WWW.SHOALSSECURITIESSETTLEMENT.COM OR CALL 888-808-7136 FOR MORE INFORMATION.

If you purchased Shoals Technologies Group, Inc. ("Shoals") common stock between May 16, 2022, and May 7, 2024, inclusive, you could be entitled to a payment from a proposed settlement ("Settlement") reached in the above-captioned action ("Litigation"). Your rights may be affected by this Litigation and the Settlement. A hearing will be held on _____, 2026, at __:__ _.m., at the United States District Court, Middle District of Tennessee, Fred D. Thompson U.S. Courthouse and Federal Building, 719 Church Street, Nashville, TN 37203, ("Settlement Hearing"), before the Honorable Waverly D. Crenshaw, Jr., to determine whether the proposed Settlement of the Litigation against Defendants for $70 million in cash and the Plan of Allocation should be approved as fair, reasonable, and adequate; whether the Litigation should be dismissed with prejudice against Defendants, as set forth in the Stipulation and Agreement of Settlement ("Stipulation") filed with the Court; and whether Lead Counsel's application for an award of attorneys' fees of up to 30% of the Settlement Amount, and expenses not to exceed $650,000, plus interest on both amounts, and awards to Plaintiffs not to exceed $40,000 pursuant to 15 U.S.C. §78u-4(a)(4) in the aggregate, should be granted.

If approved, the Settlement will resolve a putative class action lawsuit alleging that, in violation of the U.S. federal securities laws, the Defendants misled investors by making materially false and misleading statements and failing to disclose material information, which permitted Shoals to conduct a secondary stock offering in December 2022 and caused Shoals' common stock to trade at artificially inflated prices until the nature of the alleged wrongdoing was revealed, causing Shoals' common stock price to fall. Defendants deny the allegations and any liability or wrongdoing of any kind. For a full description of the proposed Settlement and your rights, and instructions on how to make a claim, you may obtain the Stipulation, long-form Notice of Pendency and Proposed Settlement of Class Action ("Notice"), and the Proof of Claim and Release form ("Claim Form") by visiting the website: www.ShoalsSecuritiesSettlement.com ("Website") or you may request copies of the documents from the Claims Administrator by: (i) mail: *Shoals Securities Settlement*, c/o Verita Global, P.O. Box 301133, Los Angeles, CA 90030-1130, or (ii) toll-free call: 888-808-7136.

To qualify for a payment from the Settlement, you must submit a valid Claim Form, with supporting documentation, postmarked or submitted online no later than _____, 2026. Your *pro rata* share of the Settlement will depend on the number of valid claims, and the number, size, and timing of your transactions in Shoals common stock. The estimated average distribution per share of Shoals common stock is approximately $0.34, before deducting any Court-approved fees and expenses. Your actual share of the Settlement will be determined pursuant to the proposed Plan of Allocation set forth in the Notice, or other plan approved by the Court.

You will be bound by any judgment or order entered in the Litigation, regardless of whether you submit a Claim Form, unless you timely and validly exclude yourself from the Class. If you exclude yourself from the Class, you cannot get money from this Settlement. If you are a Class Member and do not exclude yourself from the Class, you may object to the proposed Settlement, Plan of Allocation, and/or request for an

4918-9501-9677.v1

award of attorneys' fees and expenses and awards to Plaintiffs no later than _____, 2026. The long-form Notice and the Website explain how to exclude yourself from the Class or how to object.

Plaintiffs and the Class are represented by Lead Counsel: Ellen Gusikoff Stewart, Robbins Geller Rudman & Dowd LLP, 655 West Broadway, Suite 1900, San Diego, CA 92101, 800-449-4900, settlementinfo@rgrdlaw.com and Christopher F. Moriarty, Motley Rice LLC, 28 Bridgeside Boulevard, Mount Pleasant, SC 29464, 843-216-9000, cmoriarty@motleyrice.com. You may, but do not have to, attend the Settlement Hearing to be heard. The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means and/or change its date and/or time. Please check the Website for updates.

- 3 -