**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **In re SHOALS TECHNOLOGIES GROUP, INC. SECURITIES LITIGATION** | ) | **Civil Action No. 3:24-cv-00334** |
| | ) | **CLASS ACTION** |
| **This Document Relates To:** ALL ACTIONS | ) | |

**ORDER**

Plaintiffs shall respond to the Objection to Co-Lead Counsel's Application for an award of Attorneys' Fees and Expenses (Doc. No. 152) on or before **September 14, 2026.**

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE